Sealed

# EXHIBIT "6"

| | |
|---|---|
| **From:** | Jonathan Thomas Lord |
| **To:** | Jack lord |
| **Subject:** | Fwd: IML investigation |
| **Date:** | Friday, December 21, 2012 5:18:43 PM |

Jack Lord, MD
Chief Operating Officer and VP for Medical Administration
University of Miami Health System and
University of Miami Miller School of Medicine

Professor of Pathology
University of Miami Miller School of Medicine

1120 NW 14th Street
3rd Floor-Executive Suite
Miami, FL.  33136

jlord@med.miami.edu
305.299.7741 (mobile)
305.243.0145 (office)

Begin forwarded message:

> **From:** "Ugalde, Aileen M" <augalde@miami.edu>
> **Subject: IML investigation**
> **Date:** December 21, 2012 4:36:44 PM EST
> **To:** "McCafferty-Cepero, Jennifer" <JMcCafferty@med.miami.edu>
> **Cc:** "Shalala, Donna E." <dshalala@miami.edu>, "LeBlanc, Thomas J" <leblanc@miami.edu>, "Natoli, Joe" <jnatoli@miami.edu>, "Goldschmidt, Pascal J." <pgoldschmidt@miami.edu>, "Lord, Jonathan" <JLord@med.miami.edu>, "Moloney, Michael J." <mmoloney@miami.edu>
>
> The President has directed that, effectively immediately, the investigation of the IML be led and managed by Internal Audit. Internal Audit will be contacting you to coordinate the transfer of all data gathered relative to the investigation, as well as oversight of the retained outside consultant.
>
> *Aileen M. Ugalde*
> Vice President, General Counsel
>  and Secretary to the Board
> University of Miami
> 1320 South Dixie Highway
> Penthouse Suite 1250

Coral Gables, Florida 33146
305-284-2700