# EXHIBIT 2

## Remittance File Information

### ▾ General Information

#### ▾ Financial Information

| | | | |
|---|---|---|---|
| Source file | /epic/prdfiles/remittance/PB/load/SURG.111312.MCR.35933021.835 | | |
| Billing System | PB ( Professional Billing ) | Issue Date | 11/14/2012 |
| Transaction Handling Code | I ( Remittance Information Only ) | Transaction Set Control N... | 554002 |
| Total Amount in file | 2495.54 | Transaction type | C ( Credit ) |
| Payment Method | ACH ( Automated Clearing House ) | Payment Format | CCP ( Cash Concentration/Disbursem... plus Addenda (CCD+) (ACH) ) |
| Sender DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Sender DFI Identifier | 071000013 |
| Sender Account Qualifier | DA ( Demand Deposit ) | Sender Account Number | 922188 |
| Payor Identifier | 1592015694 | Payor Code | |
| Receiver DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Receiver DFI Identifier | 063100277 |
| Receiver Account Qualifier | DA ( Demand Deposit ) | Receiver Account Number | 1595794576 |

#### ▾ Trace Information

| | | | |
|---|---|---|---|
| Trace Code Type | 1 ( Current Transaction Trace Numbers ) | Check/EFT Trace Number | 890195230 |
| Payor Identifier | 1592015694 | Payor Additional Code | |
| Date/Time Qualifier | 405 ( Production ) | Production Date | 11/09/2012 |
| Reference Identification | EV ( Receiver Identification Number ) | Reference ID | P6036 |
| Reference Identification | 2U ( Payer Identification Number ) | Reference ID | 09102 |
| Reference Identification | TJ ( Federal Taxpayer's Identification Number ) | Reference ID | 592579938 |

#### ▾ Payor Information

| | | | |
|---|---|---|---|
| Name | MEDICARE PART B | Address | 532 RIVERSIDE AVE., P.O. BOX 2360 JACKSONVILLE,FL 32231 |
| Payor Qualifier | | Payor ID | |
| Contact Function Code | CX ( Payers Claim Office ) | Contact Name | MEDICARE EDI |
| Communication Qualifier | TE ( Telephone ) | Communication Number | 8664549007 |

#### ▾ Payee Information

| | | | |
|---|---|---|---|
| Name | UNIVERSITY OF MIAMI | Address | PO BOX 281046 ATLANTA,GA 303841046 |
| Payee Qualifier | XX ( Health Care Financing Administration National Provider Identifier ) | Payee ID | 1922051606 |

### ▾ Claim Information

#### ▾ Claim Details

| | | | |
|---|---|---|---|
| Invoice Number | U48872250 | Transaction Group Number | 1 |
| Claim Status Code | 19 ( Processed as Primary, Forwarded to additional Payer(s) ) | Claim Charge Amount | 2885 |
| Claim Paid Amount | 522.57 | Patient Responsibility Amount | 130.65 |
| Claim Filing Indicator Code | MB ( Medicare Part B ) | Payor Control Number | 1012305547920 |
| Facility Code Value | 21 | Claim Frequency Type Code | 1 ( ORIGINAL ) |
| Diagnosis Related Group Code | | Diagnosis Related Group Weight | 0 |
| Discharge Fraction | | | |

▼ Claim Entity Information

| Entity ID | Entity Name | Identification Qualifier | Identification Code |
|---|---|---|---|
| QC ( Patient ) | | HN ( Health insurance claim number ) | ██████████ |
| 82 ( Rendering provider ) | | XX ( Health care financing administration national provider identifier ) | 1225042047 |
| TT ( Transfer to ) | UNITED AMERICAN INSURANCE CO | PI ( Payor Identification ) | 30034 |

▼ Outpatient Adjudication Information

| | | |
|---|---|---|
| Reimbursement Rate | Claim HCPCS Payable Amount | |
| Claim ESRD Payment Amount | Outpatient Nonpayable Professional Component Amount | |
| Remark Code 1 | MA01 | Remark Code 2 | MA07 |
| Remark Code 3 | MA18 | Remark Code 4 | |
| Remark Code 5 | | |

▼ Other Claim Related Information

| Reference ID Qualifier | Reference ID |
|---|---|
| EA ( Medical record identification number ) | ██████ |

▼ Claim Date Information

| Date Qualifier | Date |
|---|---|
| 050 ( Received ) | 10/31/2012 |

▼ Service Line Information

▼ Service Line 1

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88305>26 | 169 | 29.8 | 1 |

Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/29/2012 |

Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 7.45 | |
| CO ( Contractual Obligation ) | 45 | 131.75 | |

Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 83580011 |

Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 37.25 |

▼ Service Line 2

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26 | 189 | 33.94 | 1 |

Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/29/2012 |

Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |

| | | | |
|---|---|---|---|
| CO ( Contractual Obligation ) | 45 | 146.57 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 83580012 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

### ▼ Service Line 3

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 1701 | 305.5 | 9 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/29/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 76.37 | |
| CO ( Contractual Obligation ) | 45 | 1319.13 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 83580013 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 381.87 |

### ▼ Service Line 4

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88342>26 | 187 | 34.63 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/29/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.66 | |
| CO ( Contractual Obligation ) | 45 | 143.71 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 83580014 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 43.29 |

