# EXHIBIT 3

# Attachment C

Begin forwarded message:

**From:** Ramiro Fernandez <ramiroum@hotmail.com>
**Date:** August 31, 2011 6:57:24 AM EDT
**To:** Ramiro Fernandez <ramiroum@gmail.com>
**Subject: FW: Mexican standoff**

---

From: ramiroum@hotmail.com
To: warwarr@aol.com
Subject: RE: Mexican standoff
Date: Wed, 15 Jun 2011 09:30:08 -0400

ok

---

Subject: Re: Mexican standoff
To: ramiroum@hotmail.com
From: warwarr@aol.com
Date: Wed, 15 Jun 2011 13:27:35 +0000

Ramiro,

At the end of the day, Dr Livingstone is not only the Chairman but also MTI director. We all met with Dr Burke and he promised to get back to us after meeting with Roth....and he hasn't. Dr Livingstone sent him several emails and he has not responded (to my knowledge). Ruiz also sent him emails.

I suggest you personally try to find Burke so we can determine where we are. As a program, I think we put ourselves at risk by having multiple standards of care.

I am out of town but willing to have a teleconf with you, Nicole, and Phil.

---

From: Ramiro Fernandez <ramiroum@hotmail.com>
Date: Wed, 15 Jun 2011 09:21:59 -0400
To: <warwarr@aol.com>
Subject: Mexican standoff

Please take a look at Ruiz email to Alan yesterday regarding changing testing protocols.
I cannot go against a decision made by Alan nor legally prevent Phil from having the lab execute a order,
so here is my reasoning so you can evaluate pros & cons with Alan
I think this will generate another Mexican standoff,
where Roth & Kupin will not sign orders containing the immunology tests being questioned.
consequently we will not be able to bill for their patients,
That may ultimately result in not accepting their patients
what may end on either they sending their patients to other lab
or the Program director reassigning their patients to another physician
with the possible complain from them to medicine claiming the reason for their replacement are monetary and not clinical
with the consequent implication of medicare fraud by over testing
which could very well result in the transplant program being switched under Riser and the labs under Cote...
all scenarios are bad
I would rather recommend talk for an agreement
and in the event consensus cannot be obtained,

then just respect doctor specific orders
That way we could still criticize Roth & Kupin for not being proactive in testing the patients to detect impending rejection episodes early,
and ultimately, their statistics will be there to show their patient's graft survival rate being worst than those other physicians who actually actively look for rejection episodes and are able to stop the process before it has clinical manifestation / consequences.
Dead line to stop the changes made yesterday will be tomorrow at 7 a.m.
in addition there is the issue of notifying Roth that his orders that he placed in the patient orders system have been modified...

=