# EXHIBIT 4

**McCafferty-Cepero, Jennifer**

| | |
|---|---|
| **From:** | De La Cruz, Iliana |
| **Sent:** | Thursday, May 23, 2013 1:59 PM |
| **To:** | McCafferty-Cepero, Jennifer |
| **Subject:** | FW: Transplant Clinic-Doctor's list of labs orders for transplant patients pending to be signed |

**From:** Balbin, Gema
**Sent:** Wednesday, January 11, 2012 11:51 AM
**To:** De La Cruz, Iliana
**Subject:** FW: Transplant Clinic-Doctor's list of labs orders for transplant patients pending to be signed

This is the log of unsigned orders.

**From:** Lergier, Nicole A
**Sent:** Friday, December 02, 2011 12:38 PM
**To:** De La Cruz, Iliana; Balbin, Gema
**Subject:** FW: Transplant Clinic-Doctor's list of labs orders for transplant patients pending to be signed

FYI...

**From:** University of Miami-Transplant Labs <transplantlabs@med.miami.edu>
**Date:** Fri, 2 Dec 2011 12:02:21 -0500
**To:** Nicole Lergier <nlergier@med.miami.edu>, "Allegue, Julio" <JAllegue@med.miami.edu>, University of Miami-Transplant Labs <TransplantLabs@med.miami.edu>, Phillip Ruiz <PRuiz@med.miami.edu>, "Black, Douglas J." <DBlack@med.miami.edu>, Pablo Jimenez <PJimenez@med.miami.edu>
**Subject:** Transplant Clinic-Doctor's list of labs orders for transplant patients pending to be signed

Here is the list of the doctor's that have pending orders.

| Doctor | Last Signed Order | First Unsigned Order | Last Unsigned Order | Test Unsigned |
|---|---|---|---|---|
| Dr. MATTIAZZI | 11/30/2011 | 11/28/2011 | 12/02/2011 | 176 |
| Dr. TEKIN | 11/22/2011 | 11/22/2011 | 12/05/2011 | 360 |
| Dr. TZAKIS | 11/23/2011 | 11/28/2011 | 11/28/2011 | 6 |
| Dr. DURO | / / | 10/27/2010 | 02/02/2011 | 3 |
| Dr. FERTEL | 11/15/2011 | 11/16/2011 | 12/05/2011 | 178 |
| Dr. LEVI | 10/20/2011 | 11/14/2011 | 11/16/2011 | 2 |
| Dr. ROTH | 05/09/2011 | 04/27/2011 | 12/02/2011 | 17258 |
| Dr. BURKE | 12/01/2011 | 11/29/2011 | 12/02/2011 | 35 |
| Dr. CIANCIO | 11/14/2011 | 11/07/2011 | 12/02/2011 | 1024 |

