# EXHIBIT 8

| | |
|---|---|
| **From:** | Jonathan Lord |
| **To:** | Chris E. Gottfried |
| **Subject:** | Fwd: TAVI |
| **Date:** | Wednesday, May 22, 2013 9:13:44 PM |
| **Attachments:** | ATT176142.htm |

FYI

Begin forwarded message:

> **From:** "Lord, Jonathan" <JLord@med.miami.edu>
> **Subject: FW: TAVI**
> **Date:** May 22, 2013 8:23:40 PM EDT
> **To:** Jonathan Lord <jlordmd@gmail.com>
>
> On 9/24/12 5:31 AM, "Lord, Jonathan" <JLord@med.miami.edu> wrote:
>
>> Need to give you a bit more context when I see u
>>
>> Sent from my iPad
>>
>> On Sep 24, 2012, at 4:51 AM, "Goldschmidt, Pascal (Dean - School of
>>
>> Medicine)" <PGoldschmidt@med.miami.edu> wrote:
>>
>>> This is a thorough and expert review. I will gladly answer any query
>>>
>>> from the Board, based on this review. I suggest that we do not provide a
>>>
>>> presentation of the data, instead just answer any questions that may
>>>
>>> come up, PRN. Thanks, Alan!
>>>
>>> Pascal J. Goldschmidt, M.D.
>>>
>>> Senior Vice President for Medical Affairs and Dean

University of Miami Miller School of Medicine

Chief Executive Officer, University of Miami Health System (UHealth)

On Sep 23, 2012, at 8:31 PM, "Heldman, Alan" <AHeldman@med.miami.edu>

wrote:

Dear Rafael and team,

Sorry, I was on an airplane and didn't see the email earlier asking

for the summary data on the UMH TAVI program. An updated powerpoint is

attached, based on the one I have shown you previously. I'd like to

make the following points:

These include preliminary internal data which have both quality

assurance and academic value. Some have been submitted to various

academic outlets for publication and presentation, but are currently

unpublished. There are strict embargoes on such data prior to

publication, and so I ask that these be treated as confidentially as

possible, not for public release, and not for hard copy distribution.

Whether the board will understand these

data in their full context --

I'm not sure, but Jack and Pascal that's your call. If there are

specific questions about the Valve Program at the University of Miami

Hospital, these should be directed to me and Dr. Williams.

Slides 10 and 11 summarize the outcomes in our early experience with

the various non-transfemoral approaches. These represent innovation at

UMH by the valve team. They represent use of an FDA approved device in

an off-label technique to treat the label-approved indication. This is

common practice in cardiovascular medicine and other specialties. (The

CMS decision to regulate by withholding reimbursement for such practice

is unprecedented as far as I am aware.)

In the last few months, changes in the structure of the team at UMH

have been accompanied by improvements to the process. We put in place

a formal mechanism for credentialling and a requirement for case review

prior to scheduling valve replacement. I believe that these changes

will further improve our already good outcomes.

I updated Pres. Shalala on the issue of CMS (non)-reimbursement for

non-transfemoral TAVI a couple weeks ago (thank you again for your help

and counsel), and I am continuing to work with the cardiovascular

community on motivating change there. She and I discussed the

political approach to influencing CMS -- I am currently hoping that the

impact of this issue may be lessened, if the device for transapical

TAVI is FDA approved within the next few weeks, as the manufacturer

believes will happen. If not, then Pres. Shalala I will return to you

about political approaches.


My cell phone is broken but if you'd like to discuss these data in

advance of the BOT meeting my back-up phone is 786-518-0100.


Yours,

Alan


---

From: Campo, Rafael

Sent: Sunday, September 23, 2012 12:19 PM

To: Heldman, Alan

Cc: Snyder, Daniel; Lord, Jonathan; McCafferty-Cepero, Jennifer

Subject: TAVI

Hi Alan,

The UM Board of Trustees has asked for a TAVI update including

clinical outcomes of the different approaches. I remember you had

prepared a very nice summary. Can you please share a copy with us?

Thanks so much,

Rafael

&lt;UMH Valve Program v6.ppt&gt;