# EXHIBIT 9

Case 1:13-cv-22500-CMA   Document 15-9   Entered on FLSD Docket 12/10/2013   Page 1 of 3

DRAFT – PRIVILEGED AND CONFIDENTIAL – JMM and DR – MARCH 29, 2013

**SCOPE**

UMH Finance, Internal Audit, Medical Compliance, and GC met on March 29 to review status of TAVR accounts at UMH with DOS May 1 2012 – October 12, 2012. The purpose of the meeting was to determine what UM's obligations were with respect to these accounts, if any.

Internal reviews by Internal Audit and Medical Compliance indicated that 17 TAVR cases were performed at UMH between May 1, 2012 and October 12, 2012 that did not follow the NCD for TAVR issued May 1, 2012 (See attached). The reviews further indicated that UMH was reimbursed for some or all of the services for these cases. In order to determine what the appropriate course of action should be, Medical Compliance consulted with WPS, First Coast, and Florida Hospital Association for guidance on these accounts. As of March 28, 2013, all three agencies indicated that if the procedure was not followed according to the NCD guidelines, then it is not appropriate to bill for any of the services.

Monday, March 18, 2013 9:42 AM
Jennifer, on February 20, 2013 I emailed Kathy Reep Vice President/Financial Services Florida Hospital Association – Regional Office Orlando P.O. Box 531107 Orlando, FL 32853-1107 (407) 841-6230 in regards to the TAVR patients at UMH where NCD for insertion was not followed. The question was, can we bill for any of the services? Her response was no.

**On March 12th at the First Coast Service Options Medifest where I also asked the question and was told by Terry Stanton, Provider Relations Rep that No, the services cannot be billed.**

**Today I spoke with Cindy Hyde of WPS, at 866-518-3285 and her response was also no. If the procedure was not followed according to NCD guidelines, we cannot bill for any of the services. She also stated that she wanted a second opinion on this even though she said she was 99% sure of her answer. She will have a medical reviewer also respond to me hopefully today.**

As such, Medical Compliance recommended that UM refund all claims for hospital and professional fees associated with these accounts, as appropriate. Internal Audit ~~and General Counsel~~ agreed with Medical Compliance's recommendation. UMH Finance determined that it was appropriate to refund those accounts where the NCD was not followed and where payment was received. As such, the 60 day window for timely reimbursement on this matter begins on March 29.

UMH Finance reported that UMH's participation in the TVT Registry (https://www.ncdr.com/TVT/Home/Default.aspx) has been limited over the last few months as

[Formatted: Normal, Level 1, Indent: Left: 0", Space Before: 0 pt, After: 0 pt]

DRAFT – PRIVILEGED AND CONFIDENTIAL – JMM and DR – MARCH 29, 2013

the AVP for Regulatory Affairs resigned in January and there is currently not a single point of contact for Registry management. Medical Compliance and Internal Audit identified clarification of responsibility for managing the Registry as a key component of mitigating risk of future billing issues related to TAVR cases.

Medical Compliance, Internal Audit and General Counsel strongly recommended that UHealth and UMH develop and communicate a decision tree regarding interpretation of National and Local Coverage Determinations and other relevant local, state or federal guidance with billing implications.

### **CORRECTIVE AND PREVENTATIVE ACTIONS**

Medical Compliance, UMH Finance, Department of Surgery, Department of Medicine and CHDS will work together to process refunds for the hospital and professional fees, as appropriate. Internal Audit will <u>review the documentation to ensure refunds were made on a timely basis.</u> ~~confirm the refunds are appropriate, accurate and completed on or before May 29, 2013.~~

UMH Finance will provide a list of TAVR cases (both research and commercial) performed at UMH from October 1, 2012 to March 29, 2013. ~~Internal Audit and~~ Medical Compliance will review the accounts associated with these cases and make recommendations regarding billing.

UMH Finance will implement a prospective bill hold on all TAVR cases, effectively immediately. Medical Compliance will review the accounts associated with these cases and make recommendations to UMH Finance regarding billing.

Medical Compliance and Internal Audit will meet with UMH Finance, UMH Chief Medical Officer, ~~and~~ Interim AVP for Regulatory Affairs, <u>the Director of the Cath Lab and PI for the TVT Registry</u> to review the status of the Registry and the additional operational controls planned for monitoring TAVR cases at UMH.

Medical Compliance will report to the UHealth Compliance Committee regarding the need for a UHealth policy regarding a decision tree for interpretation of National and Local Coverage Determinations and other relevant local, state or federal guidance with billing implications.