# EXHIBIT 11

| From: | Jonathan Lord |
|---|---|
| To: | Chris E. Gottfried |
| Cc: | Jeffrey H. Sloman |
| Subject: | Fwd: Facility Fees - Hospital Outpatients - FINAL |
| Date: | Friday, June 07, 2013 3:32:31 PM |

Please see the long string below - as you will recall we discussed this issue and it was in a draft chapter.

Jennifer did meet with the Dean today - who continued to press Jennifer on updates on IML. He knows that it is in the hands of the General Counsels Office, that the Internal Audit findings that were communicated to the board were inaccurate, and will continue to find ways to get at Livingstone. He perceives that Alan is at the root of attempts to get rid of him. Thank - thats all for now!

J

Begin forwarded message:

**From:** Jennifer McCafferty-Fernandez <jmccaffertyfernandez@gmail.com>
**Subject: Fwd: FW: Facility Fees - Hospital Outpatients - FINAL**
**Date:** June 7, 2013 3:02:18 PM EDT
**To:** Jonathan Lord <jlordmd@gmail.com>

fyi

---------- Forwarded message ----------
From: **McCafferty-Cepero, Jennifer** <JMcCafferty@med.miami.edu>
Date: Fri, Jun 7, 2013 at 2:53 PM
Subject: FW: Facility Fees - Hospital Outpatients - FINAL
To: "jmccaffertyfernandez@gmail.com" <jmccaffertyfernandez@gmail.com>


Jennifer McCafferty, PhD, CHC, CHPC, CHRC
Chief Medical Compliance Officer

305.243.6129 Office
305.439.9250 Cellular
jmccafferty@med.miami.edu


The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by

reply email and destroy all copies of the original message.

-----Original Message-----
From: Natoli, Joe [mailto:jnatoli@miami.edu]
Sent: Friday, June 07, 2013 2:31 PM
To: McCafferty-Cepero, Jennifer
Subject: FW: Facility Fees - Hospital Outpatients - FINAL

> Below is a revision with Dean Goldschmidt's edits.
>
> Healthcare in the US is complex and can be difficult to navigate for patients. At the University of Miami Health System, physicians see patients in either office or hospital-based settings, depending on the complexity of the patient's condition, comorbidities and other factors. The location of care and related charges follow the location and best and most appropriate care for the individual. UHealth follows established national policies that apply to all office and hospital-based institutions. Our commitment is to provide superior patient care and outcomes in cost-effective ways and, over time, contribute to lowering the overall cost of healthcare to the patients we serve.
>
>
> Lisa Worley
> Executive Director of Medical Communications University of Miami
> Miller School of Medicine
> Office: 305-243-5184
> Cell: 305-458-9654
> lworley2@med.miami.edu<mailto:lworley2@med.miami.edu>
>
> [cid:88585401-19f1-4031-81b7-212c5995b5a3]
> [cid:da0a1c8a-a08b-493f-8bd9-3752b4f37172] Find us on Facebook<http://www.facebook.com/pages/UMiamiMedicine/110761415623425>
> [cid:91bb4f44-76e6-48b4-b469-6dd097dc8769] Follow us on Twitter<http://www.twitter.com/umiamimedicine> [cid:71437512-ee0d-4fdb-af78-bfc412d60d2c] <http://www.youtube.com/> [cid:185a9506-0936-4872-bc29-77381a825072]    Watch us on YouTube<http://www.youtube.com/umiamimedicine>
>
>
>
>
>
> _____
> From: Worley, Lisa
> Sent: Friday, June 07, 2013 10:27 AM
> To: 'Natoli, Joe'; Sory, John; Lubarsky, David; Goldschmidt, Pascal
> J.; Snyder, Daniel; Morris, Christine; Robitaille, Magaly
> Subject: RE: Facility Fees - Hospital Outpatients - FINAL
>
>

