# EXHIBIT 13

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID
██████

Guarantor Name & Address
████████████████    ██████████

Visit ID
█████████                      ████████    ██████

Detailed Bill For

```
Patient Name:        ████████████████
Account Class:       Outpatient          Service Date From: 09/30/2013
Attending Physician:                     Service Date To:   09/30/2013
```

Charges
```
====================================================================================
Service   Cost     Rev.   Proc.      Description                   Qty.   Amount
Date      Ctr.     Code   Code
====================================================================================
Professional Charges
09/30/13                  99214       OFFICE/OUTPT VISIT,EST,L       1     270.00
09/30/13                  Q2037       Fluvirin vacc, 3 yrs & >       1      46.00
09/30/13                  G8553       Rx certified EHR               1       0.00
09/30/13                  G8420       BMI<30 AND >=22 CALC & D        1       0.00
09/30/13                  G8427       PR LIST OF CURRENT MEDIC        1       0.00
09/30/13                  3016F       PATIENT SCREEN FOR UNHEA        1       0.00
09/30/13                  1036F       CURRENT TOBACCO NON-USER        1       0.00
09/30/13                  G0008       ADMIN INFLUENZA VIRUS VA        1      25.00

       Total professional charges:                                        341.00
```

Payments
```
====================================================================================
Post Date                      Recd. From                               Amount
====================================================================================
Professional Payments
10/18/13                       MEDICARE                                -129.98
11/04/13                       UNITED HEALTHCARE                        -23.17

       Total professional payments:                                     -153.15
```

Adjustments
```
====================================================================================
Post Date                      Adj. For                                 Amount
====================================================================================
Professional Adjustments
10/18/13                       MEDICARE                                -154.16
10/18/13                       MEDICARE                                  -1.85
10/18/13                       MEDICARE                                 -31.04
10/18/13                       MEDICARE                                  -0.30
10/18/13                       MEDICARE                                  -0.50

       Total professional adjustments:                                  -187.85
```

```
Total balance:                                                              0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID          ███████          Guarantor Name & Address
                                     ████████████████████

Visit ID
███████                              ███████████    ████████

Detailed Bill For

Patient Name:
Account Class:        Outpatient          Service Date From: 09/30/2013
Attending Physician:                      Service Date To:   09/30/2013

Charges
===============================================================================
Service   Cost    Rev.   Proc.    Description              Qty.   Amount
Date      Ctr.    Code   Code
===============================================================================
Professional Charges
  09/30/13              99214     OFFICE/OUTPT VISIT,EST,L    1    270.00
  09/30/13              Q2037     Fluvirin vacc, 3 yrs & >    1     46.00
  09/30/13              G8553     Rx certified EHR            1      0.00
  09/30/13              G8420     BMI<30 AND >=22 CALC & D    1      0.00
  09/30/13              G8427     PR LIST OF CURRENT MEDIC    1      0.00
  09/30/13              3016F     PATIENT SCREEN FOR UNHEA    1      0.00
  09/30/13              1036F     CURRENT TOBACCO NON-USER    1      0.00
  09/30/13              G0008     ADMIN INFLUENZA VIRUS VA    1     25.00

      Total professional charges:                               341.00


Payments
===============================================================================
Post Date                Recd. From                              Amount
===============================================================================
Professional Payments
  10/18/13               MEDICARE                               -129.98
  11/04/13               UNITED HEALTHCARE                       -23.17

      Total professional payments:                             -153.15


Adjustments
===============================================================================
Post Date                Adj. For                                Amount
===============================================================================
Professional Adjustments
  10/18/13               MEDICARE                               -154.16
  10/18/13               MEDICARE                                 -1.85
  10/18/13               MEDICARE                                -31.04
  10/18/13               MEDICARE                                 -0.30
  10/18/13               MEDICARE                                 -0.50

      Total professional adjustments:                          -187.85

Total balance:                                                      0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address
█████████                               ██████████████████████████

Visit ID
██████████                              ███████████    ██████████

Detailed Bill For

```
Patient Name:
Account Class:          Outpatient           Admission Date:   09/13/2013
Attending Physician:    DUBOVY, SANDER R.     Discharge Date:   09/13/2013
```

Charges
```
=============================================================================
 Service   Cost      Rev.   Proc.      Description              Qty.  Amount
 Date      Ctr.      Code   Code
=============================================================================
Hospital Charges
 09/13/13  2075      0920   470700185  HCHG OCT; UNI/BILATERAL;   1    329.00
 09/13/13  1025      0510   501700469  HCHG CLINIC LEVEL 4 EST    1    175.00

    Total hospital charges:                                           504.00
```

Payments
```
=============================================================================
 Post Date                    Recd. From                            Amount
=============================================================================
Hospital Payments
 10/08/13                     MEDICARE                              -114.61
 10/10/13                     UNITED HEALTHCARE                      -29.26

    Total hospital payments:                                        -143.87
```

Adjustments
```
=============================================================================
 Post Date                    Adj. For                              Amount
=============================================================================
Hospital Adjustments
 10/08/13                     MEDICARE                              -357.79

    Total hospital adjustments:                                     -357.79
```


Total balance:                                                         2.34

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

<u>Account ID</u>                                    <u>Guarantor Name & Address</u>

<u>Visit ID</u>

Detailed Bill For

Patient Name:
Account Class:         Outpatient          Service Date From: 09/13/2013
Attending Physician:                        Service Date To:   09/13/2013

Charges
========================================================================
 Service   Cost      Rev.   Proc.   Description              Qty.  Amount
 Date      Ctr.      Code   Code
========================================================================
Professional Charges
 09/13/13                   99213   OFFICE/OUTPT VISIT,EST,L   1   180.00
 09/13/13                   3016F   PATIENT SCREEN FOR UNHEA   1     0.00
 09/13/13                   1036F   CURRENT TOBACCO NON-USER   1     0.00
 09/13/13                   92134   COMPUTERIZED OPHTHALMIC    1   112.00

     Total professional charges:                                 292.00


Payments
========================================================================
 Post Date                 Recd. From                            Amount
========================================================================
Professional Payments
 10/07/13                  MEDICARE                              -67.53
 10/22/13                  UNITED HEALTHCARE                     -17.22

     Total professional payments:                                -84.75


Adjustments
========================================================================
 Post Date                 Adj. For                              Amount
========================================================================
Professional Adjustments
 10/07/13                  MEDICARE                             -125.23
 10/07/13                  MEDICARE                               -0.88
 10/07/13                  MEDICARE                              -80.64
 10/07/13                  MEDICARE                               -0.50

     Total professional adjustments:                            -207.25


Total balance:                                                     0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                                    Guarantor Name & Address

████████                                     █████████      ████

████████                                     ██████  ████

Detailed Bill For

Patient Name:        ████████████████
Account Class:       Outpatient               Admission Date:    07/15/2013
Attending Physician: SUSSMAN, DANIEL A.        Discharge Date:   07/15/2013

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 07/15/13 | 4030 | 0636 | 130700636 | ONDANSETRON HCL 4 MG/2ML | 8 | 36.00 |
| 07/15/13 | 4030 | 0636 | 130700636 | MIDAZOLAM 5 MG/5ML SOLN | 5 | 36.00 |
| 07/15/13 | 4030 | 0250 | 130700250 | PROPOFOL 10 MG/ML EMUL 2 | 2 | 53.00 |
| 07/15/13 | 4030 | 0250 | 130700250 | KETAMINE 10 MG/ML SOLN 2 | 1 | 130.00 |
| 07/15/13 | 4030 | 0250 | 130700250 | LIDOCAINE 2 % SOLN 5 ML | 1 | 42.00 |
| 07/15/13 | 4030 | 0636 | 130700636 | LACTATED RINGERS SOLN 1, | 1 | 173.00 |
| 07/15/13 | 4010 | 0270 | 111700443 | BITE BLOCK (GI) | 1 | 28.00 |
| 07/15/13 | 4010 | 0271 | 111706195 | OXISENSOR | 1 | 310.00 |
| 07/15/13 | 4010 | 0270 | 111708729 | IV SET PRIMARY CONTINU F | 1 | 35.00 |
| 07/15/13 | 4010 | 0272 | 623726359 | CANNULA CO2 WITH O2 DELI | 1 | 180.00 |
| 07/15/13 | 4010 | 0271 | 111704037 | FORCEPS BIOPSY RJ4 LARGE | 1 | 179.00 |
| 07/15/13 | 4010 | 0271 | 111704035 | FORCEPS BIOPSY RJ4 JUMBO | 1 | 225.00 |
| 07/15/13 | 4010 | 0270 | 111709041 | SNARE POLYPECTOMY MINI 6 | 1 | 681.00 |
| 07/15/13 | 4010 | 0271 | 111700705 | ERBE ELECTRODE GROUND PA | 1 | 51.00 |
| 07/15/13 | 4010 | 0270 | 111709119 | TRAP SPECIMEN STERILE 40 | 1 | 35.00 |
| 07/15/13 | 4010 | 0270 | 111704171 | GOWN SURGICAL LARGE | 2 | 40.00 |
| 07/15/13 | 4010 | 0270 | 501702978 | CLIP RESOLUTION M0052261 | 1 | 1,000.00 |
| 07/15/13 | 3035 | 0750 | 501705018 | SIGMOID FLEX W BX | 1 | 2,626.00 |
| 07/15/13 | 3035 | 0750 | 501704612 | COLONOSCOPY | 1 | 3,062.00 |
| 07/15/13 | 4010 | 0270 | 111702405 | HCHG CATH IV 20G INTROCA | 1 | 37.00 |
| 07/15/13 | 4010 | 0270 | 111705067 | HCHG KIT IV START | 1 | 32.00 |
| 07/15/13 | 4010 | 0270 | 111708775 | HCHG SET SMALLBORE EXTEN | 1 | 37.00 |
| 07/15/13 | 3027 | 0710 | 501701677 | HCHG RECOVERY STEP DOWN | 1 | 282.00 |
| 07/15/13 | 3027 | 0710 | 501701679 | HCHG RECOVERY STEP DOWN | 11 | 211.00 |
| 07/15/13 | 3010 | 0370 | 380700009 | HCHG ANES MAC 1ST HOUR | 1 | 1,122.00 |
| 07/15/13 | 4035 | 0271 | 111705521 | HCHG NASAL CANNULA (AKA | 1 | 18.00 |
| 07/15/13 | 4035 | 0271 | 111700007 | HCHG 02/HOUR (AKA 371002 | 1 | 14.00 |
| 07/15/13 | 2065 | 0312 | 107701517 | STAIN GROUP I, MICRO-ORG | 1 | 227.00 |
| 07/15/13 | 2065 | 0312 | 107702697 | GROSS MICRO IV | 1 | 303.00 |
| 07/15/13 | 2065 | 0312 | 107702697 | GROSS MICRO IV | 1 | 303.00 |
| 07/15/13 | 2065 | 0312 | 107702697 | GROSS MICRO IV | 1 | 303.00 |
| 07/15/13 | 2065 | 0312 | 107701701 | IMMUNOHISTOCHEMISTRY | 1 | 481.00 |

```
        Total hospital charges:                          12,292.00
```

```
Payments
==============================================================================
  Post Date                   Recd. From                            Amount
==============================================================================
Hospital Payments
  08/09/13                    MEDICARE                             -862.42
  08/12/13                    UNITED HEALTHCARE                    -305.70

     Total hospital payments:                                   -1,168.12


Adjustments
==============================================================================
  Post Date                   Adj. For                              Amount
==============================================================================
Hospital Adjustments
  08/09/13                    MEDICARE                              -17.61
  08/09/13                    MEDICARE                          -11,106.27

     Total hospital adjustments:                               -11,123.88


Total balance:                                                       0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

 

Detailed Bill For

Patient Name:
Account Class:              Outpatient               Service Date From: 07/15/2013
Attending Physician:                                 Service Date To:   07/15/2013

Charges
=================================================================================
 Service   Cost      Rev.   Proc.   Description              Qty.    Amount
 Date      Ctr.      Code   Code
=================================================================================
Professional Charges
 07/15/13                   45331   SIGMOIDOSCOPY,BIOPSY        1     370.00
 07/15/13                   43239   UPPER GI ENDOSCOPY,BIOPS    1     655.00

    Total professional charges:                                    1,025.00


Payments
=================================================================================
 Post Date                  Recd. From                                  Amount
=================================================================================
Professional Payments
 08/01/13                   MEDICARE                                   -195.41
 08/16/13                   UNITED HEALTHCARE                           -49.85

    Total professional payments:                                      -245.26


Adjustments
=================================================================================
 Post Date                  Adj. For                                   Amount
=================================================================================
Professional Adjustments
 08/01/13                   MEDICARE                                   -451.15
 08/01/13                   MEDICARE                                     -3.26
 08/01/13                   MEDICARE                                   -279.21
 08/01/13                   MEDICARE                                     -0.73
 08/01/13                   MEDICARE                                    -45.39

    Total professional adjustments:                                   -779.74



Total balance:                                                           0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                                    Guarantor Name & Address

▆▆▆▆▆▆                                         ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆                                       ▆▆▆▆▆▆▆▆▆  ▆▆▆▆▆▆


Detailed Bill For

Patient Name:            ▆▆▆▆▆▆▆▆▆▆▆▆
Account Class:           Outpatient                Service Date From: 07/15/2013
Attending Physician:                               Service Date To:   07/15/2013

Charges
===============================================================================
  Service   Cost    Rev.   Proc.    Description                    Qty.  Amount
  Date      Ctr.    Code   Code
===============================================================================
Professional Charges
  07/15/13                 00810    ANESTH,INTESTINE,SCOPE,L       11.3  1,186.50
  07/15/13                 4256F    DURATION GENERAL/NEURAXI        1      0.00
  07/15/13                 4047F    DOC ORDER ANTIBIO GIVEN         1      0.00
  07/15/13                 99100    SPECIAL ANESTHESIA SERVI        1      0.00

     Total professional charges:                                       1,186.50


Payments
===============================================================================
  Post Date                       Recd. From                            Amount
===============================================================================
Professional Payments
  08/06/13                        MEDICARE                             -206.08
  08/22/13                        UNITED HEALTHCARE                     -52.57

     Total professional payments:                                      -258.65


Adjustments
===============================================================================
  Post Date                       Adj. For                              Amount
===============================================================================
Professional Adjustments
  08/06/13                        MEDICARE                             -923.64
  08/06/13                        MEDICARE                               -4.21

