# EXHIBIT 14

| FACILITY | TICKET ID | ENTRY DATE | PT TYPE | FEEDBACK TYPE | RECEIVED | DEPT/SERVICE AREA | INFORMATION RECEIVED | COMPLAINT ISSUE | NATURE | DEPARTMENT | DATE OF ISSUE | Column24 | REPORTER | GRIEVANCE | COMPLEXITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deerfield | WEV1045619 | 12/24/2012 | Outpatient | Complaint | 12/21/2012 | Clinic | | Billing Issue | Billing Error/Dispute | Clinic | 12/21/12 3:00 PM - The patient called. She is disputing a bill she received from UM in the amount of $104+ she claimed code 11/7/12. She believed it was related to her visit with Dr. Charles Vogel on 10/16/12. She explained that she comes to UM once per year for this visit and has not received a bill before. She has agreed to UM's sending her copay. She does not agree with the amount she was billed. She's asking for assistance in determining the status and why she is being billed. | | GROCHER,Cynthia | No | Level 3 |
| | | | | | 11/7/2012 | | | | | | 11/7/12 @ 4:15 p.m. - I contacted and spoke with the patient after  Dr. Christina Savage's Admin Asst, Jackie Spilka told me that the patient had called her, seeking assistance with a billing issue. The patient has written a letter and faxed it to Jackie's attn, along with a copy of a bill/statement she had received from UHealth, showing a balance/patient responsibility of $489.16. On contacting the patient, she advised me that she is only contesting the amount for date of service 8/8/12 - on that date she had a new patient visit with Dr. Savage. The bill shows 2 amounts for that date, $262.50 & $55.35. She said she has contacted her insurance since then. UHC and was told that they will pay the claim but the CPT Code 99244 was incorrect - they also gave her code 99214, but she was not sure what it all meant. She said she has had the same insurance since becoming our patient and had not had this problem with any other claim. She said she will be sending our patient and had not had this problem with any other claim. She said she will be sending our patient ahead was seen at the other is not contesting the amounts showing on the statement for dates of service 8/11/12 & 8/29/12. The letter she sent is used for the case. | | | | | |
| Deerfield | NEV1034761 | 11/8/2012 | Outpatient | Complaint | | Clinic | Telephone | Billing Issue | Billing Error/Dispute | Clinic | | 9/9/13 @ 4:11pm, the patient left a voicemail message for Patient Advocate, Cynthia Grocher, disputing an $155.05 she was billed by UHealth in connection with her specialist visit with Dr. Charles Vogel at the Deerfield medical facility on 7/18/13, citing, she paid her copay at the time of her visit and only the copay should apply. She was not getting resolution through the business office. She asked for assistance in resolving the issue. 9/10/13 @ 8:54 am, Patient Advocate returned the patient's call. She is requesting a copy of the bill to Patient Advocate. She is going out of town later in the afternoon and can't before she had her cell phone. (Opening the case with the date and time of the initial call/voicemail message.) | | GROCHER,Cynthia | No | Level 3 |
| Deerfield | HYH1178983 | 9/10/2013 | Outpatient | Complaint | 9/9/2013 | Clinic | Telephone | Billing Issue | Billing Error/Dispute | Clinic | 9/2/2013 | I received a call from Patient today at approximately 1:11 p.m. stating the following: Patient stated that she had an appointment with Dale Wright on July 24, 2012 at UMHC. For patient, she received a bill statement for the amount of $ 240. 00 for the "hospital base cabin", and she communicated that on previous visits with the General Medicine Department she was not informed that the charges are given to her. Patient stated that she was not informed that the department charges to a hospital base clinic, and she is requesting a review of her bill. | | GROCHER,Cynthia | Yes | Level 3 |
| SCCC | UYL1053297 | 1/24/2013 | Outpatient | Complaint | 10/12/2012 | Finance | Telephone | Billing Issue | General Charging/Crediting Issue | Finance | 10/12/2012 | On April 2, 2013, patient called the office of Patient Relations and complained about getting overcharged for a visit she had with Dr. Del Toro. Patient said when she called to find out about the reason of the bill, she was told the Physician was not in her network. Patient said she should have been told that before she was sent and refuses to pay the bill. | | VELASQUEZ,Eva | No | Level 3 |
