# EXHIBIT 15

**From:**
**Sent:**
**To:**
**Cc:**
**Subject:**

Thank you Helen, this office is also creating a protocol to handle patient issues/complaints as well.

Have a good time off,

Maggie

---

**From:** Scarr, Helen L
**Sent:** Friday, March 09, 2012 4:27 PM
**To:** Lubarsky, David; Robitaille, Magaly; Van Der Put, Elaine; Ransford, Daru; Frances-Belton, Kerri; Reyes, Georgina; Liranzo, Maria M.; Sznurkowski, Gilma
**Cc:** Guerra, Jorge J Jr.; Falcone, Steven F; Kelley, Michael; Reynolds, Matty; Michel, Safia; Moss, Lakeisha; Murray, Cristian E; Tobin Jacobson, Lisa; Levy, Michael; Dornelly, Diana
**Subject:** Re: Process for Patient Issues

I want to make you aware that I will be on vacation this coming week, but I will still be available to you to transfer patients to my cell phone, as need be. Though I will have my out-of-office reply on, I will respond to your emails regarding patient complaints. I am working with Dr. Falcone and others in developing a permanent solution to management of these calls. Diana Dornelly can be contacted directly for any Sylvester service breakdowns. Otherwise, Safia Michel (305-243-7100) is my backup.

Thank you.

Helen L Scarr, MHSA
Director, Practice Initiatives | UHealth Faculty Practice
Office: 305.243.7240 | Cell: 305.298.4893 | Fax: 305.243.7101 | E-mail: hscarr@med.miami.edu

Please refer to the Faculty Practice SharePoint site for policies/procedures and forms: http://medportal.med.miami.edu/sites/ummg/default.aspx

*The information contained in this transmission may contain privileged, confidential and Protected Health Information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

---

**From:** "Lubarsky, David" <DLubarsky@med.miami.edu>
**Date:** Wed, 15 Feb 2012 10:55:49 -0500
**To:** "Robitaille, Magaly" <MRobitai@med.miami.edu>, Helen Scarr <hscarr@med.miami.edu>, "Van Der Put, Elaine" <EVanDerPut@med.miami.edu>, "Ransford, Daru" <DRansford@med.miami.edu>, "Frances-Belton, Kerri" <KFrances@med.miami.edu>, "Reyes, Georgina" <GReyes2@med.miami.edu>, "Liranzo, Maria M." <MLiranzo@med.miami.edu>, "Sznurkowski, Gilma" <GSznurko@med.miami.edu>
**Cc:** JORGE GUERRA <JGuerra@med.miami.edu>, "Falcone, Steven F" <SFalcone@med.miami.edu>, "Kelley, Michael" <mkelley@med.miami.edu>, "Reynolds, Matty" <MReynolds@med.miami.edu>, "Michel, Safia" <SMichel@med.miami.edu>, "Moss, Lakeisha" <LMoss@med.miami.edu>, Cristian Murray <cmurray@med.miami.edu>, "Tobin Jacobson, Lisa" <LTobin@med.miami.edu>
**Subject:** RE: Process for Patient Issues

1

Good point

Perhaps we first and foremost should script the initial response about guaranteeing and answer and resolution and attention by someone in the C Suite before the end of the day (and actually doing that). We do need to often collect information. Maggie – since you and Farooq have been doing this mostly (right?), perhaps you can relay the exact flow of the current process so we can mimic it to start.

**From:** Robitaille, Magaly
**Sent:** Wednesday, February 15, 2012 10:51 AM
**To:** Scarr, Helen L; Van Der Put, Elaine; Ransford, Daru; Frances-Belton, Kerri; Reyes, Georgina; Liranzo, Maria M.; Sznurkowski, Gilma
**Cc:** Lubarsky, David; Guerra, Jorge J Jr.; Falcone, Steven F; Kelley, Michael; Reynolds, Matty; Michel, Safia; Moss, Lakeisha; Murray, Cristian E; Tobin Jacobson, Lisa
**Subject:** RE: Process for Patient Issues

Thank you Helen. Please understand that I have some real concern regarding this process. The majority of the calls we receive are patients who wish to speak with the Dean because they have been, for the most part, shuffled to and from different extensions dealing with a variety of staff and offices. When we receive the calls, the last thing they want is to be transferred again to another staff person. The Dean's professional team handles many callers with many issues, but when the patient has reached the end of their patience and demand to speak to someone "in charge", it is of critical importance that we do not give the appearance of passing them along to another office. Please, I am requesting that we discuss this further. I don't believe this is as simple as it may appear.

Thank you,
Maggie

**From:** Scarr, Helen L
**Sent:** Wednesday, February 15, 2012 10:40 AM
**To:** Van Der Put, Elaine; Ransford, Daru; Robitaille, Magaly; Frances-Belton, Kerri; Reyes, Georgina; Liranzo, Maria M.; Sznurkowski, Gilma
**Cc:** Lubarsky, David; Guerra, Jorge J Jr.; Falcone, Steven F; Kelley, Michael; Reynolds, Matty; Michel, Safia; Moss, Lakeisha; Murray, Cristian E; Tobin Jacobson, Lisa
**Subject:** Re: Process for Patient Issues

Thank you, Elaine.

