EXHIBIT 16

*-7940*

# Enterprise Guarantor Summary
## Guarantor: COHEN,LAJUANA R [404227]
### *Printed at 11/12/2013 1:17:22 PM for GUTIERREZ, YESENIA*

---

### Guarantor Demographics

| | | | |
|---|---|---|---|
| Name: | ▮▮▮▮▮▮▮▮▮▮ | Type: | Personal/Family |
| Address: | ▮▮▮▮▮▮▮ | Service Area: | UHEALTH |
| | ▮▮▮▮ ▮▮▮▮▮ | | |

MyChart St... 🔲 Guarantor does not use MyChart.

---

### Balances

| | Hospital | Professional | Total |
|---|---|---|---|
| Prebilled | 0.00 | NA | 0.00 |
| Undistributed | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 |
| Self-Pay | 0.00 | 0.00 | 0.00 |
| ▸ Bad Debt | 0.00 | 0.00 | 0.00 |
| **Outstanding** | **0.00** | **0.00** | **0.00** |

---

### Accounts

Select All    Deselect All    Account Activities                 ☑ Closed    Show Details

| T | Acct ID | Patient Name | Acct Status | Class | Adm D... | Dis Date | Dis Locati... | SP Bal | Tot Bal |
|---|---|---|---|---|---|---|---|---|---|
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 01/24/2013 | 01/24/2013 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 01/24/2013 | 01/24/2013 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 10/25/2012 | 10/25/2012 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 08/28/2012 | 08/28/2012 | UMHML | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 06/28/2012 | 06/28/2012 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 06/28/2012 | 06/28/2012 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 06/14/2012 | 06/14/2012 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 04/24/2012 | 04/24/2012 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 04/24/2012 | 04/24/2012 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 04/24/2012 | 04/24/2012 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 12/15/2011 | 12/15/2011 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 09/22/2011 | 09/22/2011 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 09/22/2011 | 09/22/2011 | UMHCP | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 09/22/2011 | 09/22/2011 | UMHCP | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | [Outsrc] | Outpati... | 07/29/2011 | 07/29/2011 | UMHC | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 07/29/2011 | 07/29/2011 | UMHCP | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 07/29/2011 | 07/29/2011 | UMHCP | 0.00 | 0.00 |
| | ▮▮▮▮ | ▮▮▮▮▮ | | Outpati... | 07/29/2011 | 07/29/2011 | UMHCP | 0.00 | 0.00 |

| | | Outpati... | 0.00 | 0.00 |
| | | Outpati... | 0.00 | 0.00 |
| | | Outpati... | 0.00 | 0.00 |
| | | Outpati... | 0.00 | 0.00 |
| | | Outpati... | 0.00 | 0.00 |
| | | Outpati... | 0.00 | 0.00 |
| | | Outpati... | 0.00 | 0.00 |
| | | Outpati... | 0.00 | 0.00 |

### Payments - Hospital

Show More ☐ Reversed
Displaying transactions since 8/12/2013

*None found.*

### Payments - Professional

Show More ☐ Reversed
Displaying transactions since 8/12/2013

*None found.*

### Adjustments - Hospital

Show More ☐ Reversed
Displaying transactions since 8/12/2013

*None found.*

### Adjustments - Professional

Show More ☐ Reversed
Displaying transactions since 8/12/2013

*None found.*

### Statements - Enterprise
*None found.*

### Statements - Professional
*None found.*

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID
█████

Guarantor Name & Address


Visit ID
█████

Detailed Bill For

```
Patient Name:          ████████████
Account Class:         Outpatient         Admission Date:    01/24/2013
Attending Physician:   CARPINTERO, MARIA F.   Discharge Date:    01/24/2013
```

Charges

```
=================================================================================
 Service  Cost       Rev.   Proc.                                      Qty.  Amount
 Date     Ctr.       Code   Code       Description
=================================================================================
Hospital Charges
 01/24/13  4030       0636   130700636   KETOROLAC 60 MG/2ML SOLN        4      36.00
 01/24/13  4030       0636   130700636   TRIAMCINOLONE ACETONIDE         4      42.00
 01/24/13  1025       0510   501700461   HCHG CLINIC LEVEL 2 EST         1     123.00

       Total hospital charges:                                                201.00
```

