Sealed



FILED by _____ D.C.

FEB 0 5 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 13-22500-CIV-ALTONAGA**

UNITED STATES OF AMERICA,

*ex rel. JONATHAN LORD, M.D.*,

      Plaintiff,

      v.

UNIVERSITY OF MIAMI

      Defendant.

_____/

**FILED *IN CAMERA***
**AND UNDER SEAL**
**PURSUANT TO**
**31 U.S.C. § 3730 (b)(2)**

## *IN CAMERA* STATUS REPORT

Pursuant to the Court's February 4, 2014 Sealed Order, the United States respectfully submits this *In Camera* Status Report to the Court.[1]

### I.   Criminal and Civil Investigations

The criminal investigation is ongoing.

Since the *In Camera* Status Report submitted in November 2017, the Government has continued settlement discussions with the Public Health Trust of Miami Dade (the "Trust"). The Government and counsel for the Trust continue to negotiate a written settlement agreement (the "Agreement"). The Government has also disclosed copies of the complaints in the related and sealed actions, *United States ex rel. Phillip Chen, M.D. and Josh Yellen v. University of Miami and Miami-Dade Public Health Trust*, No. 13-24320-Civ-Altonaga and *United States ex rel.*

---

[1] Because the status report contains information that is subject to a seal pursuant to 31 U.S.C. § 3730(b)(2) and information that has not yet been disclosed to the Relators in this matter, the United States is filing this status report *in camera* and is not serving a copy on the Relators.

*Mitchell Wallace v. University of Miami and Miami-Dade Public Health Trust*, No. 14-cv-21206-Altonaga.  The Government did not provide a copy of the pleadings in this matter because the Trust is not a defendant in this action.  Once negotiations are complete, the Agreement must be approved by the appropriate officials within the United States Attorney's Office for the Southern District of Florida and for the Trust including appropriate Board approval.

Undersigned counsel is in the process of seeking authorization with respect to an intervention decision regarding the University of Miami.  The Government has disclosed the existence of multiple *qui tam* actions pending against the University, but has not yet shared a copy of any *qui tam* complaint nor has it disclosed the identity of the relators in any of the related and pending *qui tam* actions.  The authorization process includes seeking concurrences on a recommendation by the affected agencies and review and approval by the appropriate officials within the Civil Division of the United States Department of Justice.

Given the parallel criminal case involving the University of Miami in this *qui tam* matter and the ongoing criminal investigation involving the University, and certain current and former employees of the University, the United States is requesting that the seal in this *qui tam* remain in place pursuant to the Court's February 4, 2014 order granting a stay of the *qui tam* case, and not be lifted by the Court.

Dated: February 5, 2018

Respectfully Submitted,

EDWARD STAMM
ATTORNEY FOR THE UNITED STATES,
ACTING UNDER AUTHORITY CONFERRED
BY 28 U.S.C. § 515

JESSICA E. ELLIOTT
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No.: 89021
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: 305.961.9335


MICHAEL D. GRANSTON
DANIEL R. ANDERSON
MICHAEL E. SHAHEEN
Attorneys, U.S. Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20004
Tel: (202) 353-0506
E-mail: michael.e.shaheen@usdoj.gov