UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-22500-CIV-ALTONAGA

UNITED STATES OF AMERICA,
*ex rel.* **JONATHAN LORD, M.D.**,

Plaintiff,

v.

UNIVERSITY OF MIAMI

Defendant.

_____/

Sealed

FILED by ___ D.C.

NOV 05 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**FILED *IN CAMERA*
AND UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)**

## *IN CAMERA* STATUS REPORT

Pursuant to the Court's February 4, 2014 Sealed Order, the United States respectfully submits this *In Camera* Status Report to the Court.[1]

### I. Recent Activity in the Criminal and Civil Investigations

The criminal investigation is ongoing. The Government continues to interview witnesses and gather additional documents from the University. The University provided its latest round of information on Thursday November 1, 2018. The Government is striving to complete the criminal investigation shortly.

The settlement negotiations with the Miami-Dade Public Health Trust are steadily progressing. Due to Florida Sunshine laws, the Trust cannot finalize and execute a settlement agreement until a public meeting is held and the agreement is discussed. Thus, the Trust cannot complete the settlement in this case until the action is unsealed without violating the seal to have

---

[1] Because the status report contains information that is subject to a seal pursuant to 31 U.S.C. § 3730(b)(2) and information that has not yet been disclosed to the Relators in this matter, the United States is filing this status report *in camera* and is not serving a copy on the Relators.

the public meeting. Relators' counsel for Chen, Yellen, and Wallace are considering their position on the settlement agreement.

A meeting with counsel for the University of Miami and Alan Livingstone was held on November 1, 2018 in Washington, D.C. at the office of the Department of Justice, Commercial Division, Civil Fraud Section. In that meeting, counsel for the University and Livingstone gave a presentation to senior management of the Fraud Section and supervisors in the United States Attorney's Office Civil Division as to why the United States should not intervene in this matter. The United States is presently considering the arguments made prior to taking any action in this case.

Given the parallel criminal case involving the University of Miami in this *qui tam* matter and the ongoing criminal investigation involving the University, and certain employees of the University, the United States is requesting that the seal in this *qui tam* remain in place pursuant to the Court's February 4, 2014 order granting a stay of the *qui tam* case, and not be lifted by the Court.

Dated: November 5, 2018                    Respectfully Submitted,

                                                            ARIANA FAJARDO ORSHAN
                                                            UNITED STATES ATTORNEY

                                                            JESSICA E. ELLIOTT
                                                            ASSISTANT UNITED STATES ATTORNEY
                                                            Fla. Bar No.: 89021
                                                            99 N.E. 4th Street, Suite 300
                                                            Miami, Florida 33132
                                                            Tel: 305.961.9335


                                                            MICHAEL D. GRANSTON
                                                            DANIEL R. ANDERSON
                                                            MICHAEL E. SHAHEEN
                                                            JEFFREY A. MCSORLEY
                                                            Attorneys, U.S. Department of Justice
                                                            Civil Division
                                                            Post Office Box 261
                                                            Ben Franklin Station
                                                            Washington, D.C. 20004
                                                            Tel: (202) 353-0506
                                                            E-mail: michael.e.shaheen@usdoj.gov