

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-22500-CIV-ALTONAGA



UNITED STATES OF AMERICA,

ex rel. JONATHAN LORD, M.D.,

    Plaintiff,

v.

UNIVERSITY OF MIAMI

    Defendant.

_____/

FILED *IN CAMERA*
AND UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)

## *IN CAMERA* STATUS REPORT

Pursuant to the Court's February 4, 2014 Sealed Order, the United States respectfully submits this *In Camera* Status Report to the Court.[1]

The government has authority to intervene as to three separate sets of factual allegations against the University of Miami ("UM"). At the time the government filed its last status report, the parties had reached an agreement in principle to resolve two of the three sets of allegations, and the parties were continuing to negotiate with respect to the third allegation. Since that time, the parties have reached a handshake deal to resolve all three claims on which the government has intervention authority.

While the parties have agreed to a dollar amount, the parties continue to negotiate the remaining terms and conditions of the settlement. Among the remaining terms to be resolved includes negotiation and resolution of administrative remedies with the Department of Health and

---

[1] Because the status report contains information that is subject to a seal pursuant to 31 U.S.C. § 3730(b)(2) and information that has not yet been disclosed to the Relators in this matter, the United States is filing this status report *in camera* and is not serving a copy on the Relators.

Human Services (HHS), Office of the Inspector General. Defense counsel is meeting with senior officials from HHS on January 30, 2020 in Washington, D.C. Going forward, assuming the parties agree on all terms of the settlement, the parties will need to finalize the settlement agreement, obtain all required settlement approvals, execute the settlement documents, and file a notice of election regarding intervention.

Finally, as noted in previous status reports, the settlement negotiations with the Miami-Dade Public Health Trust are largely complete with respect to the substantive terms of a settlement. Because of Florida Sunshine laws, the Trust cannot execute a settlement agreement until a public meeting is held and the agreement is discussed, and that cannot occur until the action is unsealed.

Dated: January 28, 2020

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

JESSICA R. SIEVERT
Fla. Bar. No. 55839
ASSISTANT UNITED STATES ATTORNEY
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: 305.961.9335
E-mail: Jessica.Sievert@usdoj.gov

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
MICHAEL E. SHAHEEN
JEFFREY A. MCSORLEY
Attorneys, U.S. Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20004
Tel: (202) 353-0506
E-mail: michael.e.shaheen@usdoj.gov

*Counsel for the United States*