**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY NJC D.C.

Apr 27, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.: 13-22500-CIV-ALTONAGA

UNITED STATES OF AMERICA,

*ex rel.* JONATHAN LORD, M.D.,

    Plaintiff,

    v.

**UNIVERSITY OF MIAMI**

    Defendant.

    _____/

**FILED UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)**

## UNITED STATES' STATUS REPORT

Pursuant to the Court's February 4, 2014 Sealed Order, the United States respectfully submits this Status Report to the Court.[1]

In its last status report, the government advised that the parties reached a handshake deal to resolve all three claims against the University of Miami ("UM") on which the government has intervention authority. Since that time, the parties have continued to negotiate the remaining terms and condition of the settlement agreement.

The parties have agreed to a settlement amount of $22 million for all three claims. Among the remaining terms to be resolved includes negotiation and resolution of administrative remedies with the Department of Health and Human Services (HHS), Office of the Inspector General. Defense counsel met with senior officials from HHS on January 30, 2020 in Washington, D.C. Following this meeting, discussions ensued regarding a Corporate Integrity Agreement ("CIA"),

---

[1] Because the instant status report only contains information relating to the status of settlement that has already been disclosed to the Relators in this matter, the United States is serving a copy of this status report on the Relators.

and a draft of same was provided to UM on April 14, 2020.  Thus, the parties are in the process of working to finalize both the CIA and the settlement agreement, obtain all required settlement approvals, execute the settlement documents, and file a notice of election regarding intervention.

Finally, as noted in previous status reports, the settlement negotiations with the Miami-Dade Public Health Trust are largely complete with respect to the substantive terms of a settlement. Because of Florida Sunshine laws, the Trust cannot execute a settlement agreement until a public meeting is held and the agreement is discussed, and that cannot occur until the action is unsealed.

Dated: April 27, 2020

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____s/ Jessica R. Sievert_____
JESSICA R. SIEVERT
Fla. Bar. No. 55839
ASSISTANT UNITED STATES ATTORNEY
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: 305.961.9335
E-mail:  Jessica.Sievert@usdoj.gov

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
MICHAEL E. SHAHEEN
JEFFREY A. MCSORLEY
Attorneys, U.S. Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20004
Tel: (202) 353-0506
E-mail: michael.e.shaheen@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused to be filed the foregoing sealed document with the Clerk of Court on April 27, 2020.  I also certify that the foregoing document is being served this day on all counsel of record identified in the service list below via electronic mail.

                 s/ Jessica R. Sievert
                 Jessica R. Sievert
                 Assistant U.S. Attorney

**SERVICE LIST**:

Barbara Perez, Esq.
Aronovitz Law
Town Center One, Suite 2201
8950 SW 74 Court
Miami, FL 33156
Telephone:  305-372-2772
Email: bp@aronovitzlaw.com

Jeffrey H. Sloman, Esq.
Stumphauzer Foslid Sloman Ross & Kolaya
One Biscayne Tower
2 South Biscayne Blvd., Suite 2550
Miami, FL 33131
Telephone: 305-614-1403
Email: jsloman@sfslaw.com

Nancy La Vista
Clark Fountain La Vista Prather & Litky-Rubin
1919 North Flagler Drive
Second Floor
West Palm Beach, FL 33407
Telephone: 561.899.2107
E-Mail: nlavista@clarkfountain.com