**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-22500-CIV-ALTONAGA

FILED BY ___NJC___ D.C.

Oct 27, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES OF AMERICA,**

*ex rel.* **JONATHAN LORD, M.D.**,

    Plaintiffs,

    v.

**UNIVERSITY OF MIAMI,**

    Defendant.

_____/

**FILED UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)**

## UNITED STATES' STATUS REPORT

Pursuant to the Court's February 4, 2014 Sealed Order, the United States respectfully submits this Status Report to the Court.[1]

In its last status report, the Department of Justice ("DOJ" or "government") advised that it was negotiating a settlement agreement with the University of Miami ("UM") to resolve claims under the False Claims Act ("FCA"). The DOJ also advised that UM was negotiating a Corporate Integrity Agreement ("CIA") with the Department of Health and Human Services, Office of Inspector General ("HHS-OIG") to resolve certain administrative claims. Since that time, the undersigned DOJ attorneys with primary responsibility for this matter and UM have reached an agreement in principle on the terms of an FCA settlement that they are prepared to submit for formal approval by appropriate DOJ officials. Likewise, HHS-OIG and UM have reached an agreement on the terms of a CIA.

---

[1] Because the status report contains information that is subject to a seal pursuant to 31 U.S.C. § 3730(b)(2) and information that has not yet been disclosed to the Relators in this matter, the United States is filing this status report *in camera* and is not serving a copy on the Relators.

The Relator in *Lord* was the first-in-time to file FCA claims, and has signed onto the current version of the proposed FCA settlement. There are, however, two other sets of relators in related cases with claims that overlap with *Lord*: *Chen/Yelen* and *Wallace*. The *Chen/Yelen* Relators have signed onto the current version of the proposed FCA settlement agreement; discussions with *Wallace* are ongoing. The government is scheduled to talk again with *Wallace's* counsel at 4:00PM on October 26, 2020.[2] Once the parties reach a proposed resolution that includes all three sets of Relators, the parties will need to attend to finalizing the FCA settlement—including the undersigned attorneys obtaining formal approval for the final settlement agreement from the appropriate officials within DOJ and the Department of Health & Human Services. The government is respectful of the Court's recent order regarding the seal in these matters, and will use its best efforts to conclude the discussions with the remaining relator as soon as possible.

Pursuant to the Court's September 18, 2020 order, the seal in these cases is scheduled to be lifted on November 2. The government wishes to advise the Court that the *Lord* and *Chen/Yelen* complaints contain allegations relating to former UM president and current Congresswoman Donna Shalala who is seeking reelection in the upcoming election on November 3, 2020. Due to the proximity of the unsealing date to the election date, we wanted to bring this issue to the court's attention. Congresswoman Shalala is not a party to this action or the proposed settlement with UM, and the Department of Justice takes no position as to the timing of the unsealing of the complaints in this matter.

---

[2] As noted in previous status reports, the settlement negotiations with the Miami-Dade Public Health Trust are largely complete. Because of Florida Sunshine laws, however, the Trust cannot execute a settlement agreement until after the action is unsealed and a public meeting can be held to discuss same.

Dated: October 26, 2020                    Respectfully Submitted,

JEFFREY BOSSERT CLARK
ACTING ASSISTANT ATTORNEY GENERAL

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

      s/ Jessica R. Sievert_____
JESSICA R. SIEVERT
Fla. Bar. No. 55839
ASSISTANT UNITED STATES ATTORNEY
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: 305.961.9335
E-mail:  Jessica.Sievert@usdoj.gov

JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
JEFFREY A. MCSORLEY
Attorneys, U.S. Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-1292
E-mail: jeffrey.a.mcsorley@usdoj.gov

*Counsel for the United States*