**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-22500-CIV-ALTONAGA**
**CASE NO. 13-24320-CIV-ALTONAGA**
**CASE NO. 14-21206-CIV-ALTONAGA**

**UNITED STATES OF AMERICA** *ex rel.*
**JONATHAN LORD, M.D.**,

     Plaintiff,

v.

**UNIVERSITY OF MIAMI**,

     Defendant.
_____/

**UNITED STATES OF AMERICA** *ex rel.*
**PHILLIP CHEN, M.D.** and **JOSHUA YELEN**,

     Plaintiff,

v.

**UNIVERSITY OF MIAMI** and
**PUBLIC HEALTH TRUST OF MIAMI-DADE COUNTY**,

     Defendants.
_____/

**UNITED STATES OF AMERICA** *ex rel.*
**MITCHELL M. WALLACE**,

     Plaintiff,

v.

**PUBLIC HEALTH TRUST OF MIAMI-DADE COUNTY** and
**UNIVERSITY OF MIAMI**,

     Defendants.
_____/

CASE NO. 13-22500-CIV-ALTONAGA
CASE NO. 13-24320-CIV-ALTONAGA
CASE NO. 14-21206-CIV-ALTONAGA

**ORDER**

      **THIS CAUSE** came before the Court at a November 2, 2020 conference regarding the status of the United States' intervention and settlement of three related False Claims Act cases: *United States* ex rel. *Lord v. University of Miami* (No. 13-22500-Civ); *United States* ex rel. *Chen v. University of Miami* (No. 13-24320-Civ); and *United States* ex rel. *Wallace v. Public Health Trust of Miami-Dade County* (No. 14-21206-Civ).[1]

      These actions under the False Claims Act were filed under seal, as required by 31 U.S.C. section 3730(b)(2).  Section 3730(b) provides the sealed complaint and related disclosures shall be kept sealed for 60 days while the Government decides whether to intervene in the action.  *See id.* §§ 3730(b)(2)–(4).  The Government may request extending the period that the documents remain under seal for good cause.  *See id.* §§ 3730(b)(2)–(3).  As stated in open court, the Government has not timely requested extending the seal period, and the purpose for sealing these filings has run its course.

      In accordance with the September 18, 2020 Order [ECF No. 86] in the *Lord* and *Chen* cases, it is **ORDERED** that the Clerk shall **UNSEAL** these cases and their attendant filings on **November 2, 2020**.  The cases remain closed until such time as a party or parties move to reopen them.

---

[1] It appears notice of the hearing was not given in the *Wallace* case.

CASE NO. 13-22500-CIV-ALTONAGA
CASE NO. 13-24320-CIV-ALTONAGA
CASE NO. 14-21206-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 2nd day of November, 2020.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record