UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-22500-CIV-ALTONAGA

**UNITED STATES OF AMERICA,**
*ex rel.* **JONATHAN LORD, M.D.,**

    Plaintiffs,

v.

**UNIVERSITY OF MIAMI,**

    Defendant.
_____/

## NOTICE OF FILING EXHIBIT A TO D.E. 93

The United States filed its Notice of Election to Partially Intervene for the Purposes of Settlement (D.E. 93) on June 4, 2021. The referenced Exhibit A to D.E. 93 was inadvertently omitted but is attached to the instant notice of filing.

Dated: June 4, 2021

                              Respectfully Submitted,

                              BRIAN M. BOYNTON
                              ACTING ASSISTANT ATTORNEY GENERAL

                              JUAN ANTONIO GONZALEZ
                              ACTING UNITED STATES ATTORNEY

                              *s/ Jessica R. Sievert*
                              JESSICA R. SIEVERT
                              Fla. Bar. No. 55839
                              ASSISTANT UNITED STATES ATTORNEY
                              99 N.E. 4th Street, Suite 300
                              Miami, Florida 33132
                              Tel: 305.961.9335
                              E-mail: jessica.sievert@usdoj.gov

JAMIE A. YAVELBERG
PATRICIA L. HANOWER
JEFFREY A. MCSORLEY
Attorneys, U.S. Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20004
Tel: (202) 353-1292
E-mail: Jeffrey.a.mcsorley@usdoj.gov

*Counsel for the United States*