**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-22500-CIV-ALTONAGA**

**UNITED STATES OF AMERICA**, *ex rel.*
**JONATHAN LORD, M.D.**,

      Plaintiffs,

v.

**UNIVERSITY OF MIAMI**,

      Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court on the United States, the State of Florida, and Relator Jonathan Lord, M.D.'s Joint Notice of Voluntary Dismissal [ECF No. 94], filed on June 4, 2021.

Being fully advised, it is **ORDERED** as follows:

1. The claims of the United States and Florida defined as the Covered Conduct in the Settlement Agreement (*see* [ECF No. 95-1]), dated May 7, 2021 are dismissed with prejudice.

2. All other claims of the United States and Florida pled in the above-captioned action are dismissed without prejudice.

3. All claims by Relator are dismissed with prejudice except for any claims for reasonable expenses, costs, and attorneys' fees under the False Claims Act, 31 U.S.C. § 3730(d), and any analogous provisions in the Florida False Claims Act, Fla. Stat. § 68.081, *et seq.*, as set forth in Paragraph 5 of the Settlement Agreement.

4. The Court retains jurisdiction over the parties to the Settlement Agreement to: (1) enforce the terms of the Settlement Agreement; (2) adjudicate, if necessary,

CASE NO. 13-22500-CIV-ALTONAGA

Relator's claim for a share in the recovery, reasonable expenses, costs, and attorneys' fees under the federal False Claims Act and Florida False Claims Act; and (3) adjudicate Relator's non-dismissed claim arising under the False Claims Act, 31 U.S.C. § 3730(h).

**DONE AND ORDERED** in Miami, Florida, this 7th day of June, 2021.

*[signature]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record