UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:13-cv-22500-ALTONAGA/TORRES

UNITED STATES OF AMERICA,
ex rel. JONATHAN LORD, M.D.,
    Plaintiff,

v

UNIVERSITY OF MIAMI,
    Defendant.
_____/

## REPORT OF MEDIATION

A mediation conference was held on April 27, 2022 for the above-referenced matter. Mediator KAREN EVANS-PUTNEY conducted the proceedings via ZOOM. All parties and their respective counsel were present.

_____ A complete agreement was reached.

_____ A partial agreement was reached.

__X____ No agreement was reached.

_____ The mediation was adjourned until _____.

_____
Karen Evans-Putney, Mediator

April 27, 2022
Date