# EXHIBIT 8

Memo for the record- follow up to Nemeroff threat.

This briefly summarizes my meeting with President Shalala on Friday, December 21 my conversation with the Provost Tom LeBlanc on Saturday afternoon, December 22 , 2012

President Shalala:

the President scheduled a meeting with Lanny Gardner and myself for 9:30 AM Friday, December 21 in Lanny's office. Interestingly, she showed up 30 minutes early and met with Lanny alone discussing the situation on the campus and explicitly some of the concerns directly related to Pascal Goldschmidt. As he was walking out of the office after 45 min. of a one-on-one discussion, Lanny whispered to me that she was going to ask about the threat made to me by Charlie Nemeroff. I went into the room and for the next 45 min. the Prsident and I had a direct conversation about some of the issues facing the campus. She immediately told me that she had heard about the threat that had been made to me- that I had been told that if I didn't support the Dean, they were going to use the IML review to "take me out". She asked if this had been a low-level individual who made the threat, and I told her it was not, that it was Charlie Nemeroff, the chairman of psychiatry. I took this seriously enough to document it contemporaneously-including to Leonard Abess ( Chairman of the UM Board), Lanny Gardner, John Clarkson, and Bernie Fogel. Moreover, I had called Judd Goldberg that very morning expressing my concerns. I told the President I absolutely believed that the threat was serious and actually feared for my position at the medical school. (Lanny and I were told this past week by Aileen Ugalde that the Provost and the President had been made aware of this threat through Judd Goldberg and perhaps others. ) (By the Tuesday morning after the threat, the situation on the campus was looking so ominous that I had submitted my resignation as Executive Dean to the President requesting I go back to being Chair of Surgery as had been promised. )The President then went on to say that this type of behavior was categorically unacceptable and that she was certain Charlie was acting on his own without knowledge of the Dean or Jack Lord. I told her that while I had no definite knowledge about whether one of them had put Charlie up to this, I frankly didn't think he would do it on his own, and he had explicitly told me that he had been speaking to the Dean. Moreover,  the only place he could get the information about the IML review would've been from the Dean or one of his lieutenants. The president assured me that in discussions about the IML, no one on Coral Gables ever questioned the veracity of myself or Rafic Warwar. I told her categorically that I was unaware of any irregularities, that we have had multiple external reviews of the IML including by CMS, the state of Florida, and our own compliance people, and that we had never had a significant problem. I was so confident about this that I personally called Mike Moloney, Internal Audit, and in writing requested that he and his team review the IML. I also expressed concern that this whole approach to the transplant labs was a witchhunt, and I was very upset that neither Rafic nor myself-in spite of repeated requests-had ever been interviewed by Jennifer McCafferty. Many on the campus found her to be non-collegial with an agenda more consistent with self aggrandizement than with solving potential problems. A serious concern was also that she tended to use audits as a weapon. The President explicitly told me that her office was going take over a review of the transplant labs, and that I could rest assured no one would ever use this audit to threaten me again. Our

 UM/LORD - 045584

meeting continued for about 45 minutes-she was very gracious, open to dialogue, receptive, and clearly interested in determining what was happening on the Rosenstiel medical campus. We talked about the need to stabilize finances, to improve the relationship with Jackson Memorial hospital, improve faculty morale, to improve the balance sheet of the University so that an ASC could eventually be built, etc. Other than the fact that she said there were going to be changes in HR and other areas immediately after the New Year, she never told me what her plans were. She never asked for my opinion about the Dean. As she was leaving the office, she turned around again to express her concern about the threat, and told me that this would fall directly under her office. Within 15 min. of her leaving the office, she clearly had already spoken to Pascal about a couple of issues, including the 'rumor'  that the pediatric bone marrow transplant physicians had approached JMH nurses to try to recruit them down to Miami Children's Hospital. She stated that was apparently incorrect, and that she would get back to me on the other issue. Friday evening she sent me a message stating that she had talked to Pascal, that he knew nothing about Charlie's threat to me, that he was appalled that in an academic environment anyone would even attempt to use such a threat. She  explicitly said that Aileen Ugalde and Mike Moloney would be taking over and reviewing everything about the transplant labs.

Tom LeBlanc, Saturday afternoon, December 22, 2012.

Tom called me in Vail to tell me that the president and he had been discussing the Nemeroff threat. He reiterated that this was categorically unacceptable behavior, and would not and could not be condoned by him, the President, or the University. He restated that the transplant lab review was now under Aileen Ugalde and Mike Moloney's office, and that of course Rafic and myself and whoever else was needed would now be involved.

More importantly, he said, that he wanted to know what I thought should be done about Charlie Nemeroff. He said he took it very seriously, and would absolutely press forward with investigating it if I thought that was the best thing to do, but in the end it might devolve to a "he said she said" situation. We reviewed what had happened, and I repeated what I told the President that I had little doubt-but no absolute proof-that Charlie was conveying a message from Pascal and/or Jack. However, I was also aware that events were moving very quickly on our campus and that if we were able to avoid another publicly destabilizing event, I was willing to let this slide at the present time. The Provost stated categorically that no one would forget about this episode, but we could see what happens over the next couple of weeks, and could revisit it if necessary.

**CONFIDENTIAL INFORMATION**                                    **UM/LORD - 045585**