# EXHIBIT 13

# EXHIBIT 20

Contemporary Memorandum for the Record
December 3, 2012
Meeting with Hilary Bass

Meeting at my request to brief Hilary as Chair of UM BOT Audit and Compliance Committee. Meeting scheduled at 1230 on December 3rd at DB Moderne in downtown Miami at the JW Marriott Hotel.

Conversation started on general notes – how both of us are doing, Hilary's role at GT, how she got there and how long she has been in Miami. We also discussed how she was recruited to the UM BOT. I shared general progress at the medical center.

I indicated that I requested the meeting because I wanted to be sure that she had visibility into compliance efforts at UM and at the medical center. We discussed the following major topics:
- Major compliance issues
- Onboarding of new Chief Compliance Officer for UM
- Need for the medical center compliance efforts to be a standing item on the Audit and Compliance Committee Agendas
- Need for expert healthcare legal support in house

Concerning the first item we discussed: HHS OIG Billing Audits; continuing privacy breaches associated identity theft rings; FDA deviation issues impacting the UM Tissue Bank (and associated product liability issues); review of activities related to the Miami Transplant Institute and Department of Surgery and possible exposures.

With respect to the onboarding of a new compliance officer, I recommended that the Audit Committee support an external review of existing programs to assist him and helping to create an externally driven agenda for change.

Without referring to the fact that despite attempts in September and December to have full reports delivered to the Audit Committee, I recommended that such reports become a standing agenda item. (I chose not to discuss blocked attempts simply because I am not aware of relationships or culture that exists within governance and wanted to proactively identify the need open discussion).

Finally, we affirmatively discussed the need for expert in house counsel at the medical center – given complexity of operations and legacy of issues.

The meeting was also documented in my daily update for December 3, 2012 and conversations with the Dean and Chief Medical Compliance Officer.

LORD-000147

# EXHIBIT 37

# UNIVERSITY OF MIAMI

**Thomas J. LeBlanc, Ph.D.**
Executive Vice President & Provost

P.O. Box 248033
Coral Gables, Florida 33124-4628

Ph: 305-284-3356
Fax: 305-284-6758

January 30, 2013

Jack Lord, M.D.
Clinical Professor of Pathology

Dear Jack:

I write to confirm the terms of your faculty appointment as Clinical Professor of Pathology in light of the fact that, as of January 31, 2013, you will no longer hold the administrative posts of Vice President for Medical Administration and Chief Operating Officer at the Medical School.

In lieu of the University initiating the reappointment process based on a lack of funding (as described in Section C5.3 of the Faculty Manual), you agree to waive your right to a departmental vote as required by the Faculty Manual and therefore agree that this letter shall serve as your official notice of the non-reappointment as a Clinical Professor in the Department of Pathology effective July 31, 2013. Since you have agreed to waive the departmental vote and accept this notice of non-reappointment, this letter shall control over any conflicting terms in the Faculty Manual that address non-reappointment voting requirements and, to the extent necessary, you waive any such conflicting terms in the Faculty Manual.

Between February 1, 2013 and July 31, 2013, you will be provided with an office in the Department of Pathology and you will retain all your rights as a Professor on the Clinical-Educator Track. During this time period, will also retain the same benefits package you had as of January 31, 2013, including contributions to the applicable retirement plan and accumulation of vacation days as any other Clinical Professor.

As specified in your Offer Letter of July 3, 2012, during the six-month time period of February 1, 2013 to July 31, 2013, your monthly compensation will be calculated using the annual base rate of $763,776.00. As you will no longer hold any administrative posts, the monthly compensation based on the annual salary of $763,776.00 will be the only monies that you will receive during the six month time period.

The terms of this letter replace the terms and conditions of the Offer Letter of July 3, 2012.

Please sign on the next page confirming your agreement with all of the terms of this letter and return the signed letter directly to my attention. Thank you.

Sincerely,

*/s/ Thomas J. LeBlanc/*

Thomas J. LeBlanc
Executive Vice President and Provost

LORD-000126

Jack Lord, M.D.
January 30, 2013
Page 2

Agreed to and accepted: *I AGREE to WAIVE MY RIGHT TO A VOTE*

_____          _31 JAN 2013_
Jonathan T. Lord, M.D.                  Date

LORD-000127