# **EXHIBIT 15**

Message

**From:** Clarkson, John [JClarkson@med.miami.edu]
**Sent:** 12/9/2012 4:36:13 PM
**To:** Alan LIVINGSTONE MD [alivingstone@miami.edu]
**Subject:** Fwd: For the record Moloney

FYI

Sent from my iPhone

Begin forwarded message:

From: "Moloney, Michael J." <mmoloney@miami.edu<mailto:mmoloney@miami.edu>>
Date: December 9, 2012, 4:26:27 PM EST
To: "Clarkson, John" <JClarkson@med.miami.edu<mailto:JClarkson@med.miami.edu>>
Subject: RE: For the record

The Provost with assistance from a number of people including Joe N assigned the reviews to a number number of people. Jennifer and I (my staff) are looking at some of the billing issues.

Lots of problems, lots of issues, all unnecessary.

_____
From: Clarkson, John [JClarkson@med.miami.edu<mailto:JClarkson@med.miami.edu>]
Sent: Sunday, December 09, 2012 3:57 PM
To: Moloney, Michael J.
Subject: FW: For the record

Mike,
    This appears to be a complete fabrication/witch hunt.

    Did you follow up on O'Neill's clinical studies at UH and the concerns uncovered by Newcomber?

John
_____
From: Livingstone, Alan
Sent: Sunday, December 09, 2012 10:36 AM
To: Leonard Abess
Cc: Clarkson, John; Fogel, Bernard
Subject: FW: For the record

Leonard,

I have predicted for months that Jack and the Dean would try to use the consultants to take away the transplant labs from the Department of Surgery, to weaken Surgery and in particular control me. I am not in the least surprised that the Dean-orchestrated by Jack Lord-is using Charlie Nemeroff to deliver an ultimatum to me. Surgery has done nothing wrong, and we were frankly angered by how the outside consultants were directed to try to find a compliance issue with the IML. Jennifer McCafferty explicitly told them there were problems and she wanted them found-and she also refused to meet with Rafic and myself to get any background information on the IML.

Hopefully the Dean and his backers will not persuade president Shalala to cancel her meeting with me and Lanny tomorrow at 5 PM.

This is but a further example of the toxic environment on our medical school campus. Even Mike Maloney and Aileen Ugalde are dismayed by Jennifer McCafferty's use of compliance as a blunt instrument to manipulate people. The status quo is unacceptable-is it any wonder chairs and faculty are so intimidated? Considering circumstances, it is astonishing that anyone has been willing to sign a petition even though they have been told the Senate will sequester all the names.

Alan

From: Livingstone, Alan
Sent: Sunday, December 09, 2012 10:21 AM
To: Gardner, Laurence B; Warwar, Rafic
Cc: Livingstone, Alan
Subject: For the record

Lanny/Rafic,

EXHIBIT 12

UMLORD - 00040951

Charlie Nemeroff just called and we talked for more than half an hour. He states that he has been talking with Dean Goldschmidt and Phil George and they categorically assert that I am the ringleader for the recall petition. Charlie has delivered the Deans ultimatum to me-which Charlie says he doesn't believe in and that he is only serving as an intermediary-that basically states that if I agree to cease and desist and stop the recall petition that I will be held harmless" and allowed to continue in my current position, or if I desire, go back and be Chairman of Surgery as was promised in my letter of offer. If I do not stop the recall petition, they intend to use the recent Transplant review-specifically the IML audit-to impugn my integrity and to punish me. Charlie knows that the petition did not originate with me, and that I have no ability to stop it even if I wanted to.

I reviewed with Charlie in detail some of the background information about the IML; the fact that Jennifer McCafferty, Jack Lord, and the Dean refused to meet with me or Rafic about the IML so that they could understand some of the key issues; and the fact that we have gone through repeated audits from national and state agencies and there were no significant problems found with the IML. I briefly explained that we have had standing protocols for decades (set up originally by Josh Miller) to standardize ordering of lab testing for our transplant patients in order to ensure uniformity and quality of care (our outcomes are the best in the nation), and that these were generated by the doctors and not the IML lab. I emphasized that the lab never ordered tests, they always did what was protocol driven. Gemma Romillo (Compliance) had reviewed these standing orders in the past and opined that they were sufficient to justify doing the lab tests. I told Charlie that I suspected any complaints that were heard about testing originated from David Roth, who frequently got far behind in signing thousands of orders, and that I had met with him on a number of occasions to encourage him to sign them so there would be absolutely no question about us having documentation of the testing being ordered by the doctors (even though we did have the standing protocols). We even pointed out to Dr. Roth that if there were some orders that he didn't feel that he needed, to let us know and we would remove them from his list, and also reminded him that in spite of the fact that he wasn't signing the orders, he was using the information to manage his patients. Eventually we were always able to get David to sign the orders, and I finally set up a team-Giselle Guerra and Gaetano Ciancio-to review all of the standing protocols and to get buy-in from everyone so that we wouldn't have to have this discussion about signing off on the orders. This was accomplished earlier this year. The ultimate irony is that the major beneficiary of any revenues generated by the labs has been the Dean as he not only taxes them, but sweeps all profits at the end of the year.

I did not discuss the issue of the OPO and the fact that the Dean taxes this even though he and his team have been repeatedly told that we cannot run these expenses through the Medicare cost reporting.

I told Charlie that I would categorically not capitulate to an ultimatum or threat of retaliation, that I will stand by how the labs have been administered, and have no intention of continuing to do anything less than I possibly can to preserve the medical school that I have worked so hard for over the last 35 years. This is but a further example of why everyone is terrified and intimidated at the medical center, and is afraid of retaliation. The concept of academic freedom no longer is tolerated. We are clearly at or over the tipping point.

Alan

PS. Charlie says he also has been talking to Leonard Abess-I will reach out to him.

UMLORD - 00040952

| | |
|---|---|
| **Message** | |
| **From**: | Livingstone, Alan [ALivings@med.miami.edu] |
| **Sent**: | 12/11/2012 7:47:30 AM |
| **To**: | Shalala, Donna E. [dshalala@miami.edu] |
| **Subject**: | Re: |

Donna,
I will give you a call later today.
Thank you for coming this AM. Your vision and leadership are critical during these difficult times.
I am deeply appreciative of your support.

Alan

Sent from my iPhone

On Dec 11, 2012, at 7:41 AM, "Shalala, Donna E." <dshalala@miami.edu> wrote:

> Alan stay we need voices that are experienced
>
> Sent from my iPhone
>
>
> On Dec 11, 2012, at 6:52 AM, "Livingstone, Alan" <ALivings@med.miami.edu> wrote:
>
>> Dear Donna,
>>
>> I had hoped to be able to speak to you in person yesterday but events have overcome circumstances. I think that I can best serve you and the medical school by resigning as being executive Dean of clinical Affairs defective immediately. As guaranteed by you, I am requesting to be allowed to resign and return to being chairman of surgery where I will continue to serve you and the medical school as I have for many years. I pledge to you that I will do everything possible to continue to support the academic mission of education, research, clinical activity, and community affairs.
>>
>> Respectfully,
>>
>> Alan
>>
>> Sent from my iPhone

EXHIBIT 14

UMLORD - 00041188