# EXHIBIT 16

December 29, 2012 – DRAFT JMM – Note specific dates are still being verified – CONFIDENTIAL – DO NOT DISTRIBUTE

## <u>DRAFT - Timeline MTI/IML/OPO</u>

August, 2011 Medicare initiates a probe review of the IML and MTI re related to Cylex testing

- Billing compliance assists with review per SOPs
- Issues identified with lack of physician signatures on orders for testing
- Communications with IML off and on until Spring 2012 when CAPA defined that includes development of IML compliance plan, review of TPIS (IT system for physician ordering), review of SOPs regarding signatures and review of current protocols and "standing orders."

January 24, 2012 – Hotline case filed alleging healthcare fraud in IML

- Case is referred to Billing compliance office – determination that there is not sufficient information for investigation

June 25, 2012 – HHS and DoJ visit Dr Ruiz regarding Cylex testing

- Dr Ruiz alerts GC and Billing Compliance to the visit

June 25, 2012 – Pathology requests meeting with Medical Compliance

- Concerns relayed about IML testing, physician signatures on orders, IT infrastructure and general operations
- First set of documents delivered

July, 2012 - Medical Compliance begins trending of Cane Watch cases for UHealth Compliance Committee

- Review of Cane Watch Cases triggers review of January 24, 2012 case and apparent alignment of allegations and with additional documentation and new information from June meeting with Pathology

July, 2012 - Medical Compliance calls meeting with Internal Audit, General Counsel, IT Security regarding alignment of allegations and next steps

- Agreement that independent, third party review appropriate
- Agreement to coordinate on investigation/assessment going forward with Medical Compliance as lead

July 16, 2012 – UHealth Compliance Committee updated re MTI/IML/OPO assessment planning

July, 2012 – Vet three external firms (Guidry & East, TMG, and Hall Consulting)

- First pass with Medical Compliance, General Counsel and CEO for UM at JMH
- Second pass with JMH, MTI leadership and administration (Dr Ciancio, Maggy Dickens, Dr Butler, Don Steigman)

EXHIBIT
2

December 29, 2012 – DRAFT JMM – Note specific dates are still being verified – CONFIDENTIAL – DO NOT DISTRIBUTE

- o http://www.transplantmanagement.com/?page_id=7
- o http://www.guidryeast.com/
- o http://www.hallconsultingservices.com/index-5-services-organacquisition.html

August, 2012 - Medical Compliance, CEO for UM at JMH, General Counsel continue to work with JMH and TMG to define scope and agree to terms of engagement

August 16, 2012 – Pathology requests meeting with Medical Compliance

- Additional allegations related to slide reading - FDA and CMS compliance matter

September 4, 2012 – UHealth Compliance Committee updated on MTI/OPO/IML assessment

September 20, 2012 – Medical Compliance has follow up meeting with IML re CMS probe audit CAPA re Cylex testing

September 21, 2012 - IML notifies Medical Compliance that IML received OIG whistleblower communication on September 10, 2012

September 21, 2012 - Medical Compliance notifies General Counsel of OIG whistleblower communication

September 24, 2012 - Medical compliance sends General Counsel OIG whistleblower communication (packet) and begins coordination with General Counsel and Internal Audit on cover memo, method of sending information to OIG, and establishment of chain of custody.

October 3, 2012 - Medical Compliance sends whistleblower packet to OIG

October 3, 2012 - Medical Compliance meets with IML re OIG packet and chain of custody questions developed jointly with Internal Audit and General Counsel

- Medical Compliance continues to coordinate with General Counsel and Internal Audit through October re next steps and updates on progress

October 8, 2012 – General Counsel executes engagement with TMG

October 15, 2012 – Medical Compliance receives confidential call from faculty in Department of Surgery

- Allegation that Departmental leadership has instructed faculty and staff to not cooperate with any assessment of Miami Transplant Institute. Faculty member relays fear of retaliation from Departmental leadership.

October 16, 2012 – Pathology requests meeting with Medical Compliance

- Receive more details re allegations and new matter related to IML access to JMH billing information

December 29, 2012 – DRAFT JMM – Note specific dates are still being verified – CONFIDENTIAL – DO NOT DISTRIBUTE

November 5, 2012 – UHealth Compliance Committee updated re MTI/OPO/IML assessment

- Call with General Counsel, JMH Compliance and County attorney re assessment planning

November 8, 2012 – Medical Compliance, with assistance from General Counsel, executes MOU with JMH Compliance, with assistance of Counsel

November 7-9, 2012 – TMG on site for Miami Transplant Institute assessment component

November 16, 2012 – Planning meeting with TMG, Medical Compliance, Rafic Warwar, Phil Ruiz and Nicole Lergier re IML assessment visit

November 19, 2012 – Planning meeting with TMG, Medical Compliance, Rafic Warwar, Leslie Cortina, Dr. Susan Ganz re OPO assessment visit

November 19, 2012 – TMG receives confidential call from UM faculty member in the Department of Surgery who relays:
- He was "instructed from the 'highest levels' to be vague and standoffish with us [TMG], not share too much information about the leadership and financial issues within the transplant program. He would not tell me [TMG consultant who filed the report] specifically who gave him this directive, but he was very upset and seemed afraid. Not physically afraid, but more afraid for his career. He went on to tell me [TMG consultant] that it is very known internally that the lab has been performing tests without signed physician orders, performing known medically unnecessary testing and questionable billing practices. He stated that the department of surgery knows exactly how and why the lab revenue and profits have grown 10 fold over the past 6 years and that there are people 'above his pay grade' that are determined to make sure the lab remains under the department of surgery and does not get taken and given to pathology to run as they will lose the significant revenue."

