UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22500-CIV-ALTONAGA/McALILEY

JONATHAN LORD, M.D.,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

### JOINT NOTICE OF FILING PROPOSED VERDICT FORMS

Plaintiff, Jonathan Lord, M.D. ("Dr. Lord"), and Defendant, University of Miami (the "University"), by and through their undersigned counsel and pursuant to the Court's Orders dated September 3, 2021 (D.E. 111) and June 7, 2022 (D.E. 143), respectfully submit their Proposed Verdict Forms, attached hereto. The Parties were unable to reach agreement on a Form.

Respectfully submitted this 8th day of July, 2022,

| STUMPHAUZER FOSLID SLOMAN & KOLAYA, PLLC<br>Two South Biscayne Boulevard, Suite 1600<br>Miami, Florida 33131<br>Tel.: (305) 614-1400<br>Fax: (305) 614-1425<br><br>By: /s/ Jeffrey H. Sloman<br>    Jeffrey H. Sloman<br>    Florida Bar No. 378879<br>    jsloman@sfslaw.com<br>    Jorge A. Perez Santiago<br>    Florida Bar No. 91915<br>    jperezsantiago@sfslaw.com<br>    JENNIFER M. HERNANDEZ<br>    Florida Bar No. 1018836<br>    jhernandez@sfslaw.com<br><br>*Counsel for Plaintiff, Dr. Jonathan Lord* | ISICOFF RAGATZ<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Christopher M. Yannuzzi<br>    Eric D. Isicoff<br>    Florida Bar No. 372201<br>    Isicoff@irlaw.com<br>    Teresa Ragatz<br>    Florida Bar No. 545170<br>    Ragatz@irlaw.com<br>    Christopher M. Yannuzzi<br>    Florida Bar No. 92166<br>    Yannuzzi@irlaw.com<br><br>*Counsel for Defendant, University of Miami* |

Proposed Verdict Form
CASE NO. 13-22500-CIV

**<u>Plaintiff's Proposed Verdict Form</u>**

Do you find from a preponderance of the evidence:

1. That Dr. Lord engaged in protected activity during his employment with the University?

    Answer: Yes or No _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

    If your answer is "Yes," go to question 2.

2. That the University terminated Dr. Lord from all of his positions with the University because of his protected activity?

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

    If your answer is "Yes," go to question 3.

3. That Dr. Lord has proven the amount of net lost wages and benefits to the date of your verdict?

    Answer: Yes or No _____

    If your answer is "No," go to question 4.

    If your answer is "Yes," in what amount? $_____? Go to question 4.

4. That the University of Miami's violation of the anti-retaliation provision of the False Claims Act caused Dr. Lord to suffer special damages?

    Answer: Yes or No _____

    If your answer is "Yes," in what amount? $_____.

1

Proposed Verdict Form
CASE NO. 13-22500-CIV

SO SAY WE ALL.                                          DATE: _____

_____                          _____
Foreperson's Signature                                  Foreperson's Juror Number

Proposed Verdict Form
CASE NO. 13-22500-CIV

**<u>Defendant's Proposed Verdict Form</u>**

Do you find from a preponderance of the evidence:

1. That Dr. Lord engaged in statutorily-protected activity during his employment with the University?

    Answer Yes or No: _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

    If your answer is "Yes," go to the next question.

2. That Dr. Lord's statutorily-protected activity was the but-for cause of his termination from the University?

    Answer Yes or No: _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

    If your answer is "Yes," go to the next question.

3. That Dr. Lord is estopped from pursuing his claims in this case because of prior, inconsistent statements he made in other lawsuits?

    Answer Yes or No: _____

    If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

    If your answer is "No," go to the next question.

4. That Dr. Lord should be awarded damages as a result of his termination from the University, keeping in mind his duty to mitigate his damages?

3

Proposed Verdict Form
CASE NO. 13-22500-CIV

Answer Yes or No: _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

If your answer is "Yes," in what amount? $_____

SO SAY WE ALL.                                   DATED: _____

_____                                   _____
   Foreperson's Signature                                                Foreperson's Juror Number