UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22500-CIV-ALTONAGA/McALILEY

JONATHAN LORD, M.D.,

    **Plaintiff,**

v.

UNIVERSITY OF MIAMI,

    **Defendant.**
_____/

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, University of Miami (the "University"), hereby submits as supplemental authority *Vital Pharm., Inc. v. Monster Energy Co.*, No. 21-13264 (11th Cir. Aug. 3, 2022), attached hereto. In *Vital*, the Eleventh Circuit affirmed the District Court's decision to preclude the plaintiff from seeking damages because the plaintiff "violated its discovery obligations by failing to disclose the amount of damages it was seeking or how those damages might be computed," and such "failure was neither substantially justified nor harmless." *Id*. at 1. Plaintiff "entirely failed to disclose its computation of damages as required by Rule 26(a) and (e)"; "rebuffed [defendant's] interrogatories on damages as 'premature' and then failed to provide the promised expert report on damages." *Id*. at 6. Striking those damages was appropriate, even though defendant "never filed a motion to compel," because "[t]he deficiency of [plaintiff's] disclosures and responses was obvious, and [plaintiff] failed to provide the expert report on damages it had promised would cure those deficiencies." This authority is relevant to the University's pending Motion in *Limine* (D.E. 157 at 6-9) and Reply (D.E. 171 at 4-6) to exclude damages that were not disclosed and which Plaintiff represented would be presented by an expert (but were not).

Respectfully submitted,

**ISICOFF RAGATZ**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel: (305) 373-3232
Fax: (305) 373-3233

By: /s/ Christopher M. Yannuzzi
    Eric D. Isicoff
    Florida Bar No. 372201
    Isicoff@irlaw.com
    Teresa Ragatz
    Florida Bar No. 545170
    Ragatz@irlaw.com
    Christopher M. Yannuzzi
    Florida Bar No. 92166
    Yannuzzi@irlaw.com

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF this 3rd day of August, 2022, upon the following:

Jeffrey H. Sloman
Jorge A. Perez Santiago
Jennifer M. Hernandez
Stumphauzer Foslid Sloman Ross & Kolaya, PLLC
Two South Biscayne Boulevard, Suite 1600
Miami, Florida 33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425
E-mail: jsloman@sfslaw.com
E-mail: jperezsantiago@sfslaw.com
E-mail: jhernandez@sfslaw.com

By: /s/ Christopher M. Yannuzzi
    Christopher M. Yannuzzi