UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22500-CIV-ALTONAGA/McALILEY

JONATHAN LORD, M.D.,

    **Plaintiff,**

v.

UNIVERSITY OF MIAMI,

    **Defendant.**
_____/

**JOINT NOTICE OF FILING**
**UNIQUE PROPER NOUNS/NAMES**

Plaintiff, Jonathan Lord, M.D., ("Dr. Lord"), and Defendant, University of Miami (the "University"), by and through undersigned counsel and pursuant to the Court's Order dated July 14, 2022 (D.E. 165), hereby submit the following list of unique proper nouns/names, which the parties expect may be raised at trial:

1. Alan Livingstone, M.D.
2. Alice Meagher f/k/a Alice Lord
3. Blanca Malagon
4. Charles (Charlie) Nemeroff, M.D.
5. Compliance Concepts
6. David Birnbach, M.D.
7. David Duffus
8. David Lubarsky
9. Diane Lord f/k/a Diane Rogler
10. Donna Shalala

11. Gaetano Ciancio, M.D.

12. Hilarie Bass

13. Immunomonitoring Laboratory (IML)

14. Internal Audit

15. Jeffrey Ketchum

16. Jennifer McCafferty-Fernandez, M.D. (prior names also include Jennifer McCafferty, Jennifer Grad, Jennifer McCafferty-Grad, Jennifer Cepero and Jennifer McCafferty-Cepero)

17. Jonathan (Jack) Lord, M.D.

18. Jose Szapocznik, M.D.

19. Joseph (Joe) Natoli

20. Leonard Abess

21. Magaly Robitaille

22. Manny Kadre

23. Mark Diaz

24. Michael (Mike) Maloney

25. Nelson Weichold

26. Nerissa Morris

27. Office of Inspector General (OIG)

28. Pascal Goldschmidt-Clermont, M.D. a/k/a Pascal Goldschmidt, M.D.

29. Pentha Jo Brouse f/k/a Pentha Lord

30. Phillip Chen

31. Phillip George

32. Richard Cote, M.D.

33. Sheri Keitz, M.D.

34. Stuart Miller

35. Thomas (Tom) LeBlanc

36. Transplant Management Group (TMG)

37. University of Miami

38. University of Miami Miller School of Medicine

39. William Peruzzi

Respectfully submitted this 7th day of September, 2022,

| STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC<br>Two South Biscayne Boulevard, Suite 1600<br>Miami, Florida 33131<br>Tel.: (305) 614-1400<br>Fax: (305) 614-1425<br><br>By: /s/ Jeffrey H. Sloman<br>    Jeffrey H. Sloman<br>    Florida Bar No. 378879<br>    jsloman@sfslaw.com<br>    Jorge A. Perez Santiago<br>    Florida Bar No. 91915<br>    jperezsantiago@sfslaw.com<br>    Jennifer M. Hernandez<br>    Florida Bar No. 1018836<br>    jhernandez@sfslaw.com<br><br>*Counsel for Plaintiff, Dr. Jonathan Lord* | ISICOFF RAGATZ<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Christopher M. Yannuzzi<br>    Eric D. Isicoff<br>    Florida Bar No. 372201<br>    Isicoff@irlaw.com<br>    Teresa Ragatz<br>    Florida Bar No. 545170<br>    Ragatz@irlaw.com<br>    Christopher M. Yannuzzi<br>    Florida Bar No. 92166<br>    Yannuzzi@irlaw.com<br><br>*Counsel for Defendant, University of Miami* |
|---|---|