UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22500-CIV-ALTONAGA/McALILEY

JONATHAN LORD, M.D.,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING AUTHORITY
IN SUPPORT OF ADMISSIBILITY OF PLAINTIFF'S EXHIBIT 140**

Plaintiff, Jonathan Lord, M.D., hereby submits this Notice of Filing Authority in Support of Admissibility of Plaintiff's Exhibit 140. Plaintiff's Exhibit 140 is a party-opponent admission because the declarant, Phillip George, is a member of Defendant's Board of Trustees and is making a statement to President Donna Shalala in the scope of his relationship with Defendant. Plaintiff has identified the following cases[1] in support of the admissibility of Plaintiff's Exhibit 140:

1. *Vazquez v. Lopez-Rosario*, 134 F.3d 28 (1st Cir. 1998), attached as Exhibit 1;

2. *Kitzmiller v. Dover Area School District*, No. 04CV2688, 2005 WL 4147867 (M.D. Pa. 2005), attached as Exhibit 2; and

3. *Stalbosky v. Belew*, 205 F.3d 890 (6th Cir. 2000), attached as Exhibit 3.

Dated: September 20, 2022                  Respectfully submitted,

                                                   **STUMPHAUZER FOSLID SLOMAN
ROSS & KOLAYA, PLLC**
Two South Biscayne Boulevard, Suite 1600
Miami, FL 33131
Tel.: (305) 614-1400
Fax: (305) 614-1425

---

[1] For the Court's convenience, Plaintiff has also highlighted the relevant portions of these cases.

By:    */s/ Jennifer M. Hernandez*
JEFFREY H. SLOMAN
Florida Bar No. 378879
jsloman@sfslaw.com
JORGE A. PEREZ SANTIAGO
Florida Bar No. 91915
jperezsantiago@sfslaw.com
electronicservice@sfslaw.com
JENNIFER M. HERNANDEZ
Florida Bar No. 1018836
jhernandez@sfslaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jennifer M. Hernandez*
Jennifer M. Hernandez, Esq.