UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22500-CIV-ALTONAGA/McALILEY

JONATHAN LORD, M.D.,

    **Plaintiff,**

v.

UNIVERSITY OF MIAMI,

    **Defendant.**
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiff, Jonathan Lord, M.D. ("Dr. Lord"), hereby requests that this Court take judicial notice of its Sealed Order partially unsealing the case (D.E. 47).

Under Federal Rule of Evidence 201, a "court may judicially notice a fact that is not subject to a reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot be questioned." The Eleventh Circuit has repeatedly approved the propriety of taking judicial notice of filings in court proceedings. *Griffin v. Verizon Commc'ns Inc.*, 746 F. App'x 873, 876 (11th Cir. 2018) (taking judicial notice of filings in court proceedings because they are "not subject to reasonable dispute."); *see also Lozman v. City of Riviera Beach*, 713 F.3d 1066, 1075 n.9 (11th Cir. 2013); *Cash Inn of Dade, Inc. v. Metropolitan Dade Cnty.*, 938 F.2d 1239, 1243 (11th Cir. 1991). The existence of the Sealed Order is public record, and its content cannot be challenged. *See* Fed. R. Evid. 201(b).

Accordingly, it is not subject to a reasonable dispute that on May 9, 2016, this Court partially unsealed these proceedings to:

> disclose Relator Jonathan Lord's Complaint and Material Disclosure Statement to: (1) Alice Lord, the petitioner in an ongoing divorce proceeding against Relator, *In Re The Marriage of Alice Lord and Jonathan Lord, M.D,* Case No.: 2015-022706 FC 18 (Circuit Court of the 11th Circuit for Miami-Dade County, FL) ("the Divorce Proceeding") (2) Ms. Lord's counsel in the Divorce Proceeding; and (3) officers of the Court overseeing the Divorce Proceeding.

(D.E. 47 at 1). Plaintiff requests that this Court take judicial notice of the Sealed Order and the fact that it allowed Alice Lord and other parties involved in the Divorce Proceeding to access the Complaint and Material Disclosure Statement in this case. Because Plaintiff has supplied the Court with the necessary information in this Motion, judicial notice of the Sealed Order and its content is proper. *See* Fed. R. Evid. 201(c)(2) ("The court . . . must take judicial notice if a party requests it and the court is supplied with the necessary information.").

**WHEREFORE**, Dr. Lord respectfully requests that this Court take judicial notice of its Sealed Order (D.E. 47) and the fact that the Sealed Order partially unsealed the case to allow Alice Lord, her counsel, and the court in the Divorce Proceeding to have access to the sealed Complaint filed in this case.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), I hereby certify that, on September 23, 2022, I conferred via e-mail with counsel for Defendant regarding the matters raised by this Motion. Defendant does not oppose the requested relief, so long as the text of the Sealed Order does not come before the jury.

By:  */s/ Jennifer M. Hernandez*
JENNIFER M. HERNANDEZ

Dated: September 26, 2022

                                              Respectfully submitted,

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
Two South Biscayne Boulevard, Suite 1600
Miami, FL 33131
Tel.: (305) 614-1400
Fax: (305) 614-1425

By: */s/ Jennifer M. Hernandez*
JEFFREY H. SLOMAN
Florida Bar No. 378879
jsloman@sfslaw.com
JORGE A. PEREZ SANTIAGO
Florida Bar No. 91915
jperezsantiago@sfslaw.com
electronicservice@sfslaw.com
JENNIFER M. HERNANDEZ
Florida Bar No. 1018836
jhernandez@sfslaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jennifer M. Hernandez*
Jennifer M. Hernandez, Esq.