UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22500-CIV-ALTONAGA/McALILEY

JONATHAN LORD, M.D.,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

## JOINT NOTICE OF FILING VERDICT FORM

Plaintiff, Jonathan Lord, M.D. ("Dr. Lord"), and Defendant, University of Miami (the "University"), by and through their undersigned counsel and following the Second Charge Conference on September 27, 2022, hereby submit the Verdict Form, attached hereto. The Parties note that, upon further conferral and in an effort to achieve the goal of properly presenting/preserving the issue for appellate purposes, the Parties have changed one word in Question 2 from "*any* of Dr. Lord's protected activity" to "*all* of Dr. Lord's protected activity."

Respectfully submitted this 29th day of September, 2022,

| STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC<br>Two South Biscayne Boulevard, Suite 1600<br>Miami, Florida 33131<br>Tel.: (305) 614-1400<br>Fax: (305) 614-1425<br><br>By: /s/ Jeffrey H. Sloman<br>    Jeffrey H. Sloman<br>    Florida Bar No. 378879<br>    jsloman@sfslaw.com<br>    Jorge A. Perez Santiago<br>    Florida Bar No. 91915<br>    jperezsantiago@sfslaw.com<br>    Jennifer M. Hernandez<br>    Florida Bar No. 1018836<br>    jhernandez@sfslaw.com<br><br>*Counsel for Plaintiff, Dr. Jonathan Lord* | ISICOFF RAGATZ<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Christopher M. Yannuzzi<br>    Eric D. Isicoff<br>    Florida Bar No. 372201<br>    Isicoff@irlaw.com<br>    Teresa Ragatz<br>    Florida Bar No. 545170<br>    Ragatz@irlaw.com<br>    Christopher M. Yannuzzi<br>    Florida Bar No. 92166<br>    Yannuzzi@irlaw.com<br><br>*Counsel for Defendant, University of Miami* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22500-CIV-ALTONAGA/McALILEY

JONATHAN LORD, M.D.,

 Plaintiff,

v.

UNIVERSITY OF MIAMI,

 Defendant.
_____/

## VERDICT FORM

Do you find from a preponderance of the evidence:

1.  That Dr. Lord engaged in "protected activity" prior to President Shalala's decision to terminate his employment from the University of Miami?

    Answer Yes or No: _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

    If your answer is "Yes," go to the next question.

2.  That all of Dr. Lord's "protected activity" was within the scope of his required job duties as Chief Compliance Officer for the University of Miami?

    Answer Yes or No: _____

    Please go to the next question.

3.  That President Shalala knew about Dr. Lord's "protected activity" before she decided to terminate Dr. Lord's employment with the University of Miami?

    Answer Yes or No: _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

If your answer is "Yes," go to the next question.

4. That President Shalala terminated Dr. Lord's employment with the University of Miami because of his "protected activity"?

Answer Yes or No: _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

If your answer is "Yes," go to the next question.

5. That Dr. Lord is entitled to damages?

Answer Yes or No: _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

If your answer is "Yes," please identify the amount, if any, that you find Dr. Lord should be awarded for each of the following categories of damages:

Backpay: _____

Interest on the backpay: _____

Lost value of stock and option sales: _____

Emotional distress and public humiliation: _____

SO SAY WE ALL.                              DATED: _____

_____                              _____
   Foreperson's Signature                                    Foreperson's Juror Number