UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22500-CIV-ALTONAGA

LORD v. UNIVERSITY OF MIAMI

PLEASE NOTE:   DO NOT SHOW YOUR NUMERICAL DIVISION
PLEASE RETAIN THIS FORM WITH THE EXHIBITS

Judge
Are the documents in all of the binders
Consider evidence?
 - Specifically plaintiff's EX 060

FOREPERSON'S SIGNATURE

DATE: 10/4/22          TIME: 10:45 .

COURT'S ANSWER: _Yes. Please refer to all of my
instructions, including those found on page 2._

SIGNED: _Cecilia M. Altonaga_          DATE: 10/4/2022   TIME: 11:02 am.
CHIEF JUDGE CECILIA M. ALTONAGA