UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22500-CIV-ALTONAGA/McAliley

JONATHAN LORD, M.D.,

    Plaintiff/Relator,

v.

UNIVERSITY OF MIAMI,

    Defendant.

_____/

## VERDICT FORM

Do you find from a preponderance of the evidence:

1. That Dr. Lord engaged in "protected activity" prior to President Shalala's decision to terminate his employment from the University of Miami?

    Answer Yes or No: __Yes__

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

    If your answer is "Yes," go to the next question.

2. That all of Dr. Lord's "protected activity" was within the scope of his required job duties as Chief Compliance Officer for the University of Miami?

    Answer Yes or No: __Yes__

    Please go to the next question.

3. That President Shalala knew about Dr. Lord's "protected activity" before she decided to terminate Dr. Lord's employment with the University of Miami?

    Answer Yes or No: __Yes__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

If your answer is "Yes," go to the next question.

4. That President Shalala terminated Dr. Lord's employment with the University of Miami because of his "protected activity"?

Answer Yes or No: __NO__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

If your answer is "Yes," go to the next question.

5. That Dr. Lord is entitled to damages?

Answer Yes or No: _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Form.

If your answer is "Yes," please identify the amount, if any, that you find Dr. Lord should be awarded for each of the following categories of damages:

    Backpay: _____

    Interest on the backpay: _____

    Lost value of stock and option sales: _____

    Emotional distress and public humiliation: _____

SO SAY WE ALL.         DATED: __10·4·2022__

_____         __#5__
Foreperson's Signature         Foreperson's Juror Number