UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22500-CIV-ALTONAGA/McAliley

**JONATHAN LORD, M.D.**,

    Plaintiff,
v.

**UNIVERSITY OF MIAMI**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came for trial before the Court and a jury, Chief United States District Judge Cecilia M. Altonaga, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, it is

**ORDERED AND ADJUDGED** that Plaintiff shall take nothing and that the action be dismissed on the merits. This case is closed, and any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 4th day of October, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record