Message

| | |
|---|---|
| From: | Keitz, Sheri [/O=UNIVERSITY OF MIAMI/OU=MEDICAL CENTRAL EMAIL/CN=RECIPIENTS/CN=ADMINISTRATIVE/CN=DEAN'S OFFICE/CN=SKEITZ] |
| Sent: | 7/3/2012 7:56:00 PM |
| To: | Jonathan Thomas Lord [JLord@med.miami.edu]; Goldschmidt, Pascal (Dean - School of Medicine) [pgoldschmidt@med.miami.edu]; Goldberg, Judd J (jgoldberg@miami.edu) [jgoldberg@miami.edu] |
| Subject: | CONFIDENTIAL Documents |
| Attachments: | JTL letter 06-03-2012 pjg sign.pdf; COO Med School PD 07-01-2012.docx; sullivan cotter cash comp analysis.pdf; Agenda item JTL Compensation Change 07-2012.docx |
| Importance: | High |
| Sensitivity: | Company Confidential |

All,
Attached please find:
1.  Letter signed by Pascal
2.  Revised position description
3.  Sullivan Cotter salary benchmark
4.  DRAFT memo agenda item for the board.

I recommend that we let Judd have a look at the agenda item to see if it is in the right direction before we send to others beyond this e-mail.

Also, someone should double check that I interpreted the Sullivan Cotter benchmark correctly. (I think I did, but best to double check). I used base +admin sup + 25% for benchmarking purposes. Given current letter language I think that is appropriate

Special thanks to Nelson and Gilma who assisted substantially with the creation of these materials.

Happy fourth of July to all!

Sheri

---

Sheri Keitz, MD, PhD
Senior Associate Dean for Faculty Affairs
Associate Vice President for Human Resources
University of Miami Miller School of Medicine and UHealth System
Ph: 305-243-0332

The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited.

Joint Ex. 023

EXHIBIT **D-237**

UMLORD - 00001051



**CONFIDENTIAL:**
Jonathan T. Lord, M.D.

**PERSONAL AND CONFIDENTIAL**

July 3, 2012

Jonathan T. Lord, M.D.
Chief Operating Officer for Medical Center
Leonard M. Miller School of Medicine
University of Miami

Dear Jack:

Since taking on the role of Chief Operating Officer for the Medical Center in March of this year, you have driven both a fiscal and cultural turn-around and set the path for continued transformation of our medical school and health system. Consistent with the reorganization of our Medical Center and delayering of the organization, you also have taken on additional responsibilities in direct oversight of UHealth's Hospitals, the role of Chief Compliance Officer for the Medical Center, and oversight over new functions for Patient Experience, Marketing and Strategy.

In recognition of your direct management of these key responsibilities as well as the critical nature of your role, this letter redefines the conditions of your appointment.

You already hold the title of Chief Operating Officer for the Medical Center. This appointment was made at the sole discretion of the Senior Vice President for Medical Affairs and Dean of the Miller School of Medicine and may be rescinded at any time at his sole discretion. In addition, the University of Miami Board of Trustees approved your appointment as the University Vice President for Medical Administration, effective June 1, 2012.

You will continue to report directly to the Senior Vice President for Medical Affairs and Dean of the Miller School of Medicine. Your performance is subject to annual, documented performance review as well as policies and procedures that pertain to accountability of the medical school's leadership.

In these roles you will continue to lead the major operational functions of the School and UHealth system. The responsibilities of these roles are those outlined in our discussions and the attached updated position description.

Your appointment as Chief Operating Officer was made effective March 1, 2012. The additional conditions of this letter (including compensation) will be effective concurrent with your appointment as Vice President for Medical Administration retroactive to June 1, 2012.

