**To:**       Goldsmidt, Pascal J.[PGoldschmidt@med.miami.edu]; Lord, Jonathan T.[/o=nt5/ou=0000000000000000000000000000000/cn=20f9b17d3f447e419c28799cab808d19]
**Cc:**       Augustyn, Cynthia Lou[caugusty@miami.edu]
**From:**    McCafferty-Cepero, Jennifer Marie[/O=UNIVERSITY OF MIAMI/OU=GABLES CENTRAL EMAIL/CN=RECIPIENTS/CN=8461]
**Sent:**     Tue 12/18/2012 5:43:38 PM (UTC-05:00)
**Subject:**  MTI Assessment update - PRIVILEGED AND CONFIDENTIAL

TMG Agenda - OPO Assessment 11-28.29-2012.pdf
TMG Agenda - IML Assessment 11-26.27-2012.pdf
TMG Agenda - MTI Assessment 11-7.9-2012.pdf
IML revenue and transplant volume.xlsx
University of Miami - TMG Project Staff.pdf
MTI Assessment Update - 12-18-2012.docx

Dear Pascal and Jack-

Please find the memorandum describing the initial observations from the TMG assessment of the MTI attached.  I also attach the agendas for each of the site visits, the biographies of the TMG consultants, and the initial analysis comparing transplant volumes (from UNOS website) with net revenue from the IML (from Medical Finance and Department of Surgery) from CY2005 - present.

We expect a final report will be forthcoming in early 2013.  Please advise on the next steps and recommendations.  If you are in agreement with the follow up TMG engagement, please let me know as I would like to move forward prior to my going on maternity leave.

I recognize this is a lengthy memo – please let me know if you prefer a face to face meeting to review the takeaways.

Many thanks to Daru for project management and to Cindy and the GC office for their continued partnership on this assessment.

Cindy – please advise as necessary.

Best-
Jennifer


Jennifer McCafferty, PhD, CHC, CHPC, CHRC
Chief Medical Compliance Officer

305.243.6129 Office
305.439.9250 Cellular
jmccafferty@med.miami.edu



*The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws.  It is intended only for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

Plaintiff's Ex. 089



## TMG Assessment – OPO
### *November 28 – 29, 2012*

### <u>Contact: Daru Ransford</u>
Office: 305-243-6545
Cell: 786-371-3342

### <u>Wednesday, November 28, 2012</u>

*All meetings will take place in: Life Science & Technology Park, LAORA's Executive Conf. Room unless otherwise noted*

| | |
|---|---|
| **9:30 a.m. – 10:00 a.m.** | **Project Overview Meeting**<br>**<u>Attendees</u>**<br>Dr. Jennifer McCafferty: Chief Medical Compliance Officer<br>Mrs. Daru Ransford: Project Manager for TMG Assessment |
| **10:00 a.m. – 10:30 a.m.** | **OPO Leadership Meeting with Dr. Susan Ganz** |
| **10:30 a.m. – 11:00 a.m.** | **OPO Leadership Meeting with Leslie Cortina** |
| **11:00 a.m. – 11:30 a.m.** | **Tour of OPO Facilities**<br>**<u>Attendees</u>**<br>Dr. Susan Ganz: OPO Chief<br>Mrs. Leslie Cortina: Executive Director |
| **12:00 p.m. – 1:00 p.m.** | **Lunch Meeting re-OPO Business Operations with Leslie Cortina** |
| **1:00 p.m. – 2:00 p.m.** | **OPO Business Development Meeting**<br>**<u>Attendees</u>**<br>Mrs. Karen Insignares-Garcia: Director of Business Development |
| **~2:15 p.m.** | **Transportation to Clinical Research Building**<br>*UM Shuttle will pick up Dr. Ganz, Leslie & TMG Consultants*<br>*at covered valet drive on north end of the LSTP* |
| **2:30 p.m. – 3:30 p.m.** | **OPO Leadership Meeting**<br>**<u>Attendees</u>**<br>Dr. Susan Ganz: OPO Chief<br>Mrs. Leslie Cortina: Executive Director<br>Dr. Alan Livingstone: Chair, Department of Surgery<br> Chief Executive, UHealth Clinical Practice<br>Mr. Rafic Warwar: Vice Chair of Administration, Dept. of Surgery |

*Location:  Clinical Research Building, 3ʳᵈ Floor, Executive Conference Room 320*



**Wednesday, November 28, 2012 (continued)**

| | |
|---|---|
| ~3:35 p.m. | **Transportation back to Life Science & Technology Park**<br>*UM Shuttle will pick up Dr. Ganz, Leslie & TMG Consultants*<br>*at front of Clinical Research Building* |

3:45 p.m. – 5:15 p.m.    **OPO Clinical Operations Meeting**
<u>**Attendees**</u>
Dr. Susan Ganz: OPO Chief
Mr. Stewart Jusim: Organ Procurement Coordinator
Mrs. Patti Kilcoyne: Organ Procurement Coordinator
Mrs. Yilian Fraga: Donations Services Manager

CONFIDENTIAL INFORMATION                    **UM/LORD - 045557**



**Thursday, November 29, 2012**

*\*All meetings will take place in: Life Science & Technology Park, LAORA's Executive Conf. Room unless otherwise noted\**

| | |
|---|---|
| **8:30 a.m. – 9:30 a.m.** | **Regulatory Compliance Meeting** |
| | **Attendees:** |
| | Dr. Susan Ganz: OPO Chief |
| | Mr. Michael Osorio: QAPI Associate Director |

**9:30 a.m. – 10:30 a.m.**    **QAPI Program Meeting**
**Attendees:**
Dr. Susan Ganz: OPO Chief
Mr. Michael Osorio: QAPI Associate Director

**10:30 a.m. – 11:00 a.m.**    **Organ Recovery Process Meeting with Stewart Jusim**

**11:00 a.m. – 12:00 p.m.**    **Lab Services Meeting**
**Attendees**
Dr. Susan Ganz: OPO Chief
Mrs. Leslie Cortina: Executive Director

**12:00 p.m. – 12:45 p.m.**    **Lunch Break & Prep for Debrief Meeting**

**12:45 p.m. – 2:45 p.m.**    **OPO Finances Meeting & Follow-Up re-UM Life Alliance Organ Recovery Cost Report**
**Attendees:**
Mrs. Leslie Cortina: Executive Director
Mr. Pablo Canals: Finance Manager
Mrs. Mayda Ortega: Accounting Manager
Mrs. Yvonne Garcia-Brody: Dept. of Surgery Director, Medical Billing

**2:45 p.m. – 3:15 p.m.**    **TMG Preparation for Exit/Debrief Meeting and drive over to**
**Clinical Research Building for final meeting**

**3:15 p.m. – 4:00 p.m.**    **Exit/Debrief Meeting with Dr. Jennifer McCafferty & Daru Ransford**

*Location:*    *Clinical Research Building, 3rd Floor, Executive Conference Room 320*

