**Cc:** Goldschmidt, Pascal (Dean - School of Medicine)[PGoldschmidt@med.miami.edu]; Augustyn, Cynthia Lou[caugusty@miami.edu]
**To:** McCafferty-Cepero, Jennifer[JMcCafferty@med.miami.edu]
**From:** Jonathan Thomas Lord[JLord@med.miami.edu]
**Sent:** Tue 12/18/2012 6:22:19 PM (UTC-05:00)
**Subject:** Re: MTI Assessment update - PRIVILEGED AND CONFIDENTIAL

Jennifer - I have completed a first pass review of the documents that you provided.
You are authorized to engage TMG in a review/audit of bills related to the IML as recommended in the report.
Furthermore - please advise us of how we can help accelerate access to documents that are needed to complete this and future assessments
Many thanks for the complete work
J
  Jack Lord, MD
  Chief Operating Officer and VP for Medical Administration
  University of Miami Health System and
  University of Miami Miller School of Medicine

Professor of Pathology
University of Miami Miller School of Medicine

1120 NW 14th Street
3rd Floor-Executive Suite
Miami, FL.  33136

jlord@med.miami.edu
305.299.7741 (mobile)
305.243.0145 (office)



On Dec 18, 2012, at 5:43 PM, "McCafferty-Cepero, Jennifer" <JMcCafferty@med.miami.edu> wrote:


        <MTI Assessment Update - 12-18-2012.docx>

Plaintiff's Ex. 090