**From:** McCafferty-Cepero, Jennifer <JMcCafferty@med.miami.edu>
**Sent:** Friday, December 21, 2012 4:40 PM EST
**To:** Ugalde, Aileen M <augalde@miami.edu>
**CC:** Shalala, Donna E. <dshalala@miami.edu>; LeBlanc, Thomas J <leblanc@miami.edu>; Natoli, Joe <jnatoli@miami.edu>; Goldschmidt, Pascal J. <pgoldschmidt@miami.edu>; Lord, Jonathan <JLord@med.miami.edu>; Moloney, Michael J. <mmoloney@miami.edu>
**Subject:** RE: IML investigation

Thanks, Aileen.

Can you please clarify whether this relates to the IML only or to the larger assessment that includes the MTI and the OPO as well?

Best-
Jennifer


Jennifer McCafferty, PhD, CHC, CHPC, CHRC
Chief Medical Compliance Officer

305.243.6129 Office
305.439.9250 Cellular
jmccafferty@med.miami.edu



*The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

---

**From:** Ugalde, Aileen M [mailto:augalde@miami.edu]
**Sent:** Friday, December 21, 2012 4:37 PM
**To:** McCafferty-Cepero, Jennifer
**Cc:** Shalala, Donna E.; LeBlanc, Thomas J; Natoli, Joe; Goldschmidt, Pascal J.; Lord, Jonathan; Moloney, Michael J.
**Subject:** IML investigation

The President has directed that, effectively immediately, the investigation of the IML be led and managed by Internal Audit. Internal Audit will be contacting you to coordinate the transfer of all data gathered relative to the investigation, as well as oversight of the retained outside consultant.

*Aileen M. Ugalde*
Vice President, General Counsel
 and Secretary to the Board
University of Miami
1320 South Dixie Highway
Penthouse Suite 1250
Coral Gables, Florida 33146
305-284-2700

Plaintiff's Ex. 100

LORD-001244