

Begin forwarded message:

**From:** pascal goldschmidt <pgoldschmidt10@gmail.com>
**Date:** January 1, 2013, 3:50:20 PM EST
**To:** Jack Lord <jlordmd@gmail.com>
**Subject: Re: Still noodling. .**

1) I have no doubt that our health system will improve substantially because of your continuous impact.
2) Lee will report directly to you. With important relationships to the dean, the COO, etc.
3) You should draft the announcement.
4) I suggest a title of Chief Strategy and Innovation Officer for UHealth. If there is enough space at LSTP, Lee can move in and Norma can stay with you as CIO for UMMSOM.
5) I would share the announcement with Tom L and PJG first. And follow up with a call to Tom to review.

On Tuesday, January 1, 2013, Jack Lord wrote:
> . . my first concerns are being sure that we can make a difference here.  Second biggest concern - Lee - and protecting him.  Third - how we announce? Fourth - if I go to LSTP - what happens to Norma?  can we re-purpose space to strategy and marketing?
> And what would you like me to do with Tom?
> J

Plaintiff's Ex. 120

LORD-001131