## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 13-22500-CIV-ALTONAGA

JONATHAN LORD, M.D.,

   *Plaintiff*,

v.

UNIVERSITY OF MIAMI,

   *Defendant*.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Jonathan Lord, M.D., appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Final Judgment [D.E. 236], entered on October 4, 2022, rendered final on January 23, 2023, by the Courts entry of its Order [ECF 261] disposing of Plaintiff Jonathan Lord, M.D.'s Amended Renewed Motion for Judgment as a Matter of Law and/or for New Trial [ECF No. 252] filed on November 18, 2022.

CASE NO.<br>13-22500-CIV-ALTONAGA

Dated: February 20, 2023

Respectfully submitted,

STUMPHAUZER KOLAYA
NADLER & SLOMAN PLLC
Two South Biscayne Boulevard, Suite 1600
Miami, Florida 33131
Tel.: (305) 614-1400
Fax: (305) 614-1425

By: /s/ *Jorge A. Pérez Santiago*
JEFFREY H. SLOMAN
Florida Bar No. 378879
jsloman@sknlaw.com
JORGE A. PÉREZ SANTIAGO
Florida Bar No. 91915
jperezsantiago@sknlaw.com

*Counsel for Plaintiff Dr. Lord*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2023, I filed the foregoing document on CM/ECF causing a copy to be served on all counsel of record via electronic mail.

/s/ *Jorge A. Pérez Santiago*
JORGE A. PÉREZ SANTIAGO