### ▼ Service Line 5

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88342>26>59 | 374 | 69.26 | 2 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/29/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 17.32 | |
| CO ( Contractual Obligation ) | 45 | 287.42 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 83580015 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 86.58 |

▼ Service Line 6

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88313>26 | 53 | 9.89 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/29/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 2.47 | |
| CO ( Contractual Obligation ) | 45 | 40.64 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 83580016 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 12.36 |

▼ Service Line 7

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88313>26>59 | 212 | 39.55 | 4 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/29/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 9.89 | |
| CO ( Contractual Obligation ) | 45 | 162.56 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 83580017 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 49.44 |

Back To Top

## Remittance File Information

### General Information

#### Financial Information

| | | | |
|---|---|---|---|
| Source file | /epic/prdfiles/remittance/PB/load/SURG.011913.MCR.37537699.835 | | |
| Billing System | PB ( Professional Billing ) | Issue Date | 01/22/2013 |
| Transaction Handling Code | I ( Remittance Information Only ) | Transaction Set Control N... | 606001 |
| Total Amount in file | 4243.28 | Transaction type | C ( Credit ) |
| Payment Method | ACH ( Automated Clearing House ) | Payment Format | CCP ( Cash Concentration/Disbursem... plus Addenda (CCD+) (ACH) ) |
| Sender DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Sender DFI Identifier | 071000013 |
| Sender Account Qualifier | DA ( Demand Deposit ) | Sender Account Number | 922188 |
| Payor Identifier | 1592015694 | Payor Code | |
| Receiver DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Receiver DFI Identifier | 063100277 |
| Receiver Account Qualifier | DA ( Demand Deposit ) | Receiver Account Number | 1595794576 |

#### Trace Information

| | | | |
|---|---|---|---|
| Trace Code Type | 1 ( Current Transaction Trace Numbers ) | Check/EFT Trace Number | 890542952 |
| Payor Identifier | 1592015694 | Payor Additional Code | |
| Date/Time Qualifier | 405 ( Production ) | Production Date | 01/17/2013 |
| Reference Identification | EV ( Receiver Identification Number ) | Reference ID | P6036 |
| Reference Identification | 2U ( Payer Identification Number ) | Reference ID | 09102 |
| Reference Identification | TJ ( Federal Taxpayer's Identification Number ) | Reference ID | 592579938 |

#### Payor Information

| | | | |
|---|---|---|---|
| Name | MEDICARE PART B | Address | 532 RIVERSIDE AVE., P.O. BOX 2360 JACKSONVILLE,FL 32231 |
| Payor Qualifier | | Payor ID | |
| Contact Function Code | CX ( Payers Claim Office ) | Contact Name | MEDICARE EDI |
| Communication Qualifier | TE ( Telephone ) | Communication Number | 8664549007 |

#### Payee Information

| | | | |
|---|---|---|---|
| Name | UNIVERSITY OF MIAMI | Address | PO BOX 281046 ATLANTA,GA 303841046 |
| Payee Qualifier | XX ( Health Care Financing Administration National Provider Identifier ) | Payee ID | 1922051606 |

### Claim Information

#### Claim Details

| | | | |
|---|---|---|---|
| Invoice Number | U46564100 | Transaction Group Number | 1 |
| Claim Status Code | 1 ( Processed as Primary ) | Claim Charge Amount | 1771 |
| Claim Paid Amount | 323.04 | Patient Responsibility Amount | 80.78 |
| Claim Filing Indicator Code | MB ( Medicare part B ) | Payor Control Number | 8312318023150 |
| Facility Code Value | 21 | Claim Frequency Type Code | 1 ( ORIGINAL ) |
| Diagnosis Related Group Code | | Diagnosis Related Group Weight | 0 |
| Discharge Fraction | | | |

## Claim Entity Information

| Entity ID | Entity Name | Identification Qualifier | Identification Code |
|---|---|---|---|
| QC ( Patient ) | ■■■■■■ | HN ( Health insurance claim number ) | ■■■■■■ |
| 82 ( Rendering provider ) | | XX ( Health care financing administration national provider identifier ) | 1225042047 |

## Outpatient Adjudication Information

| | | | |
|---|---|---|---|
| Reimbursement Rate | | Claim HCPCS Payable Amount | |
| Claim ESRD Payment Amount | | Outpatient Nonpayable Professional Component Amount | |
| Remark Code 1 | MA67 | Remark Code 2 | MA02 |
| Remark Code 3 | | Remark Code 4 | |
| Remark Code 5 | | | |

## Other Claim Related Information

| Reference ID Qualifier | Reference ID |
|---|---|
| EA ( Medical record identification number ) | |
| F8 ( Original reference number ) | ■■■■■■ |

## Claim Date Information

| Date Qualifier | Date |
|---|---|
| 050 ( Received ) | 11/13/2012 |

## Service Line Information

### Service Line 1

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 33.94 | 1 |

#### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/03/2012 |

#### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual Obligation ) | 45 | 146.57 | |

#### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 79409748 |

#### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

### Service Line 2

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 33.94 | 1 |

#### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/03/2012 |

#### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual | 45 | 146.57 | |

Obligation )