1

| | | | | |
|---|---|---|---|---|
| Dr. GUERRA | 11/07/2011 | 11/02/2011 | 12/02/2011 | 753 |
| Dr. KLEINER | / / | 12/01/2009 | 07/29/2011 | 41 |
| Dr. BAUERLEIN | 11/17/2011 | 11/21/2011 | 12/01/2011 | 51 |
| Dr. CHANDAR | / / | 04/06/2010 | 10/24/2011 | 74 |
| Dr. GARCIA | / / | 01/25/2011 | 09/02/2011 | 3 |
| Dr. SAGESHIMA | 11/14/2011 | 08/02/2010 | 11/30/2011 | 772 |
| Dr. CHEN | 11/07/2011 | 11/02/2011 | 12/02/2011 | 623 |
| Dr. RODRIGUEZ | / / | 01/19/2010 | 09/14/2011 | 301 |
| Dr. ABBAS | / / | 01/05/2010 | 12/02/2011 | 497 |
| Dr. BURGOS-TIBURCIO | / / | 11/30/2009 | 06/18/2010 | 447 |
| Dr. SAAVEDRA | / / | 03/29/2010 | 11/21/2011 | 381 |
| Dr. HERSHBERGER | / / | 11/05/2010 | 11/30/2011 | 191 |
| Dr. JIMENEZ-CARCAMO | / / | 12/07/2009 | 11/10/2011 | 141 |
| Dr. ANDREANSKY | / / | 12/15/2009 | 11/30/2011 | 137 |
| Dr. KUMAR | / / | 01/05/2010 | 04/06/2011 | 135 |
| Dr. MARTINEZ | / / | 06/11/2010 | 10/17/2011 | 135 |
| Dr. R PEREIRA | / / | 08/15/2011 | 10/24/2011 | 116 |
| Dr. KALMAN | / / | 02/08/2011 | 11/29/2011 | 113 |
| Dr. HALPERT | / / | 03/11/2010 | 11/17/2011 | 111 |
| Dr. ALEJANDRO | / / | 12/29/2009 | 08/29/2011 | 106 |
| Dr. UPDIKE | / / | 07/26/2010 | 08/31/2011 | 89 |
| Dr. NAMIAS | / / | 06/01/2010 | 10/26/2011 | 77 |
| Dr. H FERNANDEZ | / / | 12/01/2009 | 06/17/2011 | 61 |
| Dr. IFTIKHAR | / / | 06/28/2010 | 11/14/2011 | 59 |
| Dr. TALMACIU | / / | 03/17/2011 | 07/20/2011 | 58 |
| Dr. GAIER | / / | 05/10/2010 | 08/24/2011 | 56 |
| Dr. KAPLAN | / / | 12/17/2009 | 06/21/2011 | 52 |
| Dr. SACKEL | / / | 03/17/2010 | 10/06/2011 | 52 |
| Dr. AHN | / / | 06/09/2011 | 09/07/2011 | 49 |
| Dr. KALIDINDI | / / | 05/27/2010 | 10/13/2011 | 49 |
| Dr. KABIR | / / | 10/05/2010 | 07/06/2011 | 47 |
| Dr. PAREDES | / / | 03/03/2011 | 08/24/2011 | 39 |
| Dr. NEVILLE | / / | 05/13/2011 | 10/13/2011 | 37 |
| Dr. JIMENEZ | / / | 01/26/2010 | 11/17/2011 | 33 |
| Dr. INVEROUDI | / / | 05/27/2010 | 04/20/2011 | 32 |
| Dr. MAYOR | / / | 12/15/2009 | 10/21/2011 | 32 |