> Hello all,
> Below is a "final" version.
>
> The healthcare system in the US is incredibly complex and can be difficult to navigate. At the University of Miami Health System, physicians see patients in both office and hospital-based settings. The location of care and related charges follow the location and best and most appropriate care for the individual. UHealth follows national policies that apply to all office and hospital-based institutions. Our commitment is to providing superior patient care and outcomes in cost-effective ways and to, over time, lowering the overall cost of healthcare to the patients who we serve.
>
>
> Lisa Worley
> Executive Director of Medical Communications University of Miami
> Miller School of Medicine
> Office: 305-243-5184
> Cell: 305-458-9654
> lworley2@med.miami.edu<mailto:lworley2@med.miami.edu>
>
>
> Find us on Facebook  Follow us on Twitter    Watch us on YouTube
>
>
>
>
> -----Original Message-----
> From: Natoli, Joe [mailto:jnatoli@miami.edu]
> Sent: Friday, June 07, 2013 9:59 AM
> To: Sory, John; Worley, Lisa; Lubarsky, David; Goldschmidt, Pascal J.;
> Snyder, Daniel; Morris, Christine; Robitaille, Magaly
> Subject: FW: Facility Fees - Hospital Outpatients
>
> Sorry to be a late entrant to the editing process. See suggested tracked edits above. Chris, please take all the input and send us a "final" version.
>
> -----Original Message-----
> From: Sory, John [mailto:j.sory@med.miami.edu]
> Sent: Friday, June 07, 2013 9:09 AM
> To: Worley, Elisabeth Susan; Lubarsky, David A.; Goldschmidt, Pascal
> (Dean - School of Medicine); Natoli, Joe; Snyder, Daniel James
> Cc: Morris, Christine; Robitaille, Magaly
> Subject: Re: Facility Fees - Hospital Outpatients
>
> I made a couple edits to the statement. See how this reads:
>
> The healthcare system in the US is incredibly complex and can be difficult to navigate. At the University of Miami Health System we have hundreds of doctors who see patients in a traditional office setting and many who see patients in a hospital based setting. The location of care and thus the type of bill follow

that location and the best and most appropriate care for the individual. We follow the national policies established for all office and hospital-based institutions. At this point we are primarily a hospital-based system, delivering advanced acute care when and where it is most appropriately provided. Our commitment is to continue to provide the highest quality of care while helping to lower the overall cost of care. Simplifying this complex system would be another positive outcome for all of us in the healthcare community.
>
> John B Sory
> Chief Executive, Regional Alliance
> J.sory@med.miami.edu<mailto:J.sory@med.miami.edu>
> O: 305-243-4287
> C: 203-505-2199
> 1120 NW 14th St
> 3rd Floor Executive Suite
> Miami, FL  33136
>
> [cid:14A0EF00-5E63-44BC-8573-81EA72350428]
>
>
>
> From: <Worley>, Lisa
>
<LWorley2@med.miami.edu<mailto:LWorley2@med.miami.edu<mailto:LWorley2@
> med.miami.edu<mailto:LWorley2@med.miami.edu>>>
> Date: Friday, June 7, 2013 8:33 AM
> To: John Sory
>
<j.sory@med.miami.edu<mailto:j.sory@med.miami.edu<mailto:j.sory@med.mi
> ami.edu<mailto:j.sory@med.miami.edu>>>, David Lubarsky
>
<DLubarsky@med.miami.edu<mailto:DLubarsky@med.miami.edu<mailto:DLubars
> ky@med.miami.edu<mailto:DLubarsky@med.miami.edu>>>, Pascal Goldschmidt
>
<PGoldschmidt@med.miami.edu<mailto:PGoldschmidt@med.miami.edu<mailto:P
> Goldschmidt@med.miami.edu<mailto:PGoldschmidt@med.miami.edu>>>,
> "Natoli, Joe"
> <jnatoli@miami.edu<mailto:jnatoli@miami.edu<mailto:jnatoli@miami.edu<m
> ailto:jnatoli@miami.edu>>>, Dan Snyder
>
<DSnyder@med.miami.edu<mailto:DSnyder@med.miami.edu<mailto:DSnyder@med
> .miami.edu<mailto:DSnyder@med.miami.edu>>>
> Cc: Christine Morris
>
<CMorris@med.miami.edu<mailto:CMorris@med.miami.edu<mailto:CMorris@