     Total professional adjustments:                                   -927.85



Total balance:                                                            0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                              Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:          Outpatient              Service Date From: 07/15/2013
Attending Physician:                            Service Date To:   07/15/2013

Charges
========================================================================
 Service   Cost      Rev.   Proc.    Description              Qty.  Amount
 Date      Ctr.      Code   Code
========================================================================
Professional Charges
 07/15/13                   88305    SURG PATH,LEVEL IV         3   390.00
 07/15/13                   88342    IMMUNOCYTOCHEMISTRY        1   152.00
 07/15/13                   88312    SPECIAL STAIN GROUP 1 MI   1    94.00

       Total professional charges:                                636.00


Payments
========================================================================
 Post Date                  Recd. From                         Amount
========================================================================
Professional Payments
 08/28/13                   MEDICARE                           -145.92
 09/06/13                   UNITED HEALTHCARE                   -37.23

       Total professional payments:                            -183.15


Adjustments
========================================================================
 Post Date                  Adj. For                           Amount
========================================================================
Professional Adjustments
 08/28/13                   MEDICARE                           -276.15
 08/28/13                   MEDICARE                             -1.82
 08/28/13                   MEDICARE                           -107.30
 08/28/13                   MEDICARE                             -0.72
 08/28/13                   MEDICARE                            -66.42
 08/28/13                   MEDICARE                             -0.44

       Total professional adjustments:                         -452.85


Total balance:                                                    0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                               Guarantor Name & Address

 ████                     ████████  ████████

████████                                ████████  ████████


Detailed Bill For

Patient Name:        ████████████████
Account Class:       Outpatient              Service Date From: 05/24/2013
Attending Physician:                         Service Date To:   05/24/2013

Charges
================================================================================
Service   Cost     Rev.  Proc.    Description              Qty.  Amount
Date      Ctr.     Code  Code
================================================================================
Professional Charges
05/24/13                  99213    OFFICE/OUTPT VISIT,EST,L   1   180.00
05/24/13                  G8420    BMI<30 AND >=22 CALC & D    1     0.00
05/24/13                  G8428    MEDS DOCUMENT W/O VERIFI    1     0.00
05/24/13                  3016F    PATIENT SCREEN FOR UNHEA    1     0.00
05/24/13                  1036F    CURRENT TOBACCO NON-USER    1     0.00
05/24/13                  11100    BIOPSY OF SKIN LESION       1   170.00
05/24/13                  11300    SHAV SKIN LES <5MM TRUNK    1   135.00

     Total professional charges:                              485.00


Payments
================================================================================
Post Date                     Recd. From                       Amount
================================================================================
Professional Payments
06/18/13                      MEDICARE                         -62.05
06/19/13                      MEDICARE                        -134.90
07/05/13                      UNITED HEALTHCARE                -34.42
07/17/13                      UNITED HEALTHCARE                -15.83

     Total professional payments:                            -247.20


Adjustments
================================================================================
Post Date                     Adj. For                         Amount
================================================================================
Professional Adjustments
06/18/13                      MEDICARE                        -100.85
06/18/13                      MEDICARE                          -1.27
06/19/13                      MEDICARE                         -52.66
06/19/13                      MEDICARE                          -1.88
06/19/13                      MEDICARE                         -25.52
06/19/13                      MEDICARE                          -0.88

```
06/19/13                    MEDICARE                          -54.74

   Total professional adjustments:                          -237.80


Total balance:                                                 0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                     Guarantor Name & Address

██████                                             ████████████████████████

████████                                           █████████████  █████████

Detailed Bill For

```
Patient Name:          ████████████████████
Account Class:         Outpatient              Service Date From: 05/23/2013
Attending Physician:                           Service Date To:   05/23/2013
```

Charges
```
==============================================================================
 Service   Cost          Rev.   Proc.       Description          Qty.  Amount
 Date      Ctr.          Code   Code
==============================================================================
Professional Charges
 05/23/13                       99215        OFFICE/OUTPT VISIT,EST,L   1   360.00
 05/23/13                       G8553        Rx certified EHR           1     0.00
 05/23/13                       G8420        BMI<30 AND >=22 CALC & D    1     0.00
 05/23/13                       G8428        MEDS DOCUMENT W/O VERIFI    1     0.00
 05/23/13                       3016F        PATIENT SCREEN FOR UNHEA    1     0.00
 05/23/13                       1036F        CURRENT TOBACCO NON-USER    1     0.00

     Total professional charges:                                       360.00
```

Payments
```
==============================================================================
 Post Date                     Recd. From                             Amount
==============================================================================
Professional Payments
 06/18/13                      MEDICARE                                -92.66
 07/09/13                      UNITED HEALTHCARE                       -23.64

     Total professional payments:                                    -116.30
```

Adjustments
```
==============================================================================
 Post Date                     Adj. For                               Amount
==============================================================================
Professional Adjustments
 06/18/13                      MEDICARE                               -241.81
 06/18/13                      MEDICARE                                 -1.89

     Total professional adjustments:                                 -243.70
```

```
Total balance:                                                          0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                                  Guarantor Name & Address

██████████                                  ████████████████████████

██████████                                  ██████████  ██████████

Detailed Bill For

```
Patient Name:              KATSAVAKIS,ANTHIPE T
Account Class:             Outpatient            Service Date From: 05/23/2013
Attending Physician:                             Service Date To:   05/23/2013
```

Charges
```
===============================================================================
 Service  Cost        Rev.  Proc.       Description        Qty.   Amount
 Date     Ctr.        Code  Code
===============================================================================
Professional Charges
 05/23/13              88305             SURG PATH,LEVEL IV    1    190.00

    Total professional charges:                                    190.00
```

Payments
```
===============================================================================
 Post Date              Recd. From                           Amount
===============================================================================
Professional Payments
 06/28/13               MEDICARE                               0.00

    Total professional payments:                               0.00
```

Adjustments
```
===============================================================================
 Post Date              Adj. For                             Amount
===============================================================================
```

   No adjustments on this account.


Total balance:                                                    190.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                          Guarantor Name & Address

█████                               ████████  ███████████
█████████                           ██████████  ███████████

Detailed Bill For

```
Patient Name:
Account Class:          Outpatient        Service Date From: 05/23/2013
Attending Physician:                      Service Date To:   05/23/2013
```

Charges
========================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|

========================================================================
Professional Charges

| 05/23/13 | | | 88305 | SURG PATH,LEVEL IV | 1 | 190.00 |

            Total professional charges:                           190.00


Payments
========================================================================

| Post Date | Recd. From | Amount |
|---|---|---|

========================================================================
Professional Payments

| 06/12/13 | MEDICARE | 0.00 |

            Total professional payments:                            0.00


Adjustments
========================================================================

| Post Date | Adj. For | Amount |
|---|---|---|

========================================================================

    No adjustments on this account.


Total balance:                                                    190.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID ██████                    Guarantor Name & Address
██████                               ████████ ███████
██████                               
                                     ███████ ███████

Detailed Bill For

```
Patient Name:      ████████████
Account Class:     Outpatient              Admission Date:   04/26/2013
Attending Physician: MOFFAT, FREDERICK L.   Discharge Date:   04/26/2013
```

Charges
============================================================================
```
 Service   Cost      Rev.   Proc.       Description              Qty.   Amount
 Date      Ctr.      Code   Code
```
============================================================================
```
Hospital Charges
 04/26/13   2045     0401   501700649   DIGITAL DIAGNOSTIC MAMMO    1     821.00
 04/26/13   2045     0401   501700489   DIGITIZATION OF FILM.       1      81.00
 04/26/13   1089     0510   501700461   HCHG CLINIC LEVEL 2 EST     1     132.00

     Total hospital charges:                                          1,034.00
```

Payments
============================================================================
```
 Post Date              Recd. From                                     Amount
```
============================================================================
```
Hospital Payments
 05/21/13               MEDICARE                                      -168.96
 05/31/13               UNITED HEALTHCARE                              -43.11
 06/10/13               UNITED HEALTHCARE                               0.00

     Total hospital payments:                                         -212.07
```

Adjustments
============================================================================
```
 Post Date              Adj. For                                       Amount
```
============================================================================
```
Hospital Adjustments
 05/21/13               MEDICARE                                        -3.45
 05/21/13               MEDICARE                                      -818.48

     Total hospital adjustments:                                      -821.93
```

```
Total balance:                                                           0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                              Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:              Outpatient
Attending Physician:                    Service Date From: 04/26/2013
                                        Service Date To:   04/26/2013

Charges
==================================================================================
Service    Cost     Rev.   Proc.                                   Qty.  Amount
Date       Ctr.     Code   Code      Description
==================================================================================
Professional Charges
04/26/13                   99213     OFFICE/OUTPT VISIT,EST,L        1    180.00
04/26/13                   G8419     BMI>=30OR<22 CAL NO FOLL        1      0.00
04/26/13                   G8428     MEDS DOCUMENT W/O VERIFI        1      0.00
04/26/13                   3016F     PATIENT SCREEN FOR UNHEA        1      0.00
04/26/13                   1036F     CURRENT TOBACCO NON-USER        1      0.00

    Total professional charges:                                        180.00


Payments
==================================================================================
Post Date                  Recd. From                                    Amount
==================================================================================
Professional Payments
05/20/13                   MEDICARE                                      -42.94
06/05/13                   UNITED HEALTHCARE                             -10.95

    Total professional payments:                                        -53.89


Adjustments
==================================================================================
Post Date                  Adj. For                                      Amount
==================================================================================
Professional Adjustments
05/20/13                   MEDICARE                                     -125.23
05/20/13                   MEDICARE                                       -0.88

    Total professional adjustments:                                    -126.11


Total balance:                                                            0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                                     Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:        Outpatient              Service Date From: 04/26/2013
Attending Physician:                          Service Date To:   04/26/2013

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 04/26/13 | | | G0204 | DIAGNOSTICMAMMOGRAPHYDIG | 1 | 210.00 |
| 04/26/13 | | | 77051 | COMPUTER AIDED MAMMOGRAP | 1 | 20.00 |
| Total professional charges: | | | | | | 230.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 05/16/13 | MEDICARE | -39.72 |
| 05/29/13 | UNITED HEALTHCARE | -10.13 |
| Total professional payments: | | -49.85 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 05/16/13 | MEDICARE | -16.28 |
| 05/16/13 | MEDICARE | -0.06 |
| 05/16/13 | MEDICARE | -163.06 |
| 05/16/13 | MEDICARE | -0.75 |
| Total professional adjustments: | | -180.15 |

Total balance:                                                    0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                          Guarantor Name & Address

█████████                           ████████████████████████

██████████                          █████████████  ████████████

Detailed Bill For

Patient Name:          ███████████████████
Account Class:         Outpatient              Admission Date:    03/19/2013
Attending Physician:   KOCH, YVONNE K.         Discharge Date:    03/19/2013

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 03/19/13 | 1095 | 0361 | 360700487 | HCHG CYSTOURETHROSCOPY | 1 | 1,611.00 |
| 03/19/13 | 1090 | 0270 | 111704083 | SPONGE GAUZE STERILE 4X4 | 1 | 26.00 |
| 03/19/13 | 1090 | 0270 | 111711123 | TUBING CONTINUOUS OVERHE | 1 | 139.00 |
| 03/19/13 | 1090 | 0271 | 111703291 | TOWEL OR STERILE 18X26IN | 1 | 25.00 |
| Total hospital charges: | | | | | | 1,801.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 04/11/13 | MEDICARE | -410.18 |
| 04/12/13 | UNITED HEALTHCARE | -102.55 |
| Total hospital payments: | | -512.73 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 04/11/13 | MEDICARE | -1,288.27 |
| Total hospital adjustments: | | -1,288.27 |

Total balance:                                                        0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                              Guarantor Name & Address


Detailed Bill For

Patient Name:
Account Class:        Outpatient          Service Date From: 03/19/2013
Attending Physician:                      Service Date To:   03/19/2013

Charges
=============================================================================
  Service   Cost      Rev.   Proc.    Description              Qty.  Amount
  Date      Ctr.      Code   Code
=============================================================================
Professional Charges
  03/19/13            52000         CYSTOURETHROSCOPY            1    475.00
  03/19/13            51700         IRRIGATION OF BLADDER        1    190.00

     Total professional charges:                                    665.00


Payments
=============================================================================
  Post Date             Recd. From                              Amount
=============================================================================
Professional Payments
  04/12/13              MEDICARE                                -132.37
  04/22/13              UNITED HEALTHCARE                        -33.10

     Total professional payments:                              -165.47


Adjustments
=============================================================================
  Post Date             Adj. For                                Amount
=============================================================================
Professional Adjustments
  04/12/13              MEDICARE                                -334.07
  04/12/13              MEDICARE                                -140.92
  04/12/13              MEDICARE                                 -24.54

     Total professional adjustments:                           -499.53


Total balance:                                                    0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                                  Guarantor Name & Address

██████                        ██████████  ████

██████                        █████████  ██████


Detailed Bill For