| SCCC | FKA1080283 | 4/25/2013 | Outpatient | Complaint | 4/2/2013 | General Medicine UM-NHB | Telephone | Billing Issue | Billing Error/Dispute | General Medicine UM-NHB | 4/2/2013 | | | | No | |
| SCCC | JIX1083040 | 5/6/2013 | Outpatient | Complaint | 5/3/2013 | General Medicine UM-NHB | Telephone | Billing Issue | Billing Error/Dispute | General Medicine UM-NHB | 10/18/2012 | | | VIERA,Dawn | No | Level 2 |
| SCCC | GNG1091878 | 6/6/2013 | Outpatient | Complaint | 6/6/2013 | General Medicine UM-NHB | E-Mail | Billing Issue | Billing Error/Dispute | General Medicine UM-NHB | 2/12/2013 | | | GARCIA,steven | No | Level 2 |
| | | | | | | | | | | | | | GARCIA,steven | | Level 2 |
| | | | | | 2/8/2013 | | | | | | | On February 8, 2013, patient came to the office of Patient Relations and complained about a bill he received for $ 48.64 for a flu shot he received on January 11, 2013, at the UMHC General Medicine Clinic. Patient said he has been a patient of Dr. Schwartz since 1992 and that he always saw him at the old Family Medicine Clinic by Jackson Medical Plaza. Patient said he never had a problem with billing before, but when Dr. Schwartz' practice was moved to UMHC he was told or advised that his charges would increase dramatically because he would be seen in a hospital based clinic. Patient stated that the categorization was made up just to charge more money and believes he is being overcharged as he stated that his insurance company was charged a $128.00 for a set he was told that he had not received his bill yet. Patient said he had already spoken to Megrie at SCCC and despite the fact she was very nice, she couldn't help him and asked for this to be forwarded to a Supervisor. | | | | |
| SCCC | AIC1058843 | 2/12/2013 | Outpatient | Complaint | 6/26/2013 | General Medicine UM-NHB | In-Person | Billing Issue | Billing Error/Dispute | Finance | 1/11/2013 | | VIERA,Dawn | No | Level 3 |
| SCCC | PHU1103825 | 7/1/2013 | Outpatient | Complaint | 6/4/2013 | GI Procedures | E-Mail | Healthcare Coverage Issue | Co-Pay and Deductible | GI Procedures | 6/24/2013 | | GARCIA,steven | No | Level 3 |
| SCCC | UZV1091655 | 6/6/2013 | Outpatient | Complaint | 4/2/2013 | Hematology Oncology OPD1-Sylve Clinic | Telephone Telephone | Billing Issue Billing Issue | Billing Error/Dispute Billing Error/Dispute | Hematology Oncology OPD1-Sylve Clinic | 5/13/2013 10/1/2012 | | GARCIA,steven GARCIA,steven | No No | Level 4 Level 4 |
| | | | | | 2/5/2013 | | | | | | | The patient stated that UM has not been a very good experience for her, patient stated the day of the appointment the registration line was lengthy and she has been waiting for so long when she spoke to the representative she was informed of her copay of $45 which she paid and was told about Hipaa, client confidentiality and she was asked to initial her name on the consent form and which she did, thinking that it's in her best interest without the representative thoroughly explaining to her that she was being seen in a hospital base facility and she will acquire a bill from UM. Patient stated ever since she received the bill of $253.11 in November, she has been trying to get someone to dispute the charges, for she feels as if UM did not give her a chance to make a decision on either being seen and pay the fee or go elsewhere. Patient stated that she has left several VM for Mannie Salans a supervisor whom she was told to contact and whom she sent a fax to on December 6th and December 26th, patient stated that she was finally contacted today by Rosalie who informed her that we can only place her on a payment plan in which she refuses and she was told to call our office. Patient would like the charges to be waived since she was never told and she was not given a chance to make a decision on paying that facility fee. | | | | |
| SCCC | ENB1057118 | 2/6/2013 | Outpatient | Complaint | | Registration-OPD1 | Telephone | Billing Issue | General Charging/Crediting Issue | | 9/19/2012 | | VICTOR,Pezhwaza | | Level 1 |