**To the Dean's Team:** Safia Michel is my back up. Please transfer calls to her line: **305-243-7100.** That line is monitored by Safia and covered by others when she is not available. All calls will be routed to me for the initial service recovery phone conversation with the patient, and for internal triage to the appropriate party responsible for the service recovery. These cases will all be tracked in Quantros, our online secure platform for Risk Events, Faculty/Staff Conduct issues, and Complaints/Compliments. If any of you do not get a live person to answer the 7100 line, or if this is outside of normal business hours, please email the details to me directly or call my cell phone (305-298-4893).

Thank you.

Helen L Scarr, MHSA | Director, Practice Initiatives
Office of the Chief Medical Officer | UHealth Faculty Practice
Office: 305.243.7240 | Cell: 305.298.4893 | Fax: 305.243.7101 | E-mail: hscarr@med.miami.edu

2

Please refer to the Faculty Practice SharePoint site for policies/procedures and forms: http://medportal.med.miami.edu/sites/ummg/default.aspx

The information contained in this transmission may contain privileged, confidential and Protected Health Information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** "Van Der Put, Elaine" <EVanDerPut@med.miami.edu>
**Date:** Wed, 15 Feb 2012 10:16:48 -0500
**To:** "Ransford, Daru" <DRansford@med.miami.edu>, "Robitaille, Magaly" <MRobitai@med.miami.edu>, "Frances-Belton, Kerri" <KFrances@med.miami.edu>, "Reyes, Georgina" <GReyes2@med.miami.edu>, "Liranzo, Maria M." <MLiranzo@med.miami.edu>, "Sznurkowski, Gilma" <GSznurko@med.miami.edu>
**Cc:** "Lubarsky, David" <DLubarsky@med.miami.edu>, Helen Scarr <hscarr@med.miami.edu>
**Subject:** Process for Patient Issues

Dean's team:

Please see Dr Lubarsky's communication below. He is appointing Helen Scarr as the focal person for handling patient issues from now on. She will need to designate a backup for occasions when she is not available.

Best,
Elaine

Elaine Van der Put, PhD
Chief Planning and Marketing Officer
Senior Associate Dean for Administration

Office of the Senior Vice President for Medical Affairs and Dean
Chief Executive Officer, University of Miami Health Center
Office (305) 243-6545

**From:** Lubarsky, David
**Sent:** Tuesday, February 14, 2012 10:41 PM
**To:** Van Der Put, Elaine
**Cc:** O'Neill, William; Goldschmidt, Pascal (Dean - School of Medicine)
**Subject:** Re: Process for Patient Issues

I suggest Helen Scarr as the customer service/ pt satisfaction person

And a back up

3

Eventually, we will have a working customer service org

David Lubarsky MD MBA
CEO, UHealth Physician Practice

On Feb 14, 2012, at 6:24 PM, "Van Der Put, Elaine" <EVanDerPut@med.miami.edu> wrote:

Dears David and Bill,

Patient's issues and complaints are constantly directed to the Dean's office. Farooq, in his role in the Office of the Executive Dean for Clinical Affairs has been the focal person to support us with these issues.

Even though the fact the Dr O'Neill will transition to focus exclusively on Research and that David will be responsible for Clinical Affairs has not beed officially announced, we were told today that Farooq would no longer be able to handle the complaints and that the calls should be transferred to Dr Falcone.

Most times , people want to speak to someone immediately and Farroq was usually available. We need a clear transition plan so the team in the Dean's office can address the patients needs and transfer them to a focal person in UMMG ( who I imagine will not be Steve Falcone) that can be reachable at all times.

Best,
Elaine

*Elaine Van der Put, PhD*
*Chief Planning and Marketing Officer*
*Senior Associate Dean for Administration*

*Office of the Senior Vice President for Medical Affairs and Dean*
*Chief Executive Officer, University of Miami Health Center*
Office (305) 243-6545

---

**From:** Ransford, Daru
**Sent:** Tuesday, February 14, 2012 3:57 PM
**To:** Van Der Put, Elaine
**Cc:** Frances-Belton, Kerri; Liranzo, Maria M.; Reyes, Georgina; Robitaille, Magaly; Sznurkowski, Gilma
**Subject:** Process for Patient Issues

Elaine,

Has the process for handling patient issues changed? I just tried to transfer an irate patient to Farooq, who in the past has handled these issues for us, but he told me to transfer the call to Dr. Falcone. I asked Farooq if that was just for now or moving forward and he said yes, to transfer them to Dr. Falcone moving forward. So can you let us know if this process has changed so we all know what we need to do? Most times, people

4

want to speak to someone immediately and Farooq was usually available but if it's Dr. Falcone – how will we handle when he's away from his desk?

Thanks!

*Dana Lane Ransford*

Office of the Senior Vice President for Medical Affairs and Dean
Chief Executive Officer, University of Miami Health System
University of Miami Miller School of Medicine
1600 NW 10th Avenue
RMSB 1135 (R-699)
Miami, FL 33136
Office: 305-243-6545
Fax: 305-243-8535
dransford@med.miami.edu

5