Payments

```
=================================================================================
 Post Date                      Recd. From                                   Amount
=================================================================================
Hospital Payments
 02/08/13              MEDICAID                                              -372.70

       Total hospital payments:                                             -372.70
```

Adjustments

```
=================================================================================
 Post Date                      Adj. For                                     Amount
=================================================================================
Hospital Adjustments
 01/31/13              MEDICAID                                              -123.00
 02/08/13              MEDICAID                                               297.70
 02/09/13              ADJUSTMENT                                              -3.00

       Total hospital adjustments:                                           171.70
```

```
Total balance:                                                                0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address



Detailed Bill For

```
Patient Name:
Account Class:            Outpatient        Service Date From: 01/24/2013
Attending Physician:                        Service Date To:   01/24/2013
```

Charges
```
=================================================================================
  Service   Cost        Rev.   Proc.    Description              Qty.  Amount
  Date      Ctr.        Code   Code
=================================================================================
Professional Charges
  01/24/13                     99214     OFFICE/OUTPT VISIT,EST,L   1   270.00

      Total professional charges:                                     270.00
```

Payments
```
=================================================================================
  Post Date             Recd. From                                    Amount
=================================================================================
Professional Payments
  02/14/13              MEDICAID                                       -39.46

      Total professional payments:                                    -39.46
```

Adjustments
```
=================================================================================
  Post Date             Adj. For                                      Amount
=================================================================================
Professional Adjustments
  02/14/13              MEDICAID                                      -228.54
  02/15/13              ADJUSTMENT                                      -2.00

      Total professional adjustments:                                -230.54


Total balance:                                                          0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID
███████
███████

Detailed Bill For

```
Patient Name:
Account Class:        Outpatient           Service Date From: 08/28/2012
Attending Physician:                       Service Date To:   08/28/2012
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 08/28/12 | | | 99215 | OFFICE/OUTPT VISIT,EST,L | 1 | 360.00 |
| Total professional charges: | | | | | | 360.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 10/05/12 | MEDICAID | -58.28 |
| Total professional payments: | | -58.28 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 10/05/12 | MEDICAID | -299.72 |
| 10/06/12 | ADJUSTMENT | -2.00 |
| Total professional adjustments: | | -301.72 |

Total balance:                                            0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                                    Guarantor Name & Address

 

Detailed Bill For

| Patient Name: | | | |
|---|---|---|---|
| Account Class: | Outpatient | | |
| Attending Physician: | CARPINTERO, MARIA F. | Admission Date: | 06/28/2012 |
| | | Discharge Date: | 06/28/2012 |

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 06/28/12 | 4030 | 0636 | 130700636 | KETOROLAC 60 MG/2ML SOLN | 4 | 36.00 |
| 06/28/12 | 2020 | 0305 | 600700943 | ESR | 1 | 66.00 |
| 06/28/12 | 2020 | 0301 | 107702791 | TSH | 1 | 207.00 |
| 06/28/12 | 2020 | 0301 | 107700755 | COMPREHENSIVE METABOLIC | 1 | 712.00 |
| 06/28/12 | 2020 | 0301 | 107700803 | CPK | 1 | 74.00 |
| 06/28/12 | 2020 | 0301 | 107702953 | VITAMIN D, 25-HYDROXY LE | 1 | 554.00 |
| 06/28/12 | 2020 | 0300 | 501702561 | VENIPUNCTURE - OUTPATIEN | 1 | 30.00 |
| 06/28/12 | 2020 | 0305 | 107700035 | AUTOMATED CELL COUNT | 1 | 189.00 |
| 06/28/12 | 2020 | 0302 | 107700529 | C-REACTIVE PROTEIN | 1 | 175.00 |
| 06/28/12 | 2020 | 0306 | 107701439 | HEPATITIS B SURFACE AG | 1 | 181.00 |
| 06/28/12 | 2020 | 0302 | 600701189 | HEPATITIS B CORE AB TOTA | 1 | 141.00 |
| 06/28/12 | 2020 | 0307 | 107702903 | URINALYSIS | 1 | 55.00 |
| 06/28/12 | 2020 | 0302 | 107702903 | URINE MACROSCOPIC CREDIT | -1 | -55.00 |
| 06/28/12 | 2020 | 0302 | 600700901 | HEP B SURFACE AB QUANT | 1 | 227.00 |
| 06/28/12 | 2020 | 0302 | 107701451 | HEPATITIS C ANTIBODY SCR | 1 | 504.00 |
| 06/28/12 | 2020 | 0307 | 107702901 | URINE MICROSCOPIC | 1 | 140.00 |
| 06/28/12 | 1025 | 0510 | 501700463 | HCHG CLINIC LEVEL 2 NEW | 1 | 129.00 |

Total hospital charges:                                                3,365.00

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 07/16/12 | MEDICAID | -450.59 |

Total hospital payments:                                                -450.59

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|