November 26-27, 2012 – TMG on site for IML assessment component

November 28-29, 2012 – TMG on site for OPO assessment component

November 29, 2012 – Medical Compliance receives forwarded email relating to allegations regarding the Department of Surgery and the OPO

December 1, 2012 – Medical Compliance receives forwarded email relating to allegations regarding the Department of Surgery and the OPO

December 5- 17, 2012 – Medical Compliance, with General Counsel participating as available, has series of debriefs with TMG teams

December 5, 2012 – Medical Compliance informed of new allegations of retaliation within IML; transfer reporter to HR for follow up

December 6, 2012 - UHealth Compliance Committee updated on MTI/OPO/IML assessment

December 29, 2012 – DRAFT JMM – Note specific dates are still being verified – CONFIDENTIAL – DO NOT DISTRIBUTE

December 6, 2012 – Call with TMG and HR re coordination on OPO and IML allegations as they relate to HR issues and staffing

December 10, 2012 - Meeting with Alan Livingstone re Compliance update including MTI/IML/OPO assessment

December 12, 2012 – TMG receives anonymous allegation email related to Department of Surgery and mis-management of the OPO

December 18, 2012 – Medical Compliance issues memo updating leadership on preliminary findings and recommendations for next steps

December 21, 2012 – General Counsel instructs Medical Compliance that, per the President, assessment is to be transferred to Internal Audit immediately

December 26- present - Medical Compliance prepares for transfer

- Communications with Internal Audit re planning of transfer
- Organizing files and data for transfer to Internal Audit

December 27, 2012 – Medical Compliance receives call from JHS Chief Compliance Officer indicated Don Steigman was informed on Monday that assessment was transferred to Internal Audit – requesting information regarding transfer.

December 28, 2012 - Medical Compliance informed leadership of call from JHS



# OIG HOTLINE
# FACSIMILE SUBMISSION

### OFFICE OF INSPECTOR GENERAL
### OFFICE OF INVESTIGATIONS
### OIG HOTLINE OPERATIONS



| Number of Pages | 25 (including cover) |
|---|---|
| Your Fax # | 305 243 3424 |

## Complainant Information

| Your Name | Jennifer McCafferty |
|---|---|
| Telephone Number | 305 243 6129 |

## Subject/Provider Information

| Name (First/Last or Business) | University of Miami Transplant Lab |
|---|---|
| Type of Provider | |
| Address | 1600 NW 10th Ave |
| City, State, Zip Code | Miami, FL 33136 |
| Telephone # | |
| Email/Internet address | |

## Brief Description of Complaint
### (Please submit any additional information & documents)

Please see attached.

**This Fax may contain confidential and/or privileged information. If you are not the intended recipient (or have received this Fax in error) please notify the sender immediately and destroy this Fax. Any unauthorized copying, disclosure or distribution of the material in this Fax is strictly forbidden.**

OIG Hotline Facsimile Submission Form
Revised 04/05/2011

EXHIBIT
5

P. 1

⁂ ⁂ ⁂ Personal Journal ( Oct. 2. 2012  3:50PM ) ⁂ ⁂ ⁂

1}
2}

(Manual print)

| ⟨ TX ⟩ Date | Time | Destination | Mode | TXtime | Page | Result | User Name | File No. |
|---|---|---|---|---|---|---|---|---|
| Oct. 2. | 3:44PM | 918002238164 | G3TES⟩ | 3'00" | P. 25 | OK | | 1613 |

| ⟨ RX ⟩ Date | Time | Sender | Mode | RXtime | Page | Result | User Name | File No. |
|---|---|---|---|---|---|---|---|---|

TX Count      001038          RX Count      000965

| # : Batch | C : Confidential | $ : Transfer | P : SEP Code |
|---|---|---|---|
| M : Memory | L : Send later | @ : Forwarding | E : ECM |
| S : Standard | D : Detail | F : Fine | U : Super Fine |
| ⟩ : Reduction | H : Stored/D. Server | ⌧ : LAN-Fax | + : Delivery |
| Q : RX Notice Req. | A : RX Notice | ✍ : Mail | ⟨⟩: IP-FAX |
| ⌁: Folder | | | |



US Department of Health and Human Services
Office of Inspector General
ATTN: OIG HOTLINE OPERATIONS
PO Box 23489
Washington, DC 20026

October 2, 2012

To whom it may concern:

The attached packet was received in the Office of Billing Compliance at the University of Miami Miller School of Medicine late in the afternoon on Friday, September 21, 2012.  As we could not confirm that the Office of the Inspector General received the communication, we are forwarding it independently.

The University and Miller School take any allegation of fraud, waste or abuse seriously.  As a result of this letter, we have expanded an already ongoing investigation of the transplant laboratory.

We remain committed to being a good steward of federal healthcare dollars and we will take all appropriate and required actions should any of these allegations be substantiated.

Should you require additional information related to this matter, please contact me directly.

Sincerely,

Jennifer McCafferty, PhD, CHRC
Chief Medical Compliance Officer



Received
SEP 2 1 2012
Office of Billing Compliance

University of Miami
1600 NW 10th Ave
Miami, Fl 33136

WDC 20026

UNITED STATES
POSTAL SERVICE



PRIORITY
MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107R, January 2008



English     Customer Service     USPS Mobile                                    Register / Sign In

Search USPS.com or Track Packages

Quick Tools          Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 03112550000232562847 | Priority Mail® | Return to Sender | August 29, 2012, 8:41 am | WASHINGTON, DC | Expected Delivery By: August 29, 2012 Delivery Confirmation™ |
| | | Arrival at Post Office | August 29, 2012, 8:37 am | WASHINGTON, DC 20026 | |
| | | Processed through USPS Sort Facility | August 29, 2012, 1:43 am | WASHINGTON, DC 20066 | |
| | | Depart USPS Sort Facility | August 28, 2012 | OPA LOCKA, FL 33054 | |
| | | Processed through USPS Sort Facility | August 28, 2012, 1:58 am | OPA LOCKA, FL 33054 | |
| | | Processed at USPS Origin Sort Facility | August 27, 2012, 11:15 pm | OPA LOCKA, FL 33054 | |
| | | Dispatched to Sort Facility | August 27, 2012, 5:22 pm | MIAMI, FL 33166 | |
| | | Acceptance | August 27, 2012, 10:01 am | MIAMI, FL 33166 | |

## Check on Another Item

What's your label (or receipt) number?

Find

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

Please
Recycle



PRIORITY
MAIL
UNITED STATES POSTAL SERVICE



PRIORITY® MAIL

For Domestic
and International Use

From University of Miami
1600 NW 10th Ave -
Miami FL 33136

TO

U.S. Department of Health and
Human Services.
Office of Inspector General P.O.Box
23489 Washington DC 20026

Label 228, January 2008

0311 2550 0000 2356 2647

DELIVERY CONFIRMATION™

United States Postal Service®



PS00001000014

PRIORITY®
MAIL

ED STATES POSTAL SERVICE

Rate Mailing Envelope

s at usps.com

US Department of Health and Human Service
Office of Inspector General
ATTN: OIG HOTLINE OPERATIONS
PO Box 23489
Washington, DC 20026

University of Miami, Miller School of Medicine

Transplant Laboratory

1600 NW 10 th Ave, RSMB

Miami, FL 33136

US Department of Health and Human Services

Office of Inspector General

ATTN: OIG HOTLINE OPERATIONS

PO Box 23489

Washington, DC 20026

This is to report a fraud, which is taking placed in the Transplant laboratory, Department of Surgery at the University of Miami, Miller school of Medicine; address 1600 NW 10th Ave Rosenthiel Medical Building, 8 floor, Miami, FL 33136.