Office of the Senior Vice President for Medical Affairs and Dean
Executive Office, University of Miami Health System
1120 NW 14th Street (R-699) | Miami, FL 33136
Ph: 305-243-6545 | Fax: 305-243-4888

UMLORD - 00001052

**CONFIDENTIAL:**
Jonathan T. Lord, M.D.

You are currently a faculty member in the department of Pathology and this appointment does not alter your faculty status or the attendant rights and responsibilities as outlined in the faculty manual.

**Personal Package Commitments:**

Personal compensation package:

1. Your annualized compensation will be $913,776 made up of the following components:

    a. Your annual base salary for FY13 will be $763,776.

    b. For your increased responsibilities as Vice President for Medical Administration for the Medical Center, you will receive an administrative supplement of $150,000. This administrative supplement will continue until you no longer serve in the role of Vice President for Medical Administration. Should you no longer serve in this role, your compensation and support would be redefined based on your new role(s) and responsibilities.

    c. These components will be paid to you on a monthly basis, consistent with University pay dates and subject to deductions required by law.

    d. Your compensation in subsequent years will be determined by the University of Miami, Miller School of Medicine's compensation plans and policies and approved by the applicable committee of the University's board of trustees.

2. You will also be eligible for a performance based incentive payment with a targeted maximum payout of fifty percent - twenty-five percent (25%) of your annual compensation (including the administrative supplement) for attainment of certain goals and an additional 25% that the president may, at her discretion, recommend to recognize extraordinary performance, subject to approval of the board of trustees.

    a. The formula for calculating the targeted maximum payout was approved by the Board of Trustees at its April 19, 2012 meeting, along with preliminary goals for F2013. Final goals for F2013 will be recommended to the board in the fall.

The conditions of this letter replace the conditions of the letter dated March 1, 2012 including description of compensation (retroactive to June 1, 2012) and notice rights which henceforth shall be consistent with the faculty manual and based upon the revised base salary of $763,776.

2

UMLORD - 00001053

**CONFIDENTIAL:**
Jonathan T. Lord, M.D.

Jack, the past several months have been transformational for the School of Medicine and for UHealth. Your tireless dedication to leading our school to greatness has made all the difference. I greatly look forward to continuing this journey with you as a partner.

We trust that you will find these conditions acceptable. If so, please express such by returning one signed copy of this letter directly to me.

With best personal regards,

*[signature: Pascal J. Goldschmidt]*

Pascal J. Goldschmidt, M.D.
Senior Vice President for Medical Affairs and Dean

Accepted:

_____        _____
Jonathan T. Lord                                             Date

3

UMLORD - 00001054



# JOB DESCRIPTION

**Job Family:** Officer
**Job Function:** Officer
**Job Title:** Vice President Medical Administration, COO Medical Center

**FLSA Status:** Exempt
**Supervisor's Title:** Senior VP Medical Affairs/ Dean and CEO of UHealth System
**Revision/Creation Date:** 07-03-2012

### Job Summary (Purpose and Function):

The Chief Operating Officer (COO) of the Miller School of Medicine and UHealth is accountable for the overarching operational management for the Medical Center (comprised of the Miller School of Medicine and UHealth System). The COO will ensure appropriate organization-wide operating systems, procedures, controls and compliance stewardship that are consistent with our mission, vision, principles and goals.

The COO focuses on the operational excellence of the School of Medicine and UHealth healthcare delivery services in the following realms:

- All arms of our health system including hospitals, satellites and UMMG/clinics
- Finance including budgeting and revenue cycle
- Human Resources (HR)
- Health system information technology (IT) including electronic health record
- Marketing
- Strategy
- Patient Experience
- Communications
- Compliance
- Facilities and Space

### Accountabilities:

Financial management and oversight:

Works closely with the CEOs, CFO and CSO of the Medical Center for all financial functions, including budgeting, short-term and long-term forecasting, business plan development, Annual Operating Agreement (AOA) negotiations with the Jackson Memorial Health system, and all managed care contracting and other financial operations.