**CONFIDENTIAL INFORMATION**                    **UM/LORD - 045558**



## TMG Assessment – IML Laboratories
### *November 26 – 27, 2012*

### Contact: Daru Ransford
Office: 305-243-6545
Cell: 786-371-3342

### Monday, November 26, 2012

*All meetings will take place in: Rosenstiel Medical Science Building, 8th Floor Conf. Room 8145 unless otherwise noted*

| | |
|---|---|
| **8:45 a.m. – 9:30 a.m.** | **Project Overview Meeting**<br>**Attendees**<br>Dr. Jennifer McCafferty: Chief Medical Compliance Officer<br>Mrs. Daru Ransford: Project Manager for TMG Assessment |
| **9:30 a.m. – 11:00 a.m.** | **IML Leadership Meeting with Dr. Phillip Ruiz: Medical Director** |
| **11:00 a.m. – 11:30 a.m.** | **IML Leadership Meeting with Mrs. Nicole Lergier: Director, Business Operations** |
| **11:30 a.m. – 1:00 p.m.** | **IML Clinical Operations Meeting**<br>**Attendees**<br>Dr. Phillip Ruiz: Medical Director<br>Mrs. Nicole Lergier: Director, Business Operations<br>Mrs. Alexandra Amador: Lab Manager<br>Mrs. Fola Amole: Lab Manager |
| **1:00 p.m. – 1:30 p.m.**<br>**~1:35 p.m.** | **Lunch Break**<br>***Daru will pick TMG group up and transport them to CRB for next two meetings*** |
| **1:45 p.m. – 2:45 p.m.** | **Department of Surgery Leadership Mtg. Organization & Finances for IML, OPO & MTI**<br>**Attendees**<br>Dr. Alan Livingstone: Chair, Department of Surgery<br>Chief Executive, UHealth Clinical Practice<br>Mr. Rafic Warwar: Vice Chairman of Administration, Dept. of Surgery |
| *Location:* | *Clinical Research Building, 3rd Floor, Executive Conference Room 320* |
| **2:45 p.m. – 3:00 p.m.** | **Brief Project Overview Meeting**<br>**Attendees**<br>Dr. Jonathan "Jack" Lord: Chief Operating Officer, UM Medical Center<br>Vice President for Medical Administration<br>Dr. Jennifer McCafferty: Chief Medical Compliance Officer |
| *Location:* | *Clinical Research Building, 3rd Floor, Executive Conference Room 320* |

CONFIDENTIAL INFORMATION                                   UM/LORD - 045559



**Monday, November 26, 2012 (continued)**

*\*All meetings will take place in: Rosenstiel Medical Science Building, 8th Floor Conf. Room 8145 unless otherwise noted\**

**~3:05 p.m.**                    ***Daru will transport TMG group back to RMSB for remaining meetings***

**3:15 p.m. – 4:15 p.m.**         **Tour of IML Facilities**
                                  **Attendees**
                                  Mrs. Nicole Lergier: Director, Business Operations
                                  Mrs. Alexandra Amador: Lab Manager
                                  Mrs. Fola Amole: Lab Manager

**4:15 p.m. – 5:15 p.m.**         **Regulatory Compliance Meeting**
                                  **Attendees**
                                  Mrs. Nicole Lergier: Director, Business Operations
                                  Mrs. Alexandra Amador: Lab Manager
                                  Mrs. Fola Amole: Lab Manager

---

**Tuesday, November 27, 2012**

*\*All meetings will take place in: Rosenstiel Medical Science Building, 8th Floor Conf. Room 8145 during the morning\**

**9:00 a.m. – 10:00 a.m.**        **IML Business Operations Meeting**
                                  **Attendees:**
                                  Mrs. Nicole Lergier: Director, Business Operations
                                  Mrs. Yvonne Garcia-Brody: Dept. of Surgery Director, Medical Billing

**10:00 a.m. – 11:30 a.m.**       **IML Finances Meeting**
                                  **Attendees:**
                                  Mr. Pablo Canals: Finance Manager
                                  Mrs. Nicole Lergier: Director, Business Operations
                                  Mr. Edmund Wong: Dept. of Surgery Administrator (Finance)

**11:30 a.m. – 1:00 p.m.**        **UM Life Alliance Recovery Cost Report Meeting**
                                  **Attendees:**
                                  Mr. Pablo Canals: Finance Manager
                                  Mrs. Nicole Lergier: Director, Business Operations
                                  Mrs. Eva Lazan: Associate Controller and Director of Accounting (Dept.: Medical Finance)
                                  Mrs. Leslie Cortina: Executive Director, OPO

**1:00 p.m. – 1:25 p.m.**         **Lunch Break**
**~1:25 p.m.**                    ***Daru will pick TMG group up and transport them to CRB for remainder of afternoon***

**CONFIDENTIAL INFORMATION**                    **UM/LORD - 045560**



<u>**Tuesday, November 27, 2012**</u>

*\*All meetings will take place in: Clinical Research Building, 3rd Floor Conf. Room 320 for the remainder of afternoon\**

| | |
|---|---|
| 1:30 p.m. – 2:30 p.m. | **Department of Pathology Overview Meeting** |
| | <u>**Attendees:**</u> |
| | Dr. Richard Cote: Professor and Chair, Department of Pathology |
| | Director, Biomedical Nanotechnology Institute |
| | Dr. Phillip Chen: Professor, Vice Chair and Chief of Pathology |
| | Medical Director, UMHC Clinical Laboratories |
| | Dr. Laura Barisoni: Professor of Pathology and Division Chief, Renal Pathology Service |

| | |
|---|---|
| 3:00 p.m. – 4:00 p.m. | **MTI & Transplant Surgery Finances** |
| | <u>**Attendees:**</u> |
| | Dr. Alan Livingstone: Chair, Department of Surgery |
| | Chief Executive, UHealth Clinical Practice |
| | Mr. Rafic Warwar: Vice Chairman of Administration, Dept. of Surgery |

| | |
|---|---|
| 4:00 p.m. – 4:30 p.m. | **Exit/Debrief Meeting with Dr. Jennifer McCafferty & Daru Ransford** |

| | |
|---|---|
| ~4:35 p.m. | ***Daru will transport TMG group back to the parking garage to get their car*** |

**CONFIDENTIAL INFORMATION**                              **UM/LORD - 045561**



## Miami Transplant Institute – TMG Assessment
### *November 7 – 9, 2012*

**Contact: Daru Ransford**
Office: 305-243-6545
Cell: 786-371-3342

**Wednesday, November 7, 2012**

**8:00 a.m. – 8:30 a.m.**        **Liver and Intestine Physician Leadership Meeting**
                                  **Attendees**
                                  Dr. Paul Martin
                                  Dr. Christopher O'Brien
                                  Dr. Cynthia Levy
                                  Dr. Kalyan Bhamidimari
                                  Dr. Adam Peyton
                                  Dr. Jennifer Garcia

   Location:        Clinical Research Building: 3rd Floor, Executive Conf. Room 320

**10:00 a.m. – 11:00 a.m.**      **Tour of Facilities with Maggy Dickens**

   Location:        Highland Professional Building, 3rd Floor (Daru will help transport you to HPB)

**1:00 p.m. – 1:30 p.m.**        **Entrance Meeting with UM Leadership**
                                  **Attendees**
                                  ***Dr. Pascal Goldschmidt***: Sr. VP for Medical Affairs and Dean
                                       CEO, University of Miami Health System
                                  ***Dr. Jonathan Lord***: Chief Operating Officer and VP for Medical Administration
                                  ***Dr. Jennifer McCafferty***: Chief Medical Compliance Officer

   Location:        Clinical Research Building: 3rd Floor Executive Suite

**1:30 p.m. – 2:00 p.m.**        **Kidney and Pancreas Program & Surgical Leadership Meeting**
                                  **Attendees**
                                  Dr. George Burke
                                  Dr. Linda Chen
                                  Dr. Junichiro Sageshima
                                  Dr. Gaetano Ciancio