## Service Provider information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 79409749 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

▼ Service Line 3

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 33.94 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/03/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual Obligation ) | 45 | 146.57 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 794097410 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

▼ Service Line 4

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 33.94 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/03/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual Obligation ) | 45 | 146.57 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 794097411 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

▼ Service Line 5

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 33.94 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/03/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual Obligation ) | 45 | 146.57 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 794097412 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

▼ **Service Line 6**

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88342>26 | 187 | 34.63 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/03/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.66 | |
| CO ( Contractual Obligation ) | 45 | 143.71 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 794097413 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 43.29 |

▼ **Service Line 7**

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88342>26>59 | 187 | 34.63 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/03/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.66 | |
| CO ( Contractual Obligation ) | 45 | 143.71 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 794097414 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 43.29 |

▼ **Service Line 8**

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88342>26>59 | 187 | 34.63 | 1 |

### Service Date Information

| Service Date Qualifier | | Service Date | |
|---|---|---|---|
| 472 ( Service ) | | 04/03/2012 | |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.66 | |
| CO ( Contractual Obligation ) | 45 | 143.71 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 794097415 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 43.29 |

### Service Line 9

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88313>26 | 53 | 9.89 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/03/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 2.47 | |
| CO ( Contractual Obligation ) | 45 | 40.64 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 794097416 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 12.36 |

### Service Line 10

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88313>26>59 | 53 | 9.89 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/03/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 2.47 | |
| CO ( Contractual Obligation ) | 45 | 40.64 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 794097417 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 12.36 |

### Service Line 11

## Remittance File Information

### General Information

#### Financial Information

| | | | |
|---|---|---|---|
| Source file | /epic/prdfiles/remittance/PB/load/SURG.100912.MCR.35081012.835 | | |
| Billing System | PB ( Professional Billing ) | Issue Date | 10/10/2012 |
| Transaction Handling Code | I ( Remittance Information Only ) | Transaction Set Control N... | 525003 |
| Total Amount in file | 3877.84 | Transaction type | C ( Credit ) |
| Payment Method | ACH ( Automated Clearing House ) | Payment Format | CCP ( Cash Concentration/Disbursem... plus Addenda (CCD+) (ACH) ) |
| Sender DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Sender DFI Identifier | 071000013 |
| Sender Account Qualifier | DA ( Demand Deposit ) | Sender Account Number | 922188 |
| Payor Identifier | 1592015694 | Payor Code | |
| Receiver DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Receiver DFI Identifier | 063100277 |
| Receiver Account Qualifier | DA ( Demand Deposit ) | Receiver Account Number | 1595794576 |

#### Trace Information

| | | | |
|---|---|---|---|
| Trace Code Type | 1 ( Current Transaction Trace Numbers ) | Check/EFT Trace Number | 889996219 |
| Payor Identifier | 1592015694 | Payor Additional Code | |
| Date/Time Qualifier | 405 ( Production ) | Production Date | 10/05/2012 |
| Reference Identification | EV ( Receiver Identification Number ) | Reference ID | P6036 |
| Reference Identification | 2U ( Payer Identification Number ) | Reference ID | 09102 |
| Reference Identification | TJ ( Federal Taxpayer's Identification Number ) | Reference ID | 592579938 |

#### Payor Information

| | | | |
|---|---|---|---|
| Name | MEDICARE PART B | Address | 532 RIVERSIDE AVE., P.O. BOX 2360 JACKSONVILLE,FL 32231 |
| Payor Qualifier | | Payor ID | |
| Contact Function Code | CX ( Payers Claim Office ) | Contact Name | MEDICARE EDI |
| Communication Qualifier | TE ( Telephone ) | Communication Number | 8664549007 |

#### Payee Information

| | | | |
|---|---|---|---|
| Name | UNIVERSITY OF MIAMI | Address | PO BOX 281046 ATLANTA,GA 303841046 |
| Payee Qualifier | XX ( Health Care Financing Administration National Provider Identifier ) | Payee ID | 1922051606 |

### Claim Information

#### Claim Details

| | | | |
|---|---|---|---|
| Invoice Number | U46561540 | Transaction Group Number | 1 |
| Claim Status Code | 19 ( Processed as Primary, Forwarded to additional Payer(s) ) | Claim Charge Amount | 1114 |
| Claim Paid Amount | 63.74 | Patient Responsibility Amount | 15.94 |
| Claim Filing Indicator Code | MB ( Medicare part B ) | Payor Control Number | 1012270728012 |
| Facility Code Value | 21 | Claim Frequency Type Code | 1 ( ORIGINAL ) |
| Diagnosis Related Group Code | | Diagnosis Related Group Weight | 0 |
| Discharge Fraction | | | |

## Claim Entity Information

| Entity ID | Entity Name | Identification Qualifier | Identification Code |
|---|---|---|---|
| QC ( Patient ) | ▇▇▇▇▇ | HN ( Health insurance claim number ) | ▇▇▇▇▇ |
| 82 ( Rendering provider ) | | XX ( Health care financing administration national provider identifier ) | 1225042047 |
| TT ( Transfer to ) | UNITEDHEALTH GROUP | PI ( Payor Identification ) | 30002 |