| | | | | |
|---|---|---|---|---|
| Dr. ABITOL | / / | 11/16/2009 | 07/29/2011 | 30 |
| Dr. GOLDSTEIN | / / | 12/07/2009 | 05/31/2011 | 29 |
| Dr. CHAO | / / | 12/10/2009 | 11/02/2010 | 28 |
| Dr. NEUHAUS | / / | 03/22/2010 | 08/09/2010 | 27 |
| Dr. GORDON | / / | 09/15/2010 | 11/09/2011 | 26 |
| Dr. PFEIFFER | / / | 08/29/2011 | 09/01/2011 | 26 |
| Dr. SEQUEIRA | / / | 02/10/2010 | 09/29/2011 | 24 |
| Dr. CALVO | / / | 03/23/2011 | 07/18/2011 | 23 |
| Dr. MUSHTAQ | / / | 12/09/2010 | 11/07/2011 | 23 |
| Dr. CHEDIAK | / / | 02/09/2010 | 03/29/2010 | 21 |
| Dr. ESCALON | / / | 04/08/2010 | 12/29/2010 | 21 |
| Dr. FERNANDES | / / | 04/16/2010 | 04/06/2011 | 20 |
| Dr. FERRADA | / / | 04/27/2011 | 08/29/2011 | 19 |
| Dr. ABBASSI | / / | 03/16/2011 | 12/01/2011 | 18 |
| Dr. AGATSTON | / / | 07/28/2010 | 10/22/2010 | 18 |
| Dr. CESPEDES | / / | 02/18/2010 | 11/02/2011 | 18 |
| Dr. SELVAGGI | / / | 03/09/2010 | 09/14/2011 | 18 |
| Dr. ZILLERUELO | / / | 01/05/2010 | 11/09/2011 | 18 |
| Dr. LOSSOS | / / | 02/25/2010 | 10/07/2011 | 16 |
| Dr. GOLDBERG | / / | 12/02/2009 | 09/30/2010 | 15 |
| Dr. GOODMAN | / / | 12/09/2009 | 04/27/2011 | 15 |
| Dr. SEEHERUNVONG | / / | 07/06/2010 | 08/09/2011 | 15 |
| Dr. ANAPOL | / / | 04/05/2011 | 04/05/2011 | 14 |
| Dr. PAGELOW | / / | 10/25/2010 | 08/16/2011 | 14 |
| Dr. | / / | 04/12/2010 | 02/07/2011 | 13 |
| Dr. BREBENE | / / | 05/04/2011 | 05/04/2011 | 12 |
| Dr. EASTES | / / | 04/19/2011 | 04/19/2011 | 12 |
| Dr. PEREIRA | / / | 02/18/2010 | 09/29/2011 | 12 |
| Dr. VILVAR | / / | 03/04/2010 | 03/04/2010 | 11 |
| Dr. BARREDO | / / | 07/13/2010 | 11/07/2011 | 10 |
| Dr. EARLY | / / | 04/14/2011 | 06/03/2011 | 10 |
| Dr. MALLON | / / | 09/08/2010 | 09/08/2010 | 10 |
| Dr. SLINGERLAND | / / | 12/27/2010 | 12/27/2010 | 10 |
| Dr. STEFANOVIC | / / | 03/29/2010 | 10/29/2010 | 10 |
| Dr. THOMAS | / / | 02/09/2011 | 03/31/2011 | 10 |
| Dr. CALDERA-NIEVES | / / | 01/25/2011 | 06/27/2011 | 9 |
| Dr. RIVERA- | / / | 02/14/2011 | 02/14/2011 | 9 |

| HERNANDE | | | | |
|---|---|---|---|---|
| Dr. COLIN | / / | 02/17/2010 | 07/18/2011 | 8 |
| Dr. RATZAN | / / | 11/10/2010 | 02/15/2011 | 8 |
| Dr. SNYDER | / / | 04/20/2011 | 04/20/2011 | 8 |
| Dr. BLAUSTEIN | / / | 12/17/2009 | 06/22/2010 | 7 |
| Dr. BOLOOKI | / / | 10/26/2010 | 08/22/2011 | 7 |
| Dr. FERCHAK, PA | / / | 07/28/2010 | 08/20/2010 | 7 |
| Dr. HENDEL | / / | 02/09/2011 | 02/09/2011 | 7 |
| Dr. KOMANDURI | / / | 06/08/2010 | 08/30/2011 | 7 |
| Dr. OTHER | / / | 02/24/2010 | 05/26/2011 | 7 |
| Dr. FEUN | / / | 07/01/2010 | 09/13/2011 | 6 |
| Dr. O'BRIEN | / / | 10/05/2010 | 10/05/2010 | 6 |
| Dr. R SCHIFF | / / | 07/15/2010 | 07/15/2010 | 6 |
| Dr. SYMES | / / | 10/07/2011 | 11/29/2011 | 6 |
| Dr. ABU | / / | 09/09/2010 | 09/09/2010 | 5 |
| Dr. DAVIS | / / | 01/20/2010 | 06/09/2010 | 5 |
| Dr. HERNANDEZ | / / | 05/21/2010 | 10/19/2011 | 5 |
| Dr. KOUTOUBY | / / | 12/12/2010 | 03/12/2011 | 5 |
| Dr. SELVAGY | / / | 12/31/2009 | 11/03/2010 | 5 |
| Dr. SMOLLER | / / | 10/20/2010 | 10/20/2010 | 5 |
| Dr. TALEBI | / / | 06/08/2011 | 06/08/2011 | 5 |
| Dr. BAIER | / / | 11/02/2011 | 11/02/2011 | 4 |
| Dr. BOULANGER | / / | 10/13/2010 | 04/04/2011 | 4 |
| Dr. COHEN | / / | 03/15/2010 | 11/15/2011 | 4 |
| Dr. DE LA CRUZ | / / | 05/05/2010 | 07/08/2010 | 4 |
| Dr. BYRNES | / / | 07/25/2011 | 09/02/2011 | 3 |
| Dr. KHURANA | / / | 12/22/2010 | 12/22/2010 | 3 |
| Dr. LEVEILLEE | / / | 03/28/2011 | 03/28/2011 | 3 |
| Dr. SMITH | / / | 06/01/2010 | 06/07/2010 | 3 |
| Dr. ABREU | / / | 09/07/2011 | 09/07/2011 | 2 |
| Dr. AUNG | / / | 09/21/2010 | 09/21/2010 | 2 |
| Dr. DIAZ WONG | / / | 07/15/2011 | 07/15/2011 | 2 |
| Dr. LENZ | / / | 03/30/2010 | 05/23/2011 | 2 |
| Dr. MODIR | / / | 11/17/2011 | 11/17/2011 | 2 |
| Dr. RINDE-HOFFMAN | / / | 07/19/2011 | 07/19/2011 | 2 |
| Dr. SANDHU | / / | 03/29/2011 | 05/29/2011 | 2 |
| Dr. STUDY | / / | 08/20/2010 | 08/26/2010 | 2 |