> med
> .miami.edu<mailto:CMorris@med.miami.edu>>>, Magaly Robitaille
>
<MRobitai@med.miami.edu<mailto:MRobitai@med.miami.edu<mailto:MRobitai@
> med.miami.edu<mailto:MRobitai@med.miami.edu>>>
> Subject: RE: Facility Fees - Hospital Outpatients
>
> Good morning everyone. Below is the statement drafted by Communications.
>
> Statement from UHealth - University of Miami Health System The cost of healthcare in the U.S. is a complex system for patients to navigate. While the University of Miami Health System has hundreds of doctors who see patients in a traditional office, UHealth is primarily a hospital-based system, delivering acute care in cases of specific illnesses, such as cancer. We follow the same national policies set for all hospital-based institutions. Our goal and commitment are to continue to provide the highest quality of care at the most appropriate cost. UHealth hopes to be part of a national solution to lowering the cost of healthcare.
>
>
> Lisa Worley
> Executive Director of Medical Communications University of Miami
> Miller School of Medicine
> Office: 305-243-5184
> Cell: 305-458-9654
>
lworley2@med.miami.edu<mailto:lworley2@med.miami.edu<mailto:lworley2@m
> ed.miami.edu<mailto:lworley2@med.miami.edu>>
>
>
[<cid:image001.gif@01CE6359.BCE645D0>cid:image001.gif@01CE6359.BCE645D0]
>
[<cid:image009.png@01CE6359.BD008490>cid:image009.png@01CE6359.BD008490]Find us on Facebook<http://www.facebook.com/pages/UMiamiMedicine/110761415623425
>
[<cid:image010.jpg@01CE6359.BD008490>cid:image010.jpg@01CE6359.BD008490] Follow us on Twitter<http://www.twitter.com/umiamimedicine>
<http://www.youtube.com/>
[<cid:image011.png@01CE6359.BD008490>cid:image011.png@01CE6359.BD008490]   Watch us on YouTube<http://www.youtube.com/umiamimedicine>
>
>
>
>
> Begin forwarded message:
> From: "Sory, John"

>
> <j.sory@med.miami.edu<mailto:j.sory@med.miami.edu<mailto:j.sory@med.mi
> ami.edu<mailto:j.sory@med.miami.edu>>>
> Date: June 7, 2013, 8:06:40 AM EDT
> To: "Lubarsky, David"
>
<DLubarsky@med.miami.edu<mailto:DLubarsky@med.miami.edu<mailto:DLubars
> ky@med.miami.edu<mailto:DLubarsky@med.miami.edu>>>, "Morris,
> Christine"
>
<CMorris@med.miami.edu<mailto:CMorris@med.miami.edu<mailto:CMorris@med
> .miami.edu<mailto:CMorris@med.miami.edu>>>
> Cc: "Goldschmidt, Pascal (Dean - School of Medicine)"
>
<PGoldschmidt@med.miami.edu<mailto:PGoldschmidt@med.miami.edu<mailto:P
> Goldschmidt@med.miami.edu<mailto:PGoldschmidt@med.miami.edu>>>,
> "Natoli, Joe"
> <jnatoli@miami.edu<mailto:jnatoli@miami.edu<mailto:jnatoli@miami.edu<m
> ailto:jnatoli@miami.edu>>>, "Goldschmidt, Pascal J."
>
<pgoldschmidt@miami.edu<mailto:pgoldschmidt@miami.edu<mailto:pgoldschm
> idt@miami.edu<mailto:pgoldschmidt@miami.edu>>>, "Robitaille, Magaly"
>
<MRobitai@med.miami.edu<mailto:MRobitai@med.miami.edu<mailto:MRobitai@
> med.miami.edu<mailto:MRobitai@med.miami.edu>>>, "Snyder, Daniel"
>
<DSnyder@med.miami.edu<mailto:DSnyder@med.miami.edu<mailto:DSnyder@med
> .miami.edu<mailto:DSnyder@med.miami.edu>>>
> Subject: Re: Facility Fees - Hospital Outpatients Chris,
>
> Your version from last night is the current draft to review, correct? please resend the current version so we're all on the same page.
>
> Thank you,
>
> John B Sory
> U Health
> Chief Executive, Regional Alliance
>
J.sory@med.miami.edu<mailto:J.sory@med.miami.edu<mailto:J.sory@med.mia
> mi.edu<mailto:J.sory@med.miami.edu>>
> C: 203-505-2199
>
> On Jun 7, 2013, at 7:55 AM, "Lubarsky, David"