```
Patient Name:        ███████████████
Account Class:       Outpatient              Admission Date:    02/19/2013
Attending Physician: KOCH, YVONNE K.         Discharge Date:    02/19/2013
```

Charges
======================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 02/19/13 | 1095 | 0510 | 501700463 | HCHG CLINIC LEVEL 2 NEW | 1 | 129.00 |
| | | | | Total hospital charges: | | 129.00 |

Payments
======================================================================

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 03/14/13 | MEDICARE | -59.29 |
| 03/18/13 | UNITED HEALTHCARE | -14.82 |
| | Total hospital payments: | -74.11 |

Adjustments
======================================================================

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 03/14/13 | MEDICARE | -54.89 |
| | Total hospital adjustments: | -54.89 |


Total balance:                                              0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID 

Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:          Outpatient          Service Date From: 02/19/2013
Attending Physician:                        Service Date To:   02/19/2013

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| **Professional Charges** | | | | | | |
| 02/19/13 | | | 99204 | OFFICE/OUTPT VISIT,NEW,L | 1 | 420.00 |
| 02/19/13 | | | G8419 | BMI>=30OR<22 CAL NO FOLL | 1 | 0.00 |
| 02/19/13 | | | G8428 | MEDS DOCUMENT W/O VERIFI | 1 | 0.00 |
| 02/19/13 | | | 3016F | PATIENT SCREEN FOR UNHEA | 1 | 0.00 |
| 02/19/13 | | | 1036F | CURRENT TOBACCO NON-USER | 1 | 0.00 |
| Total professional charges: | | | | | | 420.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| **Professional Payments** | | |
| 03/19/13 | MEDICARE | -115.61 |
| 03/27/13 | UNITED HEALTHCARE | -28.90 |
| Total professional payments: | | -144.51 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| **Professional Adjustments** | | |
| 03/19/13 | MEDICARE | -275.49 |
| Total professional adjustments: | | -275.49 |

Total balance:                                             0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID

████████

Guarantor Name & Address
██████████  ██████
█████████  ██████

Detailed Bill For

Patient Name:          ████████████
Account Class:         Outpatient              Admission Date:   01/30/2013
Attending Physician:   BROWN, MARK D.          Discharge Date:  01/30/2013

Charges
======================================================================================
 Service  Cost     Rev.   Proc.
 Date     Ctr.     Code   Code      Description                     Qty.  Amount
======================================================================================
Hospital Charges
 01/30/13  2080     0320   501701127  SPINE LUMBAR WITH BENDIN        1    1,064.00
 01/30/13  1025     0510   501700461  HCHG CLINIC LEVEL 2 EST         1      123.00

     Total hospital charges:                                               1,187.00


Payments
======================================================================================
 Post Date              Recd. From                                           Amount
======================================================================================
Hospital Payments
 02/22/13               MEDICARE                                            -116.29
 03/05/13               UNITED HEALTHCARE                                    -29.07

     Total hospital payments:                                              -145.36


Adjustments
======================================================================================
 Post Date              Adj. For                                            Amount
======================================================================================
Hospital Adjustments
 02/22/13               MEDICARE                                         -1,041.64

     Total hospital adjustments:                                         -1,041.64


Total balance:                                                                0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                                    Guarantor Name & Address

███████                                       ████████████████████████

███████                                       ████████████  ██████████

Detailed Bill For

Patient Name:
Account Class:              Outpatient         Service Date From: 01/30/2013
Attending Physician:                           Service Date To:   01/30/2013

Charges
=====================================================================================
 Service  Cost      Rev.   Proc.    Description                    Qty.   Amount
 Date     Ctr.      Code   Code
=====================================================================================
Professional Charges
 01/30/13                  99202    OFFICE/OUTPT VISIT,NEW,L          1    190.00

      Total professional charges:                                        190.00


Payments
=====================================================================================
 Post Date                 Recd. From                                     Amount
=====================================================================================
Professional Payments
 02/21/13                  MEDICARE                                       -43.30
 03/11/13                  UNITED HEALTHCARE                              -10.82

      Total professional payments:                                       -54.12


Adjustments
=====================================================================================
 Post Date                 Adj. For                                       Amount
=====================================================================================
Professional Adjustments
 02/21/13                  MEDICARE                                      -135.88

      Total professional adjustments:                                   -135.88


Total balance:                                                             0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address

████                                    ████ ██ ████ ████
████                                    ████ ████

Detailed Bill For

Patient Name:         ███████████████
Account Class:        Outpatient            Service Date From: 01/30/2013
Attending Physician:                        Service Date To:   01/30/2013

Charges
============================================================================
 Service   Cost        Rev.   Proc.       Description          Qty.  Amount
 Date      Ctr.        Code   Code
============================================================================
Professional Charges
 01/30/13              72110   X-RAY LUMBAR SPINE 4 VW     1     90.00

     Total professional charges:                                  90.00


Payments
============================================================================
 Post Date             Recd. From                            Amount
============================================================================
Professional Payments
 02/22/13              MEDICARE                              -14.18
 03/05/13              UNITED HEALTHCARE                      -3.54

     Total professional payments:                             -17.72


Adjustments
============================================================================
 Post Date             Adj. For                             Amount
============================================================================
Professional Adjustments
 02/22/13              MEDICARE                              -72.28

     Total professional adjustments:                          -72.28


Total balance:                                                  0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

 

Detailed Bill For

Patient Name:
Account Class:          Outpatient
Attending Physician:                          Service Date From: 01/17/2013
                                             Service Date To:   01/17/2013

Charges
========================================================================
Service   Cost      Rev.    Proc.     Description          Qty.   Amount
Date      Ctr.      Code    Code
========================================================================
Professional Charges
01/17/13                    99213     OFFICE/OUTPT VISIT,EST,L    1    180.00

     Total professional charges:                                 180.00


Payments
========================================================================
Post Date                   Recd. From                          Amount
========================================================================
Professional Payments
02/13/13                    MEDICARE                            -63.32
02/28/13                    UNITED HEALTHCARE                   -15.83

     Total professional payments:                               -79.15


Adjustments
========================================================================
Post Date                   Adj. For                           Amount
========================================================================
Professional Adjustments
02/13/13                    MEDICARE                           -100.85

     Total professional adjustments:                           -100.85


Total balance:                                                    0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                                Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:          Outpatient        Service Date From: 01/17/2013
Attending Physician:                      Service Date To:   01/17/2013

Charges
=================================================================================
 Service    Cost      Rev.   Proc.       Description          Qty.  Amount
 Date       Ctr.      Code   Code
=================================================================================
Professional Charges
 01/17/13                    Q2037       Fluvirin vacc, 3 yrs & >    1    46.00
 01/17/13                    G0008       ADMIN INFLUENZA VIRUS VA    1    25.00

       Total professional charges:                                   71.00


Payments
=================================================================================
 Post Date                   Recd. From                            Amount
=================================================================================
Professional Payments
 02/13/13                    MEDICARE                               -39.05

       Total professional payments:                                 -39.05


Adjustments
=================================================================================
 Post Date                   Adj. For                              Amount
=================================================================================
Professional Adjustments
 02/13/13                    MEDICARE                               -31.95

       Total professional adjustments:                              -31.95



Total balance:                                                       0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                              Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:        Outpatient           Service Date From: 01/09/2013
Attending Physician:                       Service Date To:   01/09/2013

Charges
========================================================================
Service   Cost    Rev.   Proc.   Description              Qty.  Amount
Date      Ctr.    Code   Code
========================================================================
Professional Charges
  01/09/13                99203   OFFICE/OUTPT VISIT,NEW,L   1   280.00
  01/09/13                36415   COLLECTION VENOUS BLOOD,   1    20.00

    Total professional charges:                               300.00


Payments
========================================================================
Post Date              Recd. From                          Amount
========================================================================
Professional Payments
  02/05/13             MEDICARE                             -95.85
  02/06/13             MEDICARE                              -3.00
  02/20/13             UNITED HEALTHCARE                    -23.96

    Total professional payments:                           -122.81


Adjustments
========================================================================
Post Date              Adj. For                            Amount
========================================================================
Professional Adjustments
  02/05/13             MEDICARE                            -160.19
  02/06/13             MEDICARE                             -17.00

    Total professional adjustments:                        -177.19


Total balance:                                               0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

**Account ID**                                    **Guarantor Name & Address**

██████                                 ████████  ██████████

██████                                     ████████  ██████

**Detailed Bill For**

```
Patient Name:
Account Class:        Outpatient          Service Date From:  12/27/2012
Attending Physician:                      Service Date To:    12/27/2012
```

**Charges**

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 12/27/12 | | | 99214 | OFFICE/OUTPT VISIT,EST,L | 1 | 270.00 |
| Total professional charges: | | | | | | 270.00 |

**Payments**

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 01/25/13 | MEDICARE | -66.88 |
| 02/06/13 | UNITED HEALTHCARE | -16.72 |
| Total professional payments: | | -83.60 |

**Adjustments**

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 01/25/13 | MEDICARE | -186.40 |
| Total professional adjustments: | | -186.40 |

```
Total balance:                                            0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                                    Guarantor Name & Address

██████                                        ████████  ████████
██████                                        ████████  ████████

Detailed Bill For

Patient Name:        ████████████
Account Class:       Outpatient              Admission Date:   12/24/2012
Attending Physician: HSU, CINDY              Discharge Date:   12/24/2012

Charges
========================================================================
 Service   Cost      Rev.   Proc.       Description          Qty.  Amount
 Date      Ctr.      Code   Code
========================================================================
Hospital Charges
 12/24/12  1094      0324   501700423   CHEST 2 VIEWS          1   495.00

     Total hospital charges:                                      495.00


Payments
========================================================================
 Post Date           Recd. From                                   Amount
========================================================================
Hospital Payments
 01/16/13            MEDICARE                                     -36.06

     Total hospital payments:                                    -36.06


Adjustments
========================================================================
 Post Date           Adj. For                                     Amount
========================================================================
Hospital Adjustments
 01/16/13            MEDICARE                                    -449.93

     Total hospital adjustments:                                -449.93


Total balance:                                                     9.01

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address





Detailed Bill For

```
Patient Name:
Account Class:          Outpatient        Service Date From: 12/24/2012
Attending Physician:                      Service Date To:   12/24/2012
```

Charges
```
============================================================================
Service   Cost    Rev.   Proc.      Description              Qty.   Amount
Date      Ctr.    Code   Code
============================================================================
Professional Charges
12/24/12                  99214      OFFICE/OUTPT VISIT,EST,L   1    270.00
12/24/12                  G8553      Rx certified EHR           1      0.00
12/24/12                  G0403      PR ELECTROCARDIOGRAM,ROU   1     77.00

    Total professional charges:                                    347.00
```

Payments
```
============================================================================
Post Date                 Recd. From                           Amount
============================================================================
Professional Payments
01/23/13                  MEDICARE                             -90.42
02/04/13                  MEDICARE                             -16.78
02/04/13                  MEDICARE                             -45.20
02/19/13                  UNITED HEALTHCARE                     -4.20

    Total professional payments:                              -156.60
```

Adjustments
```
============================================================================
Post Date                 Adj. For                             Amount
============================================================================
Professional Adjustments
01/23/13                  MEDICARE                            -156.98
02/04/13                  MEDICARE                             -56.02

    Total professional adjustments:                           -213.00
```

```
Total balance:                                                 -22.60
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address



█████████████                           ████████████████████████████
                                        ██████████████████████████
███████████                             ████████████  ████████████

Detailed Bill For

Patient Name:                 ██████████████████████
Account Class:                Outpatient          Service Date From: 12/24/2012
Attending Physician:                               Service Date To:   12/24/2012

Charges
====================================================================================
Service   Cost         Rev.   Proc.      Description                Qty.   Amount
Date      Ctr.         Code   Code
====================================================================================
Professional Charges
 12/24/12                      83036      GLYCATED HEMOGLOBIN TEST     1     55.00

      Total professional charges:                                          55.00


Payments
====================================================================================
 Post Date                     Recd. From                              Amount
====================================================================================
Professional Payments
 06/04/13                      MEDICARE                                -13.75

      Total professional payments:                                    -13.75


Adjustments
====================================================================================
 Post Date                     Adj. For                               Amount
====================================================================================
Professional Adjustments
 06/04/13                      MEDICARE                                -41.25

      Total professional adjustments:                                 -41.25


Total balance:                                                          0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

 

Detailed Bill For

Patient Name:
Account Class:                Outpatient
Attending Physician:

Service Date From: 12/24/2012
Service Date To:   12/24/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| **Professional Charges** | | | | | | |
| 12/24/12 | | | 81001 | URINALYSIS, AUTO, W/SCOP | 1 | 30.00 |
| 12/24/12 | | | 81003 | URINALYSIS, AUTO, W/O SC | 1 | 25.00 |
| 12/24/12 | | | 80061 | LIPID PANEL | 1 | 80.00 |
| 12/24/12 | | | 80076 | HEPATIC FUNCTION PANEL | 1 | 45.00 |
| 12/24/12 | | | 85610 | PROTHROMBIN TIME | 1 | 30.00 |
| 12/24/12 | | | 80048 | BASIC METABOLIC PANEL CA | 1 | 60.00 |
| 12/24/12 | | | 85025 | COMPLETE CBC & AUTO DIFF | 1 | 45.00 |
| 12/24/12 | | | 84443 | ASSAY THYROID STIM HORMO | 1 | 100.00 |
| 12/24/12 | | | 85730 | THROMBOPLAS TIME PARTIAL | 1 | 40.00 |
| 12/24/12 | | | 82306 | ASSAY OF VIT D,CALCIFEDI | 1 | 170.00 |

Total professional charges:                              625.00

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| **Professional Payments** | | |
| 03/01/13 | MEDICARE | -63.20 |

Total professional payments:        -63.20

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| **Professional Adjustments** | | |
| 03/01/13 | MEDICARE | -49.76 |
| 03/01/13 | MEDICARE | -66.34 |
| 03/01/13 | MEDICARE | -76.20 |
| 03/01/13 | MEDICARE | -25.52 |
| 03/01/13 | MEDICARE | -33.98 |

Total professional adjustments:                                    -251.80


Total balance:                                                      310.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                                    Guarantor Name & Address



Detailed Bill For

```
Patient Name:
Account Class:                Outpatient      Service Date From:  12/24/2012
Attending Physician:                          Service Date To:    12/24/2012
```

Charges
```
=================================================================================
Service   Cost      Rev.    Proc.     Description            Qty.   Amount
Date      Ctr.      Code    Code
=================================================================================
Professional Charges
12/24/12                    71020     CHEST X-RAY 2 VW          1     55.00

     Total professional charges:                                     55.00
```

Payments
```
=================================================================================
Post Date                   Recd. From                               Amount
=================================================================================
Professional Payments
01/23/13                    MEDICARE                                  -9.06
02/04/13                    UNITED HEALTHCARE                         -2.26

     Total professional payments:                                   -11.32
```

Adjustments
```
=================================================================================
Post Date                   Adj. For                                 Amount
=================================================================================
Professional Adjustments
01/23/13                    MEDICARE                                 -43.68

     Total professional adjustments:                                -43.68
```


```
Total balance:                                                        0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

**Account ID**                                    **Guarantor Name & Address**

███████                                      ███████    ███████

███████                                      ███████  ███████

**Detailed Bill For**

| | | |
|---|---|---|
| Patient Name: | ███████ | |
| Account Class: | Outpatient | Admission Date:    11/27/2012 |
| Attending Physician: | MOFFAT, FREDERICK L. | Discharge Date:    11/27/2012 |

**Charges**

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 11/27/12 | 1089 | 0510 | 501700465 | HCHG CLINIC LEVEL 3 EST | 1 | 123.00 |
| | | | | Total hospital charges: | | 123.00 |