```
Hospital Adjustments
   07/05/12                    MEDICAID                        -129.00
   07/16/12                    MEDICAID                      -2,428.45
   07/16/12                    MEDICAID                        -323.96
   09/18/12                    MEDICAID                         -30.00
   09/18/12                    MEDICAID                          -3.00

      Total hospital adjustments:                            -2,914.41


Total balance:                                                    0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

**Account ID** ▉▉▉▉                    **Guarantor Name & Address**

**Detailed Bill For**

```
Patient Name:    ▉▉▉▉▉▉▉▉
Account Class:       Outpatient         Service Date From: 06/28/2012
Attending Physician:                    Service Date To:   06/28/2012
```

**Charges**

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 06/28/12 | | | 99215 | OFFICE/OUTPT VISIT,EST,L | 1 | 360.00 |
| | | | | Total professional charges: | | 360.00 |

**Payments**

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 07/16/12 | MEDICAID | 0.00 |
| 08/06/12 | MEDICAID | -58.28 |
| | Total professional payments: | -58.28 |

**Adjustments**

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 08/06/12 | MEDICAID | -299.72 |
| 08/07/12 | ADJUSTMENT | -2.00 |
| | Total professional adjustments: | -301.72 |

```
Total balance:                                     0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID



Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:        Outpatient
Attending Physician:  LOZADA, CARLOS J.        Admission Date:    04/24/2012
                                               Discharge Date:    04/24/2012

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 04/24/12 | 2080 | 0324 | 501700423 | CHEST 2 VIEWS | 1 | 495.00 |
| 04/24/12 | 2020 | 0305 | 107700749 | COMPLETE BLOOD COUNT (CB | 1 | 123.00 |
| 04/24/12 | 2020 | 0301 | 107700755 | COMPREHENSIVE METABOLIC | 1 | 712.00 |
| 04/24/12 | 2020 | 0305 | 600700943 | ESR | 1 | 66.00 |
| 04/24/12 | 2020 | 0301 | 107700803 | CPK | 1 | 74.00 |
| 04/24/12 | 2020 | 0301 | 107702791 | TSH | 1 | 207.00 |
| 04/24/12 | 2020 | 0300 | 501702561 | VENIPUNCTURE - OUTPATIEN | 1 | 30.00 |
| 04/24/12 | 2020 | 0301 | 107700101 | ALDOLASE | 1 | 118.00 |
| 04/24/12 | 2020 | 0302 | 107700529 | C-REACTIVE PROTEIN | 1 | 175.00 |
| 04/24/12 | 2020 | 0302 | 600700541 | COMPLEMENT C4 | 1 | 194.00 |
| 04/24/12 | 2020 | 0302 | 107700343 | ANTI NUCLEAR ANTIBODY | 1 | 139.00 |
| 04/24/12 | 2020 | 0302 | 107700741 | COMPLEMENT C3 | 1 | 186.00 |
| 04/24/12 | 1025 | 0510 | 501700461 | HCHG CLINIC LEVEL 2 EST | 1 | 123.00 |
| 04/24/12 | 2020 | 0302 | 107700225 | ANTI JO1 AB | 1 | 265.00 |
| 04/24/12 | 2020 | 0302 | 107700959 | ANTI DS DNA | 1 | 181.00 |
| 04/24/12 | 2020 | 0302 | 107700221 | ANTI CENTROMERE AB | 1 | 187.00 |
| 04/24/12 | 2020 | 0302 | 107701091 | EXTRACTABLE NUCLEAR AG | 1 | 455.00 |

Total hospital charges:                                          3,730.00

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 05/25/12 | MEDICAID | -448.59 |

Total hospital payments:                                          -448.59

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|

```
Hospital Adjustments
   05/06/12                    MEDICAID                            -123.00
   05/25/12                    MEDICAID                          -2,778.95
   05/25/12                    MEDICAID                            -346.46
   08/08/12                    MEDICAID                              -3.00
   08/08/12                    MEDICAID                             -30.00