The Medical Director Phillip Ruiz MD, PhD, Chief supervisor Alexandra Amador, Chair of the department of Surgery, Alan Livingston MD, Senior administrator Raffick Warwick, Former laboratory administrator Ramiro Fernandez, current administrator Nicole Legeir.

This people are commitenting fraud to Medicare by billing laboratory test with no interpretation and not irrelevant for making decisions to transplant patient or treated for rejection. Medicare needs to review Cylex, Cytokines, MBL, T and B subsets.

This people have been reported to State but when the inspectors come to review the documentation the paper work

have been altered and it seems that there is anything wrong, it needs experts in reviewing this billing issues and a forensic accountant to look for what is irregular. Medicare has been reported but they have not investigated these issues.

It seems that no one care because this people are doing the same and there continue whit the wrong doing.  Phillip Ruiz the medical director are supported by the chair of the department of surgery Alan Livingston, they laid off individuals that do not follow their steps and because of treating and weak link we are scared to report the irregularities also the University is a private institution and one individual can't fight alone the university lawyers will "eat you alive". The keep everything very well secret so they do not be uncover.

Phillip Ruiz was fired from the department of Pathology were he work for the past 21 years, he was escorted by security for literally stealing biopsies from the department of Pathology and taking them to the department of Surgery to be process this happened on March approximately 2011, also he used founds from Histocompatibility laboratory to open a Histology laboratory when he did not suppose to, he both computers for his family, he hired family and friends to work at the transplant laboratory with salaries when there were not qualified to do the work ( Rene Martin and his son).

Jennifer Macquie is a recent certified medical technologist that been since 2009 are billing Medicare for MBL test without a license   (she was recently certified in Dec, 2011), also there are technologist that do not have supervisors license (Alexandra Amador do not have a Histocompatibility license) (Rogelio Gonzalez have a license for serology and Microbiology and is performing HLA /DNA testing Histocompatibility for years) and they are being paid for those positions.

The State came to investigated a few weeks ( July,  2012) ago but did not find anything because Alexandra Amador spend and entire weekend sing  and changing the reports and fixed them process she did for the inspection that took pleased in March 2012 and for concerns if the inspectors would see (JM signature).

Ramiro Fernandez the former administrator of the laboratory was investigated for HIPPA complaint issues and in that investigation irregularities with fraud were found and he was force to leave the University; he was paid by the department of Surgery to leave and to not report Phillip Ruiz as well who was signing and allowed all this money issues to be performed. Around July, 2011 Phillip Ruiz  MD send an Email to Ramiro Fernandez were, he expressing the changes he made in the post-transplant protocol test  and  charges to Medicare without the authorization of the Clinical transplant director David Roth

MD the been issues with the transplant department and the transplant laboratory since Phillip Ruiz was placed as a director by Alan Livingston and Andrea Tzaquis MD ( the University had to pay millions of dollars to the lawyers and UNOS because A. Tzaquis violated the UNOS laws and jump the transplant list favoring patients from outside the United States now he left the University and went to Cleveland Clinic after all the mess he created in the transplant laboratory supported by Phillip Ruiz.

Ramiro Fernandez has this Email in his personal files. It should not be any communicating with Phillip Ruiz.

Only the appropriate authorities can fight this big monster the University of Miami because they know what to look they have expert people that charge test by CPT codes and with test they are justified.

It is incredible that in one of the more powerful department of a Medical setting and an institution that is training future doctors these caned of activities are happening. Believe or not is organized crime and it seems like a chapter of American Greed.

In the month of July 2012 a second article about the University of Miami, Miller Medical was reported in the Miami Gerald Mrs. N. Braman was member of the University board and new the irregularities that the Dean and Shalala are allowing and

again the Dean was excusing itself , this article followed one that was publish in May, 2012 ( Please see attachment).

The renal transplant graft survival have drop to 82% from 98% since Phillip Ruiz became the laboratory director. I can't understand why the University is supporting this type of behavior that have a negative impact in patient care and the rest of the physicians that are practicing in an honest way.

There are individuals like Ramiro Fernandez that know well and have documentation of how these frauds are performed to Medicare but he is not reporting this to Medicare (WHY?).

This letter has been sent to these appropriate authorities so the appropriate investigation will be done.

We hope that this letter will not be read and left on a desk or drawer.

Thank you

Please help

## The Herald

# UM med school's big ambitions led to big layoffs

UM's medical school has grown rapidly in recent years — too fast, say critics, who believe excessive ambitions led to its present financial troubles.



This is the UM Life Sciences Building, located at NW 7th Ave and 20th Street. This was shot, Saturday, July 13th, 2012.
PETER ANDREW BOSCH / MIAMI HERALD STAFF

Full-size Buy Photo

Previous | next

Image 1 of 2

UM MEDICAL SCHOOL
BY THE NUMBERS
Medical School Annual Revenue

$1.7 billion

UM Total Annual Revenue

$2.3 billion

Layoffs
About 800

Full-time in June

About 190

Part-time in March

Theft
$14 million

Amount of drugs

Allegedly stolen by employee

Institute for Human Genomics
Special state funding

$80 million

Losses after 10 months

Fiscal 2012

$9.8 million

COMPENSATION
President Donna Shalala $1.16 million a year

Dean Pascal Goldschmidt

$1.1 million a year

Sources: UM medical school financial statements, audited report, court records,

IRS documents

BY JOHN DORSCHNER
JDORSCHNER@MIAMIHERALD.COM

Long before the University of Miami announced in May that its Miller School of Medicine had financial problems big enough to force layoffs of about 900 full-time and part-time workers, there were signs of serious trouble.

As far back as October, billionaire car dealer Norman Brahman wrote in a memo to fellow UM trustees that he and colleagues had been receiving anonymous letters for months "outlining a host of wrongdoings, mostly at the medical school." Brahman and others closely tied to the school warned UM officials the medical school was spending too much, too fast in the push to build a world-class medical center.