Manages resources for the Medical Center in collaboration with the CEO of UHealth, Senior Vice President of Medical Affairs and Dean, and in partnership with other key leaders.

Organizational reporting and monitoring: provides guidance and leadership through management of performance metrics and measurement reporting process.

1

### Compliance

Serves as the Chief Compliance Officer for the Medical Center.

Oversees the Chief Medical Compliance Officer in the development of policies and procedures for critical activities of the Miller School of Medicine and UHealth related to safety, compliance, particularly for research, HIPAA and billing, and operating performance standards.

Works closely with the Deans, and senior leadership to ensure that operational policies and practices are compliant with local, state and federal regulations as well as meeting the requirements of our donors and funding agencies.

### Facilities, Space and Physical Plant

Has direct responsibility for centralized management of facilities (including security); ensures smooth daily operations of physical plant and equipment.

Assists in planning and coordinating of construction, relocation, and maintenance activities.

Assumes overarching responsibility for the allocation of space throughout the medical center to ensure conformance with commitments, goals and prioritized objectives; assures the successful function of a Medical Center Space Committee that will work in a systematic way to assign priorities, short and long term planning across all missions.

### Operations

Functions as a liaison with all levels of administration, faculty, and staff on behalf of the Senior Vice President of Medical Affairs and Dean/CEO of UHealth on all operating issues to coordinate departmental business, accomplish directives and facilitate resolution of problems.

Designs and produces specialized reports on operations as needed by the Office of the President, UM CFO, Provost and Office of the Senior Vice President and Dean, and Chairs.

Oversees risk management, compliance and legal activities: letters of agreement, contracts, leases, and other legal documents and agreements; Business insurance: procurement, monitoring and management.

The COO will be responsible for the efficient operations of the medical enterprise at all times. This will either be done directly, or through delegation of responsibility to the management staff.

Other duties relate to operations and strategy as may be assigned by the Senior Vice President for Medical Affairs and Dean/CEO of UHealth.

### Human Resources

Oversees the Associate Vice President for HR and works with the University Vice President of Human Resources to ensure that Miller School of Medicine and UHealth workforce and compensation policies and procedures are consistent with and support the fiscal and operational goals of the School and the University.

Assists in development of position descriptions, roles and responsibilities, and employment characteristics for all new and existing senior leadership positions within the School of Medicine and UHealth.

2

Information Technology

> Leads the development of information technology strategy as it pertains to the health campus and the electronic health record through the Clinical and Business Informatics teams; Works with the University CIO to ensure the ongoing maintenance and updating of information systems and infrastructure, including hardware, software.

Patient Experience

> Oversees the Chief Patient Experience Officer to facilitate the development and implementation of an enterprise-wide patient experience strategy that includes creating a new model of care to improve patient experience throughout all operations. The model of care will integrate and coordinate quality and safety, performance improvement, medical operations, nursing and human resources. The goal of this effort will be to create a culture and standard of care that builds upon excellent clinical outcomes, improves patient satisfaction, increases employee engagement and retention, strengthens the health system's brand, and improves the bottom line.

*This list of duties and responsibilities is not intended to be all-inclusive and may be expanded to include other duties or responsibilities as necessary.*

**Reporting Relationships and Supervision Received:**

The COO of the Miller School of Medicine and UHealth reports directly to the Senior Vice President of Medical Affairs/Dean and Chief Executive Officer of UHealth. This position is at the Vice President (Vice President for Medical Administration) level within the University of Miami employment system.

It is also expected that this position will provide an advising role to the President, the Senior Vice President of Business and Finance & CFO, and the Executive Vice President/Provost of the University, as well as to the University Board of Trustees.

As it pertains to fiduciary, budgetary, financial, and planning matters, the COO will establish and maintain a close, indirect reporting relationship to the Executive Vice President and Provost and Associate Vice President for Budget and Planning, who serve as the University's chief budget officers and the Senior Vice President of Business and Finance & CFO.