   Location:        Clinical Research Building: 3rd Floor, Executive Conf. Room 320



**Wednesday, November 7, 2012 (continued)**

| | |
|---|---|
| **2:00 p.m. – 3:00 p.m.** | **Entrance Meeting with UM Leadership** |

**Attendees**

***Dr. Pascal Goldschmidt***: Sr. VP for Medical Affairs and Dean
CEO, University of Miami Health System
***Dr. Jonathan Lord***: Chief Operating Officer and VP for Medical Administration
***Dr. Jennifer McCafferty***: Chief Medical Compliance Officer
***Dr. Alan Livingstone***: Executive Dean for Clinical Affairs; Chair, Dept. of Surgery and
Chief Executive, UHealth Clinical Practice
***Dr. Steven Falcone***: Chief Executive of the University of Miami at Jackson Memorial Hospital
***Mr. Rafic Warwar***: Vice Chair of Administration, Dept. of Surgery

Location: Clinical Research Building: 3rd Floor Executive Suite

**3:30 p.m. – 4:00 p.m.**     **Liver and Intestine Program and Surgical Leadership Meeting**
**Attendees**
Dr. Seigo Nishida
Dr. Ji Fan
Dr. Gennaro Selvaggi
Dr. Akin Tekin

Location: Highland Professional Building, 3rd Floor Conference Room

**4:30 p.m. – 5:30 p.m.**     **MTI Leadership Meeting**
**Attendees**
Dr. Gaetano Ciancio
Mrs. Maggy Dickens

Location: Highland Professional Building, 3rd Floor (Maggy's office)



**Thursday, November 8, 2012**

*All meetings will take place in: Highland Professional Building, 3rd Floor Conference Room unless otherwise noted*

| | |
|---|---|
| 8:00 a.m. – 8:45 a.m. | **Kidney & Pancreas (Adult) Physician Leadership Meeting** |

8:00 a.m. – 8:45 a.m.      **Kidney & Pancreas (Adult) Physician Leadership Meeting**
**Attendees:**
Dr. David Roth
Dr. Warren Kupin
Dr. Giselle Guerra

9:30 a.m. – 10:15 a.m.     **Nursing Leadership Meeting**
**Attendees:**
Marlene Augustin
Christopher Chevalier
Marian O'Rourke
Elizabeth Davidson
Vilma Ortiz
Laura Harris

10:15 a.m. – 11:00 a.m.    **Heart and Lung Program and Surgical Leadership Meeting**
**Attendees:**
Dr. Si Pham
Dr. Anthony Panos

12:00 p.m. – 12:30 p.m.    **Kidney & Pancreas (Adult) Physician Leadership Meeting (group 2)**
**Attendees:**
Dr. Adela Mattiazzi

2:00 p.m. – 2:30 p.m.      **Kidney & Pancreas (Pediatric) Physician Leadership Meeting (group 2)**
**Attendees:**
Dr. Carol Abitbol
Dr. Gaston Zilleruelo
Dr. Jayanthi Chandar*
Dr. Wacharee Seeherunvong



## Thursday, November 8, 2012 (continued)

*All meetings will take place in: Highland Professional Building, 3rd Floor Conference Room unless otherwise noted*

**3:00 p.m. – 3:45 p.m.**          **Kidney & Pancreas Program Operational Assessment**

**Invited Attendees:** *(\* means they are confirmed)*

| | |
|---|---|
| Michele Gascon | KP Nurse Manager |
| | |
| | |
| Catherine Dillardscowby* | Pre-Transplant Coordinator |
| Dianne Peers | Pre-Transplant Coordinator |
| Elaine Llewellyn | Pre-Transplant Coordinator |
| Jimmy Herrera | Pre-Transplant Coordinator |
| Shirlene Hazel | Pre-Transplant Coordinator |
| Sobeida Jerez | Pre-Transplant Coordinator |
| Suze Petit | Pre-Transplant Coordinator |
| Tehka Shuron Hill | Pre-Transplant Coordinator |
| Yvette Torres | Pre-Transplant Coordinator |
| Delvis Jorge | Post-Transplant Coordinator |
| Ester Montenora-Velarde | Post-Transplant Coordinator |
| Gema Velez | Post-Transplant Coordinator |
| Grethchen Abdulreda | Post-Transplant Coordinator |
| Herminia Alvarez | Post-Transplant Coordinator |
| Maria Mithavayani | LRD Transplant Coordinator |
| Josefina Aixala | LRD Transplant Coordinator |
| Ana Jewett* | Social Worker |
| Adriana Webster | Social Worker |
| Alexandra Centeno* | Pharmacist |
| Yamyzury Malcolm | JMH Finance Administrator |
| Lazara Companioni | JMH Finance |

**4:00 p.m. – 5:00 p.m.**          **Meeting with Richard Cote, M.D., FRCPath, FCAP**
                                                          Professor and Chair, Department of Pathology
                                                          Director, Biomedical Nanotechnology Institute

          Location:          Clinical Research Building, 3rd Floor Conference Room



**Friday, November 9, 2012**

*All meetings will take place in: Highland Professional Building, 3ʳᵈ Floor Conference Room unless otherwise noted*

9:00 a.m. – 10:00 a.m.          **Liver & Intestine Program Operational Assessment**

**Invited Attendees:** *(\* means they are confirmed)*

| | |
|---|---|
| Scott Koonce | LG Nurse Manager |
| Karen McAlevey-Nordt * | Pre-Transplant Coordinator |
| Laureen Zartemi | Pre-Transplant Coordinator |
| Orlando GranadoBalaez | Pre-Transplant Coordinator |
| Vivienne Maragh | Pre-Transplant Coordinator |
| Antonette Demanno | Post-Transplant Coordinator |
| Bella Mendez * | Post-Transplant Coordinator |
| Cassandre Oscar | Post-Transplant Coordinator |
| Elizabeth Calibag * | Post-Transplant Coordinator |
| Elmer Cacayorin | Post-Transplant Coordinator |
| Elsie Saquinsin | Post-Transplant Coordinator |
| Linda Casale | Post-Transplant Coordinator |
| Lynda Saintilnor | Post-Transplant Coordinator |
| Yolanda Villasenor * | Post-Transplant Coordinator |
| Antoinette Behler | Pediatric Transplant Coordinator |
| Louise Cubley | Pediatric Transplant Coordinator |
| Tangilar Dorsett | Pediatric Transplant Coordinator |
| Brenda Phillips | Social Worker |
| Vevila Finch * | Social Worker |
| Jennifer Jebrock * | Pharmacist |
| Yamyzury Malcolm | JMH Finance Administrator |
| Lazara Companioni | JMH Finance |
| Diana Salinas * | JHS Corporate Director, Compliance |
| Renee Baine * | JHS Corporate Compliance Audit Manager |
| Maggy Dickens | Administrative Director, MTI |
| Marian O'Rourke *(tentative)* | Associate Director, PCS |

10:00 a.m. – 11:00 a.m.          **BREAK**

**CONFIDENTIAL INFORMATION**



**Friday, November 9, 2012 (continued)**

*All meetings will take place in: Highland Professional Building, 5th Floor Conference Room unless otherwise noted*