## Outpatient Adjudication Information

| | | | |
|---|---|---|---|
| Reimbursement Rate | | Claim HCPCS Payable Amount | |
| Claim ESRD Payment Amount | | Outpatient Nonpayable Professional Component Amount | |
| Remark Code 1 | MA01 | Remark Code 2 | MA15 |
| Remark Code 3 | MA18 | Remark Code 4 | |
| Remark Code 5 | | | |

## Other Claim Related Information

| Reference ID Qualifier | Reference ID |
|---|---|
| EA ( Medical record identification number ) | ▇▇▇▇ |

## Claim Date Information

| Date Qualifier | Date |
|---|---|
| 050 ( Received ) | 09/26/2012 |

## Service Line Information

### Service Line 1

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88305>26 | 169 | 29.8 | 1 |

#### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/12/2012 |

#### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 7.45 | |
| CO ( Contractual Obligation ) | 45 | 131.75 | |

#### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 79407131 |

#### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 37.25 |

### Service Line 2

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26 | 189 | 33.94 | 1 |

#### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/12/2012 |

#### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual | 45 | 146.57 | |

Obligation )

Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 79407132 |

Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

▼ Service Line 3

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 0 | |

Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/12/2012 |

Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| CO ( Contractual Obligation ) | 18 | 189 | |

Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 79407133 |

▼ Service Line 4

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 0 | |

Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/12/2012 |

Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| CO ( Contractual Obligation ) | 18 | 189 | |

Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 79407134 |

▼ Service Line 5

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 0 | |

Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/12/2012 |

Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| CO ( Contractual Obligation ) | 18 | 189 | |

Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 79407135 |

▼ Service Line 6

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 0 | |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 04/12/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| CO ( Contractual Obligation ) | 18 | 189 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 79407136 |

Back To Top

## Remittance File Information

### General Information

#### Financial Information

| | | | |
|---|---|---|---|
| Source file | /epic/prdfiles/remittance/PB/load/SURG.100912.MCR.35081012.835 | | |
| Billing System | PB ( Professional Billing ) | Issue Date | 10/10/2012 |
| Transaction Handling Code | I ( Remittance Information Only ) | Transaction Set Control N.. | 525003 |
| Total Amount in file | 3877.84 | Transaction type | C ( Credit ) |
| Payment Method | ACH ( Automated Clearing House ) | Payment Format | CCP ( Cash Concentration/Disbursem... plus Addenda (CCD+) (ACH) ) |
| Sender DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Sender DFI Identifier | 071000013 |
| Sender Account Qualifier | DA ( Demand Deposit ) | Sender Account Number | 922188 |
| Payor Identifier | 1592015694 | Payor Code | |
| Receiver DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Receiver DFI Identifier | 063100277 |
| Receiver Account Qualifier | DA ( Demand Deposit ) | Receiver Account Number | 1595794576 |

#### Trace Information

| | | | |
|---|---|---|---|
| Trace Code Type | 1 ( Current Transaction Trace Numbers ) | Check/EFT Trace Number | 889996219 |
| Payor Identifier | 1592015694 | Payor Additional Code | |
| Date/Time Qualifier | 405 ( Production ) | Production Date | 10/05/2012 |
| Reference Identification | EV ( Receiver Identification Number ) | Reference ID | P6036 |
| Reference Identification | 2U ( Payer Identification Number ) | Reference ID | 09102 |
| Reference Identification | TJ ( Federal Taxpayer's Identification Number ) | Reference ID | 592579938 |

#### Payor Information

| | | | |
|---|---|---|---|
| Name | MEDICARE PART B | Address | 532 RIVERSIDE AVE., P.O. BOX 2360 JACKSONVILLE,FL 32231 |
| Payor Qualifier | | Payor ID | |
| Contact Function Code | CX ( Payers Claim Office ) | Contact Name | MEDICARE EDI |
| Communication Qualifier | TE ( Telephone ) | Communication Number | 8664549007 |

#### Payee Information

| | | | |
|---|---|---|---|
| Name | UNIVERSITY OF MIAMI | Address | PO BOX 281046 ATLANTA,GA 303841046 |
| Payee Qualifier | XX ( Health Care Financing Administration National Provider Identifier ) | Payee ID | 1922051606 |

### Claim Information

#### Claim Details

| | | | |
|---|---|---|---|
| Invoice Number | U46561850 | Transaction Group Number | 1 |
| Claim Status Code | 19 ( Processed as Primary, Forwarded to additional Payer(s) ) | Claim Charge Amount | 1564 |
| Claim Paid Amount | 124.28 | Patient Responsibility Amount | 31.08 |
| Claim Filing Indicator Code | MB ( Medicare part B ) | Payor Control Number | 1012270728072 |
| Facility Code Value | 21 | Claim Frequency Type Code | 1 ( ORIGINAL ) |
| Diagnosis Related Group Code | | Diagnosis Related Group Weight | 0 |
| Discharge Fraction | | | |

▼ Claim Entity Information

| Entity ID | Entity Name | Identification Qualifier | Identification Code |
|---|---|---|---|
| QC ( Patient ) | ███████ | HN ( Health insurance claim number ) | ███████ |
| 82 ( Rendering provider ) | | XX ( Health care financing administration national provider identifier ) | 1225042047 |
| TT ( Transfer to ) | FLORIDA MEDICAID | PI ( Payor Identification ) | 70016 |