| | | | | |
|---|---|---|---|---|
| Dr. VALLE | / / | 03/21/2011 | 03/21/2011 | 2 |
| Dr. WATERMAN | / / | 12/08/2010 | 12/08/2010 | 2 |
| Dr. YASIN | / / | 11/17/2010 | 09/08/2011 | 2 |
| Dr. ANDRADE-BUCK | / / | 03/01/2011 | 03/01/2011 | 1 |
| Dr. AVISAR | / / | 07/22/2011 | 07/22/2011 | 1 |
| Dr. CONTRERAS | / / | 03/26/2010 | 03/26/2010 | 1 |
| Dr. DESHPANDE | / / | 07/01/2010 | 07/01/2010 | 1 |
| Dr. DIAZ | / / | 02/09/2010 | 02/09/2010 | 1 |
| Dr. HARRINGTON | / / | 11/15/2011 | 11/15/2011 | 1 |
| Dr. LAZAR | / / | 11/15/2010 | 11/15/2010 | 1 |
| Dr. LENNOX | / / | 11/02/2010 | 11/02/2010 | 1 |
| Dr. LEVY | / / | 10/29/2010 | 10/29/2010 | 1 |
| Dr. LOKSHWAR | / / | 03/25/2010 | 03/25/2010 | 1 |
| Dr. NORRIS | / / | 08/19/2010 | 08/19/2010 | 1 |
| Dr. OBRIEN | / / | 09/27/2011 | 09/27/2011 | 1 |
| Dr. PALA | / / | 10/11/2011 | 10/11/2011 | 1 |
| Dr. SCHIFF | / / | 07/15/2010 | 07/15/2010 | 1 |
| Dr. SHAPIRO | / / | 06/06/2011 | 06/06/2011 | 1 |
| Dr. SOLOWAY | / / | 09/30/2010 | 09/30/2010 | 1 |
| Dr. WOLFF | / / | 07/21/2011 | 07/21/2011 | 1 |
| Dr. Wright | / / | 03/07/2011 | 03/07/2011 | 1 |
| Dr. RUSCONI | 11/14/2011 | 11/16/2011 | 12/01/2011 | 93 |
| Dr. NISHIDA | 11/22/2011 | 11/17/2011 | 12/05/2011 | 1244 |
| Dr. PHAM | 11/14/4201 | 11/28/2011 | 12/05/2011 | 124 |
| Dr. BUENO | / / | 02/08/2011 | 02/08/2011 | 19 |
| Dr. KUPIN | 11/21/2011 | 11/16/2011 | 12/02/2011 | 961 |