> <DLubarsky@med.miami.edu<mailto:DLubarsky@med.miami.edu<mailto:DLubarsky@med.miami.edu<mailto:DLubarsky@med.miami.edu>>> wrote:
> 
> 
> There are two drafts running around. Please let me know how I can further help.
> 
> On 6/7/13 6:42 AM, "Goldschmidt, Pascal (Dean - School of Medicine)"
> <PGoldschmidt@med.miami.edu<mailto:PGoldschmidt@med.miami.edu<mailto:PGoldschmidt@med.miami.edu<mailto:PGoldschmidt@med.miami.edu>>> wrote:
> 
> Agree with Joe, urgent.
> 
> Pascal J. Goldschmidt, M.D.
> Senior Vice President for Medical Affairs and Dean University of Miami
> Miller School of Medicine Chief Executive Officer, University of Miami
> Health System (UHealth)
> 
> On Jun 6, 2013, at 2:12 PM, "Natoli, Joe" <jnatoli@miami.edu<mailto:jnatoli@miami.edu<mailto:jnatoli@miami.edu<mailto:jnatoli@miami.edu>>> wrote:
> 
> We need a draft for Chris. Would you or John take first shot at that?
> Explains nature, related issues, etc. Short and tight, though.
> 
> -----Original Message-----
> From: Lubarsky, David [mailto:DLubarsky@med.miami.edu]
> Sent: Thursday, June 06, 2013 1:47 PM
> To: Natoli, Joe
> Cc: Sory, John Birdsall; Morris, Christine; Goldschmidt, Pascal J.;
> Robitaille, Magaly; Snyder, Daniel James
> Subject: Re: Facility Fees - Hospital Outpatients
> 
> We have been diligently addressing - John has been relentless in
> getting us together
> 
> We have a specific phased plan but I believe (and we are discussing) based on the issue below that despite the price tag, our success as a business in the near term may be more impacted than previously appreciated and we should pull the trigger this year on the entire plan.
> 
> We have a self imposed deadline of June 15 to have a detailed draft proposal for leadership review.
> 
> David Lubarsky MD MBA
> Papper Prof and Chair
> Dept of Anesthesiology
>

>
> On Jun 6, 2013, at 1:26 PM, "Natoli, Joe"
<jnatoli@miami.edu<mailto:jnatoli@miami.edu<mailto:jnatoli@miami.edu<mailto:jnatoli@miami.edu>>> wrote:
>
> See all below.  How goes the effort to POS 11 vs. 22 review?  Do you
> expect to have actionable recommendations by mid-June?  Chris, do you need
a draft response to questions that may come from note below>?
>
> -----Original Message-----
> From: Robitaille, Magaly [mailto:MRobitai@med.miami.edu]
> Sent: Thursday, June 06, 2013 1:13 PM
> To: Morris, Christine; Natoli, Joe
> Subject: FW: Facility Fees - Hospital Outpatients
> Importance: High
>
> FYI -
>
> -----Original Message-----
> From: Linda Drake (WireSpring) [mailto:lindad@wirespring.com]
> Sent: Thursday, June 06, 2013 1:08 PM
> To:
>
tolorunnipa@MiamiHerald.com<mailto:tolorunnipa@MiamiHerald.com<mailto:
> tolorunnipa@MiamiHerald.com<mailto:tolorunnipa@MiamiHerald.com>>;
>
taylorb@gwu.edu.com<mailto:taylorb@gwu.edu.com<mailto:taylorb@gwu.edu.
> com<mailto:taylorb@gwu.edu.com>>;
>
asherman@miamiherald.com<mailto:asherman@miamiherald.com<mailto:asher
m
> an@miamiherald.com<mailto:asherman@miamiherald.com>>;
>
tcowen@gmu.edu<mailto:tcowen@gmu.edu<mailto:tcowen@gmu.edu<mailto:tc
ow
> en@gmu.edu>>;
> jennifer.corbett-dooren@dowjones.com<mailto:jennifer.corbett-dooren@do
> wjones.com<mailto:jennifer.corbett-dooren@dowjones.com<mailto:jennifer
> .corbett-dooren@dowjones.com>>;
>
numbersguy@wsj.com<mailto:numbersguy@wsj.com<mailto:numbersguy@wsj.
com
> <mailto:numbersguy@wsj.com>>;
>
benjamin.kesling@dowjones.com<mailto:benjamin.kesling@dowjones.com<mai
> lto:benjamin.kesling@dowjones.com<mailto:benjamin.kesling@dowjones.com
> >>;
> clint.boulton@wsj.com<mailto:clint.boulton@wsj.com<mailto:clint.boulto
> n@wsj.com<mailto:clint.boulton@wsj.com>>;
>