**Payments**

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 12/20/12 | MEDICARE | -58.04 |
| 01/23/13 | UNITED HEALTHCARE | -14.51 |
| | Total hospital payments: | -72.55 |

**Adjustments**

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 12/20/12 | MEDICARE | -50.45 |
| | Total hospital adjustments: | -50.45 |

**Total balance:**                                                      0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                                    Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:              Outpatient          Service Date From:  10/25/2012
Attending Physician:                            Service Date To:    10/25/2012

Charges
================================================================================
  Service   Cost       Rev.   Proc.     Description              Qty.   Amount
  Date      Ctr.       Code   Code
================================================================================
Professional Charges
  10/25/12                    99212     OFFICE/OUTPT VISIT,EST,L   1    110.00
  10/25/12                    76942     SONO GUIDE NEEDLE BIOPSY   1    170.00
  10/25/12                    10022     FINE NEEDLE ASP;W/IMAGIN   1    300.00

      Total professional charges:                                     580.00


Payments
================================================================================
  Post Date                   Recd. From                           Amount
================================================================================
Professional Payments
  11/19/12                    MEDICARE                             -22.45
  11/27/12                    MEDICARE                             -88.16
  12/13/12                    UNITED HEALTHCARE                     -5.61
  12/13/12                    UNITED HEALTHCARE                    -22.03

      Total professional payments:                                  -138.25


Adjustments
================================================================================
  Post Date                   Adj. For                             Amount
================================================================================
Professional Adjustments
  11/19/12                    MEDICARE                             -81.94
  11/27/12                    MEDICARE                            -225.78
  11/27/12                    MEDICARE                            -134.03

      Total professional adjustments:                              -441.75


Total balance:                                                        0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                              Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:            Outpatient
Attending Physician:                    Service Date From: 10/25/2012
                                        Service Date To:   10/25/2012

Charges
=================================================================================
Service    Cost      Rev.    Proc.                                  Qty.   Amount
Date       Ctr.      Code    Code          Description
=================================================================================
Professional Charges
10/25/12                     88173     INTERPRETATION OF FNA SM       1    307.00

    Total professional charges:                                           307.00


Payments
=================================================================================
Post Date                    Recd. From                                   Amount
=================================================================================
Professional Payments
11/29/12                     MEDICARE                                     -56.99
12/14/12                     UNITED HEALTHCARE                            -14.25

    Total professional payments:                                         -71.24


Adjustments
=================================================================================
Post Date                    Adj. For                                     Amount
=================================================================================
Professional Adjustments
11/29/12                     MEDICARE                                    -235.76

    Total professional adjustments:                                     -235.76


Total balance:                                                              0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID

██████████

██████████

**Guarantor Name & Address**

Detailed Bill For

Patient Name:                    ████████████████████
Account Class:          Outpatient              Admission Date:    10/24/2012
Attending Physician:    RIBEIRO, AFONSO C.       Discharge Date:    10/24/2012

Charges
================================================================================
| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
================================================================================
Hospital Charges
| 10/24/12 | 4030 | 0250 | 130700250 | LIDOCAINE 2 % SOLN 5 ML | 1 | 42.00 |
| 10/24/12 | 4030 | 0636 | 130700636 | LACTATED RINGERS SOLN 1, | 1 | 173.00 |
| 10/24/12 | 4030 | 0636 | 130700636 | ONDANSETRON HCL 4 MG/2ML | 4 | 36.00 |
| 10/24/12 | 4030 | 0250 | 130700250 | SODIUM CHLORIDE 0.9 % SO | 3 | 36.00 |
| 10/24/12 | 4030 | 0250 | 130700250 | PROPOFOL 10 MG/ML EMUL 2 | 2 | 40.00 |
| 10/24/12 | 3010 | 0370 | 380700009 | HCHG ANES MAC 1ST HOUR | 1 | 1,045.00 |
| 10/24/12 | 4010 | 0270 | 111702405 | HCHG CATH IV 20G INTROCA | 1 | 35.00 |
| 10/24/12 | 4010 | 0270 | 111708775 | HCHG SET SMALLBORE EXTEN | 1 | 35.00 |
| 10/24/12 | 4010 | 0270 | 111705067 | HCHG KIT IV START | 1 | 30.00 |
| 10/24/12 | 3027 | 0710 | 501701677 | HCHG RECOVERY STEP DOWN | 1 | 263.00 |
| 10/24/12 | 3027 | 0710 | 501701679 | HCHG RECOVERY STEP DOWN | 1 | 196.00 |
| 10/24/12 | 4035 | 0271 | 111705521 | HCHG NASAL CANNULA (AKA | 1 | 17.00 |
| 10/24/12 | 4035 | 0271 | 111700007 | HCHG 02/HOUR (AKA 371002 | 1 | 13.00 |
| 10/24/12 | 4010 | 0270 | 111700443 | BITE BLOCK (GI) | 1 | 27.00 |
| 10/24/12 | 4010 | 0270 | 111705611 | NEEDLE U/S ECHOTIP ECHO- | 1 | 1,413.00 |
| 10/24/12 | 2065 | 0310 | 107701165 | CYTO FINE NDL ASPIRATION | 1 | 141.00 |
| 10/24/12 | 3035 | 0750 | 501704716 | HCHG ENDOSCOPY, UPPER (A | 1 | 2,662.00 |

Total hospital charges:                                              6,204.00

Payments
================================================================================
| Post Date | Recd. From | Amount |
|---|---|---|
================================================================================
Hospital Payments
| 11/21/12 | MEDICARE | -693.90 |
| 12/07/12 | UNITED HEALTHCARE | -213.96 |

Total hospital payments:                                              -907.86

Adjustments
================================================================================
| Post Date | Adj. For | Amount |
|---|---|---|

```
===============================================================================
Hospital Adjustments
   11/21/12                    MEDICARE                          -5,299.34
   11/29/12                    MEDICARE                               3.20

      Total hospital adjustments:                                -5,296.14


Total balance:                                                       0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID



Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:            Outpatient
Attending Physician:                    Service Date From: 10/24/2012
                                        Service Date To:   10/24/2012

Charges
=============================================================================
Service   Cost    Rev.   Proc.        Description              Qty.  Amount
Date      Ctr.    Code   Code
=============================================================================
Professional Charges
 10/24/12                43242    UPPR GI ENDOSCOPY,FN NEE      1    955.00

    Total professional charges:                                     955.00


Payments
=============================================================================
Post Date                    Recd. From                          Amount
=============================================================================
Professional Payments
 11/19/12                    MEDICARE                           -403.54
 12/10/12                    UNITED HEALTHCARE                  -100.89

    Total professional payments:                                  -504.43


Adjustments
=============================================================================
Post Date                    Adj. For                            Amount
=============================================================================
Professional Adjustments
 11/19/12                    MEDICARE                           -450.57

    Total professional adjustments:                              -450.57



Total balance:                                                      0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID ▉▉▉▉▉▉                          Guarantor Name & Address

▉▉▉▉▉▉                                     ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉                                     ▉▉▉▉▉▉  ▉▉▉▉▉▉

Detailed Bill For

```
Patient Name:        ▉▉▉▉▉▉▉▉▉▉▉
Account Class:       Outpatient          Service Date From: 10/24/2012
Attending Physician:                     Service Date To:   10/24/2012
```

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 10/24/12 | | | 88173 | INTERPRETATION OF FNA SM | 1 | 307.00 |
| Total professional charges: | | | | | | 307.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 11/21/12 | MEDICARE | -56.99 |
| 12/14/12 | UNITED HEALTHCARE | -14.25 |
| Total professional payments: | | -71.24 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 11/21/12 | MEDICARE | -235.76 |
| Total professional adjustments: | | -235.76 |

```
Total balance:                                          0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:



7558772

Detailed Bill For

Patient Name:
Account Class:            Outpatient              Service Date From: 10/24/2012
Attending Physician:                             Service Date To:   10/24/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 10/24/12 | | | 00740 | ANESTH,UGI ENDOSCOPY | 10.1 | 1,060.50 |
| Total professional charges: | | | | | | 1,060.50 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 11/16/12 | MEDICARE | -91.33 |
| 12/20/12 | UNITED HEALTHCARE | -22.83 |
| Total professional payments: | | -114.16 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 11/16/12 | MEDICARE | -946.34 |
| Total professional adjustments: | | -946.34 |

Total balance:                                              0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

 

Detailed Bill For

Patient Name:
Account Class:               Outpatient
Attending Physician:                              Service Date From: 09/14/2012
                                                 Service Date To:   09/14/2012

Charges
====================================================================================
Service   Cost      Rev.    Proc.     Description              Qty.   Amount
Date      Ctr.      Code    Code
====================================================================================
Professional Charges
  09/14/12            99213           OFFICE/OUTPT VISIT,EST,L   1     180.00
  09/14/12            92134           COMPUTERIZED OPHTHALMIC    1     112.00

      Total professional charges:                                    292.00


Payments
====================================================================================
Post Date                     Recd. From                              Amount
====================================================================================
Professional Payments
  10/08/12                     MEDICARE                                -68.64
  10/22/12                     UNITED HEALTHCARE                       -17.16

      Total professional payments:                                    -85.80


Adjustments
====================================================================================
Post Date                     Adj. For                                Amount
====================================================================================
Professional Adjustments
  10/08/12                     MEDICARE                               -125.21
  10/08/12                     MEDICARE                                -80.99

      Total professional adjustments:                                -206.20


Total balance:                                                          0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                                    Guarantor Name & Address

██████                                        ████████████████████

███████                                       ██████████  █████████

Detailed Bill For

```
Patient Name:            ███████████████
Account Class:           Outpatient          Admission Date:    09/10/2012
Attending Physician:     SUSSMAN, DANIEL A.   Discharge Date:    09/10/2012
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 09/10/12 | 2085 | 0402 | 501702388 | SOFT TISSUE HEAD/NEC U/S | 1 | 1,206.00 |
| | | | | Total hospital charges: | | 1,206.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 10/03/12 | MEDICARE | -59.46 |
| 10/17/12 | UNITED HEALTHCARE | -37.42 |
| | Total hospital payments: | -96.88 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 10/03/12 | MEDICARE | -1,109.12 |
| | Total hospital adjustments: | -1,109.12 |

```
Total balance:                                            0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                                    Guarantor Name & Address

████████                                      ████████████████████
                                              ████████████████████
████████

Detailed Bill For

Patient Name:                 ████████████████████
Account Class:            Outpatient         Service Date From: 09/10/2012
Attending Physician:                         Service Date To:   09/10/2012

Charges
===============================================================================
 Service   Cost      Rev.    Proc.    Description              Qty.   Amount
 Date      Ctr.      Code    Code
===============================================================================
Professional Charges
 09/10/12                    76536     US,HEAD/NECK TISSUES,B-S    1    140.00

      Total professional charges:                                    140.00


Payments
===============================================================================
 Post Date                  Recd. From                              Amount
===============================================================================
Professional Payments
 10/03/12                   MEDICARE                                 -23.58
 11/02/12                   UNITED HEALTHCARE                         -5.89

      Total professional payments:                                  -29.47


Adjustments
===============================================================================
 Post Date                  Adj. For                                Amount
===============================================================================
Professional Adjustments
 10/03/12                   MEDICARE                                -110.53

      Total professional adjustments:                              -110.53


Total balance:                                                        0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID 

Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:         Outpatient          Service Date From: 08/17/2012
Attending Physician:                        Service Date To:   08/17/2012

Charges
```
=================================================================
 Service  Cost    Rev.  Proc.      Description            Qty.  Amount
 Date     Ctr.    Code  Code
=================================================================
Professional Charges
 08/17/12          93018       CARDIAC STRESS TST,INTER    1    95.00

     Total professional charges:                               95.00
```

Payments
```
=================================================================
 Post Date              Recd. From                          Amount
=================================================================
Professional Payments
 09/13/12               MEDICARE                            -12.66
 09/26/12               UNITED HEALTHCARE                    -3.17

     Total professional payments:                            -15.83
```

Adjustments
```
=================================================================
 Post Date              Adj. For                            Amount
=================================================================
Professional Adjustments
 09/13/12               MEDICARE                            -79.17

     Total professional adjustments:                        -79.17
```

Total balance:                                               0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                          Guarantor Name & Address

██████████                          █████████████████████████
                                    ██████████████████████
██████████
                                    █████████████ ██████████

Detailed Bill For

Patient Name:              ████████████████████
Account Class:             Outpatient            Service Date From: 08/17/2012
Attending Physician:                             Service Date To:   08/17/2012

Charges
===============================================================================
  Service   Cost        Rev.   Proc.     Description            Qty.   Amount
  Date      Ctr.        Code   Code
===============================================================================
Professional Charges
  08/17/12                     78452     MYOCARDIAL SPECT MULTIPL   1    232.00

       Total professional charges:                                     232.00


Payments
===============================================================================
  Post Date                    Recd. From                            Amount
===============================================================================
Professional Payments
  10/18/12                     MEDICARE                                0.00

       Total professional payments:                                     0.00


Adjustments
===============================================================================
  Post Date                    Adj. For                              Amount
===============================================================================
Professional Adjustments
  01/03/13                     MEDICARE                             -232.00

       Total professional adjustments:                              -232.00



Total balance:                                                         0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                                    Guarantor Name & Address

████████  ·                    ███████ ██████████

███████████


Detailed Bill For

Patient Name:        ████████████████
Account Class:       Outpatient              Service Date From: 07/24/2012
Attending Physician:                         Service Date To:   07/24/2012

Charges
===============================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
===============================================================================
| Professional Charges | | | | | | |
| 07/24/12 | | | 99213 | OFFICE/OUTPT VISIT,EST,L | 1 | 180.00 |
| | | | | Total professional charges: | | 180.00 |


Payments
===============================================================================

| Post Date | Recd. From | Amount |
|---|---|---|
===============================================================================
| Professional Payments | | |
| 08/16/12 | MEDICARE | -61.34 |
| 09/07/12 | UNITED HEALTHCARE | -15.34 |
| | Total professional payments: | -76.68 |


Adjustments
===============================================================================

| Post Date | Adj. For | Amount |
|---|---|---|
===============================================================================
| Professional Adjustments | | |
| 08/16/12 | MEDICARE | -103.32 |
| | Total professional adjustments: | -103.32 |


Total balance:                                                          0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID





Guarantor Name & Address

Detailed Bill For

Patient Name:         KATSAVAKIS,ANTHIPE T
Account Class:        Outpatient
Attending Physician:                          Service Date From: 09/12/2012
                                              Service Date To:   09/12/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 09/12/12 | | | 99214 | OFFICE/OUTPT VISIT,EST,L | 1 | 270.00 |
| 09/12/12 | | | G8783 | BP scrn perf rec interva | 1 | 0.00 |
| 09/12/12 | | | 3016F | PATIENT SCREEN FOR UNHEA | 1 | 0.00 |
| 09/12/12 | | | 1036F | CURRENT TOBACCO NON-USER | 1 | 0.00 |
| | | | Total professional charges: | | | 270.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 10/03/12 | MEDICARE | -66.88 |
| 10/24/12 | UNITED HEALTHCARE | -16.72 |
| | Total professional payments: | -83.60 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 10/03/12 | MEDICARE | -186.40 |
| | Total professional adjustments: | -186.40 |

Total balance:                                                    0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                        Guarantor Name & Address



Detailed Bill For

```
Patient Name:
Account Class:          Outpatient          Admission Date:    09/12/2012
Attending Physician:    KIM, BRIAN W.        Discharge Date:    09/12/2012
```

Charges
================================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
================================================================================

Hospital Charges

| 09/12/12 | 1045 | 0510 | 501700461 | HCHG CLINIC LEVEL 2 EST | 1 | 123.00 |

Total hospital charges:                                               123.00


Payments
================================================================================

| Post Date | Recd. From | Amount |
|---|---|---|
================================================================================

Hospital Payments

| 10/05/12 | MEDICARE | -58.04 |
| 10/22/12 | UNITED HEALTHCARE | -14.51 |

Total hospital payments:                                              -72.55


Adjustments
================================================================================

| Post Date | Adj. For | Amount |
|---|---|---|
================================================================================

Hospital Adjustments

| 10/05/12 | MEDICARE | -50.45 |

Total hospital adjustments:                                           -50.45


Total balance:                                                          0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                              Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:           Outpatient           Admission Date:   09/14/2012
Attending Physician:     DUBOVY, SANDER R.     Discharge Date:   09/14/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 09/14/12 | 2075 | 0920 | 470700185 | HCHG OCT/HEIDELBERG; UNI | 1 | 309.00 |
| 09/14/12 | 1025 | 0510 | 501700471 | HCHG CLINIC LEVEL 4 NEW | 1 | 216.00 |
| | | | | Total hospital charges: | | 525.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 10/11/12 | MEDICARE | -141.11 |
| 10/26/12 | UNITED HEALTHCARE | -35.29 |
| | Total hospital payments: | -176.40 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 10/11/12 | MEDICARE | -348.60 |
| | Total hospital adjustments: | -348.60 |

Total balance:                                             0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address

Detailed Bill For

```
Patient Name:
Account Class:        Outpatient           Service Date From: 10/12/2012
Attending Physician:                       Service Date To:   10/12/2012
```

Charges
===============================================================================
```
  Service  Cost      Rev.   Proc.       Description              Qty.  Amount
  Date     Ctr.      Code   Code
```
===============================================================================
```
Professional Charges
  10/12/12           99213        OFFICE/OUTPT VISIT,EST,L       1    180.00

       Total professional charges:                                   180.00
```

Payments
===============================================================================
```
  Post Date                   Recd. From                             Amount
```
===============================================================================
```
Professional Payments
  11/14/12                    MEDICARE                               -43.83
  12/10/12                    UNITED HEALTHCARE                      -10.96

       Total professional payments:                                  -54.79
```

Adjustments
===============================================================================
```
  Post Date                   Adj. For                               Amount
```
===============================================================================
```
Professional Adjustments
  11/14/12                    MEDICARE                              -125.21

       Total professional adjustments:                             -125.21
```

```
Total balance:                                                         0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                              Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:          Outpatient          Service Date From: 10/24/2012
Attending Physician:                        Service Date To:   10/24/2012

Charges
==================================================================================
  Service    Cost      Rev.    Proc.    Description              Qty.   Amount
  Date       Ctr.      Code    Code
==================================================================================
Professional Charges
  10/24/12              00740   ANESTH,UGI ENDOSCOPY      10.1   1,060.50
  10/24/12              4256F   DURATION GENERAL/NEURAXI      1       0.00
  10/24/12              4047F   DOC ORDER ANTIBIO GIVEN       1       0.00

     Total professional charges:                              1,060.50


Payments
==================================================================================
  Post Date                      Recd. From                            Amount
==================================================================================
Professional Payments
  11/19/12                        MEDICARE                             -91.33
  12/14/12                        UNITED HEALTHCARE                    -22.83

     Total professional payments:                               -114.16


Adjustments
==================================================================================
  Post Date                      Adj. For                              Amount
==================================================================================
Professional Adjustments
  11/19/12                        MEDICARE                            -946.34

     Total professional adjustments:                            -946.34


Total balance:                                                     0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID


Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:          Outpatient
Attending Physician:    SUSSMAN, DANIEL A.

Admission Date:    10/12/2012
Discharge Date:    10/12/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 10/12/12 | 1095 | 0510 | 501700461 | HCHG CLINIC LEVEL 2 EST | 1 | 123.00 |
| Total hospital charges: | | | | | | 123.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 11/06/12 | MEDICARE | -58.04 |
| 12/03/12 | UNITED HEALTHCARE | -14.51 |
| Total hospital payments: | | -72.55 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 11/06/12 | MEDICARE | -50.45 |
| Total hospital adjustments: | | -50.45 |

Total balance:                                          0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                           Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:           Outpatient           Service Date From: 11/27/2012
Attending Physician:                          Service Date To:   11/27/2012

## Charges
==============================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 11/27/12 | | | 99213 | OFFICE/OUTPT VISIT,EST,L | 1 | 180.00 |
| Total professional charges: | | | | | | 180.00 |

## Payments
==============================================================================

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 12/24/12 | MEDICARE | -43.39 |
| 01/08/13 | UNITED HEALTHCARE | -10.85 |
| Total professional payments: | | -54.24 |

## Adjustments
==============================================================================

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 12/24/12 | MEDICARE | -125.21 |
| 12/24/12 | MEDICARE | -0.55 |
| Total professional adjustments: | | -125.76 |

Total balance:                                                 0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                               Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:          Outpatient          Admission Date:    10/25/2012
Attending Physician:    KIM, BRIAN W.       Discharge Date:    10/25/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 10/25/12 | 1045 | 0361 | 360700447 | HCHG FINE NEEDLE ASPIRAT | 1 | 988.00 |
| 10/25/12 | 2065 | 0310 | 107701165 | CYTO FINE NDL ASPIRATION | 1 | 141.00 |
| Total hospital charges: | | | | | | 1,129.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 11/21/12 | MEDICARE | -269.52 |
| 12/07/12 | UNITED HEALTHCARE | -69.59 |
| Total hospital payments: | | -339.11 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 11/21/12 | MEDICARE | -789.89 |
| Total hospital adjustments: | | -789.89 |

Total balance:                                              0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                     Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:            Outpatient          Admission Date:    07/20/2012
Attending Physician:      SUSSMAN, DANIEL A.  Discharge Date:    07/20/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 07/20/12 | 1095 | 0510 | 501700461 | HCHG CLINIC LEVEL 2 EST | 1 | 123.00 |
| Total hospital charges: | | | | | | 123.00 |

## Payments

| Post Date | | Recd. From | Amount |
|---|---|---|---|
| Hospital Payments | | | |
| 08/14/12 | | MEDICARE | -58.04 |
| 08/23/12 | | UNITED HEALTHCARE | -14.51 |
| Total hospital payments: | | | -72.55 |

## Adjustments

| Post Date | | Adj. For | Amount |
|---|---|---|---|
| Hospital Adjustments | | | |
| 08/14/12 | | MEDICARE | -50.45 |
| Total hospital adjustments: | | | -50.45 |

Total balance:                                              0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                                  Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:          Outpatient          Service Date From: 07/20/2012
Attending Physician:                        Service Date To:   07/20/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 07/20/12 | | | 99214 | OFFICE/OUTPT VISIT,EST,L | 1 | 270.00 |
| Total professional charges: | | | | | | 270.00 |

## Payments

| Post Date | | | Recd. From | | Amount |
|---|---|---|---|---|---|
| Professional Payments | | | | | |
| 08/13/12 | | | MEDICARE | | -66.88 |
| 08/24/12 | | | UNITED HEALTHCARE | | -16.72 |
| Total professional payments: | | | | | -83.60 |

## Adjustments

| Post Date | | | Adj. For | | Amount |
|---|---|---|---|---|---|
| Professional Adjustments | | | | | |
| 08/13/12 | | | MEDICARE | | -186.40 |
| Total professional adjustments: | | | | | -186.40 |

Total balance:                                                    0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID



Guarantor Name & Address

Detailed Bill For

```
Patient Name:
Account Class:          Outpatient          Service Date From: 06/01/2012
Attending Physician:                        Service Date To:   06/01/2012
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| **Professional Charges** | | | | | | |
| 06/01/12 | | | 17110 | DESTRUC FLAT WARTS, UP T | 1 | 170.00 |
| 06/01/12 | | | 99214 | OFFICE/OUTPT VISIT,EST,L | 1 | 270.00 |
| 06/01/12 | | | G8553 | Rx certified EHR | 1 | 0.00 |
| Total professional charges: | | | | | | 440.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| **Professional Payments** | | |
| 06/25/12 | MEDICARE | -90.42 |
| 07/18/12 | AARP | -22.60 |
| 08/07/12 | MEDICARE | -5.95 |
| 09/04/12 | AARP | -1.49 |
| Total professional payments: | | -120.46 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| **Professional Adjustments** | | |
| 06/25/12 | MEDICARE | -156.98 |
| 08/07/12 | MEDICARE | -162.56 |
| Total professional adjustments: | | -319.54 |

```
Total balance:                                               0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID ███████

█████████

Guarantor Name & Address
████████ ████████
████████ ████████

Detailed Bill For

```
Patient Name:        ████████████████
Account Class:       Outpatient           Service Date From: 05/23/2012
Attending Physician:                      Service Date To:   05/23/2012
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 05/23/12 | | | 99212 | OFFICE/OUTPT VISIT,EST,L | 1 | 110.00 |
| 05/23/12 | | | G8553 | Rx certified EHR | 1 | 0.00 |
| | | | | Total professional charges: | | 110.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 06/25/12 | MEDICARE | -37.09 |
| 07/17/12 | AARP | -9.27 |
| | Total professional payments: | -46.36 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 06/25/12 | MEDICARE | -63.64 |
| | Total professional adjustments: | -63.64 |

```
Total balance:                                            0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID ████████████████
████████████████

Guarantor Name & Address
████████████████████████████
████████████    ████████████

Detailed Bill For

| Patient Name: | ████████████████████ | | |
| Account Class: | Outpatient | Admission Date: | 05/17/2012 |
| Attending Physician: | CABRAL, RICARDO J. | Discharge Date: | 05/17/2012 |

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 05/17/12 | 2025 | 0352 | 501700541 | ABDOMEN ENHANCED | 1 | 3,339.00 |
| 05/17/12 | 1099 | 0636 | 570700675 | ISOVUE 300-1ML  -- BOTTL | 150 | 1,950.00 |
| | | | | Total hospital charges: | | 5,289.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 06/12/12 | MEDICARE | -204.91 |
| 10/29/12 | AARP | -97.11 |
| | Total hospital payments: | -302.02 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 06/12/12 | MEDICARE | -4,986.98 |
| | Total hospital adjustments: | -4,986.98 |

Total balance:                                                    0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                                    Guarantor Name & Address



Detailed Bill For

```
Patient Name:
Account Class:        Outpatient          Service Date From: 05/17/2012
Attending Physician:                      Service Date To:   05/17/2012
```

## Charges

```
==============================================================================
  Service  Cost       Rev.   Proc.    Description              Qty.   Amount
  Date     Ctr.       Code   Code
==============================================================================
Professional Charges
  05/17/12                   74160     CT SCAN OF ABDOMEN CONTR   1    320.00

     Total professional charges:                                      320.00
```

## Payments

```
==============================================================================
  Post Date                    Recd. From                            Amount
==============================================================================
Professional Payments
  06/07/12                     MEDICARE                              -53.73
  06/28/12                     AARP                                  -13.43

     Total professional payments:                                    -67.16
```

## Adjustments

```
==============================================================================
  Post Date                    Adj. For                              Amount
==============================================================================
Professional Adjustments
  06/07/12                     MEDICARE                             -252.84

     Total professional adjustments:                                -252.84


Total balance:                                                         0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:



Detailed Bill For

Patient Name:
Account Class:          Outpatient                Service Date From: 05/16/2012
Attending Physician:                              Service Date To:   05/16/2012

Charges
========================================================================
  Service   Cost      Rev.   Proc.    Description            Qty.  Amount
  Date      Ctr.      Code   Code
========================================================================
Professional Charges
  05/10/12                   88305    SURG PATH,LEVEL IV       1   387.49

     Total professional charges:                                 387.49


Payments
========================================================================
  Post Date             Recd. From                             Amount
========================================================================
Professional Payments
  06/08/12              MEDICARE                               -89.11
  06/29/12              AARP                                   -22.28

     Total professional payments:                            -111.39


Adjustments
========================================================================
  Post Date             Adj. For                               Amount
========================================================================
Professional Adjustments
  06/08/12              MEDICARE                              -276.10

     Total professional adjustments:                         -276.10


Total balance:                                                  0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                          Guarantor Name & Address



Detailed Bill For

```
Patient Name:
Account Class:        Outpatient        Service Date From: 05/16/2012
Attending Physician:                    Service Date To:   05/16/2012
```

Charges
========================================================================
```
 Service   Cost       Rev.   Proc.    Description          Qty.  Amount
 Date      Ctr.       Code   Code
```
========================================================================
```
Professional Charges
05/16/12              99214           OFFICE/OUTPT VISIT,EST,L  1   270.00
05/16/12              G8553           Rx certified EHR          1     0.00

    Total professional charges:                                  270.00
```

Payments
========================================================================
```
 Post Date             Recd. From                           Amount
```
========================================================================
```
Professional Payments
06/06/12              MEDICARE                               -90.42
06/19/12              AARP                                   -22.60

    Total professional payments:                            -113.02
```