       Total hospital adjustments:                               -3,281.41


Total balance:                                                       0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                          Guarantor Name & Address

▮▮▮▮▮                               ▮▮▮▮▮▮▮▮

▮▮▮▮▮                               ▮▮▮▮  ▮▮▮▮

                                    ▮▮▮▮▮

Detailed Bill For

```
Patient Name:
Account Class:          Outpatient
Attending Physician:                    Service Date From: 04/24/2012
                                        Service Date To:   04/24/2012
```

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 04/24/12 | | | 99215 | OFFICE/OUTPT VISIT,EST,L | 1 | 360.00 |
| Total professional charges: | | | | | | 360.00 |

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 05/07/12 | MEDICAID | 0.00 |
| 08/06/12 | MEDICAID | -58.28 |
| Total professional payments: | | -58.28 |

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 08/06/12 | MEDICAID | -299.72 |
| 08/07/12 | ADJUSTMENT | -2.00 |
| Total professional adjustments: | | -301.72 |

Total balance:                                      0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                          Guarantor Name & Address

Detailed Bill For

```
Patient Name:
Account Class:          Outpatient        Service Date From: 04/24/2012
Attending Physician:                      Service Date To:   04/24/2012
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 04/24/12 | | | 71020 | CHEST X-RAY 2 VW | 1 | 55.00 |
| Total professional charges: | | | | | | 55.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 05/11/12 | MEDICAID | -4.07 |
| Total professional payments: | | -4.07 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 05/11/12 | MEDICAID | -48.93 |
| 05/12/12 | ADJUSTMENT | -2.00 |
| Total professional adjustments: | | -50.93 |

Total balance:                                              0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID 

Guarantor Name & Address 

Detailed Bill For

Patient Name:
Account Class:            Outpatient          Admission Date:    09/22/2011
Attending Physician:      LOZADA, CARLOS J.   Discharge Date:    09/22/2011

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 09/22/11 | 2080 | 0324 | 501700423 | CHEST 2 VIEWS | 1 | 471.00 |
| 09/22/11 | 2020 | 0305 | 107700749 | COMPLETE BLOOD COUNT (CB | 1 | 117.00 |
| 09/22/11 | 2020 | 0305 | 600700943 | ESR | 1 | 63.00 |
| 09/22/11 | 2020 | 0301 | 107700755 | COMPREHENSIVE METABOLIC | 1 | 678.00 |
| 09/22/11 | 2020 | 0307 | 107702901 | URINE MICROSCOPIC | 1 | 133.00 |
| 09/22/11 | 2020 | 0307 | 107702903 | URINALYSIS | 1 | 52.00 |
| 09/22/11 | 2020 | 0302 | 107700529 | C-REACTIVE PROTEIN | 1 | 167.00 |
| 09/22/11 | 2020 | 0307 | 107702903 | URINE MACROSCOPIC CREDIT | -1 | -52.00 |
| 09/22/11 | 2020 | 0302 | 107701091 | EXTRACTABLE NUCLEAR AG | 1 | 433.00 |
| 09/22/11 | 2020 | 0302 | 107700343 | ANTI NUCLEAR ANTIBODY | 1 | 132.00 |
| 09/22/11 | 1025 | 0510 | 501700461 | HCHG CLINIC LEVEL 2 EST | 1 | 117.00 |
| 09/22/11 | 2020 | 0302 | 107700221 | ANTI CENTROMERE AB | 1 | 178.00 |
| 09/22/11 | 2020 | 0302 | 107700225 | ANTI JO1 AB | 1 | 252.00 |
| 09/22/11 | 2020 | 0302 | 107700959 | ANTI DS DNA | 1 | 172.00 |
| 09/22/11 | 2020 | 0302 | 107700195 | ANA MIXED PATTERN | 1 | 79.00 |

Total hospital charges:                                      2,992.00

## Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 10/06/11 | MEDICAID | -293.60 |
| 10/31/11 | MEDICAID | 293.60 |
| 10/31/11 | MEDICAID | -425.86 |

Total hospital payments:                                      -425.86

## Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|

```
Hospital Adjustments
  09/29/11              MEDICAID                        -117.00
  10/31/11              MEDICAID                      -2,194.14
  01/05/12              MEDICAID                          -3.00
  01/05/12              MEDICAID                        -252.00