The expansion was occurring just as healthcare revenue — the foundation for much of the medical school's expansion — was starting to dry up, with lower rates of reimbursement from insurers and cuts in federal and state funding.

The medical school also had major problems of its own. According to internal documents, the school suffered from bloated staffing, a faulty billing system and prices that sometimes ran much higher than at other South Florida hospitals. Internal controls apparently were weak at best: A whopping $14 million in expensive cancer drugs disappeared from a UM pharmacy over three years before an employee was charged with theft in June 2011.

The medical school's difficulties even began to impede its relationship with the ailing, taxpayer-financed Jackson Health System, endangering a decades-long partnership with the public hospital system.

By the time the layoffs were announced May 8, rumors had been swirling for weeks. UM President Donna Shalala insisted the medical school problems were caused by factors beyond her control. "We live in a world in healthcare in which our flows of funds are unpredictable," Shalala told the Herald in May, adding that she had responded as quickly as possible to the problems once they became apparent.

The medical school, she said, would emerge as a "much stronger healthcare system of a much higher quality."

In the past five years, Shalala has presided over major initiatives designed to reshape UM's medical school and propel it to the top tier. Hiring more than 100 high-profile researchers and creating a biotech research park boosted the school's national profile. Purchasing a hospital — the old Cedars Medical Center, now University of Miami Hospital — cemented the school's status as a leading healthcare provider. Reinventing the relationship between UM and Jackson allowed the medical school to launch new — potentially competing — roles.

Together, the ambitious moves vaulted UM's medical school to the national stage — but they may also have seriously damaged it. Layoffs weren't part of the plan, leaving critics and community leaders to wonder whether Shalala, who earns $1 million a year at UM and was for eight years the nation's No. 1 health official as secretary of the U.S. Department of Health and Human Services during the Clinton administration, simply failed to heed the warning signs in her quest to make UM a national powerhouse.

"Ultimately, Donna Shalala has to bear the responsibility for this failed strategy," says Stephen Greensick, a Miami-Dade physician-entrepreneur. He points out that during the 1990s, when she led HHS, she battled to keep down soaring healthcare costs. "Reducing the spending on Medicare that was her goal — first reducing payments to hospitals, then to doctors. And now she sits there and says, 'Gee, these are factors outside our control.' "

Shalala said in May she's done everything she can: "We're in a brave new world in healthcare, both in terms of how we're funded and in how fast we have to move."

In a statement to the Herald on Thursday, the medical school's dean, Pascal Goldschmidt, said, "Throughout my tenure at the Miller School we have focused on strategic initiatives to deliver the best possible care to our community, open new frontiers for research, and provide state-of-the-art training for our students and residents.

"We make decisions on the best information available and our assessment of where the field is moving. Not every decision is perfect, nor does the world around us function perfectly. ... What is important is that ... these programs are delivering life-changing discoveries, expanding our impact on the community, and building the reputation of UM as a great research institution."

EARLY WARNINGS
OF TROUBLE . . . AND HOW THEY WERE DISMISSED
Signs of problems with UM's finances go back to at least June 2011. That's when the Chronicle for Higher Education ran an article: Fast-Growing Strategy Has Its Costs at U. of Miami. The story noted that the "expansion is looking overambitious to some" and quoted several anonymous faculty members as saying UM "promised too much and is now hustling to cover costs, even if it means taking from the poverty-plagued population that it pledged to serve."

Shalala decried the article shortly after publication as "a shocking example of irresponsible and lazy reporting."

Behind the scenes, others were raising alarms. In October, Brahman, a longtime UM supporter, wrote a scathing letter to fellow UM trustees: "Poorly conceived decisions by the medical school administration have put the university at significant risk and, at the same time, injured Jackson Memorial Hospital."

Brahman said UM "looks nothing like the strong institution it was five years ago," and blamed "the poor performance of the medical school, a half-billion dollars of new debt and the depletion of almost all our cash reserves."

In his letter, Brahman was particularly irate about UM's purchase of Cedars, directly across the street from Jackson Memorial Hospital. UM leaders predicted the hospital would earn almost $90 million in its first six years, but Brahman had serious doubts: "We have missed our projections ... by hundreds of millions yet we continue to accept forecasts from the same people as if they are credible."

In February, Brahman resigned from the UM board, fed up with what he viewed as the bungled finances at the medical school.

Twice in the few months after Braman's letter, two former deans of the medical school met with Stuart Miller, the UM board member whose family donated $100 million to the medical school, to raise the alarm about the negative financial picture, according to UM insiders. Former deans Bernie Fogel and John Clarkson outlined a long list of major problems that needed to be addressed quickly, including the deteriorating relationship with Jackson.

Six months after the letter, UM leaders announced the layoffs, including the removal of several executives.

Shalala told The Herald in May that she reacted with reasonable speed to situations she couldn't control. "No one wants to lay anyone off. We waited as long as we could possibly wait to make some very tough decisions. In the process, we were doing some very careful planning. There is nothing we're doing that everybody else in healthcare is not doing."

Braman doesn't buy that logic. Earlier this month, he told The Herald that the layoffs "were a real tragedy that never should have happened. ... The people at the top were very much more interested in flash than substance."

## JACKSON AND
## UM MED SCHOOL: INEXTRICABLY ENTWINED — AND NOW TROUBLED

UM and Jackson are among the region's biggest employers and most crucial institutions. But both are now troubled. Jackson has lost $419 million the past three years.

UM has placed tremendous emphasis on its medical school, which in fiscal 2011 had $1.7 billion in revenue, according to a medical school financial report. The whole university generated $2.3 billion in revenue, according to UM's audited statements.

Mark Rogers, a physician and former Duke University executive who has served on Jackson's board, says the situation "calls into question the whole economic future of the entire county. ... This applies not only to how residents get high quality healthcare, but also to the aspirations of Miami to become an economic center for the vibrant and growing biotechnology industry."

Braman put it this way: "This is really a double tragedy — UM and Jackson. And you can't disconnect the two." With UM's purchase of a hospital across the street of Jackson, "taking away paying patients, you can't underestimate the problems this has caused Jackson."

The partnership between the medical school and Jackson had generally worked well for years, despite occasional squabbles. For 25 years, the two previous medical school deans grew the institution slowly without layoffs. That changed in 2005, when Shalala announced she had hired Goldschmidt as the new dean, a renowned cardiologist and veteran Duke University administrator, for a $1-million-a-year compensation package.

Goldschmidt quickly began to push for UM to have its own hospital. "World-class doctors like to come to an environment where the university has its own hospital," he said. In 2007, UM purchased the 560-bed Cedars and renamed it.