**Supervision Exercised:**

Leadership of the following functions has a "dual" solid line reporting relationship to the Dean/Sr. VP for Medical Affairs and the COO. For the purposes of personnel management, performance assessment, and span of control, the COO directly supervises:

Clinical Leadership
> Executive Dean / CEO Clinical Affairs and UHealth Chief Medical Officer
> CEO's of UHealth Hospitals (UMH, Bascom Palmer Eye Hospital, UMHC/ Sylvester)

Administrative Leadership

3

UMLORD - 00001057

>Principle Business Officer
>Associate Vice President for Human Resources
>Chief Planning and Marketing Officer
>Executive Director for IT Clinical and Business Infomatics
>Chief Medical Compliance Officer
>Associate Vice President for Medical Communications

Academic Leadership
>Executive Dean / CEO for Research, Research Training
>Executive Dean / CEO for Education and Policy

The Assistant VP for Facilities and Operations has a single and direct reporting relationship to the COO.

### Knowledge, Skills, Attitudes:

>Demonstrated leadership and complex organizational management skills.

>An understanding of how to achieve results in an academic environment.

>Well-developed planning, marketing, organizational development, and business skills.

>Experience in hospital administration in a large and complex setting.

>Sensitivity for and understanding of academic disciplines and issues.

>The ability to work with physicians, staff and professionals in multiple settings and locations and to promote diversity in the workplace.

>Information systems capabilities and an appreciation for the data which will be required to make meaningful management decisions. Negotiation and financial analysis skills.

### Minimum Qualifications (Essential Requirements):

>This position will require a master degree in business, finance, public health or equivalent academic background. Additional terminal degrees preferred (MD, PhD, JD, etc.).

>A minimum of ten year-experience with progressive responsibly in operation management of large, complex organizations where inter-institutional affiliations play a large strategic role is required. Experience in management with an academic medical center is required.

4

Special Meeting of the Trustee Service Committee Jonathan T. Lord, M.D., Vice President for Medical Administration and Chief Operating Officer of the Medical Center







# Cash Compensation Market Analysis

October 14, 2011

Prepared for:

**UHealth**
UNIVERSITY OF MIAMI HEALTH SYSTEM

**SullivanCotter**
AND ASSOCIATES, INC.



INTEGRITY  INDEPENDENCE  INSIGHT  INFORMATION

© 2011 Sullivan, Cotter and Associates, Inc. The material may not be reproduced or copied without written consent of SullivanCotter.

28






## Cash Compensation Market Analysis

- In order to model potential long-term incentive award opportunities and to supplement market data provided by Towers Watson, SullivanCotter conducted a cash compensation market analysis for UHealth's top five executive positions, which entailed the following steps:

  — Collected background information regarding UHealth's operations, structure, size and scope.
  — Collected information on the covered executives' current cash compensation.
  — Affirmed our understanding of each position's responsibilities and role within the organization through:
    • Individual interviews with the incumbents.
    • Review of organization charts.
  — Matched UHealth's executive positions to appropriate benchmark positions as follows:

| UHealth Position | Survey Benchmark Position |
|---|---|
| SVP, Medical Affairs and Dean (Goldschmidt, M.D.) | Chief Executive Officer – Academic health System |
| VP, Medical Administration, COO and Chief Strategy Officer (Donelan) | Chief Operating Officer – Academic health System |
| Executive Dean, Clinical Affairs (O'Neill, M.D.) | Chief Medical Officer – Academic health System |
| AVP and COO, Hospital Division (Chulick) | Chief Operating Officer – Blend of system-owned and independent hospitals (both academic/teaching hospitals and community hospitals) |
| CEO, UHealth Physician Practice and AVP, UHealth Practice Administration (Lubarsky, M.D.) | Chief Physician Executive Officer – Medical Group |



Special Meeting of the Trustee Service Committee Jonathan T. Lord, M.D., Vice President for Medical Administration and Chief Operating Officer of the Medical Center




## Cash Compensation Market Analysis

— Compiled market cash compensation data from a variety of recognized published survey sources prepared by independent firms.