**11:00 a.m. – 12:00 p.m.**         **Heart & Lung Program Operational Assessment**

**Invited Attendees:** *(* means they are confirmed)*

| | |
|---|---|
| Brigette Bednar * | HL Nurse Manager |
| Maritza Rossini * | Pre-Transplant Coordinator |
| Teresa Bueno * | Pre-/Pediatric Transplant Coordinator |
| Laura Behr | Pre-Transplant Coordinator |
| Jaime Leverock | Pre-Transplant Coordinator |
| Cesar Quinzada | Pre- and Post-Transplant Coordinator |
| Gleidys Krebs | Post-Transplant Coordinator |
| Sofia Molina | Post-Transplant Coordinator |
| Joy Glaze * | Post-Transplant Coordinator |
| Philip Dlugasch | Post-Transplant Coordinator |
| Eunice Hernandez | Post-Transplant Coordinator |
| Alberte Laurent | Social Worker |
| Yamyzury Malcolm | JMH Finance Administrator |
| Lazara Companioni* | JMH Finance |
| Diana Salinas * | JHS Corporate Director, Compliance |
| Renee Baine | JHS Corporate Compliance Audit Manager |
| Maggy Dickens | Administrative Director, MTI |
| Marian O'Rourke *(tentative)* | Associate Director, PCS |

**12:00 p.m. – 12:30 p.m.**         **Heart and Lung Physician Leadership Meeting (Group 1)**
                              **Attendees:**
                              Dr. Eugene Bauerlein
                              Dr. Shirin Shafazand

**1:00 p.m. – 1:30 p.m.**         **Heart and Lung Physician Leadership Meeting (Group 2)**
                              **Attendees:**
                              Dr. Paolo Rusconi
                              Dr. Sandra Chaparro
                              Dr. Debra Fertel

**2:00 p.m. – 3:30 p.m.**         **QAPI Meeting**
                              **Attendees:**
                              Marian O'Rourke *(tentative)*
                              Scott Koonce
                              Dr. Jennifer Garcia
                              Maggy Dickens
                              Diana Salinas

**3:30 p.m. – 4:30 p.m.**         **Debrief Meeting with Dr. Jennifer McCafferty & Daru Ransford**

         Location:         Clinical Research Building, 3rd Floor Conference Room

| 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 |
|------|------|------|------|------|------|------|------|
| 308  | 467  | 460  | 462  | 469  | 547  | 459  | 444  |

**CONFIDENTIAL INFORMATION**

**UM/LORD - 045568**

| Month | | | | Net Revenue ($ Thousands) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | FY2005 | FY2006 | FY2007 | FY2008 | FY2009 | FY2010 | FY2011 | FY2012** | FY2013 (5ME Oct) |
| June | $ 1,082.00 | $ 993.00 | $ 935.00 | $ 1,077.00 | $ 987.00 | $ 1,197.00 | $ 1,261.00 | $ 1,617.00 | $ 624.00 |
| July | $ 728.00 | $ 635.00 | $ 815.00 | $ 894.00 | $ 511.00 | $ 1,902.00 | $ 1,482.00 | $ 1,612.00 | $ 1,851.00 |
| August | $ 709.00 | $ 833.00 | $ 976.00 | $ 1,245.00 | $ 828.00 | $ 978.00 | $ 1,247.00 | $ 1,246.00 | $ 1,212.00 |
| September | $ 480.00 | $ 866.00 | $ 817.00 | $ 537.00 | $ 797.00 | $ 1,226.00 | $ 1,548.00 | $ 1,330.00 | $ 1,298.00 |
| October | $ 660.00 | $ 631.00 | $ 1,004.00 | $ 912.00 | $ 1,787.00 | $ 1,206.00 | $ 1,415.00 | $ 1,465.00 | $ 1,444.00 |
| November | $ 715.00 | $ 641.00 | $ 361.00 | $ 919.00 | $ 652.00 | $ 1,049.00 | $ 1,381.00 | $ 1,590.00 | $ - |
| December | $ 1,450.00 | $ 770.00 | $ 910.00 | $ 856.00 | $ 1,001.00 | $ 953.00 | $ 805.00 | $ 1,101.00 | $ - |
| January | $ 658.00 | $ 743.00 | $ 942.00 | $ 848.00 | $ 942.00 | $ 965.00 | $ 502.00 | $ 1,346.00 | $ - |
| February | $ 707.00 | $ 697.00 | $ 701.00 | $ 822.00 | $ 1,003.00 | $ 1,314.00 | $ 1,088.00 | $ 596.00 | $ - |
| March | $ 802.00 | $ 763.00 | $ 1,041.00 | $ 785.00 | $ 1,168.00 | $ 1,110.00 | $ 2,489.00 | $ 1,819.00 | $ - |
| April | $ 901.00 | $ 673.00 | $ 926.00 | $ 924.00 | $ 1,307.00 | $ 1,334.00 | $ 1,514.00 | $ 1,624.00 | $ - |
| May | $ 747.00 | $ 984.00 | $ 854.00 | $ 910.00 | $ 1,242.00 | $ 1,218.00 | $ 1,126.00 | $ 2,115.00 | $ - |
| | | | | | | | | | |
| **Grand Total** | **$ 9,639.00** | **$ 9,228.00** | **$ 10,284.00** | **$ 10,728.00** | **$ 12,219.00** | **$ 14,451.00** | **$ 15,860.00** | **$ 17,461.00** | **$ 6,430.00** |

** one time Humana settlement che

| Month | CY2005 | CY2006 | CY2007 | CY2008 | CY2009 | CY2010 | CY2011 | CY2012 | CY2013 |
|---|---|---|---|---|---|---|---|---|---|
| January | $ 658.00 | $ 743.00 | $ 942.00 | $ 848.00 | $ 942.00 | $ 965.00 | $ 502.00 | $ 1,346.00 | |
| February | $ 707.00 | $ 697.00 | $ 701.00 | $ 822.00 | $ 1,003.00 | $ 1,314.00 | $ 1,088.00 | $ 596.00 | |
| March | $ 802.00 | $ 763.00 | $ 1,041.00 | $ 785.00 | $ 1,168.00 | $ 1,110.00 | $ 2,489.00 | $ 1,819.00 | |
| April | $ 901.00 | $ 673.00 | $ 926.00 | $ 924.00 | $ 1,307.00 | $ 1,334.00 | $ 1,514.00 | $ 1,624.00 | |
| May | $ 747.00 | $ 984.00 | $ 854.00 | $ 910.00 | $ 1,242.00 | $ 1,218.00 | $ 1,126.00 | $ 2,115.00 | |
| June | $ 993.00 | $ 935.00 | $ 1,077.00 | $ 981.00 | $ 1,197.00 | $ 1,261.00 | $ 1,617.00 | $ 624.00 | |
| July | $ 635.00 | $ 815.00 | $ 894.00 | $ 511.00 | $ 1,902.00 | $ 1,482.00 | $ 1,612.00 | $ 1,851.00 | |
| August | $ 833.00 | $ 976.00 | $ 1,245.00 | $ 828.00 | $ 978.00 | $ 1,247.00 | $ 1,246.00 | $ 1,212.00 | |
| September | $ 866.00 | $ 817.00 | $ 537.00 | $ 797.00 | $ 1,226.00 | $ 1,548.00 | $ 1,330.00 | $ 1,298.00 | |
| October | $ 631.00 | $ 1,004.00 | $ 912.00 | $ 1,787.00 | $ 1,206.00 | $ 1,415.00 | $ 1,465.00 | $ 1,444.00 | |
| November | $ 641.00 | $ 361.00 | $ 919.00 | $ 652.00 | $ 1,049.00 | $ 1,381.00 | $ 1,590.00 | $ - | |
| December | $ 770.00 | $ 910.00 | $ 856.00 | $ 1,001.00 | $ 953.00 | $ 805.00 | $ 1,101.00 | $ - | |
| **Grand Total** | **$ 9,184.00** | **$ 9,678.00** | **$ 10,904.00** | **$ 10,846.00** | **$ 14,173.00** | **$ 15,080.00** | **$ 16,680.00** | **$ 13,929.00** | |
| | | | | | | | | | |
| **Total Tranplants Performed** | **444** | **459** | **547** | **469** | **462** | **460** | **467** | **308** | |
| **Revenue per transplant (CY)** | $20,684.68 | $21,084.97 | $19,934.19 | $23,138.59 | $30,677.49 | $32,782.61 | $35,757.34 | $45,224.02 | |



ck of $329K.