▼ Outpatient Adjudication Information

| Reimbursement Rate | | Claim HCPCS Payable Amount | |
|---|---|---|---|
| Claim ESRD Payment Amount | | Outpatient Nonpayable Professional Component Amount | MA15 |
| Remark Code 1 | MA01 | Remark Code 2 | |
| Remark Code 3 | MA07 | Remark Code 4 | |
| Remark Code 5 | | | |

▼ Other Claim Related Information

| Reference ID Qualifier | Reference ID |
|---|---|
| EA ( Medical record identification number ) | ███████ |

▼ Claim Date Information

| Date Qualifier | Date |
|---|---|
| 050 ( Received ) | 09/26/2012 |

▼ Service Line Information

▼ Service Line 1

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88348>26 | 450 | 60.54 | 1 |

Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/26/2012 |

Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 15.14 | |
| CO ( Contractual Obligation ) | 45 | 374.32 | |

Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 79407441 |

Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 75.68 |

▼ Service Line 2

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88305>26 | 169 | 29.8 | 1 |

Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/26/2012 |

Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 7.45 | |
| CO ( Contractual | 45 | 131.75 | |

Obligation )

### Service Provider Information

| Provider Qualifier | | Provider ID |
|---|---|---|
| LU ( Location number ) | | 21 |
| 6R ( Provider control number ) | | 79407442 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 37.25 |

▼ Service Line 3

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26 | 189 | 33.94 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/26/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual Obligation ) | 45 | 146.57 | |

### Service Provider Information

| Provider Qualifier | | Provider ID |
|---|---|---|
| LU ( Location number ) | | 21 |
| 6R ( Provider control number ) | | 79407443 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

▼ Service Line 4

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 0 | |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/26/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| CO ( Contractual Obligation ) | 18 | 189 | |

### Service Provider Information

| Provider Qualifier | | Provider ID |
|---|---|---|
| LU ( Location number ) | | 21 |
| 6R ( Provider control number ) | | 79407444 |

▼ Service Line 5

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 0 | |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/26/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| CO ( Contractual Obligation ) | 18 | 189 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|

LU ( Location number )                                      21
6R ( Provider control number )                             79407445

▼ Service Line 6

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 0 | |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/26/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| CO ( Contractual Obligation ) | 18 | 189 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 79407446 |

▼ Service Line 7

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 0 | |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/26/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| CO ( Contractual Obligation ) | 18 | 189 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 79407447 |

Back To Top

## Remittance File Information

### ▼ General Information

#### ▼ Financial Information

| | | | |
|---|---|---|---|
| Source file | /epic/prdfiles/remittance/PB/load/SURG.011913.MCR.37537699.835 | | |
| Billing System | PB ( Professional Billing ) | Issue Date | 01/22/2013 |
| Transaction Handling Code | I ( Remittance Information Only ) | Transaction Set Control N... | 606001 |
| Total Amount in file | 4243.28 | Transaction type | C ( Credit ) |
| Payment Method | ACH ( Automated Clearing House ) | Payment Format | CCP ( Cash Concentration/Disbursem... plus Addenda (CCD+) (ACH) ) |
| Sender DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Sender DFI Identifier | 071000013 |
| Sender Account Qualifier | DA ( Demand Deposit ) | Sender Account Number | 922188 |
| Payor Identifier | 1592015694 | Payor Code | |
| Receiver DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Receiver DFI Identifier | 063100277 |
| Receiver Account Qualifier | DA ( Demand Deposit ) | Receiver Account Number | 1595794576 |

#### ▼ Trace Information

| | | | |
|---|---|---|---|
| Trace Code Type | 1 ( Current Transaction Trace Numbers ) | Check/EFT Trace Number | 890542952 |
| Payor Identifier | 1592015694 | Payor Additional Code | |
| Date/Time Qualifier | 405 ( Production ) | Production Date | 01/17/2013 |
| Reference Identification | EV ( Receiver Identification Number ) | Reference ID | P6036 |
| Reference Identification | 2U ( Payer Identification Number ) | Reference ID | 09102 |
| Reference Identification | TJ ( Federal Taxpayer's Identification Number ) | Reference ID | 592579938 |

#### ▼ Payor Information

| | | | |
|---|---|---|---|
| Name | MEDICARE PART B | Address | 532 RIVERSIDE AVE., P.O. BOX 2360 JACKSONVILLE,FL 32231 |
| Payor Qualifier | | Payor ID | |
| Contact Function Code | CX ( Payers Claim Office ) | Contact Name | MEDICARE EDI |
| Communication Qualifier | TE ( Telephone ) | Communication Number | 8664549007 |

#### ▼ Payee Information

| | | | |
|---|---|---|---|
| Name | UNIVERSITY OF MIAMI | Address | PO BOX 281046 ATLANTA,GA 303841046 |
| Payee Qualifier | XX ( Health Care Financing Administration National Provider Identifier ) | Payee ID | 1922051606 |