> anna.mathews@wsj.com<mailto:anna.mathews@wsj.com<mailto:anna.mathews@w
> sj.com<mailto:anna.mathews@wsj.com>>;
> louise.radnofsky@wsj.com<mailto:louise.radnofsky@wsj.com<mailto:louise
> .radnofsky@wsj.com<mailto:louise.radnofsky@wsj.com>>;
> kevin.helliker@wsj.com<mailto:kevin.helliker@wsj.com<mailto:kevin.hell
> iker@wsj.com<mailto:kevin.helliker@wsj.com>>;
> michael.hickins@wsj.com<mailto:michael.hickins@wsj.com<mailto:michael.
> hickins@wsj.com<mailto:michael.hickins@wsj.com>>;
> Simran.Maini@speedcommunications.com<mailto:Simran.Maini@speedcommunic
> ations.com<mailto:Simran.Maini@speedcommunications.com<mailto:Simran.M
> aini@speedcommunications.com>>;
> Laura.Imregi@speedcommunications.com<mailto:Laura.Imregi@speedcommunic
> ations.com<mailto:Laura.Imregi@speedcommunications.com<mailto:Laura.Im
> regi@speedcommunications.com>>;
> pcolford@ap.org<mailto:pcolford@ap.org<mailto:pcolford@ap.org<mailto:p
> colford@ap.org>>;
> emadigan@ap.org<mailto:emadigan@ap.org<mailto:emadigan@ap.org<mailto:e
> madigan@ap.org>>;
> grahamt@washpost.com<mailto:grahamt@washpost.com<mailto:grahamt@washpo
> st.com<mailto:grahamt@washpost.com>>;
> writersgrp@washpost.com<mailto:writersgrp@washpost.com<mailto:writersg
> rp@washpost.com<mailto:writersgrp@washpost.com>>;
> searingl@washpost.com<mailto:searingl@washpost.com<mailto:searingl@was
> hpost.com<mailto:searingl@washpost.com>>;
> Schettlerr@washpost.com<mailto:Schettlerr@washpost.com<mailto:Schettle
> rr@washpost.com<mailto:Schettlerr@washpost.com>>;
> dillonv@washpost.com<mailto:dillonv@washpost.com<mailto:dillonv@washpo
> st.com<mailto:dillonv@washpost.com>>;
> mcdaniela@washpost.com<mailto:mcdaniela@washpost.com<mailto:mcdaniela@
> washpost.com<mailto:mcdaniela@washpost.com>>;
> ravindranv@washpost.com<mailto:ravindranv@washpost.com<mailto:ravindra
> nv@washpost.com<mailto:ravindranv@washpost.com>>;
> rosbergg@washpost.com<mailto:rosbergg@washpost.com<mailto:rosbergg@was
> hpost.com<mailto:rosbergg@washpost.com>>;

```
>
    calderonr@washpost.com<mailto:calderonr@washpost.com<mailto:calderonr@
>   washpost.com<mailto:calderonr@washpost.com>>;
>
    halotas@washpost.com<mailto:halotas@washpost.com<mailto:halotas@washpo
>   st.com<mailto:halotas@washpost.com>>;
>
    lynchd@washpost.com<mailto:lynchd@washpost.com<mailto:lynchd@washpost.
>   com<mailto:lynchd@washpost.com>>;
>
    cooneyw@washpost.com<mailto:cooneyw@washpost.com<mailto:cooneyw@washpo
    ashpo
>   st.com<mailto:cooneyw@washpost.com>>;
>
    rosenwaldm@washpost.com<mailto:rosenwaldm@washpost.com<mailto:rosenwal
    al
>   dm@washpost.com<mailto:rosenwaldm@washpost.com>>;
>   singletarym@washpost.com<mailto:singletarym@washpost.com<mailto:single
>   tarym@washpost.com<mailto:singletarym@washpost.com>>;
>   lorien@gwu.edu<mailto:lorien@gwu.edu<mailto:lorien@gwu.edu<mailto:lori
>   en@gwu.edu>>;
>
    michal@gwu.edu<mailto:michal@gwu.edu<mailto:michal@gwu.edu<mailto:mich
    h
>   al@gwu.edu>>;
>
    sarar@gwu.edu<mailto:sarar@gwu.edu<mailto:sarar@gwu.edu<mailto:sarar@g
>   wu.edu>>;