Adjustments
========================================================================
```
 Post Date             Adj. For                             Amount
```
========================================================================
```
Professional Adjustments
06/06/12              MEDICARE                               -156.98

    Total professional adjustments:                         -156.98
```

```
Total balance:                                                 0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                               Guarantor Name & Address

 ██████████                              ████████████████████

██████████                                ████████  ████████

Detailed Bill For

```
Patient Name:          ████████████████
Account Class:         Outpatient            Service Date From: 05/10/2012
Attending Physician:                         Service Date To:   05/10/2012
```

Charges
```
=====================================================================================
  Service   Cost     Rev.   Proc.    Description              Qty.   Amount
  Date      Ctr.     Code   Code
=====================================================================================
Professional Charges
  05/10/12           56515     DESTRUCTION,LESION(S),VU    1     940.00

     Total professional charges:                                 940.00
```

Payments
```
=====================================================================================
  Post Date                     Recd. From                          Amount
=====================================================================================
Professional Payments
  06/01/12                      MEDICARE                            -211.17
  06/28/12                      AARP                                 -52.79

     Total professional payments:                                  -263.96
```

Adjustments
```
=====================================================================================
  Post Date                     Adj. For                            Amount
=====================================================================================
Professional Adjustments
  06/01/12                      MEDICARE                            -676.04

     Total professional adjustments:                               -676.04
```

```
Total balance:                                                      0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID 

Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:        Outpatient            Admission Date:    04/24/2012
Attending Physician:  MOFFAT, FREDERICK L.  Discharge Date:    04/24/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| **Hospital Charges** | | | | | | |
| 04/24/12 | 2045 | 0401 | 501700489 | DIGITIZATION OF FILM. | 1 | 81.00 |
| 04/24/12 | 2045 | 0401 | 501700649 | DIGITAL DIAGNOSTIC MAMMO | 1 | 821.00 |
| 04/24/12 | 1089 | 0510 | 501700465 | HCHG CLINIC LEVEL 3 EST | 1 | 123.00 |
| Total hospital charges: | | | | | | 1,025.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| **Hospital Payments** | | |
| 06/06/12 | MEDICARE | -171.45 |
| 10/29/12 | AARP | -42.87 |
| Total hospital payments: | | -214.32 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| **Hospital Adjustments** | | |
| 06/06/12 | MEDICARE | -810.68 |
| Total hospital adjustments: | | -810.68 |

Total balance:                                          0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```



```
Detailed Bill For

Patient Name:
Account Class:           Outpatient          Service Date From: 04/24/2012
Attending Physician:                         Service Date To:   04/24/2012
```

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 04/24/12 | | | 99213 | OFFICE/OUTPT VISIT,EST,L | 1 | 180.00 |
| | | | | Total professional charges: | | 180.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 05/17/12 | MEDICARE | -43.39 |
| 06/08/12 | AARP | -10.85 |
| | Total professional payments: | -54.24 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 05/17/12 | MEDICARE | -125.21 |
| 06/08/12 | AARP | -0.55 |
| | Total professional adjustments: | -125.76 |

```
Total balance:                                              0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                              Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:          Outpatient          Service Date From: 04/24/2012
Attending Physician:                        Service Date To:   04/24/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 04/24/12 | | | 77051 | COMPUTER AIDED MAMMOGRAP | 1 | 20.00 |
| 04/24/12 | | | G0204 | DIAGNOSTICMAMMOGRAPHYDIG | 1 | 210.00 |
| | | | | Total professional charges: | | 230.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 05/15/12 | MEDICARE | -40.55 |
| 05/30/12 | AARP | -10.13 |
| | Total professional payments: | -50.68 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 05/15/12 | MEDICARE | -16.28 |
| 05/15/12 | MEDICARE | -163.04 |
| | Total professional adjustments: | -179.32 |

Total balance:                                        0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID
████████

████████

Detailed Bill For

Patient Name:
Account Class:        Outpatient              Service Date From: 04/17/2012
Attending Physician:                          Service Date To:   04/17/2012

Charges
=================================================================================
 Service   Cost        Rev.   Proc.   Description              Qty.   Amount
 Date      Ctr.        Code   Code
=================================================================================
Professional Charges
 04/17/12              99214          OFFICE/OUTPT VISIT,EST,L   1    270.00
 04/17/12              G8553          Rx certified EHR           1      0.00

    Total professional charges:                                      270.00


Payments
=================================================================================
 Post Date                   Recd. From                               Amount
=================================================================================
Professional Payments
 05/09/12                    MEDICARE                               -90.42
 05/30/12                    AARP                                   -22.60

    Total professional payments:                                   -113.02


Adjustments
=================================================================================
 Post Date                   Adj. For                                 Amount
=================================================================================
Professional Adjustments
 05/09/12                    MEDICARE                              -156.98

    Total professional adjustments:                                -156.98


Total balance:                                                        0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID 

Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:                    Outpatient            Service Date From: 03/22/2012
Attending Physician:                                    Service Date To:   03/22/2012

Charges
```
=================================================================================
 Service  Cost       Rev.  Proc.   Description              Qty.  Amount
 Date     Ctr.       Code  Code
=================================================================================
Professional Charges
 03/22/12                   99212   OFFICE/OUTPT VISIT,EST,L    1  110.00

      Total professional charges:                               110.00
```

Payments
```
=================================================================================
 Post Date              Recd. From                              Amount
=================================================================================
Professional Payments
 04/17/12               MEDICARE                                -37.09
 04/30/12               AARP                                     -9.27

      Total professional payments:                              -46.36
```

Adjustments
```
=================================================================================
 Post Date              Adj. For                                Amount
=================================================================================
Professional Adjustments
 04/17/12               MEDICARE                                -63.64

      Total professional adjustments:                           -63.64
```

Total balance:                                                    0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                          Guarantor Name & Address

█████████                    ███████████  ████████
█████████                    ████████  █████████

Detailed Bill For

```
Patient Name:     ████████████████
Account Class:    Outpatient          Service Date From: 03/14/2012
Attending Physician:                  Service Date To:   03/14/2012
```

Charges
===============================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| **Professional Charges** | | | | | | |
| 03/14/12 | | | 58340 | CATH/INJECT HYSTEROSALPI | 1 | 960.00 |
| | | | | Total professional charges: | | 960.00 |

Payments
===============================================================================

| Post Date | | Recd. From | Amount |
|---|---|---|---|
| **Professional Payments** | | | |
| 05/21/12 | | MEDICARE | 0.00 |
| 10/22/12 | | MEDICARE | -53.60 |
| 11/16/12 | | UNITED HEALTHCARE | -13.40 |
| | | Total professional payments: | -67.00 |

Adjustments
===============================================================================

| Post Date | Adj. For | Amount |
|---|---|---|
| **Professional Adjustments** | | |
| 10/22/12 | MEDICARE | -893.00 |
| | Total professional adjustments: | -893.00 |

Total balance:                                                  0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                           Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:                       Service Date From: 03/01/2012
Attending Physician:                 Service Date To:   03/01/2012

Charges
========================================================================
 Service   Cost      Rev.   Proc.   Description            Qty.  Amount
 Date      Ctr.      Code   Code
========================================================================
Professional Charges
 03/01/12            76856          ECHO,PELVIC (NONOBSTETRI    1   330.00
 03/01/12            76830          ECHOGRAPHY,TRANSVAGINAL     1   330.00

    Total professional charges:                              660.00


Payments
========================================================================
 Post Date                  Recd. From                        Amount
========================================================================
Professional Payments
 04/04/12                   MEDICARE                          -218.21
 04/12/12                   AARP                               -54.55

    Total professional payments:                            -272.76


Adjustments
========================================================================
 Post Date                  Adj. For                          Amount
========================================================================
Professional Adjustments
 04/04/12                   MEDICARE                          -194.34
 04/04/12                   MEDICARE                          -192.90

    Total professional adjustments:                         -387.24


Total balance:                                                  0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                              Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:          Outpatient            Service Date From: 02/01/2012
Attending Physician:                          Service Date To:   02/01/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 02/01/12 | | | G0101 | CA SCREEN;PELVIC/BREAST | 1 | 85.00 |
| 02/01/12 | | | Q0091 | OBTAINING SCREEN PAP SME | 1 | 80.00 |
| Total professional charges: | | | | | | 165.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 02/22/12 | MEDICARE | 0.00 |
| Total professional payments: | | 0.00 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 07/11/12 | MEDICARE | -85.00 |
| 07/11/12 | MEDICARE | -80.00 |
| Total professional adjustments: | | -165.00 |

Total balance:                                        0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

 

Detailed Bill For

Patient Name:
Account Class:          Outpatient              Admission Date:    01/24/2012
Attending Physician:    MOFFAT, FREDERICK L.     Discharge Date:    01/24/2012

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 01/24/12 | 1089 | 0510 | 501700465 | HCHG CLINIC LEVEL 3 EST | 1 | 117.00 |
| | | | | Total hospital charges: | | 117.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 02/20/12 | MEDICARE | -57.99 |
| 03/01/12 | AARP | -14.50 |
| | Total hospital payments: | -72.49 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 02/20/12 | MEDICARE | -44.51 |
| | Total hospital adjustments: | -44.51 |

Total balance:                                                        0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                          Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:        Outpatient        Service Date From: 01/24/2012
Attending Physician:                    Service Date To:   01/24/2012

Charges
======================================================================
  Service  Cost      Rev.   Proc.   Description            Qty.  Amount
  Date     Ctr.      Code   Code
======================================================================
Professional Charges
  01/24/12                  99213   OFFICE/OUTPT VISIT,EST,L   1  180.00

     Total professional charges:                               180.00


Payments
======================================================================
  Post Date                 Recd. From                          Amount
======================================================================
Professional Payments
  02/23/12                  MEDICARE                            -43.39
  03/02/12                  AARP                                -10.85
  08/07/12                  MEDICARE                             43.39
  08/07/12                  MEDICARE                              0.00

     Total professional payments:                               -10.85


Adjustments
======================================================================
  Post Date                 Adj. For                            Amount
======================================================================
Professional Adjustments
  02/23/12                  MEDICARE                           -125.21
  03/02/12                  AARP                                 -0.55
  08/07/12                  MEDICARE                            124.66
  05/30/13                  UNITED HEALTHCARE                  -168.05

     Total professional adjustments:                          -169.15


Total balance:                                                    0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address

Detailed Bill For

```
Patient Name:
Account Class:         Outpatient          Admission Date:   01/03/2012
Attending Physician:   MOFFAT, FREDERICK L. Discharge Date:   01/03/2012
```

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 01/03/12 | 1089 | 0510 | 501700465 | HCHG CLINIC LEVEL 3 EST | 1 | 117.00 |
| Total hospital charges: | | | | | | 117.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 02/03/12 | MEDICARE | -6.72 |
| 02/24/12 | AARP | -65.77 |
| Total hospital payments: | | -72.49 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 02/03/12 | MEDICARE | -44.51 |
| Total hospital adjustments: | | -44.51 |

```
Total balance:                                         0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

**Account ID**

███████

███████

**Guarantor Name & Address**

███████  ███████

███████  ███████

Detailed Bill For

| | | |
|---|---|---|
| Patient Name: | █████████████ | |
| Account Class: | Outpatient | Service Date From: 01/03/2012 |
| Attending Physician: | | Service Date To:   01/03/2012 |

Charges
===============================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|

===============================================================================

Professional Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| 01/03/12 | | | 99024 | POST-OP FOLLOW-UP VISIT | 1 | 0.00 |

Total professional charges:                                                0.00

Payments
===============================================================================

| Post Date | Recd. From | Amount |
|---|---|---|

===============================================================================

No payments on this account.

Adjustments
===============================================================================

| Post Date | Adj. For | Amount |
|---|---|---|

===============================================================================

No adjustments on this account.


Total balance:                                                             0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID 

Guarantor Name & Address

Detailed Bill For

```
Patient Name:
Account Class:        Outpatient
Attending Physician:  MOFFAT, FREDERICK L.    Admission Date:   12/13/2011
                                              Discharge Date:  12/13/2011
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 12/13/11 | 1089 | 0510 | 501700465 | HCHG CLINIC LEVEL 3 EST | 1 | 117.00 |
| | | | | Total hospital charges: | | 117.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 01/05/12 | MEDICARE | -60.78 |
| 01/30/12 | AARP | -15.19 |
| | Total hospital payments: | -75.97 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 01/05/12 | MEDICARE | -41.03 |
| | Total hospital adjustments: | -41.03 |

Total balance:                                                          0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address

███████                                 ███████████████████

███████                                 ████████  ██████████

Detailed Bill For

Patient Name:
Account Class:          Outpatient           Service Date From:  12/13/2011
Attending Physician:                         Service Date To:    12/13/2011

Charges
=================================================================================
  Service   Cost         Rev.   Proc.    Description              Qty.  Amount
  Date      Ctr.         Code   Code
=================================================================================
Professional Charges
  12/13/11                      99024    POST-OP FOLLOW-UP VISIT    1     0.00

       Total professional charges:                                       0.00

Payments
=================================================================================
  Post Date                     Recd. From                             Amount
=================================================================================

  No payments on this account.


Adjustments
=================================================================================
  Post Date                     Adj. For                               Amount
=================================================================================

  No adjustments on this account.


Total balance:                                                         0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:



Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:          Outpatient              Service Date From: 12/07/2011
Attending Physician:                            Service Date To:   12/07/2011

Charges
======================================================================
  Service   Cost      Rev.    Proc.    Description              Qty.   Amount
  Date      Ctr.      Code    Code
======================================================================
Professional Charges
  12/07/11                    19020    EXPLO/DRAIN BREAST ABSCE    1    775.00

      Total professional charges:                                     775.00


Payments
======================================================================
  Post Date                   Recd. From                              Amount
======================================================================
Professional Payments
  03/21/12                    MEDICARE                               -283.05
  04/02/12                    AARP                                    -70.76

      Total professional payments:                                   -353.81


Adjustments
======================================================================
  Post Date                   Adj. For                                Amount
======================================================================
Professional Adjustments
  03/21/12                    MEDICARE                               -421.19

      Total professional adjustments:                                -421.19


Total balance:                                                          0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                               Guarantor Name & Address

Detailed Bill For