     Total hospital adjustments:                     -2,566.14


Total balance:                                            0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                                    Guarantor Name & Address

▮▮▮▮▮                                         ▮▮▮▮▮▮▮▮
▮▮▮▮▮                                         ▮▮▮▮ ▮▮▮▮

Detailed Bill For

```
Patient Name:
Account Class:           Outpatient          Service Date From: 09/22/2011
Attending Physician:                         Service Date To:   09/22/2011
```

Charges
=============================================================================
| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
=============================================================================
| Professional Charges | | | | | | |
| 09/22/11 | | | 99214 | OFFICE/OUTPT VISIT,EST,L | 1 | 270.00 |
| | | | | Total professional charges: | | 270.00 |

Payments
=============================================================================
| Post Date | | | | Recd. From | | Amount |
|---|---|---|---|---|---|---|
=============================================================================
| Professional Payments | | | | | | |
| 10/10/11 | | | | MEDICAID | | -39.46 |
| | | | | Total professional payments: | | -39.46 |

Adjustments
=============================================================================
| Post Date | | | | Adj. For | | Amount |
|---|---|---|---|---|---|---|
=============================================================================
| Professional Adjustments | | | | | | |
| 10/10/11 | | | | MEDICAID | | -228.54 |
| 11/24/11 | | | | ADJUSTMENT | | -2.00 |
| | | | | Total professional adjustments: | | -230.54 |

Total balance:                                                        0.00

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID ████████                    Guarantor Name & Address

Detailed Bill For

```
Patient Name:
Account Class:          Outpatient         Service Date From: 09/22/2011
Attending Physician:                       Service Date To:   09/22/2011
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 09/22/11 | | | 71020 | CHEST X-RAY 2 VW | 1 | 55.00 |
| | | | | Total professional charges: | | 55.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 10/07/11 | MEDICAID | -4.07 |
| | Total professional payments: | -4.07 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 10/07/11 | MEDICAID | -48.93 |
| 11/24/11 | ADJUSTMENT | -2.00 |
| | Total professional adjustments: | -50.93 |

Total balance:                                              0.00

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:



Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:           Outpatient
Attending Physician:     LOZADA, CARLOS J.          Admission Date:    07/29/2011
                                                    Discharge Date:    07/29/2011

Charges
==========================================================================================
| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 07/29/11 | 2020 | 0301 | 107700419 | BASIC METABOLIC PROFILE | 1 | 474.00 |
| 07/29/11 | 2020 | 0305 | 600700943 | ESR | 1 | 63.00 |
| 07/29/11 | 2020 | 0302 | 107700529 | C-REACTIVE PROTEIN | 1 | 167.00 |
| 07/29/11 | 2020 | 0305 | 107700749 | COMPLETE BLOOD COUNT (CB | 1 | 117.00 |
| 07/29/11 | 2020 | 0300 | 501702561 | VENIPUNCTURE - OUTPATIEN | 1 | 29.00 |
| 07/29/11 | 2020 | 0302 | 107700343 | ANTI NUCLEAR ANTIBODY | 1 | 132.00 |
| 07/29/11 | 2020 | 0302 | 107701091 | EXTRACTABLE NUCLEAR AG | 1 | 433.00 |
| 07/29/11 | 1025 | 0510 | 501700463 | HCHG CLINIC LEVEL 2 NEW | 1 | 123.00 |
| 07/29/11 | 2020 | 0302 | 107700221 | ANTI CENTROMERE AB | 1 | 178.00 |
| 07/29/11 | 2020 | 0302 | 107700343 | ANTI NUCLEAR ANTIBODY TI | 1 | 132.00 |
| 07/29/11 | 2020 | 0302 | 107700225 | ANTI JO1 AB | 1 | 252.00 |
| 07/29/11 | 2020 | 0302 | 107700959 | ANTI DS DNA | 1 | 172.00 |
| 07/29/11 | 2080 | 0320 | 501702457 | HAND 2 VIEWS RT | 1 | 591.00 |
| 07/29/11 | 2080 | 0320 | 501702470 | KNEE AP LAT LT | 1 | 835.50 |

Total hospital charges:                                                    3,698.50


Payments
==========================================================================================
| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 08/19/11 | MEDICAID | -296.12 |
| 09/13/11 | MEDICAID | 296.12 |
| 09/13/11 | MEDICAID | -282.83 |
| 10/31/11 | MEDICAID | 282.83 |
| 10/31/11 | MEDICAID | -415.09 |

Total hospital payments:                                                    -415.09


Adjustments
==========================================================================================
| Post Date | Adj. For | Amount |
|---|---|---|