Many were skeptical. Myra Hurt, a dean of Florida State University's medical school, said many universities found owning hospitals to be "financially tricky." Others criticized the purchase price: $275 million. Joshua Nemzoff, a specialist in buying and selling hospitals, was stunned by the amount. "They paid three times what I thought that hospital was worth," he said. UM used bonds to pay for the hospital plus $50 million in improvements.

Shalala remains a strong supporter of the purchase. In the midst of layoffs in May, she called the hospital "part of the solution," not the problem.

Last week, Goldschmidt said of the Cedars purchase: "Some things went according to, or better than, plan; some did not," but the UM hospital has shown improvements in performance metrics and provides "new life-saving care." Jackson officials had been worried all along. As far back as 2006, Larry Handfield, then chairman of Jackson's board, looked at UM's ambitious expansion plans and felt Jackson would be the loser: "My concern is ... if they have a hospital where they have to meet their bills, they are going to put a patient in that hospital first, and put one in Jackson second."

Meanwhile, UM had been in expansion mode, attracting more than 100 high-priced star scientists from the nation's top schools, including 30 researchers who arrived with Marc Lippman, a University of Michigan breast cancer researcher. He and the team received a combined $52 million compensation package, according to Braman.

Goldschmidt said such packages tend to include not only the salaries of team members, but also laboratories, clinics and expensive equipment.

The biggest catches were more than 50 scientists from Duke's Center for Human Genetics, who became the bulwark of UM's Institute for Human Genomics. They were given housing assistance and other perks. UM subsidized the institute with $10 million. Two Florida legislators, Marco Rubio and David Rivera, shepherded a bill through the Legislature in 2007 to give the new UM Genomics Institute $80 million in state funding on the premise it would create 296 high-paying jobs within five years.

Shalala was enthusiastic: "We're trying to become one of the world's great research universities. And we're well on our way. We're building a scientific powerhouse."

Others were concerned about the money needed to create the powerhouse. Steve Green, former head of UM's faculty senate, told The Herald several weeks ago: "I don't know of anybody who disagrees with the vision that the dean has" to greatly increase research, but "the expectations of some of these high-priced people have not yet been realized."

Last week, Dean Goldschmidt said, "Recruitment of talented individuals is expensive — that is the norm for academic medicine," but the hiring was done carefully. "Some of these recruitments achieved their plans or better, while others did not."

A new Life Science Park was built by an independent developer, without any cost to the university, according to Shalala, but the medical school was pouring money into construction: a $100 million clinical research lab and another $80 million biomedical building, to be paid for by new revenue. Medical school executives told trustees that they expected the new UM Hospital (formerly Cedars) would increase net income by $88.9 million during its first six years, including $44 million in the fiscal year that ended May 31, according to an attachment that Braman sent board members. But in the first 10 months of that fiscal year, the hospital's income was just $4.8 million.

And the entire UM medical center — the clinical enterprise of doctors and the hospital, plus research and education — lost $17.9 million for the first 10 months, according to March UM financial reports. Such reports are private but The Herald obtained a copy of the March financial statement.

Making matters worse: UM's executives had budgeted the medical center to show a $25 million surplus for the year. Chief Operating Officer Jack Lord told The Herald last week that the medical school finished its fiscal year on May 31 $50 million below budget because of billing problems, "overly aggressive revenue targets" and a "need to more actively manage our expenses."

Joe Natoli, UM's chief financial officer, explained in May that UM needed surpluses from the medical school because "we have made significant and important investments in the medical school over the last decade and in particular over the last several years," with the expectation that the investments

would yield cash to help the university's balance sheet, improve medical facilities and build up the underfunded pension plan.

One major problem for UM was revealed in a February report from PricewaterhouseCoopers, which said its survey showed patients think highly of the quality of care in academic medical centers, but they don't want to pay more for it — a huge challenge since academic centers are perceived, often correctly, as costing more. A July memo to employees from Goldschmidt and Lord reported faculty complaining that some tests that usually cost hundreds of dollars at other hospitals can cost "several thousands when performed at our hospital."

**WHERE THE MONEY WENT (INCLUDING THE MILLIONS IN MISSING MEDS)**
When Shalala explained the medical school's problems in May, she listed factors that had either reduced revenue or driven up costs, some related to the national recession. Other reasons for UM's troubles may be its own inefficiencies, according to internal documents.

Among the factors listed by Shalala:

• Insurers are reducing payments to hospitals as the national push to reduce medical costs continues.

• State funding for UM was cut by $8 million in the most recent legislative session.

• Research money, mostly from the National Institutes of Health, has remained flat while the number of scientists competing for research dollars has gone up.

UM, like many other research centers, ramped up its programs because of stimulus funds. The medical school received $63 million in stimulus money to help fund research jobs. But even in August 2011, the former chief operating officer, William Donelan, warned that some of those positions could be lost when the money ran out.

Shalala didn't think so. "We were all warned about the stimulus money," she told The Herald, "but at the same time, everybody expected the federal budgets to start going up and for the economy to somewhat recover. We waited. It didn't happen."

The Hussman Institute for Human Genomics, which has received state and philanthropic funding for research, has remained among the school's biggest financial drains. In the first 10 months of the current fiscal year, it lost $9.8 million. UM leaders have supported the institute on the theory that genetic research offers the biggest chance for medical breakthroughs. "They're doing great," Shalala said of the institute in May, adding that some researchers had "moved on" because they didn't get NIH grants.

In its latest quarterly report to the state Department of Economic Opportunity, the institute said it had created 199.5 jobs by Feb. 29 and was projected to create 25 more jobs in June, on its way to the promised 296.

• Jackson's reduced payments to UM have hurt the medical school.

For years, UM has relied on a lump sum payment of about $130 million from taxpayer-supported Jackson to pay for UM doctors to treat Jackson patients and for other services. Last year, the

struggling Jackson insisted on a $16 million cut. As UM's financial picture grew dimmer, medical school leaders — while pledging support for Jackson — emphasized that if a patient came to a UM doctor, the doctor could decide where to put the patient, and that was increasingly likely to be the UM Hospital.

Earlier this year, Jackson Chief Executive Carlos Migoya set out to rewrite the financial agreement to allow Jackson to "lease" or hire UM doctors at fair market value, with Jackson receiving the money from any insurance billings. The arrangement seems likely to reduce payments to UM. Shalala says UM wants to get an agreement done. "We've got to make this work."