- Developed a peer group of 33 comparable academic health systems across the United States from SullivanCotter's *2011 Survey of Manager and Executive Compensation in Hospitals and Health Systems*. (See the list on the following page.) This peer group includes organizations with net revenue of approximately .5 to 2.0 times UHealth's net revenue of $1.7 billion and was used for positions with UHealth-wide responsibility:

  — SVP, Medical Affairs and Dean (Goldschmidt, M.D.)

  — VP, Medical Administration, COO and Chief Strategy Officer (Donelan)

  — Executive Dean, Clinical Affairs (O'Neill, M.D.)

- Used the following published survey sources for the AVP and COO, Hospital Division (Chulick):

  — Sullivan, Cotter and Associates, Inc.: *2011 Survey of Manager and Executive Compensation in Hospitals and Health Systems*

  — Mercer: *2011 Integrated Health Networks Compensation Survey*

  — Integrated Healthcare Strategies: *2011 National Healthcare Leadership Survey*

- Used SullivanCotter's *2010 Medical Group Executive Compensation Survey* for the CEO, UHealth Physician Practice and AVP, UHealth Practice Administration (Lubarsky, M.D.).

  — The 2011 survey is not yet finalized.

  — This is the only published survey source that provides data for comparably-sized medical groups.



SullivanCotter
AND ASSOCIATES, INC.

PRIVATE AND CONFIDENTIAL 12

30

UMLORD - 00001061

Special Meeting of the Trustee Service Committee Jonathan T. Lord, M.D., Vice President for Medical Administration and Chief Operating Officer of the Medical Center

## Cash Compensation Market Analysis




| Organization | City | State | Net Revenue (Millions) |
|---|---|---|---|
| Baylor Health Care System | Dallas | TX | $3,641 |
| Beaumont Health System | Royal Oak | MI | $2,119 |
| BJC HealthCare | St. Louis | MO | $3,616 |
| Cincinnati Children's Hospital Medical Center | Cincinnati | OH | $1,539 |
| Detroit Medical Center | Detroit | MI | $1,953 |
| Duke University Health System | Durham | NC | $2,150 |
| Emory Healthcare | Atlanta | GA | $1,740 |
| Fairview Health Services | Minneapolis | MN | $2,341 |
| Hackensack University Medical Center | Hackensack | NJ | $1,300 |
| Indiana University Health | Indianapolis | IN | $4,078 |
| Jefferson Health System | Radnor | PA | $2,923 |
| Johns Hopkins Medicine | Baltimore | MD | $3,517 |
| Lifespan | Providence | RI | $1,433 |
| Methodist Healthcare | Memphis | TN | $1,111 |
| NorthShore University Health System | Evanston | IL | $1,470 |
| Northwestern Memorial HealthCare | Chicago | IL | $1,590 |
| Rush University Medical Center | Chicago | IL | $1,438 |
| Texas Children's Hospital | Houston | TX | $1,007 |
| The Children's Hospital of Philadelphia | Philadelphia | PA | $1,476 |
| The Methodist Hospital System | Houston | TX | $1,531 |
| The Ohio State University Medical Center | Columbus | OH | $1,616 |
| The University of Chicago Health System | Chicago | IL | $1,400 |
| UNC Health Care | Chapel Hill | NC | $2,000 |
| University Hospitals and Health System | Shaker Heights | OH | $1,995 |
| University of Alabama at Birmingham | Birmingham | AL | $887 |
| University of Maryland Medical Center | Baltimore | MD | $2,124 |
| University of Michigan Health System | Ann Arbor | MI | $2,367 |
| University of Pennsylvania Health System | Philadelphia | PA | $3,183 |
| University of Texas M.D. Anderson Cancer Center | Houston | TX | $2,467 |
| UT Southwestern Medical Center | Dallas | TX | $1,240 |
| University of Virginia Health System | Charlottesville | VA | $940 |
| University of Wisconsin Hospitals and Clinics | Madison | WI | $994 |
| Wake Forest Baptist Medical Center | Winston-Salem | NC | $1,700 |
| Yale New Haven Health System | New Haven | CT | $2,100 |
| | | Median | $1,740 |
| | | Average | $1,978 |