**CONFIDENTIAL INFORMATION**                    **UM/LORD - 045570**

**Transplant Management Group, LLC**
11835 Carmel Mountain Road #1304-248 | San Diego, CA 92128
(877) 868-9170 | www.transplantmanagement.com

# University of Miami
## Assigned TMG Project Staff *(biographies enclosed)*

---

## Phase I
*Organizational Effectiveness Assessment of the Solid Organ Transplant Programs at the Miami Transplant Institute (MTI)*

Tracy Giacoma, MBA, MS, RN, FACHE
- ∞   Transplant Administrator – University of Kansas Hospital
- ∞   Senior Consultant – Transplant Management Group

Barry Marshall, MBA, FACHE
- ∞   Associate VP, Transplant Services and Oncology – Tulane Medical Center
- ∞   Senior Consultant – Transplant Management Group

Christine Marshall
- ∞   Director of Operations – Transplant Management Group

---

## Phase II
*Organizational Effectiveness Assessment and Financial Assessment of the University-Based Immunological Monitoring Laboratory (IML)*

Michael Gautreaux, PhD
- ∞   Director, HLA/Immunogenetics Laboratory – Wake Forest School of Medicine
- ∞   Associate Professor, Dept of General Surgery – Wake Forest School of Medicine

John Rogers
- ∞   Director of Reimbursement – University of California, San Diego Medical Center
- ∞   Principal – Transplant Management Group

Christine Marshall
- ∞   Director of Operations – Transplant Management Group

---

## Phase III
*Organizational Effectiveness Assessment and Financial Assessment of the University-Based Organ Procurement Organization (OPO)*

James Cutler, CPTC
- ∞   President, Board of Directors – Donate Life Texas, Inc.
- ∞   President, Chief Executive Officer – Southwest Transplant Alliance

John Rogers
- ∞   Director of Reimbursement – University of California, San Diego Medical Center
- ∞   Principal – Transplant Management Group

Christine Marshall
- ∞   Director of Operations – Transplant Management Group

---

**CONFIDENTIAL INFORMATION**                                    **UM/LORD - 045571**



Transplant Management Group, LLC
11835 Carmel Mountain Road #1304-248 | San Diego, CA 92128
(877) 868-9170 | www.transplantmanagement.com

## Biographies

**James Cutler, CPTC**

Mr. Cutler began his work in transplantation in 1979 by becoming a Clinical Transplant and Organ Procurement Coordinator for the Washington Hospital Center in Washington, DC. In 1987, Mr. Cutler became the first Director of Procurement for the Washington Regional Transplant Consortium, a consolidated organ procurement organization for the Washington, DC area. In 1989, he established the first dedicated organ procurement effort in San Diego, California, the Organ and Tissue Acquisition Center of Southern California. He also served as the Administrative Director for the Clinical Transplant Programs at the University of San Diego Medical Center, including kidney, pancreas, heart, and lung. In 1997, Mr. Cutler became the President and CEO for the Southwest Transplant Alliance, Inc. in Dallas, Texas. Southwest Transplant Alliance is one of the largest Organ Procurement Organizations in the country with a population base of 9 million, covering approximately 36% of Texas. Mr. Cutler has served as on numerous national Task Forces and Committees, including but not limited to the United Network for Organ Sharing, Member 1979, Region II: Member - Organ Procurement and Distribution Committee 1988 – 1989, Region V: Member – Organ Procurement Organizations Executive Directors Council – 1990 to present, Chairman – Organ Procurement Organizations Executive Council, Region V 1990 – 1991, Member – Histocompatibility National Committee 1991-1992, Member – Organ Procurement Organizations Committee 1993, Member – Ad Hoc Donations Committee 1996 to 1999, Chair Ad Hoc Donations Committee 2000, Member – Histocompatibility Committee 2003 – 2005, UNOS Operations Committee 2007 – 2009., UNOS Disease Transmission Advisory Committee 2007-2009, UNOS Transplant Administrators Committee, 2008 – 2011, UNOS OPO Committee 2012 - present. Additionally, he has served as a consultant employee for the Food and Drug Administration's Gastroenterology/ Urology Panel. Mr. Cutler has authored or co-authored papers and abstracts in numerous areas in the field of organ procurement and preservation.


**Michael D. Gautreaux, PhD**

Dr. Gautreaux is an Associate Professor in the Department of General Surgery at Wake Forest University School of Medicine. He is currently the director of the HLA/Immunogenetics Laboratory at Wake Forest University/Baptist Medical Center. He graduated from Louisiana State University – Baton Rouge in 1987 with a BS degree in Microbiology and went on to earn a PhD in Microbiology and Immunology from Louisiana State University Medical Center – Shreveport in 1994. Dr. Gautreaux was a post-doctoral fellow in the Histocompatibility and Immunodiagnostics laboratories at LSUMC from 1994 – 1998. Afterward, he became an assistant professor and the director of the HLA/Tissue Typing Laboratory at the Medical University of South Carolina from 1998 to 2005. Dr. Gautreaux earned a Certified Histocompatibility Technologist certification in 1997 as well as a Diplomate of the American Board of Histocompatibility and Immunogenetics certification in 1998. He is accredited to direct laboratories for solid organ transplantation and bone marrow transplantation. Dr. Gautreaux is an active member of the American Society for Histocompatibility and Immunogenetics (ASHI). Dr. Gautreaux is a Co-Chair of the ASHI Accreditation Review Board which accredits HLA laboratories nationally and internationally. He has served 2 years as chair of the ASHI Bylaws committee and is a past-member of the International Affairs and Director's Affairs committees. In 2009, Dr. Gautreaux served as a member of the national faculty for the ASHI Regional Education Workshops and lectured in the ASHI Inspector Education Workshops. In addition, he is a past member of the Board of Directors for Life Point of South Carolina, the OPO for that state and has served as the Region 11 representative to the UNOS/Organ Procurement and Transplantation Network's Histocompatibility Committee.