### ▼ Claim Information

#### ▼ Claim Details

| | | | |
|---|---|---|---|
| Invoice Number | U46561930 | Transaction Group Number | 1 |
| Claim Status Code | 1 ( Processed as Primary ) | Claim Charge Amount | 1564 |
| Claim Paid Amount | 260.04 | Patient Responsibility Amount | 65.04 |
| Claim Filing Indicator Code | MB ( Medicare part B ) | Payor Control Number | 8312318040000 |
| Facility Code Value | 21 | Claim Frequency Type Code | 1 ( ORIGINAL ) |
| Diagnosis Related Group Code | | Diagnosis Related Group Weight | 0 |
| Discharge Fraction | | | |

## ▼ Claim Entity Information

| Entity ID | Entity Name | Identification Qualifier | Identification Code |
|---|---|---|---|
| QC ( Patient ) | ▮▮▮▮▮ | HN ( Health insurance claim number ) | ▮▮▮▮▮ |
| 82 ( Rendering provider ) | | XX ( Health care financing administration national provider identifier ) | 1225042047 |

## ▼ Outpatient Adjudication Information

| | | |
|---|---|---|
| Reimbursement Rate | Claim HCPCS Payable Amount | |
| Claim ESRD Payment Amount | Outpatient Nonpayable Professional Component Amount | |
| Remark Code 1 | MA67 | Remark Code 2 | MA02 |
| Remark Code 3 | | Remark Code 4 | |
| Remark Code 5 | | |

## ▼ Other Claim Related Information

| Reference ID Qualifier | Reference ID |
|---|---|
| EA ( Medical record identification number ) | |
| F8 ( Original reference number ) | 591012270728032 |

## ▼ Claim Date Information

| Date Qualifier | Date |
|---|---|
| 050 ( Received ) | 11/13/2012 |

## ▼ Service Line Information

### ▼ Service Line 1

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88348>26 | 450 | 60.54 | 1 |

#### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/23/2012 |

#### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 15.14 | |
| CO ( Contractual Obligation ) | 45 | 374.32 | |

#### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |

#### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 75.68 |

### ▼ Service Line 2

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88305>26 | 169 | 29.8 | 1 |

#### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/23/2012 |

#### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 7.45 | |
| CO ( Contractual Obligation ) | 45 | 131.75 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 37.25 |

### ▼ Service Line 3

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26 | 189 | 33.94 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/23/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual Obligation ) | 45 | 146.57 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

### ▼ Service Line 4

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 33.94 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/23/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual Obligation ) | 45 | 146.57 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

### ▼ Service Line 5

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 33.94 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/23/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual | 45 | 146.57 | |

Case 1:13-cv-22500-CMA   Document 15-2   Entered on FLSD Docket 12/10/2013   Page 22 of 30

Page 4 of 4

Obligation )

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

▼ **Service Line 6**

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 33.94 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/23/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual Obligation ) | 45 | 146.57 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

▼ **Service Line 7**

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 189 | 33.94 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 03/23/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual Obligation ) | 45 | 146.57 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

Back To Top

## Remittance File Information

▾ General Information

  ▾ Financial Information

| | | | |
|---|---|---|---|
| Source file | /epic/prdfiles/remittance/PB/load/SURG.082912.MCR.34126099.835 | | |
| Billing System | PB ( Professional Billing ) | Issue Date | 08/29/2012 |
| Transaction Handling Code | I ( Remittance Information Only ) | Transaction Set Control N... | 490002 |
| Total Amount in file | 5615.54 | Transaction type | C ( Credit ) |
| Payment Method | ACH ( Automated Clearing House ) | Payment Format | CCP ( Cash Concentration/Disbursem... plus Addenda (CCD+) (ACH) ) |
| Sender DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Sender DFI Identifier | 071000013 |
| Sender Account Qualifier | DA ( Demand Deposit ) | Sender Account Number | 922188 |
| Payor Identifier | 1592015694 | Payor Code | |
| Receiver DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Receiver DFI Identifier | 063100277 |
| Receiver Account Qualifier | DA ( Demand Deposit ) | Receiver Account Number | 1595794576 |

  ▾ Trace Information

| | | | |
|---|---|---|---|
| Trace Code Type | 1 ( Current Transaction Trace Numbers ) | Check/EFT Trace Number | 889775118 |
| Payor Identifier | 1592015694 | Payor Additional Code | |
| Date/Time Qualifier | 405 ( Production ) | Production Date | 08/27/2012 |
| Reference Identification | EV ( Receiver Identification Number ) | Reference ID | P6036 |
| Reference Identification | TJ ( Federal Taxpayer's Identification Number ) | Reference ID | 592579938 |

  ▾ Payor Information

| | | | |
|---|---|---|---|
| Name | MEDICARE PART B | Address | 532 RIVERSIDE AVE., P.O. BOX 2360 JACKSONVILLE,FL 32231 09102 |
| Payor Qualifier | XV ( Health Care Financing Administration National PlanID ) | Payor ID | |
| Contact Function Code | CX ( Payers Claim Office ) | Contact Name | MEDICARE EDI |
| Communication Qualifier | TE ( Telephone ) | Communication Number | 8664549007 |

  ▾ Payee Information

| | | | |
|---|---|---|---|
| Name | UNIVERSITY OF MIAMI | Address | PO BOX 281046 ATLANTA,GA 303841046 1922051606 |
| Payee Qualifier | XX ( Health Care Financing Administration National Provider Identifier ) | Payee ID | |