>   joelt@gwu.edu<mailto:joelt@gwu.edu<mailto:joelt@gwu.edu<mailto:joelt@g
>   wu.edu>>;
>   laracs@gwu.edu<mailto:laracs@gwu.edu<mailto:laracs@gwu.edu<mailto:lara
>   cs@gwu.edu>>;
>
    sddavid@gwu.edu<mailto:sddavid@gwu.edu<mailto:sddavid@gwu.edu<mailto:s
>   ddavid@gwu.edu>>;
>
    jthorpe@gwu.edu<mailto:jthorpe@gwu.edu<mailto:jthorpe@gwu.edu<mailto:j
>   thorpe@gwu.edu>>; Snyder, Daniel; Goldschmidt, Pascal (Dean - School
>   of Medicine); Beckford, Cecile; Diaz, Matilde; Falcone, Steven F;
>   Hare, Joshua M; Kenyon, Norma; Livingstone, Alan; Lubarsky, David;
>
    jfmmafferty@med.miami.edu<mailto:jfmmafferty@med.miami.edu<mailto:jfm
    m
>   afferty@med.miami.edu<mailto:jfmmafferty@med.miami.edu>>; Seo, David;
>
    jsory@med.miami.edu<mailto:jsory@med.miami.edu<mailto:jsory@med.miami.
>   edu<mailto:jsory@med.miami.edu>>; Van Der Put, Elaine;
>
```

```
meklas@miamiherald.com<mailto:meklas@miamiherald.com<mailto:meklas@
mia
> miherald.com<mailto:meklas@miamiherald.com>>;
>
pmazzei@miamiherald.com<mailto:pmazzei@miamiherald.com<mailto:pmazzei
@
> miamiherald.com<mailto:pmazzei@miamiherald.com>>;
>
mcaputo@MiamiHerald.com<mailto:mcaputo@MiamiHerald.com<mailto:mcap
uto@
> MiamiHerald.com<mailto:mcaputo@MiamiHerald.com>>;
>
sbustos@miamiherald.com<mailto:sbustos@miamiherald.com<mailto:sbustos@
> miamiherald.com<mailto:sbustos@miamiherald.com>>;
>
TWPCoReply@washpost.com<mailto:TWPCoReply@washpost.com<mailto:T
WPCoRep
> ly@washpost.com<mailto:TWPCoReply@washpost.com>>;
>
thompsonk@washpost.com<mailto:thompsonk@washpost.com<mailto:thompson
k@
> washpost.com<mailto:thompsonk@washpost.com>>
> Subject: Facility Fees - Hospital Outpatients
> Importance: High
>
> To All Journalists,
>
> I send you this email in the hopes that you will expose an immoral and
unethical policy that UHealth has developed, seemingly in collaboration with the
insurers here in Florida.
>
> UHealth has implemented the practice of imposing a fee that they term
> "Facility Fees for Outpatient Hospital Room and Board" in the amount
> of
> $210 for every visit where services are provided and rendered. The fee is in
addition to specialist fees and various test fees. In addition, the presence of the
fee also frequently means that the facility bills with a place of service code
indicative of a hospital location even if not in a hospital, making the entire visit
subject to a deductible. So, a person seeing an allergist would typically pay
$200-300 for the the specialist plus the facility fee of $210, rather than a flat
copay (e.g.
> $25-75) for the visit. These fees apply until the patient's deductible
> has been met. As you all are aware, typical deductibles are ranging
> from
> $2,000 to $10,000 on the new insurance policies coming out.
>
> Additionally, UHealth's intake "specialists" say nothing of the fee or amount,
just that you will be billed as a Hospital Outpatient. No mention is made of the
relationship between this fee and the place of service codes, and the manner in
which this fee makes the entire visit essentially out of network for the patient.
```