```
Patient Name:
Account Class:          Outpatient        Admission Date:    12/06/2011
Attending Physician:    MOFFAT, FREDERICK L.    Discharge Date:    12/06/2011
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| 12/06/11 | 1089 | 0510 | 501700461 | HCHG CLINIC LEVEL 2 EST | 1 | 117.00 |
| | | | | Total hospital charges: | | 117.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 12/28/11 | MEDICARE | -60.78 |
| 01/13/12 | AARP | -15.19 |
| | Total hospital payments: | -75.97 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 12/28/11 | MEDICARE | -41.03 |
| | Total hospital adjustments: | -41.03 |

Total balance:                                                    0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address

████████

███████                                 ████████    ██████

                                        ██████      █████

Detailed Bill For

Patient Name:            ████████████████
Account Class:           Outpatient         Service Date From: 12/06/2011
Attending Physician:                        Service Date To:   12/06/2011

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 12/06/11 | | | 99214 | OFFICE/OUTPT VISIT,EST,L | 1 | 270.00 |
| Total professional charges: | | | | | | 270.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 01/18/12 | MEDICARE | -67.24 |
| 02/02/12 | AARP SUPERPAYOR | -16.81 |
| 03/12/12 | MEDICARE | 0.00 |
| Total professional payments: | | -84.05 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 03/05/12 | MEDICARE | -185.95 |
| Total professional adjustments: | | -185.95 |

Total balance:                                             0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID ███████

███████

Guarantor Name & Address
████ ████ ████ ████
█████ ██ ████

Detailed Bill For

Patient Name:            ████████████
Account Class:           Outpatient          Admission Date:   11/29/2011
Attending Physician:     HSU, CINDY          Discharge Date:   11/29/2011

Charges
=================================================================
 Service    Cost      Rev.   Proc.    Description              Qty.   Amount
 Date       Ctr.      Code   Code
=================================================================
Hospital Charges
 11/29/11   1094      0324   501700423   CHEST 2 VIEWS           1    471.00

       Total hospital charges:                                      471.00


Payments
=================================================================
 Post Date                   Recd. From                          Amount
=================================================================
Hospital Payments
 12/21/11                    MEDICARE                             -36.44
 01/13/12                    AARP                                  -9.11

       Total hospital payments:                                    -45.55


Adjustments
=================================================================
 Post Date                   Adj. For                            Amount
=================================================================
Hospital Adjustments
 12/21/11                    MEDICARE                            -425.45

       Total hospital adjustments:                               -425.45


Total balance:                                                      0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                                    Guarantor Name & Address

Detailed Bill For

```
Patient Name:
Account Class:        Outpatient
Attending Physician:                    Service Date From: 11/29/2011
                                        Service Date To:   11/29/2011
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| **Professional Charges** | | | | | | |
| 11/29/11 | | | 99214 | OFFICE/OUTPT VISIT,EST,L | 1 | 270.00 |
| Total professional charges: | | | | | | 270.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| **Professional Payments** | | |
| 01/20/12 | MEDICARE | 0.00 |
| 05/11/12 | MEDICARE | -89.97 |
| 05/30/12 | AARP | -22.49 |
| Total professional payments: | | -112.46 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| **Professional Adjustments** | | |
| 05/11/12 | MEDICARE | -157.54 |
| Total professional adjustments: | | -157.54 |

| | |
|---|---|
| Total balance: | 0.00 |

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                           Guarantor Name & Address

█████                                ██████████████████████
                                     ██████████████
██████                               ███████  ████████

Detailed Bill For

```
Patient Name:
Account Class:        ███████████████████
Attending Physician:  Outpatient          Service Date From: 11/29/2011
                                          Service Date To:   11/29/2011
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 11/29/11 | | | 71020 | CHEST X-RAY 2 VW | 1 | 55.00 |
| Total professional charges: | | | | | | 55.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 01/06/12 | MEDICARE | -9.42 |
| 01/24/12 | AARP | -2.35 |
| Total professional payments: | | -11.77 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 01/06/12 | MEDICARE | -43.23 |
| Total professional adjustments: | | -43.23 |

Total balance:                                          0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID ████

████

████ Bill For

```
Patient Name:          ████
Account Class:         Outpatient          Admission Date:   11/22/2011
Attending Physician:   MOFFAT, FREDERICK L. Discharge Date:  11/22/2011
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 11/22/11 | 1089 | 0510 | 501700461 | HCHG CLINIC LEVEL 2 EST | 1 | 117.00 |
| Total hospital charges: | | | | | | 117.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 12/14/11 | MEDICARE | -60.78 |
| 12/28/11 | AARP | -15.19 |
| Total hospital payments: | | -75.97 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 12/14/11 | MEDICARE | -41.03 |
| Total hospital adjustments: | | -41.03 |

Total balance:                                                    0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address

██████████                              ██████████████████████
██████████                              ███████████  ████████

Detailed Bill For

Patient Name:          ████████████████████
Account Class:         Outpatient
Attending Physician:                        Service Date From: 11/22/2011
                                            Service Date To:   11/22/2011

Charges
========================================================================
  Service  Cost      Rev.   Proc.   Description              Qty.  Amount
  Date     Ctr.      Code   Code
========================================================================
Professional Charges
  11/22/11                  99213      OFFICE/OUTPT VISIT,EST,L    1   180.00

       Total professional charges:                               180.00


Payments
========================================================================
  Post Date                  Recd. From                          Amount
========================================================================
Professional Payments
  12/31/11                     MEDICARE                           -43.99
  01/20/12                     AARP                               -11.00

       Total professional payments:                              -54.99


Adjustments
========================================================================
  Post Date                  Adj. For                            Amount
========================================================================
Professional Adjustments
  12/31/11                     MEDICARE                          -125.01

       Total professional adjustments:                          -125.01


Total balance:                                                     0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID

████████

████████

Guarantor Name & Address

████████    ████████

████████    ████████

Detailed Bill For

```
Patient Name:        ████████████
Account Class:       Outpatient          Admission Date:   11/18/2011
Attending Physician: MOFFAT, FREDERICK L. Discharge Date:   11/18/2011
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 11/18/11 | 1089 | 0510 | 501700465 | HCHG CLINIC LEVEL 3 EST | 1 | 117.00 |
| Total hospital charges: | | | | | | 117.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 12/14/11 | MEDICARE | -60.78 |
| 12/29/11 | AARP | -15.19 |
| Total hospital payments: | | -75.97 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 12/14/11 | MEDICARE | -41.03 |
| Total hospital adjustments: | | -41.03 |

Total balance:                                        0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:



Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:                    Outpatient        Service Date From:  09/02/2011
Attending Physician:                                Service Date To:    09/02/2011

Charges
=================================================================================
  Service    Cost       Rev.    Proc.    Description                 Qty.   Amount
  Date       Ctr.       Code    Code
=================================================================================
Professional Charges
  09/02/11                       Q2037    Fluvirin vacc, 3 yrs & >      1    46.00
  09/02/11                       G0008    ADMIN INFLUENZA VIRUS VA      1    25.00

     Total professional charges:                                           71.00


Payments
=================================================================================
  Post Date                     Recd. From                                 Amount
=================================================================================
Professional Payments
  02/07/13                      MEDICARE                                     0.00

     Total professional payments:                                           0.00


Adjustments
=================================================================================
  Post Date                     Adj. For                                   Amount
=================================================================================
Professional Adjustments
  05/30/13                      MEDICARE                                   -46.00
  05/30/13                      MEDICARE                                   -25.00

     Total professional adjustments:                                      -71.00


Total balance:                                                              0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:



Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:          Outpatient
Attending Physician:                        Service Date From:  09/01/2011
                                           Service Date To:    09/01/2011

Charges
=================================================================================
 Service   Cost        Rev.   Proc.                                             
 Date      Ctr.        Code   Code      Description              Qty.   Amount   
=================================================================================
Professional Charges
 09/01/11               99214          OFFICE/OUTPT VISIT,EST,L   1     270.00

     Total professional charges:                                      270.00


Payments
=================================================================================
 Post Date                     Recd. From                            Amount
=================================================================================
Professional Payments
 09/26/11                      MEDICARE                               -89.97
 10/25/11                      AARP                                   -22.49

     Total professional payments:                                   -112.46


Adjustments
=================================================================================
 Post Date                     Adj. For                             Amount
=================================================================================
Professional Adjustments
 09/26/11                      MEDICARE                              -157.54

     Total professional adjustments:                                -157.54


Total balance:                                                         0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

**Account ID**  ▮▮▮▮

**Guarantor Name & Address**  ▮▮▮▮

**Detailed Bill For**

```
Patient Name:
Account Class:        Outpatient
Attending Physician:                      Service Date From: 07/29/2011
                                          Service Date To:   07/29/2011
```

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| **Professional Charges** | | | | | | |
| 07/29/11 | | | 88305 | SURG PATH,LEVEL IV | 1 | 190.00 |
| 07/29/11 | | | 88312 | SPECIAL STAIN GROUP 1 MI | 1 | 155.00 |
| 07/29/11 | | | 99214 | OFFICE/OUTPT VISIT,EST,L | 1 | 270.00 |
| 07/29/11 | | | 11100 | BIOPSY OF SKIN LESION | 1 | 170.00 |
| Total professional charges: | | | | | | 785.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| **Professional Payments** | | |
| 08/25/11 | MEDICARE | -89.97 |
| 08/25/11 | MEDICARE | -181.96 |
| 09/16/11 | AARP | -22.49 |
| 09/19/11 | AARP | -45.49 |
| 10/17/11 | MEDICARE | 0.00 |
| 11/09/11 | MEDICARE | -1.87 |
| 12/14/11 | AARP | -0.47 |
| Total professional payments: | | -342.25 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| **Professional Adjustments** | | |
| 08/25/11 | MEDICARE | -157.54 |
| 08/25/11 | MEDICARE | -76.90 |
| 08/25/11 | MEDICARE | -40.65 |
| 12/14/11 | AARP | -167.66 |
| Total professional adjustments: | | -442.75 |

Total balance:                                                    0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                                   Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:          Outpatient        Admission Date:    06/09/2011
Attending Physician:    SHERMAN, ANDREW L.   Discharge Date:    06/09/2011

Charges
=================================================================
Service   Cost    Rev.   Proc.
Date      Ctr.    Code   Code     Description              Qty.  Amount
=================================================================
Hospital Charges
06/09/11  1025    0922   501704444  HCHG MUSCLE TEST, TWO LI   1    163.00
06/09/11  1025    0922   920700013  HCHG MOTOR NERVE CONDUCT   4    356.00
06/09/11  1025    0510   501700461  HCHG CLINIC LEVEL 2 EST    1    117.00
06/09/11  1025    0922   920700010  HCHG MOTOR NERVE CONDUCT   4    356.00
06/09/11  1025    0922   920700016  HCHG SENSE NERVE CONDUCT  10    890.00

     Total hospital charges:                                    1,882.00


Payments
=================================================================
Post Date               Recd. From                          Amount
=================================================================
Hospital Payments
08/19/11                MEDICARE                           -779.80
10/07/11                AARP                               -194.94

     Total hospital payments:                               -974.74


Adjustments
=================================================================
Post Date               Adj. For                            Amount
=================================================================
Hospital Adjustments
08/19/11                MEDICARE                           -907.26

     Total hospital adjustments:                            -907.26


Total balance:                                                 0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID 



Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:          Outpatient          Service Date From: 06/09/2011
Attending Physician:                        Service Date To:   06/09/2011

Charges
=================================================================================
 Service   Cost      Rev.   Proc.                                  Qty.  Amount
 Date      Ctr.      Code   Code       Description
=================================================================================
Professional Charges
06/09/11                    95904      NERVE CONDUCTION,EA NERV      4    320.00
06/09/11                    95903      MOTOR NERVE CONDUCT TEST      4    480.00
06/09/11                    95861      EMG, NEEDLE, TWO LIMBS        1    245.00

     Total professional charges:                                      1,045.00


Payments
=================================================================================
 Post Date              Recd. From                                     Amount
=================================================================================
Professional Payments
11/03/11                MEDICARE                                        0.00
12/06/11                MEDICARE                                     -232.76
01/05/12                AARP                                          -58.19

     Total professional payments:                                    -290.95


Adjustments
=================================================================================
 Post Date              Adj. For                                       Amount
=================================================================================
Professional Adjustments
12/06/11                MEDICARE                                     -160.65
12/06/11                MEDICARE                                     -346.96
12/06/11                MEDICARE                                     -246.44

     Total professional adjustments:                                 -754.05


Total balance:                                                         0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                          Guarantor Name & Address

▉▉▉▉▉                               ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉                               ▉▉▉▉▉▉▉▉  ▉▉▉▉▉

Detailed Bill For

```
Patient Name:
Account Class:        Outpatient              Admission Date:   05/11/2011
Attending Physician:  SUSSMAN, DANIEL A.       Discharge Date:   05/11/2011
```

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| **Hospital Charges** | | | | | | |
| 05/11/11 | 1600 | 0510 | 501700465 | HCHG CLINIC LEVEL 3 EST | 1 | 123.00 |
| | | | | Total hospital charges: | | 123.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| **Hospital Payments** | | |
| 06/14/11 | MEDICARE | -60.78 |
| | Total hospital payments: | -60.78 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| **Hospital Adjustments** | | |
| 06/14/11 | MEDICARE | -47.03 |
| 10/26/11 | GENERIC COMMERCIAL | -15.19 |
| | Total hospital adjustments: | -62.22 |

```
Total balance:                                              0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                     Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:        Outpatient              Service Date From: 09/30/2013
Attending Physician:                          Service Date To:   09/30/2013

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 09/30/13 | | | 99214 | OFFICE/OUTPT VISIT,EST,L | 1 | 270.00 |
| 09/30/13 | | | Q2037 | Fluvirin vacc, 3 yrs & > | 1 | 46.00 |
| 09/30/13 | | | G8553 | Rx certified EHR | 1 | 0.00 |
| 09/30/13 | | | G8420 | BMI<30 AND >=22 CALC & D | 1 | 0.00 |
| 09/30/13 | | | G8427 | PR LIST OF CURRENT MEDIC | 1 | 0.00 |
| 09/30/13 | | | 3016F | PATIENT SCREEN FOR UNHEA | 1 | 0.00 |
| 09/30/13 | | | 1036F | CURRENT TOBACCO NON-USER | 1 | 0.00 |
| 09/30/13 | | | G0008 | ADMIN INFLUENZA VIRUS VA | 1 | 25.00 |
| | | | | Total professional charges: | | 341.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 10/18/13 | MEDICARE | -129.98 |
| 11/04/13 | UNITED HEALTHCARE | -23.17 |
| | Total professional payments: | -153.15 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 10/18/13 | MEDICARE | -154.16 |
| 10/18/13 | MEDICARE | -1.85 |
| 10/18/13 | MEDICARE | -31.04 |
| 10/18/13 | MEDICARE | -0.30 |
| 10/18/13 | MEDICARE | -0.50 |
| | Total professional adjustments: | -187.85 |

Total balance:                                                    0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                          Guarantor Name & Address

▉▉▉▉▉▉                              ▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉▉▉▉▉

▉▉▉▉▉▉                              ▉▉▉▉▉▉     ▉▉▉▉▉▉

Detailed Bill For