```
===============================================================================
Hospital Adjustments
    08/05/11                    MEDICAID                          -123.00
    10/31/11                    MEDICAID                        -1,911.91
    07/18/12                    MEDICAID                           -29.00
    07/18/12                    MEDICAID                          -384.00
    07/18/12                    MEDICAID                          -835.50

        Total hospital adjustments:                            -3,283.41


Total balance:                                                      0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                              Guarantor Name & Address

▮▮▮▮▮▮▮                                 ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮                                  ▮▮▮▮▮▮▮▮▮▮▮

Detailed Bill For

```
Patient Name:
Account Class:         Outpatient       Service Date From: 07/29/2011
Attending Physician:                    Service Date To:   07/29/2011
```

Charges
```
====================================================================
Service  Cost    Rev.  Proc.                                        
Date     Ctr.    Code  Code     Description            Qty.  Amount
====================================================================
Professional Charges
 07/29/11              99244    OFFICE CONSULTATION,LEVE   1   560.00

     Total professional charges:                            560.00
```

Payments
```
====================================================================
 Post Date                  Recd. From                      Amount
====================================================================
Professional Payments
 08/16/11                   MEDICAID                        -98.62

     Total professional payments:                           -98.62
```

Adjustments
```
===============================================================*======
 Post Date                  Adj. For                         Amount
===============================================================*======
Professional Adjustments
 08/16/11                   MEDICAID                        -459.38
 11/24/11                   ADJUSTMENT                        -2.00

     Total professional adjustments:                        -461.38
```

```
Total balance:                                                0.00
```

```
UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:
```

Account ID                          Guarantor Name & Address

Detailed Bill For

```
Patient Name:
Account Class:              Outpatient       Service Date From: 07/29/2011
Attending Physician:                         Service Date To:   07/29/2011
```

Charges

```
=================================================================================
Service   Cost     Rev.    Proc.     Description              Qty.   Amount
Date      Ctr.     Code    Code
=================================================================================
Professional Charges
07/29/11           73130   X-RAY HAND 3+ VW                     1     45.00
07/29/11           73130   X-RAY HAND 3+ VW                     1     45.00

     Total professional charges:                                     90.00
```

Payments

```
=================================================================================
Post Date               Recd. From                            Amount
=================================================================================
Professional Payments
08/22/11                MEDICAID                                -7.40

     Total professional payments:                               -7.40
```

Adjustments

```
=================================================================================
Post Date               Adj. For                              Amount
=================================================================================
Professional Adjustments
08/22/11                MEDICAID                               -40.30
08/22/11                MEDICAID                               -40.30
11/24/11                ADJUSTMENT                              -2.00

     Total professional adjustments:                           -82.60
```

```
Total balance:                                                   0.00
```

UHEALTH
University of Miami Health Systems
P.O. Box 402005
Atlanta, GA 30384-2005
Ph:

Account ID



Guarantor Name & Address

Detailed Bill For

Patient Name:
Account Class:          Outpatient
Attending Physician:                       Service Date From: 07/29/2011
                                          Service Date To:   07/29/2011

Charges
=================================================================================
Service    Cost     Rev.   Proc.
Date       Ctr.     Code   Code     Description              Qty.  Amount
=================================================================================
Professional Charges
07/29/11            73562           X-RAY KNEE 3 VIEW          1    50.00
07/29/11            73562           X-RAY KNEE 3 VIEW          1    50.00

    Total professional charges:
                                                                  100.00


Payments
=================================================================================
Post Date                     Recd. From
=================================================================================                              Amount
Professional Payments
08/22/11                      MEDICAID
                                                                  -10.18

    Total professional payments:
                                                                  -10.18


Adjustments
=================================================================================
Post Date                     Adj. For
=================================================================================                              Amount
Professional Adjustments
08/22/11                      MEDICAID                           -44.91
08/22/11                      MEDICAID                           -44.91

    Total professional adjustments:
                                                                  -89.82


Total balance:
                                                                   0.00