With no new agreement in place, UM doctors are working under a temporary arrangement. At the moment, Jackson is paying far higher rates than last year.

UM is also struggling with internal inefficiencies.

Some are shared by many medical schools; a February report by a consultant on general problems at academic medical centers noted entrenched faculty and decentralized administration as frequent problems. One issue is specific to UM, though.

A pharmacy employee, Manuel Pacheco, 55, was arrested last year on charges of grand theft, dealing in stolen property and trafficking in prescription drugs. Court records say Pacheco was caught twice on video surveillance cameras removing expensive cancer drugs from a refrigerator.

Law enforcement investigators found seven cancer medications worth $734,000 in Pacheco's home, court records say. A filing by UM says that Pacheco confessed to taking drugs every other day from November 2010 to June 2011. A UM consultant found "the university's total loss as a result of Pacheco's thefts over a three year period was at least $14,358,637."

In a court filing, Pacheco's attorney, David S. Markus, said the evidence doesn't prove his client stole all the missing drugs. In an interview last week, he wondered about UM's control system: "After a million, you would think someone would notice."

That's precisely the point Braman made. In his October letter to fellow trustees, he complained that discovering the extent of the thefts took months "because of nonexistent inventory controls."

Shalala told The Herald in May: "Actually, it didn't take any time at all to unravel. ... Fraud is a problem in healthcare in South Florida. We are not exempt from that."

Natoli, UM's CFO, said he has been working to strengthen internal controls.He said he's convinced the problems have been fixed.

There's another internal problem: billing. After UM patients received letters explaining that new billing software was sending out statements for service more than a year old. UM leaders established a "War Room" to handle the problems.

TIGHTENING THE SCREWS — AND THE TEMPESTUOUS STAFF MEETINGS THAT FOLLOWED

Upper level shakeups at the medical school began in March, after the Braman letter and the former deans' meetings with Miller. Lord, a former Humana executive, was brought in as chief operating

officer to replace Donelan, a longtime colleague of Goldschmidt's from their Duke days. Since then, a half-dozen high-level Goldschmidt appointees have been fired or otherwise departed. The layoffs that followed were based on judgments made by PricewaterhouseCoopers, with input from school executives. Managers, administrators and researchers who were not getting grants were targeted. Shalala told The Herald that the cuts removed administrative duplication, taking out "a whole layer" of management.

In a series of tempestuous meetings with school leaders, faculty complained that they were not adequately consulted about the layoff decisions. Shalala said in May that faculty always complain about change.

Most of those laid off in early May were told to leave immediately. One of those was Michele Misurelli-Gillis, who supervised researchers. Though she was told she would be given preference for rehiring, she said in mid-July that she had applied for 63 UM openings and gotten nowhere.

Lord said Thursday 758 people were laid off, with 194 rehired in other positions, for an annual saving of $50 million.

UM is continuing to expand its reach as a way of increasing revenue, by opening new medical office buildings in Weston and Plantation and relying less on Jackson Memorial by planning to have its obstetricians also deliver babies at other hospitals.

In early July, Goldschmidt and Lord, responding to faculty questions about the potential for more layoffs, said there would be a consolidation of services in several departments "in the next few months," presumably leading to a reduction in workers.

On Thursday, Goldschmidt wrote to the Herald: "Our national ranking in National Institutes of Health funding (a key measure of academic success for a U.S. medical school) has increased from 51st to 39th in the past six years, a truly exceptional performance. ...

"Leadership is about making decisions, taking calculated risks, and constantly learning ways to be better. We have made decisions that we believe were in the interest of advancing UM ... and in the interest of bringing the best possible care to South Florida."

Read more here: http://www.miamiherald.com/2012/07/22/v-fullstory/2918375/um-med-schools-big-ambitions-led.html#storylink=cpy

# The Miami Herald

Posted on Tue, Apr. 24, 2012

## 'Significant' UM medical school cutbacks coming in May

By John Dorschner
jdorschner@MiamiHerald.com



UM Pres. Donna Shalala

University of Miami President Donna Shalala announced Tuesday that the medical school will take "difficult and painful but necessary steps" next month to reduce costs, including staff cuts.In a letter to employees, she called the cuts "significant" but provided no details about how many employees might be laid off.

"The process will take place in stages, and affected employees will be notified during the month of May," Shalala wrote. "Reductions will not impact clinical care or our patients and will primarily focus on unfunded research and administrative areas."

Shalala said the cuts were necessary because of "unprecedented factors" including the global downturn of 2008, decreased funding for research and clinical care, plus cutbacks in payments from Jackson Health System. The Jackson reductions "have had a profound effect on our finances," she wrote.

UM is not alone. "Many medical schools are having to make difficult decisions," particularly because of the growing difficulties in getting research grants, said Ann Bonham, chief scientific officer of the Association of American Medical Colleges.

Sal Barbera, a former hospital executive now teaching at Florida International University, said UM created many of its own problems when it bought Cedars Medical Center in 2007 for $275 million. Paying off that debt is a "significant" financial responsibility, he said.

Jackson Health System, which has lost $419 million the past three years, cut its payments to UM by $16 million this year, and next fiscal year is working on a new operating agreement with UM that could mean far more drastic reductions.

In her letter, Shalala wrote that UM reaffirmed "our continued commitment to our partnership with Jackson."

# The Miami Herald

Posted on Tue, May. 08, 2012

## UM medical school to lay off up to 800

By John Dorschner
jdorschner@MiamiHerald.com



University of Miami President Donna Shalala, third from left, talks to reporters and editors at The Miami Herald Tuesday, May 8, 2012.

Up to 800 people will lose their jobs under a major restructuring at the University of Miami medical school, President Donna Shalala said Tuesday.

State budget cuts, less research money, lower compensation from insurers and cutbacks in payments by Jackson Health System made the changes necessary, Shalala said during a meeting at the Miami Herald.

"It's not a great situation," Shalala said, "but at the end of the day, we'll be a much stronger healthcare system of a much higher quality because we will be able to reinvest in healthcare delivery. ... We've moved this institution to new heights. The world is changing beneath our feet."

Laid-off workers are being notified this month, Shalala said. A notice UM filed with the state Tuesday announced the university would cut 800 jobs by July 31, but Shalala said the final number is likely to be lower. The cutback is the largest by any employer in the state since the medical school's campus neighbor, Jackson, announced 920 layoffs in February.