*Note: UHealth may wish to refine/modify this peer group.*

SullivanCotter
AND ASSOCIATES, INC.

PRIVATE AND CONFIDENTIAL 13

UMLORD - 00001062

Special Meeting of the Trustee Service Committee Jonathan T. Lord, M.D., Vice President for Medical Administration and Chief Operating Officer of the Medical Center



## Cash Compensation Market Analysis

- Calculated descriptive statistics for the 25th, 50th, 75th and 90th percentiles for:
  - Base salaries.
  - Total cash compensation (base salary + annual incentives)
  - Total direct compensation (base salary + annual incentive awards + long-term incentive awards).
- Adjusted all data to a common effective date of December 1, 2011 (half-way through UHealth's fiscal year) using an annualized adjustment factor of 3%.
- Compared UHealth's current compensation levels to market compensation levels, as shown in the tables on the following pages.

**SullivanCotter**
AND ASSOCIATES, INC.



PRIVATE AND CONFIDENTIAL 14

32

UMLORD - 00001063

Special Meeting of the Trustee Service Committee Jonathan T. ....d, M.D., Vice President for Medical Administration and Chief Operating Officer of the ...dical Center



# Cash Compensation Market Analysis

## Base Salary Comparison

| Title (Incumbent) | Current Base Salary | Base Salary Data Effective December 1, 2011 | | | | Approx. Market Position |
|---|---|---|---|---|---|---|
| | | P25 | P50 | P75 | P90 | |
| SVP, Medical Affairs and Dean (Goldschmidt, M.D.) | $1,090.0 | $822.0 | $950.4 | $1,067.0 | $1,133.6 | 80 |
| VP, Medical Administration, COO and Chief Strategy Officer (Donelan) | $748.8 | $533.2 | $637.6 | $706.5 | $844.1 | 80 |
| Executive Dean, Clinical Affairs (O'Neill, M.D.) | $650.0 | $385.4 | $502.2 | $562.8 | $663.2 | 88 |
| AVP and COO, Hospital Division (Chulick) | $458.6 | $289.9 | $346.5 | $413.3 | $499.0 | 83 |
| CEO, UHealth Physician Practice and AVP, UHealth Practice Administration (Lubarsky, M.D.)[1] | $850.0 | $489.2 | $617.2 | $845.4 | $944.9 | 76 |

[1] Includes base salary for FY2012 of $650,000 according to September 4, 2011 contract, plus $200,000 administrative supplement for executive role.

## Total Cash Compensation Comparison

| Title (Incumbent) | Current Base Salary | Annual Incentive Opportunities Target | Total Cash Compensation | | Total Cash Compensation Data Effective December 1, 2011 | | | | Approximate Market Position | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Target | Maximum | P25 | P50 | P75 | P90 | Target | Maximum |
| SVP, Medical Affairs and Dean (Goldschmidt, M.D.) | $1,090.0 | 25% | $1,362.5 | $1,635.0 | $921.0 | $1,175.3 | $1,441.8 | $1,775.7 | 68 | 84 |
| VP, Medical Administration, COO and Chief Strategy Officer (Donelan) | $748.8 | 25% | $936.0 | $1,123.2 | $684.3 | $807.9 | $912.5 | $1,152.0 | 76 | 88 |
| Executive Dean, Clinical Affairs (O'Neill, M.D.)[1] | $550.0 | 25% | $988.0 | $1,150.5 | $438.1 | $538.0 | $741.3 | $785.6 | >90 (-26%) | >90 (-46%) |
| AVP and COO, Hospital Division (Chulick) | $458.6 | 20% | $550.4 | $642.1 | $326.8 | $400.5 | $495.5 | $602.3 | 83 | >90 (-7%) |
| CEO, UHealth Physician Practice and AVP, UHealth Practice Administration (Lubarsky, M.D.)[2] | $850.0 | 24% | $1,050.0 | $1,050.0 | $603.3 | $737.6 | $887.6 | $1,000.0 | >90 (+5%) | >90 (-5%) |