Transplant Management Group, LLC
11835 Carmel Mountain Road #1304-248 | San Diego, CA 92128
(877) 868-9170 | www.transplantmanagement.com

**Tracy Giacoma, MBA, MSN, RN, FACHE**
Tracy Giacoma has over twenty-eight years of experience in the field of transplantation, which includes 13 years in administration of multi-organ programs at pediatric and adult hospitals, and eight years in administration of a transplant multispecialty physician practice. She worked at Riley Hospital for Children/Indiana University/Methodist Hospital of Clarian Health Partners for over twenty years and at Methodist Dallas Medical Center for 8 years. Currently, Tracy is the Transplant Administrator at the University of Kansas Hospital. Her experience includes feasibility analysis of programs, start up of a multispecialty physician practice, start up of transplant programs, strategic business planning, operational and regulatory effectiveness, service line development, and analyzing financial revenue models for best practice.

**Barry Marshall, MBA, FACHE**
Barry Marshall is currently the Associate VP over Transplant Services and Oncology for Tulane Medical Center in New Orleans, LA. In his current role, Mr. Marshall is responsible for all solid organ/bone marrow transplant, hepatobiliary services and oncology services. He is also the current President of the "Transplant Resource Center" in Louisiana. Formerly Mr. Marshall was the Vice President of Transplant and Oncology Services at Westchester Medical Center in Valhalla, NY. Prior to that he was the Vice President of Clinical Business Development and Physician Services for Methodist Healthcare System in Memphis, TN responsible for the Transplant Institute, the Renal Care Center, the Cancer Center, the Neuro Science Institute, the Cardiovascular Institute, hospital business development and physician recruitment and contracting.

**Christine Marshall**
Christine Marshall has worked with Transplant Management Group (TMG) since 2004. In her current role as Director of Operations, she is responsible for the day-to-day operations including project management, client relations, marketing, contract fulfillment and quality assurance. In addition to managing the daily operations of TMG, Christine is an active consultant on projects with expertise in MCR optimization, CMS and OPTN/UNOS compliance and organizational effectiveness. Her prior experience includes a role as Systems Manager for a physician practice management group where she was responsible for the System Trainers and Helpdesk, custom report programming, system security, module enhancements and project management of new physician groups. Christine earned her Bachelor of Science degree in Accounting from Franklin University in Columbus, Ohio.

**John Rogers**
John Rogers possesses over thirty years of experience in Medicare and Medicaid cost report preparation as the Director of Reimbursement for the University of California, San Diego Medical Center. His efforts have allowed UCSD Medical Center to realize its Medicare reimbursement opportunities in the areas of Organ Acquisition, Resident Training, and Disproportionate Share (DSH). John has extensive cost accounting experience in the transplant service-line, HLA Lab, a hospital-based Organ Procurement Organization and Medicare approved multi-organ Transplant Programs. John is a former auditor for the State of California's Medicaid Program. John earned a Bachelor of Science Degree in Business Administration. Additionally John is a co-founder and Principal of Transplant Management Group.

**CONFIDENTIAL INFORMATION**                              **UM/LORD - 045573**

ATTORNEY CLIENT COMMUNICATION – PRIVILEGED AND CONFIDENTIAL

## MEMORANDUM

TO:   Dr. Pascal Goldschmidt

      Dr. Jack Lord

FROM: Dr. Jennifer McCafferty, Chief Medical Compliance Officer

DATE: December 18, 2012

CC:   Cindy Augustyn, Deputy General Counsel

RE:   Miami Transplant Institute (MTI) Assessment Update

**Background:**

Transplant Management Group, Inc. (TMG) completed the on-site portion of their assessment of the Miami Transplant Institute (MTI), Immunological Monitoring Laboratory (IML) and Life Alliance Organ Recovery Agency (LAORA) , the organ procurement organization (OPO) for the MTI on Thursday, November 29.  This involved three separate on-site teams with knowledge ranging from general transplant program operations at academic medical centers to deep expertise in regulatory and compliance issues specific to transplant laboratories and organ procurement.  The agendas for each day including names and titles for each interview and the biographies of the TMG team are attached.

Over the course of several phone conversations from Thursday November 29 thru Monday December 10, TMG described their initial observations.  Cindy Augustyn from the General Counsel's office participated in these calls as did myself and Daru Ransford, Project Manager for the TMG engagement. There was also a call with TMG, Karen Stimmel from Human Resources, Daru and me. Detailed here are the observations made on those calls by TMG and a series of recommendations for next steps.  We anticipate the draft report from TMG in the next few weeks with a final report early in 2013.  Note that I have had an initial conversation with Diana Salinas, Chief Compliance Officer from Jackson Health Systems as it relates to the MTI debrief and we had a second debrief with TMG on the MTI section of the engagement, Monday, December 17.  The topic of that call focused on the MTI observations.

The observations described below are to be considered preliminary.  As you will note, there are several areas that require additional review and analysis.  A final report from TMG will be issued in early 2013.

# MTI

Relative to the details on the IML and OPO observations, MTI observations are more general in nature.  This is primarily due to the lack of specific data shared from JMH regarding staffing, protocols and detailed patient process throughput information. In addition, we asked TMG to focus on the IML and OPO based on specific concerns and allegations. However, it was apparent to TMG during this site visit and interview process that the IML specifically is a major concern to many within the MTI.

The primary observations include:
- Lack of strategic alignment and direction between JMH and UM
  - This lack of alignment and strategic vision threatens the overall success of MTI.  It was TMG's observation that MTI's success depends on UM and JMH uniting against the common "enemy" (i.e., outside competition).  With strong alignment and clear strategy, MTI's reputation will grow and referrals, volumes, etc. will grow.

**CONFIDENTIAL INFORMATION**                                    **UM/LORD - 045574**

ATTORNEY CLIENT COMMUNICATION – PRIVILEGED AND CONFIDENTIAL

- Lack of leadership
- Lack of institutional oversight from both JMH and UM
- Lack of priorities
- Lack of clarity regarding how the transplant services run together
  - o Administration is disconnected from physician leadership
  - o Physicians are disconnected from nursing staff (appears to be specific to liver and GI)
  - o Medical physicians are disconnected from surgeons and the MTI generally
- Clear strengths from surgeons but not clear that the surgeons (or organizational leadership) appreciates that surgeons alone are not sufficient for overall transplant program success (requires niche and hid specialized infrastructure and strong interdisciplinary care team)
- TMG does not feel that the MTI structure is inherently flawed – however, the current policies, processes, internal controls, checks and balances are not in place to support the vertically integrated model. The overall leadership and strategy challenges add to the instability and risk.
- The lack of robust policies and processes, including peer review increases our risk, particularly as it relates to protocols and testing.

**MTI Governance and "Institute" Model**
- There are significant governance challenges within the Institute model:
  - o Not clear how the MTI interfaces with the IML or the OPO, or the impact the label of an "Institute" is having upon the programs.
  - o Physicians are supportive of the Institute model but many are unsure how they fit into the organizational structure.
  - o All physicians need to understand their accountability and responsibility for participation in the Institute.
  - o Staff, physician leadership, various surgeons and physicians are concerned about the IML and its practices.
- There are communication concerns as it relates to MTI's hybrid Transplant Center/Transplant Institute model:
  - o There are communication gaps within the MTI leadership
  - o There are gaps in communication between transplant administration and some physicians, surgeons and staff of various programs.
  - o Liver transplant program is at risk because of the lack of surgical leadership and the significant gap in communication/teamwork between hematology and surgery.
- Staffing benchmarking remains an open issue because MTI/JMH transplant administration has not provided data to support this analysis.
  - o TMG is performing staffing evaluations (including calculating shortages/overages) using assumptions based on experience.
  - o We are working with Diana Salinas at JMH to obtain these data.