▾ Claim Information

  ▾ Claim Details

| | | | |
|---|---|---|---|
| Invoice Number | U43931610 | Transaction Group Number | 1 |
| Claim Status Code | 1 ( Processed as Primary ) | Claim Charge Amount | 342 |
| Claim Paid Amount | 78.28 | Patient Responsibility Amount | 19.58 |
| Claim Filing Indicator Code | MB ( Medicare part B ) | Payor Control Number | 1012228419860 |
| Facility Code Value | 21 | Claim Frequency Type Code | 1 ( ORIGINAL ) |
| Diagnosis Related Group Code | | Diagnosis Related Group Weight | 0 |
| Discharge Fraction | | | |

▼ Claim Entity Information

| Entity ID | Entity Name | Identification Qualifier | Identification Code |
|---|---|---|---|
| QC ( Patient ) | ███████████ | HN ( Health insurance claim number ) | ███████████ |
| 82 ( Rendering provider ) | | XX ( Health care financing administration national provider identifier ) | 1225042047 |

▼ Outpatient Adjudication Information

Reimbursement Rate                      Claim HCPCS Payable Amount
Claim ESRD Payment Amount               Outpatient Nonpayable Professional Component Amount
Remark Code 1          MA01             Remark Code 2
Remark Code 3                           Remark Code 4
Remark Code 5

▼ Other Claim Related Information

| Reference ID Qualifier | Reference ID |
|---|---|
| EA ( Medical record identification number ) | ███████ |

▼ Claim Date Information

| Date Qualifier | Date |
|---|---|
| 050 ( Received ) | 08/15/2012 |

▼ Service Line Information

▼ Service Line 1

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88305>26 | 130 | 29.8 | 1 |

Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 08/08/2012 |

Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 7.45 | |
| CO ( Contractual Obligation ) | 45 | 92.75 | |

Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 74557371 |

Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 37.25 |

▼ Service Line 2

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88305>26>76 | 130 | 29.8 | 1 |

Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 08/08/2012 |

Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 7.45 | |
| CO ( Contractual Obligation ) | 45 | 92.75 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 74557372 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 37.25 |

### ▼ Service Line 3

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88304>26 | 41 | 9.34 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 08/08/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 2.34 | |
| CO ( Contractual Obligation ) | 45 | 29.32 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 74557373 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 11.68 |

### ▼ Service Line 4

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88304>26>76 | 41 | 9.34 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 08/08/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 2.34 | |
| CO ( Contractual Obligation ) | 45 | 29.32 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 74557374 |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 11.68 |

Back To Top

## Remittance File Information

### ▼ General Information

#### ▼ Financial Information

|  |  |  |  |
|---|---|---|---|
| Source file | /epic/prdfiles/remittance/PB/load/SURG.030913.MCR.38841604.835 | | |
| Billing System | PB ( Professional Billing ) | Issue Date | 03/11/2013 |
| Transaction Handling Code | I ( Remittance Information Only ) | Transaction Set Control N... | 649002 |
| Total Amount in file | 20829.70 | Transaction type | C ( Credit ) |
| Payment Method | ACH ( Automated Clearing House ) | Payment Format | CCP ( Cash Concentration/Disbursem... plus Addenda (CCD+) (ACH) ) |
| Sender DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Sender DFI Identifier | 071000013 |
| Sender Account Qualifier | DA ( Demand Deposit ) | Sender Account Number | 922188 |
| Payor Identifier | 1592015694 | Payor Code | |
| Receiver DFI ID Qualifier | 01 ( ABA Transit Routing Number with check digits ) | Receiver DFI Identifier | 063100277 |
| Receiver Account Qualifier | DA ( Demand Deposit ) | Receiver Account Number | 1595794576 |

#### ▼ Trace Information

|  |  |  |  |
|---|---|---|---|
| Trace Code Type | 1 ( Current Transaction Trace Numbers ) | Check/EFT Trace Number | 890818891 |
| Payor Identifier | 1592015694 | Payor Additional Code | |
| Date/Time Qualifier | 405 ( Production ) | Production Date | 03/07/2013 |
| Reference Identification | EV ( Receiver Identification Number ) | Reference ID | P6036 |
| Reference Identification | 2U ( Payer Identification Number ) | Reference ID | 09102 |
| Reference Identification | TJ ( Federal Taxpayer's Identification Number ) | Reference ID | 592579938 |

#### ▼ Payor Information

|  |  |  |  |
|---|---|---|---|
| Name | MEDICARE PART B | Address | 532 RIVERSIDE AVE... P.O. BOX 2360 JACKSONVILLE,FL 32231 |
| Payor Qualifier | | Payor ID | |
| Contact Function Code | CX ( Payers Claim Office ) | Contact Name | MEDICARE EDI |
| Communication Qualifier | TE ( Telephone ) | Communication Number | 8664549007 |

#### ▼ Payee Information

|  |  |  |  |
|---|---|---|---|
| Name | UNIVERSITY OF MIAMI | Address | PO BOX 281046 ATLANTA,GA 303841046 |
| Payee Qualifier | XX ( Health Care Financing Administration National Provider Identifier ) | Payee ID | 1922051606 |