> Only after the visit do their customer service "specialists" tell you that everyone has to pay the fee when you call after receiving an unexpected invoice.
>
> What really disturbs me about this UHealth policy is that they are in reality driving away the very client base that they are desiring to attract. UHealth is centered in a community of lower middle class patients where the median income is $40,000 to $50,000. Many have employer sponsored health insurance. However, UHealth seems to totally ignore that incurring $2,000-$5,000 in non-covered medical expenses will severely hurt these clients. Ironically, UHealth in turn gladly accepts Miami-Dade County taxpayer funds that its client base pays.
>
> I have previously contacted the Management of UHealth as delineated below. The editorial as originally written by Daniel Synder is also attached. Sadly, I have received no response to my complaint. I ask all of you to investigate this felonious practice that UHealth appears to have put into place in conjunction with BCBSFL. I also ask that you survey out-of-state research institutions, such as the University of Washington, as the practice seems to be on the road to becoming pervasive. Please please let the American public become aware of the unethical practices that institutions like UHealth are using to circumvent ACA.
>
> Very truly yours,
> Linda M. Drake
>
>
>
>
>
> --------------------------------------------------------------
> --
> ----
>
>
>
>
> Dear Mr. Snyder,
>
> I read with interest -- which soon turned into revulsion -- the article you sent to the Miami Herald that was published on 5/19/13.
> The title of the article, "UM Hospital raises standards across South Florida"
> should in fact have been titled "UM Hospital raises rates across South Florida".
>
> Why do I say this? All I have to do is reference the "new" policy by
> UHealth of charging "hospital outpatients" a hefty "facility fee" of
> $210 per visit on top of the specialist fees for doctors. Since all
> the locations charging a "facility fee" also bill as Place of Service
> Code
> 22 for insurance, the fee is charged with each visit and is 100% patient responsibility until one's deductible is met. With annual deductibles normally in the $2000+ range per year for most small group plans, this ends up being quite a hefty charge for a middle class patient to absorb for visits to specialists.

>
> So while *you* are able to receive world class care and the best of standards, I am priced out of the market and am unable to access any of your providers. Don't you people understand that you are driving away the very customers that you are anxious to attract? You want the middle class to form the stable basis of your patient group and yet you have now instituted a policy that directly affects their everyday living expenses, driving them away from you.
>
> Don't you people realize that in a county where the median income is
> $40,000-$50,000 per year that such a huge imposition on your patient base will avert your growth? To put the "facility fees" in perspective, my deductible, which I have never met, comprises almost five percent of my take home salary. For the many that are living paycheck to paycheck, that is a huge amount.
>
> So who is responsible for implementing such a policy and who obviously was wearing blinders to the reality of the Miami-Dade population? I am simply in complete disbelief that UHealth would institute such a regressive policy hurting the very people upon whom you survive.
>
> Please review and revise this regressive and obnoxious policy immediately.
>
> Linda Drake
> 954-548-3300 ext 1523
> <UHealth Facility Fees.doc>
>
>