```
Patient Name:          ▉▉▉▉▉▉▉▉▉▉▉
Account Class:         Outpatient        Service Date From: 05/11/2011
Attending Physician:                     Service Date To:   05/11/2011
```

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 05/11/11 | | | 99214 | OFFICE/OUTPT VISIT,EST,L | 1 | 270.00 |
| Total professional charges: | | | | | | 270.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 06/17/11 | MEDICARE | -67.24 |
| 06/30/11 | AARP | -16.81 |
| Total professional payments: | | -84.05 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 06/17/11 | MEDICARE | -185.95 |
| Total professional adjustments: | | -185.95 |

Total balance:                                      0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID 


Guarantor Name & Address


Detailed Bill For

Patient Name:
Account Class:        Outpatient
Attending Physician:              Service Date From: 05/09/2011
                                 Service Date To:   05/09/2011

Charges
==================================================================
 Service  Cost    Rev.   Proc.
 Date     Ctr.    Code   Code    Description              Qty.  Amount
==================================================================
Professional Charges
 05/09/11               G8553   Rx certified EHR          1      0.00
 05/09/11               99214   OFFICE/OUTPT VISIT,EST,L   1    270.00
 05/09/11               17110   DESTRUC FLAT WARTS, UP T   1    170.00

     Total professional charges:                               440.00


Payments
==================================================================
 Post Date              Recd. From                         Amount
==================================================================
Professional Payments
 06/09/11               MEDICARE                           -89.97
 06/24/11               AARP                                -22.49
 07/07/11               MEDICARE                             -5.77
 07/22/11               AARP                                 -1.44
 03/13/12               MEDICARE                              0.00
 07/24/12               MEDICARE                             89.97

     Total professional payments:                            -29.70


Adjustments
==================================================================
 Post Date              Adj. For                           Amount
==================================================================
Professional Adjustments
 06/09/11               MEDICARE                          -157.54
 03/30/12               AARP                               -162.79
 07/24/12               MEDICARE                            157.54
 05/30/13               AARP                               -247.51

     Total professional adjustments:                        -410.30

Total balance:                                                                    0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                                    Guarantor Name & Address

███████

█████                        █████████  █████

                                              █████████  █████

Detailed Bill For

```
Patient Name:       ████████████████
Account Class:      Outpatient            Admission Date:   04/05/2011
Attending Physician: MOFFAT, FREDERICK L.  Discharge Date:   04/05/2011
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges |
| 04/05/11 | 2045 | 0401 | 501700489 | DIGITIZATION OF FILM. | 1 | 77.00 |
| 04/05/11 | 2045 | 0401 | 501700649 | DIGITAL DIAGNOSTIC MAMMO | 1 | 782.00 |
| 04/05/11 | 1089 | 0510 | 501700461 | HCHG CLINIC LEVEL 2 EST. | 1 | 123.00 |
| | | | | Total hospital charges: | | 982.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments |
| 05/10/11 | MEDICARE | -176.05 |
| 02/21/12 | AARP | -44.00 |
| | Total hospital payments: | -220.05 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments |
| 05/10/11 | MEDICARE | -761.95 |
| | Total hospital adjustments: | -761.95 |

```
Total balance:                                    0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                          Guarantor Name & Address

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮                           ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

                                    ▮▮▮▮▮▮▮▮   ▮▮▮▮▮

Detailed Bill For

```
Patient Name:
Account Class:      ▮▮▮▮▮▮▮▮▮▮      Service Date From: 04/05/2011
Attending Physician:  Outpatient       Service Date To:   04/05/2011
```

Charges
================================================================
| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
================================================================
Professional Charges
| 04/05/11 | | | 99213 | OFFICE/OUTPT VISIT,EST,L | 1 | 180.00 |

|  |  |  |  | Total professional charges: | | 180.00 |

Payments
================================================================
| Post Date | | | | Recd. From | | Amount |
|---|---|---|---|---|---|---|
================================================================
Professional Payments
| 05/11/11 | | | | MEDICARE | | -43.99 |
| 06/16/11 | | | | AARP | | -11.00 |

|  |  |  |  | Total professional payments: | | -54.99 |

Adjustments
================================================================
| Post Date | | | | Adj. For | | Amount |
|---|---|---|---|---|---|---|
================================================================
Professional Adjustments
| 05/11/11 | | | | MEDICARE | | -125.01 |

|  |  |  |  | Total professional adjustments: | | -125.01 |


Total balance:                                              0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                              Guarantor Name & Address

██████
██████████                              ████████████████████
██████                                  ██████████  ████████

Detailed Bill For

Patient Name:
Account Class:          Outpatient
Attending Physician:    SUSSMAN, DANIEL A.          Admission Date:    03/28/2011
                                                    Discharge Date:    03/28/2011
Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 03/28/11 | 4030 | 0258 | 130700258 | LACTATED RINGERS SOLN 1, | 1 | 164.00 |
| 03/28/11 | 4030 | 0250 | 130700250 | PROPOFOL 10 MG/ML EMUL 2 | 1 | 34.00 |
| 03/28/11 | 4030 | 0250 | 130700250 | PROPOFOL 10 MG/ML EMUL 2 | 3 | 51.00 |
| 03/28/11 | 3010 | 0370 | 380700012 | HCHG ANES MAC EACH ADD'L | 1 | 252.00 |
| 03/28/11 | 3010 | 0370 | 380700009 | HCHG ANES MAC 1ST HOUR | 1 | 995.00 |
| 03/28/11 | 4010 | 0270 | 111705067 | HCHG KIT IV START | 1 | 31.00 |
| 03/28/11 | 4010 | 0270 | 111708775 | HCHG CATH IV 22G INTROCA | 1 | 33.00 |
| 03/28/11 | 4035 | 0271 | 111705521 | HCHG SET SMALLBORE EXTEN | 1 | 33.00 |
| 03/28/11 | 4035 | 0271 | 111700007 | HCHG NASAL CANNULA (AKA 3 | 1 | 16.00 |
| 03/28/11 | 4025 | 0710 | 501701677 | HCHG 02/HOUR (AKA 3710023 | 1 | 12.00 |
| 03/28/11 | 4025 | 0710 | 501701679 | HCHG RECOVERY STEP DOWN | 1 | 250.00 |
| 03/28/11 | 4010 | 0270 | 111709041 | HCHG RECOVERY STEP DOWN | 1 | 187.00 |
| 03/28/11 | 4010 | 0270 | 111709119 | SNARE POLYPECTOMY MINI 6 | 1 | 618.00 |
| 03/28/11 | 4010 | 0271 | 111706195 | TRAP SPECIMEN STERILE 40 | 1 | 31.00 |
| 03/28/11 | 4010 | 0270 | 111708729 | OXISENSOR | 1 | 281.00 |
| 03/28/11 | 4010 | 0271 | 501704102 | IV SET PRIMARY CONTINU F | 1 | 31.00 |
| 03/28/11 | 4010 | 0270 | 111700719 | CANNULA NASAL STRAP STYL | 1 | 17.00 |
| 03/28/11 | 3035 | 0750 | 501704614 | BOVIE POLYHESIVE II GROU | 1 | 45.00 |
| 03/28/11 | 3035 | 0750 | 501704714 | COLONOSCOPY BX & POLYP | 1 | 3,593.00 |
| 03/28/11 | 2065 | 0310 | 107702697 | ENDOSCOPY UPPER W BX | 1 | 2,534.00 |
| 03/28/11 | 2065 | 0310 | 107702697 | GROSS MICRO IV | 1 | 289.00 |
| 03/28/11 | 2065 | 0310 | 107702697 | GROSS MICRO IV | 1 | 289.00 |
| 03/28/11 | 4030 | 0250 | 130700250 | GROSS MICRO IV | 1 | 289.00 |
| | | | | LIDOCAINE 2 % SOLN 5 ML | 1 | 34.00 |

      Total hospital charges:                                      10,109.00

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 05/09/11 | MEDICARE | -699.29 |
| 05/11/11 | MEDICARE | 699.29 |

```
05/11/11                    MEDICARE                          -777.08
02/21/12                    AARP                              -293.52

     Total hospital payments:                              -1,070.60

Adjustments
=================================================================================
 Post Date                 Adj. For                          Amount
=================================================================================
Hospital Adjustments
 05/11/11                   MEDICARE                        -9,004.40
 05/09/13                   GENERIC COMMERCIAL                 -34.00

     Total hospital adjustments:                           -9,038.40


Total balance:                                                 0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID 

Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:                  Outpatient
Attending Physician:                              Service Date From: 03/28/2011
                                                 Service Date To:   03/28/2011

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| **Professional Charges** | | | | | | |
| 03/28/11 | | | 00810 | ANESTH,INTESTINE,SCOPE,L | 10.7 | 1,123.50 |
| 03/28/11 | | | 00810 | ANESTH,INTESTINE,SCOPE,L | 10.7 | 1,123.50 |
| Total professional charges: | | | | | | 2,247.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| **Professional Payments** | | |
| 07/14/11 | MEDICARE | -159.74 |
| 12/06/11 | AARP | 0.00 |
| Total professional payments: | | -159.74 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| **Professional Adjustments** | | |
| 07/14/11 | MEDICARE | -923.82 |
| 05/09/12 | MEDICARE | -1,123.50 |
| 05/09/12 | AARP | -39.94 |
| Total professional adjustments: | | -2,087.26 |

Total balance:                                                    0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:



Detailed Bill For

Patient Name:
Account Class:         Outpatient
Attending Physician:                    Service Date From: 03/28/2011
                                        Service Date To:   03/28/2011

Charges
========================================================================
 Service   Cost      Rev.   Proc.
 Date      Ctr.      Code   Code    Description            Qty.  Amount
========================================================================
Professional Charges
 03/28/11                   00810    ANESTH,INTESTINE,SCOPE,L  10.7  1,123.50
 03/28/11                   00810    ANESTH,INTESTINE,SCOPE,L  10.7  1,123.50

     Total professional charges:                                 2,247.00


Payments
========================================================================
 Post Date                 Recd. From                           Amount
========================================================================
Professional Payments
 07/14/11                   MEDICARE                            -159.74
 12/06/11                   AARP                                   0.00

     Total professional payments:                               -159.74


Adjustments
========================================================================
 Post Date                 Adj. For                             Amount
========================================================================
Professional Adjustments
 07/14/11                   MEDICARE                            -923.82
 05/09/12                   MEDICARE                          -1,123.50
 05/09/12                   AARP                                 -39.94

     Total professional adjustments:                          -2,087.26


Total balance:                                                     0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address

█████

███████                                 ██████████████████████████
                                        █████████  ████████

Detailed Bill For

```
Patient Name:
Account Class:           Outpatient        Service Date From: 02/16/2011
Attending Physician:                       Service Date To:   02/16/2011
```

Charges
```
=================================================================================
  Service   Cost      Rev.    Proc.    Description              Qty.    Amount
  Date      Ctr.      Code    Code
=================================================================================
Professional Charges
  02/16/11                    99213     OFFICE/OUTPT VISIT,EST,L   1     180.00

     Total professional charges:                                       180.00
```

Payments
```
=================================================================================
  Post Date                  Recd. From                                 Amount
=================================================================================
Professional Payments
  05/19/11                   AARP                                       -15.22
  02/01/12                   MEDICARE                                   -60.89

     Total professional payments:                                      -76.11
```

Adjustments
```
=================================================================================
  Post Date                  Adj. For                                   Amount
=================================================================================
Professional Adjustments
  02/01/12                   MEDICARE                                  -103.89

     Total professional adjustments:                                  -103.89
```


Total balance:                                                           0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:          Outpatient
Attending Physician:                    Service Date From: 01/07/2011
                                        Service Date To:   01/07/2011

Charges
=================================================================================
 Service   Cost     Rev.    Proc.   Description              Qty.  Amount
 Date      Ctr.     Code    Code
=================================================================================
Professional Charges
 01/07/11                   99213    OFFICE/OUTPT VISIT,EST,L    1   180.00

      Total professional charges:                                   180.00


Payments
=================================================================================
 Post Date                   Recd. From                          Amount
=================================================================================
Professional Payments
 02/18/11                    MEDICARE                               0.00
 02/21/11                    AARP                                 -54.99

      Total professional payments:                               -54.99


Adjustments
=================================================================================
 Post Date                   Adj. For                            Amount
=================================================================================
Professional Adjustments
 02/18/11                    MEDICARE                            -125.01

      Total professional adjustments:                           -125.01


Total balance:                                                     0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID                                      Guarantor Name & Address



Detailed Bill For

Patient Name:
Account Class:            Outpatient                Admission Date:    01/07/2011
Attending Physician:      MOFFAT, FREDERICK L.       Discharge Date:    01/07/2011

Charges
================================================================================
Service    Cost       Rev.    Proc.                                  Qty.  Amount
Date       Ctr.       Code    Code      Description
================================================================================
Hospital Charges
01/07/11   1089       0510    501700465    HCHG CLINIC LEVEL 3 EST      1    117.00

       Total hospital charges:
                                                                            117.00

Payments
================================================================================
Post Date                      Recd. From                                   Amount
================================================================================
Hospital Payments
02/21/11                       MEDICARE                                     -60.78
04/13/11                       AARP                                          0.00
04/19/11                       AARP                                         -15.19

       Total hospital payments:
                                                                            -75.97

Adjustments
================================================================================
Post Date                      Adj. For                                    Amount
================================================================================
Hospital Adjustments
02/21/11                       MEDICARE                                    -47.38
02/21/11                       MEDICARE                                      6.35

       Total hospital adjustments:
                                                                            -41.03


Total balance:
                                                                             0.00