The UM reduction amounts to 8 percent of the medical center's 10,000-person workforce. Shalala said no doctors or nurses who provide clinical care would be affected. The cuts announced Tuesday come after 182 temporary workers were laid off in late March.

Most of the UM layoffs are concentrated in research and administration as the university centralizes services to serve the entire enterprise. About 150 people who schedule appointments will lose their jobs in various departments as that service is centralized. About 150 in research administration and 110 researchers will also be let go, according to the letter UM filed with the state.

This year, the medical school lost about $8 million in state funding, a spokeswoman reported. It also lost $16 million in payments from Jackson.

Recently consultants from PricewaterhouseCoopers were brought in to study the medical school operation, finding duplication in administrative jobs. "We are going to actually take — from top to bottom — a whole layer out," Shalala said.

# The Miami Herald

Posted on Mon, May. 28, 2012

## UM president's house sells for $9 million

By Michael Vasquez
mrvasquez@MiamiHerald.com



This bayside home on Old Cutler Road has served as the residence of University of Miami presidents for more than 40 years. It sold last month for $9 million.

The waterfront Coral Gables estate that has housed University of Miami presidents for more than a generation — hosting everyone from world leaders to bright-eyed college freshmen — has been sold.

The price: a cool $9 million. The buyer: New Yorker Maria Montalva, who listed a posh Upper East Side Fifth Avenue address on county sales records.

Montalva could not be reached for comment, while UM President Donna Shalala declined comment.

A local real estate blog written by Esslinger-Wooten-Maxwell Realtor Alexandra Restivo described the home, built in 1965, as boasting a "tropical ambiance," 4.6 acres of lush gardens, and a prestigious Gables Estates address.

"Here's a chance to own a rare piece of South Florida history," wrote Restivo, whose firm, EWM, represented both buyer and seller in the transaction.

Among the home's more-unique features is a guest room created specifically to host the Dalai Lama during His Holiness' visits to South Florida. University freshmen were also famously hosted by Shalala during a barbeque that welcomed them into the UM fold — a tradition expected to continue at Shalala's new digs.

UM has been designing and building a new presidential home in Pinecrest — the crown jewel of a 30-home gated community known as Smathers Four Fillies Farm.

The 32-acre Pinecrest development, built on land donated to the university by UM law grad-turned-philanthropist Frank Smathers Jr., exclusively houses UM faculty. Shalala will now join their ranks as both boss and neighbor.

Decades ago, the grounds were home to Smathers' Arabian horses and world-renowned mango collection. The UM-built homes are clustered in the center one-third of the acreage "to safeguard the botanical integrity of the estate," according to the university's website. The remaining land is dominated by lush plants and fruit groves, and is maintained by Fairchild Tropical Botanical Gardens.

Unfunded research programs are also being slashed. Shalala said this is a national problem for all medical schools, because more researchers are applying for research grants, meaning fewer are funded.

"What we've chosen to protect is patient services," Shalala said. "Nothing that we're doing will affect the education of our students or the quality of the healthcare. In fact, what these moves will allow us to do is to improve the quality of healthcare at our hospitals, in our clinics and assure us that we can recruit and retain the finest healthcare professionals in the country."

Shalala acknowledged that UM leadership had heard intense objections from the faculty. The agenda for a faculty council meeting scheduled for Tuesday evening included two dozen topics including "explanation for such short notice for drastic changes" and "lack of faculty notification or involvement."

Steve Green, a biology professor and former head of the UM faculty senate, said that although the administration believed it had been transparent and forthcoming in deciding on cutbacks, his colleagues in the medical school told him they found the process "mysterious" and were angry that it was done by outsiders who weren't experts in research and looked only at numbers. "That's what's irritating people. That's the major cause for the morale crisis," he said.

Shalala, who has led institutions of higher education for a total of 24 years, said she's accustomed to dealing with complaining faculty when she tries to make changes. "There is nothing I haven't heard before."

Pascal Goldschmidt, dean of the medical school, said that all the decisions were based on national standards for most effective research standards. Jack Lord, the medical school's new chief operating officer, said the consultants made recommendations, but university leadership made the final decisions.

Some critics have long warned about looming disaster at the medical school. Last October, car dealer Norman Braman, a long-time UM trustee who has donated more than $5 million to the university, wrote a scathing letter to Leonard Abess, chairman of the board, complaining that "poorly conceived decisions by the medical school administration have put the university at significant risk. ... In the 'for profit' world, administrators would have already been fired for repeatedly failing to perform according to stated goals. Unfortunately, this is not the case at UM where people are instead given bonuses and raises as the university gets weaker and weaker."

Braman — who later resigned from the board — attached to his letter a list of projections that UM executives gave trustees before the university purchased the 560-bed Cedars Medical Center in 2007 that predicted the hospital would produce a net surplus of $44 million by 2011 and $58 million by 2012.

In fact, the medical school's monthly financial report, obtained by the Herald, showed that UMH, the former Cedars, showed a surplus of $4.8 million for the first 10 months of this fiscal year.

Shalala responded to Braman's criticisms Tuesday, saying that "everybody is entitled to their own opinion," but she noted that "UMH is solvent" and helping pay for educational and research losses at the medical school.

Overall, UHealth, the clinical enterprise, had a surplus of $61.8 million, while the Miller School of Medicine, including the teaching and research efforts, showed a loss of $79.8 million. The

Once the home was placed on the selling block, UM welcomed any and all serious buyers, be they University of Miami Hurricanes, Florida Gators, Florida State Seminoles, or none of the above. The overarching principle: steering as much money as possible into university coffers.

"They're like any seller," said EWM Realtors President Ron Shuffield. "They just want the highest and best price."