[1] Total cash compensation includes pay for clinical activities (50% of collections) estimated at $158,000 and a clinical supplement of $7,500 for on-call services in addition to target executive incentive award.

[2] FY2012 executive annual incentive award is guaranteed at $200,000 (24% of total salary of $850,000) per contract.



**SullivanCotter**
AND ASSOCIATES, INC

PRIVATE AND CONFIDENTIAL 15

33

UMLORD - 00001064

**Subject:** Approval for change in compensation for Jonathan T. Lord, Chief Operating Officer for the Medical Center

The University Board of Trustees requires the review and approval of a change in compensation for the Chief Operating Officer (COO) of the Medical Center.

Dr. Jonathan T. Lord has served as COO of the Medical Center since March 01, 2012. Dr. Lord has served in this role at a remarkable time in the school of medicine's history marked by poor financial performance and severe strain and uncertainty in the longstanding relationship with our community partner, Jackson Memorial Hospital (JMH).

The Medical Center ended each of FY 2010 and FY 2011 with a "break even" operating margin. In FY 2012, a series of disappointments including expense growth in excess of revenue growth, unachieved philanthropy targets, lingering revenue cycle system implementation issues, and declining patient volumes at Jackson resulted in an approximate $35M operating loss.

Specific actions developed and implemented under Dr. Lord's leadership during the last four months include: 1) a substantial reduction in force in non-patient care areas,; 2) negotiation of an AOA extension that results in a temporary increase in funding relative to FY 2012; 3) finalization of a collective bargaining agreement with UMH staff that align union member and management goals; 4) integration of central administrative services into shared service models; 5) overhaul of revenue cycle management; 6) renewed focus on length of stay for UMH patients to improve quality of care and better use staff resources; 7) continued focus on increasing UHealth's partners and sites of care throughout the South Florida region; 8) reducing dependence on gifts to fund ongoing operations (reserving gifts for strategic investments); and 9) developing strong physician group practice management.

Senior Medical Center management has developed an immediate financial turnaround plan that will reverse this financial trend of the past 12 months to achieve the agreed upon $27M operating surplus for FY 2013. This will be achieved through a variety of initiatives including expense reductions and revenue enhancements --- that will happen simultaneous to measurably improvement in the experience for UHealth patients and the quality of care that they receive.

During the reduction in force, delayering occurred at every level of the organization. As a result of this delayering, Dr. Lord took on additional responsibilities in the direct oversight of UHealth's hospitals, patient experience, marketing and strategy. In addition, he assumed the role of Chief Compliance Officer including oversight of the Chief Medical Compliance Officer.

Dr. Lord has also transformed the leadership environment at the School of Medicine. New and well-communicated accountability mechanisms are already in place to ensure that correction actions are taken swiftly, as necessary. In addition, he has promoted an environment of shared decision-making and transparency and a focus on achieving greatness, growing clinical margin, supporting strategic research investments, and preserving the quality of our education enterprise.

In the context of an extraordinary time and extraordinary performance by Dr. Lord, compensation adjustment is justified. Sullivan Cotter benchmark for total cash compensation would put Dr. Lords recommended cash compensation just above the 80th percentile.

The attached materials provide the updated position description, as well as the letter defining new terms and conditions.

UMLORD - 00001066