**Service Line / Program Takeaways:**
- Key area for MTI expansion is in lung and heart
  - o Heart transplant can compete provided it is resourced adequately and expanded.
- Key areas of concern and strategic review include the liver, lung, and intestinal programs:
  - o Liver transplant program is at the biggest risk of loss of staff and surgeons once the newly approved regional transplant programs are underway.
  - o The Lung program requires additional infrastructure and resources (infrastructure, administrative, medical and surgical) be competitive long term.

**CONFIDENTIAL INFORMATION**                              **UM/LORD - 045575**

ATTORNEY CLIENT COMMUNICATION – PRIVILEGED AND CONFIDENTIAL

- o The intestinal program is currently under scrutiny from CMS and is in danger of not making it long term.
- Improved communication and stronger alignment is required between and among the hospital, the Department of Medicine and the Department of Surgery within most disciplines. This includes:
  - o Outreach efforts and new referral relationship building in all programs,
  - o Addressing staffing shortages
  - o Relationship between Transplant administration and the physician leadership,
  - o Policies/procedures/protocols,
  - o Patient process throughput, and
  - o Preparing for the inevitable competition that the MTI is going to face in the short term.

**Relationships between the MTI, IML and LAORA the Department of Surgery (DOS)**
- Governance of the MTI, IML and LAORA under the DOS appears in a historical construct of creating a vertically-integrated service delivery model for a market dominated by a single transplant program.
- This model is unique in that while some programs may have some of the elements, i.e. the MTI and the IML or the MTI and a hospital-based OPO, these elements are more commonly organized under a hospital-centric umbrella.
- It does not appear that any programs in the U.S. have all three elements organized under the DOS, particularly given that the transplant hospital is not owned by the related Medical School.
  - o Reporting structure has many overlapping reporting lines - all lead to up to the Chair or the Vice Chair of the DOS.
  - o The current governance and reporting structures could only exist in a single-center market and will likely need to evolve as competition enters the Miami transplant market.

**Financials for the MTI, IML, and LAORA under the Department of Surgery:**
- Initial review indicates a $9.6 surplus within the Department of Surgery (DOS)
  - o Almost 50% comes from the IML and OPO ($2.5M from the IML and $2M from the OPO). These margins are unusually high within the industry.
- DOS Chair notes that both the IML and OPO were operating at deficits upon his arrival and credits the DOS Vice-Chair for the financial turnaround.
- DOS Chair also indicated that while discussions are underway, no integrated financial model exists for the MTI.
- Current governance and oversight under the DOS is thought as the reason for the financial success of IML and LAORA, which are very much on the high end compared to similar labs and OPOs.

**CONFIDENTIAL INFORMATION**                                              **UM/LORD - 045576**

ATTORNEY CLIENT COMMUNICATION – PRIVILEGED AND CONFIDENTIAL

# IML

**Financials**

TMG is reviewing IML finances from FY12.  The initial review indicates that the IML generates a $2.5 surplus, after covering $2.8 M in School of Medicine overhead:

- This is an unusually high margin within the industry and requires additional review.

**Testing Protocols**

The overall theme is one of concern regarding the IML doing more than what is required/necessary, specifically post-transplant testing.  There is another recurring theme of partial initial testing then follow-up testing later, often post transplant. The final report will include national peer benchmarking on these issues.  Additional concerns were expressed related to how the testing protocols are developed. For example:

- Who is responsible for developing the protocols
- How it is determined which tests to perform

On a positive note:

- All pre transplant testing appears to be in line with industry standard
- In patient testing also appears to be in line but some questions not clear with non-HLA testing and how the billing works

**Concerns regarding non HLA testing and research testing**

- Initial review indicates that the lab has the capability to perform up to 71 different tests, but it is unclear to TMG under which circumstances all of these tests are performed.
- It is unclear why these tests are performed and what they are used for
- TMG was not able to get a feel for the quality of the testing outside of HLA
- IML was not forthcoming with information related to pathology testing accreditation. These issues are being followed up.
  - o Who accredits the non HLA portion of the lab?
  - o Where are the inspection reports?
  - o Who performs the proficiency testing?
- It is not clear how research protocols are managed, especially with respect to billing.

**Work flows and ordering**

- Senior programmers within the IML were hesitant to show work flows in CMIS, the user friendly system utilized by coordinators and nurses to input orders.
- It was difficult to get clear understanding of data flows from CMIS to TPIS.
- IML was not forthcoming with information regarding relatively simple questions like whether there are required and optional fields for TPIS Field for attending and ordering physician
  - o Example:  Patient at day 30 post transplant presents with flu like symptoms:
    - ▪ Who has authority to have additional tests?
    - ▪ Can the lab order the test?
    - ▪ Who is able to order reflex testing – (i.e., if screen positive then follow up with diagnostic
    - ▪ No clarity regarding if or when IML can order tests

**CONFIDENTIAL INFORMATION**                                                                **UM/LORD - 045577**

ATTORNEY CLIENT COMMUNICATION – PRIVILEGED AND CONFIDENTIAL

**Management**
- Perception from the interviews is that Dr. Ruiz is the governing authority for the IML – this is consistent with his role as Medical Director.
- TMG had no concerns about "rogue" employees performing tests or changing protocols. Rather, the sense was that everything done within the IML is with Dr Ruiz's knowledge and oversight.
- Dr. Ruiz described his reporting structure with respect to his faculty appt in the Department of Surgery and did not indicate anything about reporting or oversight to the MTI or with Dr. Ciancio
- The IML mission is to serve transplant program
- Lab and program are vertically integrated within the Department of Surgery
- Dr. Ruiz and the IML execute orders that are requested
- Also provide support for research protocols
- TMG heard allegation that the lab independently determines what the services are rendered but per the lab, the IML provides what the protocols and/or orders dictate. Their role is to provide the services. They do not have the expertise to determine whether the lab is appropriate or being used by the physician.

**Staffing**
- Staffing assessment is not complete
- Require additional information related to CLIA and CAP accreditations to determine:
    - Adequacy of staff
    - Credentials of staff

**Operational questions re duplicity with Pathology and JMH**
- Meetings with Pathology underscored previously identified concerns about potential duplicity and accreditation.
    - Are there quality issues?
    - What is the turn-around?
    - Are concerns historical or reflective of current service?
    - What are the issues related to accreditation – CAP status of IML in question
        - Follow up in underway re accreditation

**IML Summary**
Based on the TMG observations, it is my view that the IML requires the most follow up. Significant "gray areas" still exist for compliance concerns that have been raised to date:
- Lack of clarity re protocols
- Lack of defined process, SOPs, policies, etc.
- Specific concerns on post transplant protocols – testing is extensive relative to peers
- Continued issues related to number and root cause of unsigned orders
- Lack of cooperation from IML staff until TMG was on site
- Lack of transparency and willingness to be forthcoming with information
    - Sense from TMG (and me) is that if one asks the "right question" IML will give right answer but if not then the IML will not be forthcoming or helpful with information
    - There is no evidence of lying or the IML explicitly mis-representing anything but the interactions thus far have been transactional.