### ▼ Claim Information

#### ▼ Claim Details

|  |  |  |  |
|---|---|---|---|
| Invoice Number | U57420070 | Transaction Group Number | 1 |
| Claim Status Code | 1 ( Processed as Primary ) | Claim Charge Amount | 2441 |
| Claim Paid Amount | 559.05 | Patient Responsibility Amount | 139.78 |
| Claim Filing Indicator Code | MB ( Medicare part B ) | Payor Control Number | 0913056604470 |
| Facility Code Value | 21 | Claim Frequency Type Code | 1 ( ORIGINAL ) |
| Diagnosis Related Group Code | | Diagnosis Related Group Weight | 0 |
| Discharge Fraction | | | |

▼ Claim Entity Information

| | Entity Name | Identification Qualifier | Identification Code |
|---|---|---|---|
| Entity ID<br>QC ( Patient ) | ██████████ | HN ( Health insurance<br>claim number ) | ██████████<br>1225042047 |
| 82 ( Rendering provider ) | | XX ( Health care financing<br>administration national<br>provider identifier ) | |

▼ Outpatient Adjudication Information

| Reimbursement Rate | | Claim HCPCS Payable Amount | |
|---|---|---|---|
| Claim ESRD Payment Amount | | Outpatient Nonpayable Professional Component Amount | |
| Remark Code 1 | MA01 | Remark Code 2 | |
| Remark Code 3 | | Remark Code 4 | |
| Remark Code 5 | | | |

▼ Other Claim Related Information

| Reference ID Qualifier | Reference ID |
|---|---|
| EA ( Medical record identification number ) | ██████ |

▼ Claim Date Information

| Date Qualifier | Date |
|---|---|
| 050 ( Received ) | 02/25/2013 |

▼ Service Line Information

  ▼ Service Line 1

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>86348>26 | 265 | 60.54 | 1 |

Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 08/09/2012 |

Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient<br>Responsibility ) | 2 | 15.14 | |
| CO ( Contractual<br>Obligation ) | 45 | 189.32 | |

Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 98061541 |

Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 75.68 |

  ▼ Service Line 2

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88305>26 | 130 | 29.8 | 1 |

Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 08/09/2012 |

Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient<br>Responsibility ) | 2 | 7.45 | |
| CO ( Contractual<br>Obligation ) | 45 | 92.75 | |

## Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 98061542 |

## Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 37.25 |

### ▼ Service Line 3

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26 | 148 | 33.94 | 1 |

## Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 08/09/2012 |

## Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.49 | |
| CO ( Contractual Obligation ) | 45 | 105.57 | |

## Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 98061543 |

## Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 42.43 |

### ▼ Service Line 4

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88346>26>59 | 1184 | 271.55 | 8 |

## Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 08/09/2012 |

## Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 67.89 | |
| CO ( Contractual Obligation ) | 45 | 844.56 | |

## Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 98061544 |

## Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 339.44 |

### ▼ Service Line 5

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88342>26 | 152 | 34.63 | 1 |

## Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 08/09/2012 |

## Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|

| | | |
|---|---|---|
| PR ( Patient Responsibility ) | 2 | 8.66 |
| CO ( Contractual Obligation ) | 45 | 108.71 |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| | 21 |
| LU ( Location number ) | 98061545 |
| 6R ( Provider control number ) | |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 43.29 |

▼ **Service Line 6**

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88342>26>59 | 304 | 69.26 | 2 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 08/09/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 17.32 | |
| CO ( Contractual Obligation ) | 45 | 217.42 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| | 21 |
| LU ( Location number ) | 98061546 |
| 6R ( Provider control number ) | |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 86.58 |

▼ **Service Line 7**

| Medical Procedure identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88313>25 | 43 | 9.89 | 1 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|
| 472 ( Service ) | 08/09/2012 |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
|---|---|---|---|
| PR ( Patient Responsibility ) | 2 | 2.47 | |
| CO ( Contractual Obligation ) | 45 | 30.64 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
|---|---|
| | 21 |
| LU ( Location number ) | 98061547 |
| 6R ( Provider control number ) | |

### Service Amount Information

| Amount Qualifier | Amount |
|---|---|
| B6 ( Allowed - Actual ) | 12.36 |

▼ **Service Line 8**

| Medical Procedure Identifier | Charge Amount | Paid Amount | Quantity |
|---|---|---|---|
| HC>88313>26>59 | 215 | 49.44 | 5 |

### Service Date Information

| Service Date Qualifier | Service Date |
|---|---|

| 472 ( Service ) | | 08/09/2012 | |
| --- | --- | --- | --- |

### Service Adjustment Information

| Adjustment Code | Reason Code | Adjustment Amount | Adjustment Quantity |
| --- | --- | --- | --- |
| PR ( Patient Responsibility ) | 2 | 12.36 | |
| CO ( Contractual Obligation ) | 45 | 153.2 | |

### Service Provider Information

| Provider Qualifier | Provider ID |
| --- | --- |
| LU ( Location number ) | 21 |
| 6R ( Provider control number ) | 98061548 |

### Service Amount Information

| Amount Qualifier | Amount |
| --- | --- |
| B6 ( Allowed - Actual ) | 61.8 |

Back To Top