© 2012 Miami Herald Media Company. All Rights Reserved.
http://www.miamiherald.com

Begin forwarded message:

**From:** "Lord, Jonathan" <JLord@med.miami.edu>
**Subject: Re: Transplant Review**
**Date:** October 19, 2012 8:31:24 AM EDT
**To:** "Livingstone, Alan" <ALivings@med.miami.edu>
**Cc:** "McCafferty-Cepero, Jennifer" <JMcCafferty@med.miami.edu>, "Goldschmidt, Pascal (Dean - School of Medicine)" <PGoldschmidt@med.miami.edu>

This is an external review generated by a complaint to the HHS OIG
There will be an an independent assessment of compliance related activities.  No one from leadership should be involved at this time

Sent from my iPhone

On Oct 19, 2012, at 8:27 AM, "Livingstone, Alan" <ALivings@med.miami.edu> wrote:

```
Jennifer,

I see from the Daily Updates that the plan to bring in outside consultants to review
Transplant has almost been completed. I am concerned that this has been done without even a
casual conversation with me or Rafic, the 2 individuals that know the most about the
complexities of this program. As you know, even the labs were "born" in the Department of
Surgery, and few people know more about the history and evolution of them than we do. I know
you have gotten input from Dr. Ciancio who has been charged with developing and running an
"independent MTI", but his 'band with' of knowledge and experience is insufficient to
provide the requisite background that you need. Surgery has continued to provide all the
infrastructure and financial backing/responsibility, and the ambiguity of the reporting
relationships has already had a serious impact on the finances and operational efficiency of
the Transplant program and Surgery.
I believe it would be productive for you to meet with me and Rafic to discuss 'issues'
surrounding this hugely complex product line, and to get input prior to making the final
decision concerning consultants. Documents alone will not provide a complete perspective. I
look forward to meeting with you about this signature program that has to date been able to
maintain Silver and Bronze medal status.

Alan
```

EXHIBIT

**6**

LORD-001516

**MEMO TO FILE**

December 20, 2012

Meeting with Jack – Alan L alleges that neither he nor Rafic have been engaged in the review of the MTI, IML, or OPO.

Alan alleges that I am the source for the IML concerns and that they are unfounded.

Alan L alleges that I have "blocked" him and/or refused to meet with him, Rafic or give him or Rafic access to TMG.

Alan L plans to discuss his concerns with the President.

At Jack's suggestion I am compiling all correspondence with Alan L and Rafic as it relates to the IML, OPO, and MTI assessment.

I spoke with Cindy A regarding these issues to solicit her advice and opinion as she has been intimately involved in the assessment. She agreed that Alan L and Rafic have been engaged at the same or higher levels that other stakeholders thus far (agenda planning with Rafic, etc). She and I re-affirmed our opinion that prior to any "judgments" being made that all stakeholders would need to review the TMG report and be given an opportunity to respond and comment. As there has been no report issued from TMG it is premature to provide opinions, judgments, etc. The current plan is to expand an audit based on TMG's initial observations and await their report and the audit outcomes.

It is my impression that this is a direct attempt on Alan's part to intimidate me and to influence the outcome of the MTI, IML, and OPO assessment.

**EXHIBIT**

**9**

LORD-001243

**From:** McCafferty-Cepero, Jennifer <JMcCafferty@med.miami.edu>
**Sent:** Friday, December 21, 2012 4:40 PM EST
**To:** Ugalde, Aileen M <augalde@miami.edu>
**CC:** Shalala, Donna E. <dshalala@miami.edu>; LeBlanc, Thomas J <leblanc@miami.edu>; Natoli, Joe <jnatoli@miami.edu>; Goldschmidt, Pascal J. <pgoldschmidt@miami.edu>; Lord, Jonathan <JLord@med.miami.edu>; Moloney, Michael J. <mmoloney@miami.edu>
**Subject:** RE: IML investigation

Thanks, Aileen.

Can you please clarify whether this relates to the IML only or to the larger assessment that includes the MTI and the OPO as well?

Best-
Jennifer


Jennifer McCafferty, PhD, CHC, CHPC, CHRC
Chief Medical Compliance Officer

305.243.6129 Office
305.439.9250 Cellular
jmccafferty@med.miami.edu



*The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws.  It is intended only for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

---

**From:** Ugalde, Aileen M [mailto:augalde@miami.edu]
**Sent:** Friday, December 21, 2012 4:37 PM
**To:** McCafferty-Cepero, Jennifer
**Cc:** Shalala, Donna E.; LeBlanc, Thomas J; Natoli, Joe; Goldschmidt, Pascal J.; Lord, Jonathan; Moloney, Michael J.
**Subject:** IML investigation

The President has directed that, effectively immediately, the investigation of the IML be led and managed by Internal Audit.  Internal Audit will be contacting you to coordinate the transfer of all data gathered relative to the investigation, as well as oversight of the retained outside consultant.

*Aileen M. Ugalde*
Vice President, General Counsel
  and Secretary to the Board
University of Miami
1320 South Dixie Highway
Penthouse Suite 1250
Coral Gables, Florida 33146
305-284-2700

EXHIBIT
**10**

LORD-001244

Begin forwarded message:

From: "Augustyn, Cynthia Lou" <caugusty@miami.edu<mailto:caugusty@miami.edu>>
Date: July 3, 2013, 5:50:59 PM EDT
To: "Goldschmidt, Pascal (Dean - School of Medicine)" <PGoldschmidt@med.miami.edu<
mailto:PGoldschmidt@med.miami.edu>>, "Natoli, Joe" <jnatoli@miami.edu<mailto:jnat
oli@miami.edu>>, "LeBlanc, Thomas J" <leblanc@miami.edu<mailto:leblanc@miami.edu>>
Cc: "Ugalde, Aileen M" <augalde@miami.edu<mailto:augalde@miami.edu>>, "Livingstone, Alan"
<ALivings@med.miami.edu<mailto:ALivings@med.miami.edu>>, "McCafferty-Cepero, Jennifer"
<JMcCafferty@med.miami.edu<mailto:JMcCafferty@med.miami.edu>>, "Green, Rudolph H."
<r.green3@miami.edu<mailto:r.green3@miami.edu>>, "Moloney, Michael J."
<mmoloney@miami.edu<mailto:mmoloney@miami.edu>>, "Malagon, Blanca Aurora"
<bmalagon@miami.edu<mailto:bmalagon@miami.edu>>
Subject: IML report

Pascal, Joe and Tom, Compliance Concepts, the outside independent auditing company tasked with
reviewing certain allegations of inappropriate billing at the IML, has completed its report.  Virtually all
of the allegations against the IML are unfounded.  The independent auditor found no support for any
of the allegations, with the exception of non-compliance with the extremely technical requirements of
the "grandfather clause", and the dissatisfaction of one nephrologist with two of the multiple tests on
the standard treatment protocols.   As Internal Audit had found the other non-billing allegations to be
unfounded as well, this completes the review of the allegations raised about the IML.

To cover the period from 2008 through May 2013, the lab will be asked to refund $136K for the
billings that did not meet the technical grandfather clause requirements, and $227K for the two tests
that the one nephrologist claimed he did not use in treatment of his patients.

Please let me know if there are any questions.

EXHIBIT
**11**

LORD-001298