**CONFIDENTIAL INFORMATION**                          **UM/LORD - 045578**

ATTORNEY CLIENT COMMUNICATION – PRIVILEGED AND CONFIDENTIAL

# OPO (LAORA)

TMG noted a number of strengths in the OPO:
- Unique and complementary co-leadership with Dr. Susan Ganz and Ms. Leslie Cortina
- Strong quality measures and score cards for performance
- Strong Hospital development group
- Passion among staff for mission of saving lives thru organ transplant
- High yields in selected organs/areas
  - o Pancreas high relative to expected on SRTR measures
  - o Intestinal yield on recovery as well
  - o Research organ rate yield is high
- High performing perfusion staff – pumping all kidneys

There were a number of opportunities for improvement noted as well:

**IML – OPO relationship**
- There appeared to be a general disconnect between the OPO and the IML regarding operations, process, funds flow, and general communication. Specific examples below:
  - o The IML appears to be "double typing" the donors. The IML first runs a low resolution typing and then post transplant (retrospectively) runs an "intermediate resolution" typing.  Both tests appear to be billed to the OPO.  Discussion among the IML, OPO and TMG indicated that there are operational reasons as to why the IML does this – mostly related to staffing.  This is an area for improvement from an efficiency and liability perspective.  First, the OPO does not use both sets of results. Second, the low resolution test is not industry standard as it does not show split antigens. Third, the retrospective higher resolution test might insert liability risk and may be problematic when the competing transplant center comes on-line because if it had been done prospectively the organ allocation sequence from the OPTN donor/recipient match run might have changed.
  - o The IML appears to be cross matching for all prospective kidney patients at Jackson – but billing the OPO not the MTI. The number and type of cross matching performed is above industry standard - OPO requests only include typing, not cross matching. Per TMG, the OPO requisition does not order the cross matches.  The current regiment involves performing up to 3 different cross matches with T and B cells (6 total crossmatches per patient).  As these tests are not being asked for by the OPO, it is unclear who is ordering this level of cross matching.  It is likely an effort to cross match prospectively but we need to verify the orders and the rationale to better understand the funds flow.
  - o The IML performs kidney biopsies on ALL kidney donors. This exceeds industry standards.  Per TMG, most OPOs would assess risk prior to biopsy determination. Initial discussion with physicians did not indicate whether the biopsy results were utilized. Additional verification is required regarding how the physicians utilize the results from these biopsies.
  - o Infectious disease and serology testing – it was noted that the OPO has not reviewed the timing and selection of testing for each donor relative to industry standards.  For example, most of OPO industry is prospective NAT testing as a standard.  The sense from TMG is that our OPO is doing the proper testing however, for some donors the timing of the tests is not up to standard.  Specifically, we should be doing NAT prospectively on all donors as opposed to retrospectively on some.

**CONFIDENTIAL INFORMATION**                                                    **UM/LORD - 045579**

ATTORNEY CLIENT COMMUNICATION – PRIVILEGED AND CONFIDENTIAL

**Organ donors in donor hospitals**
- Coordinating among hospitals is getting increasingly difficult. Staff expressed frustration.
- Clinical and surgical coordinator staff is low. This threatens ability to deliver and compete
- Staff indicated that donors are left for extended periods in hospital ICUs to meet the convenience of surgeons, JMH Ors, etc.  There is some concern that, at times, the length of time asked to maintain donor at donor hospital is in appropriate. This increases the risk of losing donors and organs, places a strain on staffing, and increasing associated costs of maintaining donor in donor hospital – a potential billing issue.
- OPO staff indicated that they are being asked to do this more frequently of late, mostly for JMH convenience (availability of surgeon, OR, etc.)

**Staffing**
- Reduced staffing levels have caused significant strain
  - 12-13 shifts per month are routine where now OPO staff are covering 19-25 shifts
  - Leading to "Burn out" and "Turn-over"
- Currently understaffed – taking toll on current staff
- TMG noted that other OPOs have been audited by the Department of Labor where findings included that some positions should be hourly as opposed to exempt.  This was shared with Karen Stimmel in HR.
- People being asked to work outside of their area
  - Hospital development has been asked to "fill in" on referral response team roles (daily follow ups, go to site for referral management)
  - Management has tried some positive spin with respect to professional development but staff feel that are also being asked and in some cases mandated to take this on as a cost savings plan.
    - This is under review by Karen Stimmel in HR.

**Recovery Challenges**
- Lung yield is low – not statistically yet but on the brink – likely due to low numbers of lung transplant volume
- Potential to place lungs with other programs
- DCD recovery rates are low as MTI not as aggressive and refuse to take out organs for other programs should they not want to implant them.

**Communications Center**
- This is a shared service between FLEB, UMTB, and OPO
- OPO might be paying an inappropriate share of the cost
  - More data are being reviewed to determine financial issues

**Regulatory/Compliance**
- Several issues were identified and reviewed with Dr. Ganz. Per TMG she was engaging and responsive.  The timing for these recommendations is helpful as OPO has their UNOS inspection in 2013.
- OPO needs to re-evaluate how it defines a high risk donor for HIV/AIDS – per recent changes in guidance, anyone who is positive for any STD at any time during his/her life is now considered a high risk donor.
- Processes and policy regarding records management as it relates to archiving blood needs to be reviewed and brought up to industry standard

**CONFIDENTIAL INFORMATION**                                     **UM/LORD - 045580**

ATTORNEY CLIENT COMMUNICATION – PRIVILEGED AND CONFIDENTIAL

- OPO is not using commercial grade refrigerators for storing medical supplies and temperature monitoring is not sophisticated enough for industry standard.  Upgrades are required for an automated monitoring system with commercial grade equipment.
- TMG did not perform an exhaustive review of all UNOS requirements but did receive verbal confirmation that other data points for UNOS are being met including label verification, ABO double verification, etc.

**Financial Considerations:**
- The OPO is being assigned close to $1.0 million for University overhead services.
- The OPO generated close to an 18% net margin in the most recent cost report.
- When the University overhead is combined with the net margin the total contribution by the OPO to the University is close to 25%, which is on the high compared to comparable OPOs.

**CONFIDENTIAL INFORMATION**                                    **UM/LORD - 045581**

ATTORNEY CLIENT COMMUNICATION – PRIVILEGED AND CONFIDENTIAL

# RECOMMENDATIONS:

Taking together the collective experience with the MTI, IML, and OPO and the updates above, the following actions are offered for consideration by UHealth and University leadership.

As it relates to the MTI:
- Continue to work with General Counsel and JHS regarding the final report
- Obtain outstanding data requests
  - o Staffing
  - o Billing
  - o Policy, Process, and Protocols
- Complete outstanding data review and benchmarking ASAP
- Brief MTI leadership on the status of the assessment and next steps

As it relates to the IML:
- Complete outstanding data review and benchmarking ASAP
  - o Items for review and benchmarking include current and past protocols, staffing, and IT systems
  - o Given the concern with transparency and cooperation experienced to date with the IML, consider isolating Dr. Ruiz from the data requests and assessment going forward.
- Re-affirm the person (s) to whom the IML currently reports and increase UHealth oversight of IML leadership, operations, and regulatory activities
- Review reporting structure and governance/management for IML
- Complete HR assessment of IML
- Engage TMG in second contract with the scope of work focused on the IML including review of billing , IT Security and privacy concerns as they relate to testing protocols and research, ordering process, CMIS and TPIS, accreditation standards, etc.

As it relates to the OPO:
- Complete outstanding data review
- Complete HR assessment of OPO
- Review reporting structure and governance/management for OPO, particularly as it relates to the IML
- Assist with corrective and preventive actions for UNOS inspection in 2013

**CONFIDENTIAL INFORMATION**                                                         **UM/LORD - 045582**